# EXHIBIT B

# Exhibit 1



©AAP 2011 all rights reserved



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-970-038

**Effective Date of Registration:**
September 16, 2015

## Title

**Title of Work:** Group Registration Photos, Selected 2011 Photographs Part A1 Including Waterview Towers, Juno Beach Pier, Trianon, One Singer Island and Others published Apr. 30, 2011 to Nov. 22, 2011; 87 photos



**Content Title:** Bethesda Breakers aerial 2011 AAP, Apr. 30, 2011; Palm Beach Towers aerial a 2011 AAP, Apr. 30, 2011; Kravis Center WPB aerial c 2011 AAP, Apr. 30, 2011; Tourneau Clock Worth Ave 2011 AAP, Apr. 30, 2011; West Palm Night Lights 2011 AAP, Apr. 30, 2011; Roger Dean Stadium Jupiter 2011 AAP, Apr. 30, 2011; Palm Beach Biltmore aerial d 2011 AAP, Apr. 30, 2011; One Watermark Place and Boats a 2011 AAP, Apr. 30, 2011; Trianon West Palm aerial G 2011 AAP, Apr. 30, 2011; One Watermark Place and Boats b 2011 AAP, Apr. 30, 2011; Sun & Surf Palm Beach aerial a 2011 AAP, Apr. 30, 2011; Martinique Singer Island aerial a 2011 AAP, Apr. 30, 2011; Hel 2011 264 copy, Apr. 30, 2011; Juno Beach Pier B 2011 AAP, Apr. 30, 2011; Juno Beach Pier A, Apr. 30, 2011 AAP, 2011; Kayakers from above 2011 AAP, Apr. 30, 2011; 8764 SE North Passage Way Aerial 1, Apr. 30, 2011; Juno Beach Pier sunrise B 2011 AAP, Apr. 30, 2011; Juno Beach Pier sunset d 2011 AAP, Apr. 30, 2011; Waterview Towers WPB aerial b 2011 AAP, Apr. 30, 2011; West Palm aerial pano B 2011 AAP, Apr. 30, 2011; Ballantrae Gulf Stream aerial a 2011 AAP, Apr. 30, 2011; Breakers Hotel Palm Beach aerial d 2011 AAP, Apr. 30, 2011; Sun & Surf Palm Beach aerial b 2011 AAP, Apr. 30, 2011;Sun and Surf aerial c 2011 AAP, Apr. 30, 2011; PGA clubhouse aerial 2011 AAP, Apr. 30, 2011; Waterview Towers WPB aerial a 2011 AAP, Apr. 30, 2011; Bethesda Breakers aerial 2011 AAP, Apr. 30, 2011; Slade Building WPB aerial d 2011 AAP, Apr. 30, 2011; Biltmore Night X 2011 AAP, Apr. 30, 2011;

Toscana Highland Beach aerial a 2011 AAP, Nov. 22, 2011; Marina Grande aerial d
2011 AAP, Nov. 22, 2011; Parc Regent aerial A 2011 AAP, Nov. 22, 2011; Biltmore
Palm Beach 2011 aerial b 2011 AAP, Nov. 22, 2011; Palm Beach Biltmore Aerial C
2011 AAP, Nov. 22, 2011; Palm Beach Island Sunrise 2011 AAP, Nov. 22, 2011; Four
Arts B 2011 AAP, Nov. 22, 2011; Four Arts A 2011 AAP, Nov. 22, 2011; One Singer
Island Game Room C 2011 AAP, Nov. 22, 2011; One Singer Island sitting area A 2011
AAP, Nov. 22, 2011; One Singer Island Theater 2011 AAP, Nov. 22, 2011; One Singer
Island Hall A 2011 AAP, Nov. 22, 2011; One Singer Island social room 2011 AAP,
Nov. 22, 2011; One Singer Island sitting area B 2011 AAP, Nov. 22, 2011;

**EXHIBIT**

**1-B**

One
Singer Island lounge 2011 AAP, Nov. 22, 2011; One Singer Island game room
2011
AAP, Nov. 22, 2011; One Singer Island Fitness 2011 AAP, Nov. 22, 2011; One
Singer
Island Hall B 2011 AAP, Nov. 22, 2011; West Palm Beach fireworks 2011
AAP, Nov.
22, 2011; Flagler Museum full moon 2011 AAP, Nov. 22, 2011; Palm Beach
Clock
Tower A 2011 AAP, Nov. 22, 2011; Blowing Rocks Jupiter Island sunset 2011
AAP,
Nov. 22, 2011; 8764 SE North Passage Way Aerial 2, Nov. 22, 2011; 8764 SE
North
Passage Way Dock, Nov. 22, 2011; Singer Island Pano K 2011 AAP, Nov. 22,
2011;
Singer Island beach pano 2011 AAP, Nov. 22, 2011; PGA sunset A 2011 AAP,
Nov. 22,
2011; PGA sunset B 2011 AAP, Nov. 22, 2011; Old Port Cove sunset 2011
AAP, Nov.
22, 2011; One Watermark Place at sunset 2011 AAP, Nov. 22, 2011; 176
Spyglass Ln
aerial 2011 AAP, Nov. 22, 2011; The Villas Palm Beach 2011 AAP, Nov. 22,
2011;
Trump Plaza game room AAP 2011, Nov. 22, 2011; Ibis Golf and Country Club
B 2011
AAP, Nov. 22, 2011; The Loxahatchee Club Clubhouse sunset 2011 AAP, Nov.
22,
2011; Old Port Cove aerial a 2011 AAP, Nov. 22, 2011; Water Glades Singer
Island
aerial a 2011 AAP, Nov. 22, 2011;

Connemara Singer Island aerial a 2011 AAP, Nov.
22, 2011; Dune Towers aerial a 2011 AAP, Nov. 22, 2011; Seagrape Singer
Island
aerial 2011 AAP, Nov. 22, 2011; Dunes Singer Island aerial a 2011 AAP, Nov.
22,
2011; Eastpointe of Singer Island, Nov. 22, 2011; Eastpointe Singer Island
Aerial
a 2011 AAP, Nov. 22, 2011; One Singer Island aerial a 2011 AAP, Nov. 22,
2011;
Reaches Singer Island aerial a 2011 AAP, Nov. 22, 2011; Capri of Singer Island

aerial a 2011 AAP, Nov. 22, 2011; Corniche Singer Island aerial a 2011 AAP,
Nov.
22, 2011; Via Delfino Singer Island aerial a 2011 AAP, Nov. 22, 2011;
Seawinds
Singer Island aerial a 2011 AAP, Nov. 22, 2011; Oceans Edge aerial H 2011
AAP,
Nov. 22, 2011; Oceans Edge at Singer Is aerial a 2011 AAP, Nov. 22, 2011;
Beach
Front Singer Island aerial a 2011 AAP, Nov. 22, 2011; Cote D Azur Singer
Island
aerial a 2011 AAP, Nov. 22, 2011; Martinique Singer Island aerial b 2011 AAP,

Nov. 22, 2011; Tiara Singer Island aerial a 2011 AAP, Nov. 22, 2011; Phoenix
Towers Singer Is aerial a 2011 AAP, Nov. 22, 2011; Cannonsport Singer Island



aerial a 2011 AAP, Nov. 22, 2011;

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | April 30, 2011 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| | 1123 Melinda Ln, Haverhill, FL, 33417, United States |

## Certification

| | |
|---|---|
| **Name:** | Robert Stevens |
| **Date:** | September 16, 2015 |

**Copyright Office notes:**   Basis for Registration: Registered as a group of published photographs.





Communities Near 4100 N Ocean Drive #1503 Singer Island FL 33404, MLS # RX-10405997

West Palm Beach Homes for Sale | Boynton Beach Homes for Sale | Delray Beach Homes for Sale | Palm Beach Gardens Homes for Sale |
North Palm Beach Homes for Sale | Palm Beach Shores Homes for Sale | Royal Palm Beach Homes for Sale | Riviera Beach Homes for Sale |
Palm Beach Homes for Sale | Juno Beach Homes for Sale | 33404 Homes for Sale



**4100 N OCEAN DRIVE #1503   |   SINGER ISLAND, FL 33404**

3 bed | 4 full + 1 half bath | 2478 sqft
| Condominium

**$900,000**
Est. Monthly Payment:
$4296.74/mo

virtual tour | email a friend | request showing | print flyer

**MAKE AN**

**Tracey Lavoll**
broker associate, gri,
crs, rdcpro

mobile: 561-707-8045

View my listings

CONTACT ME

Learn more about
eTransactions

Housefax
Get a FREE Housefax history
report on this property!

4100 N Ocean Drive

Incidents | Permits | Loans

GET FREE REPORT

Opportunity Knocks! Spectacular 15th floor panoramic waterfront views of the OCEAN,
intracoastal, awe inspiring sunsets, & night lights of the city! Enjoy the breathtaking views from
an expansive wraparound terrace on a high floor. This elegantly remodeled 3 bedroom, 4.5 bath
condo is one of a kind with almost 2500 sq ft of living space. Each room has an unbelievable

**Residential Full Report**

4109 N Ocean Drive 1503, Singer Island, FL 33404

List Price: $900,000

MLS#: RX-10405997    St: Active    Type: Condo/Coop

| | | |
|---|---|---|
| Orig LP: $900,000 | Range Price: | List Price/SqFt: 363.2 |
| Area: 5240 | Geo Area: PB28 | County: Palm Beach |

Legal Desc: MARTINIQUE 2 COND UNIT WT-C-1503
Subdivision: MARTINIQUE 2 CONDO
Development Name: Martinique 2

| | | | | |
|---|---|---|---|---|
| Model Name: | Parcel ID: | 56434222280031503 | Front Exp: | NW |
| Waterfront: Yes | Waterfrontage: | | Garage Spaces: | 2 |
| | Multiple Ofrs Acptd: | | Carport Spaces: | |
| Lot SqFt: 410,588 | Taxes: | 10,502.9 | Private Pool: | No |
| | Tax Year: | 2017 | REO: | No |
| HOPA: No Hopa | Special Assessment: | No | Short Sale Addendum: | No |
| Zoning: RM-20( | Dock: | | Short Sale: | No |
| | Membership Fee Required: | No | Owner/Agent: | Yes |

Elementary School: Lincoln Elementary School
Middle School: John F. Kennedy Middle School
High School: William T. Dwyer High School

Virtual Tour: Click to View

| | | | |
|---|---|---|---|
| Living Room 19 X 21 | Master Bedroom 15 X 18 | LivSqFt: 2,478 | Bedrooms: 3 |
| Kitchen 12 X 10 | | SqFt - Total: 3,074 | Baths - Full: 4 |
| | | SqFt Source: Tax Rolls | Baths - Half: 1 |
| | | Guest Hse: | Baths - Total: 4.1 |
| | | Yr Built: 1986 | Pets Allowed: Restricted |
| | | Builder Name: | |
| | | Built Desc: Resale | |

| | | | |
|---|---|---|---|
| HOA/POA/COA (Monthly): 1,080.55 | Bldg #: | Land Lease: | Mobile Home Size: |
| Governing Bodies: Condo | Total Floors/Stories: 26 | Recreation Lease: | Decal #: |
| Homeowners Assoc: Mandatory | Total Units in Bldg: | Min Days to Lease: | Serial #: |
| Lease Times p/Year: | Ttl Units in Complex: | | Brand Name: |
| Application Fee: 100 | Unit Floor #: 15 | | Total Assessed Value: |
| | Membership Fee Amount: | | |

Auction: No
Directions: PGA Blvd East to Singer Island, building located right after the Fire Station.
Showing Instructions: Appointment Only; Call Listing Agent; Vacant; Text Listing Agent

| | | | |
|---|---|---|---|
| LO: 607508 | Keller Williams Realty/P B | 561-656-2929 | |
| LM: 33054897 | Tracey Lavoll | 561-707-8845 | tracey@jupiterhomes411.com |
| CLO: 607508 | Keller Williams Realty/P B | 561-656-2929 | |
| CLM:276537189 | Linda Rogers Mitchell | 561-301-7209 | 561-301-7209 | lmitchellbestrealtor@gmail.com |
| Com/BuyerAgt: 3% | Comm/Non-Rep: 3% | Trans Brk: 3% | Bonus: | LD: 02/14/2018 |
| Var/Dual Rate: No | List Type: Ex Brk | List Off Agency: Transaction Broker | |

Owner Name: UNFORGETTABLE HOMES LLC
Broker Only Remarks: All sizes and measurements are approximate. Annual building insurance is assessed every year in January and not part of the HOA
Any Broker Advertise: No

| | |
|---|---|
| Design: 4+ Floors | View: City; Intracoastal; Ocean |
| Construction: CBS | Waterfront Details: Intracoastal; Oceanfront |
| Unit Desc: Corner; Lobby | Cooling: Central |
| Flooring: Ceramic Tile | Heating: Central |
| Furnished: Unfurnished | Security: Doorman; Gate - Manned; Lobby; TV Camera |
| Dining Area: Breakfast Area | Utilities: Cable; Electric |
| Master Bedroom/Bath: Bidet; Combo Tub/Shower; Separate Shower; Separate Tub | Special Info: Sold As-Is |
| Window Treatments: Sliding | Terms Considered: Cash; Conventional |
| Lot Description: 5 to <10 Acres | Parking: 2+ Spaces |
| Storm Protection: | Taxes: City/County |
| Restrict: Buyer Approval; Interview Required; Lease OK w/Restrict; No Truck/RV; Up to 2 Pets | Equestrian Features: |

Rooms: Family; Great; Laundry-Inside; Laundry-Util/Closet; Storage
Equip/Appl:Dishwasher; Dryer; Freezer; Microwave; Range - Electric; Refrigerator; Smoke Detector; Storm Shutters; Wall Oven; Washer; Water Heater - Elec
SubdivInfo:Bike Storage; Cabana; Community Room; Elevator; Exercise Room; Extra Storage; Lobby; Manager on Site; Pool; Tennis; Trash Chute
Interior:Roman Tub; W/D Hookup; Walk-in Closet
Maintenance Fee Incl: Cable; Common Areas; Insurance-Bldg; Reserve Funds; Security; Sewer; Water
Original List Price: $900,000
Days On Market: 18    Cumulative DOM: 18

| | | |
|---|---|---|
| Sold Price: | Sold Price Sqft: | Under Contract Date: |
| Selling Office: | Terms of Sale: | Sold Date: |
| Selling Agent: | | |

Public Remarks:Opportunity Knocks! Spectacular 15th floor panoramic waterfront views of the OCEAN, intracoastal, awe inspiring sunsets, & night lights of the city! Enjoy the breathtaking views from an expansive wraparound terrace on a high floor. This elegantly remodeled 3 bedroom, 4.5 bath condo is one of a kind with almost 2500 sq ft of living space. Each room has an unbelievable water view, balcony, and en suite bathroom. The master bedroom has 2 separate bathrooms as well as oversized walk-in closets. This condo offers beautifully refinished ceilings, walls, floors. Everything is brand new. You will enjoy gorgeous porcelain tile floors throughout. Designer Bathrooms and kitchen feature granite counter tops and stainless KitchenAide and Samsung appliances including washer and dryer.

Information is deemed to be reliable, but is not guaranteed. © 2018 MLS and FBS. Prepared by Mateusz Rymarski on Sunday, March 04, 2018 10:43 AM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

**History for MLS # RX-10405997**      4100 N Ocean Drive 1503, Singer Island, FL 33404      **$900,000**

| + | MLS # | Status | Price | % Change | Date | DOM | CDOM | Address |
|---|-------|--------|-------|----------|------|-----|------|---------|
| - | RX-10405997 | Active | $900,000 | | 02/14/2018 | 18 | 18 | 4100 N Ocean Drive 1503 |
| | - | New | $900,000 | | 02/14/2018 | 17 | | |

Change by: Tracey Lavoll

Change at 7:59 PM Eastern: Added Virtual Tour
Change at 7:59 PM Eastern: Added Virtual Tour Unbranded
Change at 7:38 PM Eastern: Added new listing

**001 copy**



**front pic**



**003 copy**
003 copy

**002 copy**



Lobby

**004 copy**



**012 copy**



**005 copy**



**006 copy**



**007 copy**



**008 copy**



**009 copy**



**010 copy**



**011 copy**



**015 copy**



**016 copy**



**017 copy**



**013 copy**



**018 copy**



**019 copy**



**020 copy**



**021 copy**



**pool**



**pool2**



**hot tub**



Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 15 of 537

**014 copy**



**cabanas**



**parking**



**tennis**



**walkway to beach**



**aerial beach**



**beach**



**Martinique Beach**



**beach2**



**aerial martinique2**



**aerial pool**



**Aerial Martinique**



Reg. VA 1-970-038

Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 17 of 537

**Aerial Singer Island**

**Singer Island**





## side by side photo comparisons

*cropped*   **AAP's Photo**   *cropped*

*cropped*

*cropped*   *cropped*

*cropped*   *cropped*

*copyright management information removed*

*cropped*   *cropped*



*side by side photo comparisons*





**Public View**   Owner View

Florida · Riviera Beach · 33404 · Singer Island · 4100 North Ocean Drive · Apartment 1503









# 4100 N Ocean Dr APT 1503,
## West Palm Beach, FL 33404

**3 beds · 5 baths · 2,478 sqft**

Opportunity Knocks! Spectacular 15th floor panoramic waterfront views of the OCEAN, intracoastal, awe inspiring sunsets, & night lights of the city! Enjoy the breathtaking views from an expansive wraparound terrace on a high floor. This elegantly remodeled 3 bedroom, 4.5 bath condo is one of a kind with almost 2500 sq ft of living space. Each

● FOR SALE
**$900,000**
Zestimate®: $873,352

**EST. MORTGAGE**
**$3,605/mo**
**Get pre-qualified**

**CONTACT LISTING AGENT**



Tracey Lavoll
Palm Beaches
(561) 707-8845

**CONTACT PREMIER AGENT**

Or call (561) 270-0857 for more info

👤 Your Name

📞 Phone

✉ Email

I am interested in 4100 N Ocean Dr APT 1503, West Palm Beach, FL 33404.

**Contact Agent**

# Exhibit
# 2



©AAP 2011 all rights reserved

**EXHIBIT**

2-A

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-970-038**

**Effective Date of Registration:**
September 16, 2015

## Title



**Title of Work:** Group Registration Photos, Selected 2011 Photographs Part A1 Including Waterview Towers, Juno Beach Pier, Trianon, One Singer Island and Others published Apr. 30, 2011 to Nov. 22, 2011; 87 photos

**Content Title:** Bethesda Breakers aerial 2011 AAP, Apr. 30, 2011; Palm Beach Towers aerial a 2011 AAP, Apr. 30, 2011; Kravis Center WPB aerial c 2011 AAP, Apr. 30, 2011; Tourneau Clock Worth Ave 2011 AAP, Apr. 30, 2011; West Palm Night Lights 2011 AAP, Apr. 30, 2011; Roger Dean Stadium Jupiter 2011 AAP, Apr. 30, 2011; Palm Beach Biltmore aerial d 2011 AAP, Apr. 30, 2011; One Watermark Place and Boats a 2011 AAP, Apr. 30, 2011; Trianon West Palm aerial G 2011 AAP, Apr. 30, 2011; One Watermark Place and Boats b 2011 AAP, Apr. 30, 2011; Sun & Surf Palm Beach aerial a 2011 AAP, Apr. 30, 2011; Martinique Singer Island aerial a 2011 AAP, Apr. 30, 2011; Hel 2011 264 copy, Apr. 30, 2011; Juno Beach Pier B 2011 AAP, Apr. 30, 2011; Juno Beach Pier A, Apr. 30, 2011 AAP, 2011; Kayakers from above 2011 AAP, Apr. 30, 2011; 8764 SE North Passage Way Aerial 1, Apr. 30, 2011; Juno Beach Pier sunrise B 2011 AAP, Apr. 30, 2011; Juno Beach Pier sunset d 2011 AAP, Apr. 30, 2011; Waterview Towers WPB aerial b 2011 AAP, Apr. 30, 2011; West Palm aerial pano B 2011 AAP, Apr. 30, 2011; Ballantrae Gulf Stream aerial a 2011 AAP, Apr. 30, 2011; Breakers Hotel Palm Beach aerial d 2011 AAP, Apr. 30, 2011; Sun & Surf Palm Beach aerial b 2011 AAP, Apr. 30, 2011;Sun and Surf aerial c 2011 AAP, Apr. 30, 2011; PGA clubhouse aerial 2011 AAP, Apr. 30, 2011; Waterview Towers WPB aerial a 2011 AAP, Apr. 30, 2011; Bethesda Breakers aerial 2011 AAP, Apr. 30, 2011; Slade Building WPB aerial d 2011 AAP, Apr. 30, 2011; Biltmore Night X 2011 AAP, Apr. 30, 2011;

Toscana Highland Beach aerial a 2011 AAP, Nov. 22, 2011; Marina Grande aerial d
2011 AAP, Nov. 22, 2011; Parc Regent aerial A 2011 AAP, Nov. 22, 2011; Biltmore
Palm Beach 2011 aerial b 2011 AAP, Nov. 22, 2011; Palm Beach Biltmore Aerial C
2011 AAP, Nov. 22, 2011; Palm Beach Island Sunrise 2011 AAP, Nov. 22, 2011; Four
Arts B 2011 AAP, Nov. 22, 2011; Four Arts A 2011 AAP, Nov. 22, 2011; One Singer
Island Game Room C 2011 AAP, Nov. 22, 2011; One Singer Island sitting area A 2011
AAP, Nov. 22, 2011; One Singer Island Theater 2011 AAP, Nov. 22, 2011; One Singer
Island Hall A 2011 AAP, Nov. 22, 2011; One Singer Island social room 2011 AAP,
Nov. 22, 2011; One Singer Island sitting area B 2011 AAP, Nov. 22, 2011;

**EXHIBIT**

**2-B**

Page 1 of 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-970-038**

**Effective Date of Registration:**
September 16, 2015

## Title

**Title of Work:** Group Registration Photos, Selected 2011 Photographs Part A1 Including
Waterview Towers, Juno Beach Pier, Trianon, One Singer Island and Others
published Apr. 30, 2011 to Nov. 22, 2011; 87 photos

**Content Title:** Bethesda Breakers aerial 2011 AAP, Apr. 30, 2011; Palm Beach Towers aerial a
2011 AAP, Apr. 30, 2011; Kravis Center WPB aerial c 2011 AAP, Apr. 30,
2011; Tourneau Clock Worth Ave 2011 AAP, Apr. 30, 2011; West Palm Night
Lights 2011 AAP, Apr. 30, 2011; Roger Dean Stadium Jupiter 2011 AAP, Apr.
30, 2011; Palm Beach Biltmore aerial d 2011 AAP, Apr. 30, 2011; One
Watermark Place and Boats a 2011 AAP, Apr. 30, 2011; Trianon West Palm
aerial G 2011 AAP, Apr. 30, 2011; One Watermark Place and Boats b 2011
AAP, Apr. 30, 2011; Sun & Surf Palm Beach aerial a 2011 AAP, Apr. 30, 2011;
Martinique Singer Island aerial a 2011 AAP, Apr. 30, 2011; Hel 2011 264 copy,
Apr. 30, 2011; Juno Beach Pier B 2011 AAP, Apr. 30, 2011; Juno Beach Pier A,
Apr. 30, 2011 AAP, 2011; Kayakers from above 2011 AAP, Apr. 30, 2011;
8764 SE North Passage Way aerial 1, Apr. 30, 2011; Juno Beach Pier sunrise B
2011 AAP, Apr. 30, 2011; Juno Beach Pier sunset d 2011 AAP, Apr. 30, 2011;
Waterview Towers WPB aerial b 2011 AAP, Apr. 30, 2011; West Palm aerial
pano B 2011 AAP, Apr. 30, 2011; Ballantrae Gulf Stream aerial a 2011 AAP,
Apr. 30, 2011; Breakers Hotel Palm Beach aerial d 2011 AAP, Apr. 30, 2011;
Sun & Surf Palm Beach aerial b 2011 AAP, Apr. 30, 2011;Sun and Surf aerial c
2011 AAP, Apr. 30, 2011; PGA clubhouse aerial 2011 AAP, Apr. 30, 2011;
Waterview Towers WPB aerial a 2011 AAP, Apr. 30, 2011; Bethesda Breakers
aerial 2011 AAP, Apr. 30, 2011; Slade Building WPB aerial d 2011 AAP, Apr.
30, 2011; Biltmore Night X 2011 AAP, Apr. 30, 2011;

Toscana Highland Beach aerial a 2011 AAP, Nov. 22, 2011; Marina Grande
aerial d
2011 AAP, Nov. 22, 2011; Parc Regent aerial A 2011 AAP, Nov. 22, 2011;
Biltmore
Palm Beach 2011 aerial b 2011 AAP, Nov. 22, 2011; Palm Beach Biltmore
Aerial C
2011 AAP, Nov. 22, 2011; Palm Beach Island Sunrise 2011 AAP, Nov. 22,
2011; Four
Arts B 2011 AAP, Nov. 22, 2011; Four Arts A 2011 AAP, Nov. 22, 2011; One
Singer
Island Game Room C 2011 AAP, Nov. 22, 2011; One Singer Island sitting area
A 2011
AAP, Nov. 22, 2011; One Singer Island Theater 2011 AAP, Nov. 22, 2011; One
Singer
Island Hall A 2011 AAP, Nov. 22, 2011; One Singer Island social room 2011
AAP,
Nov. 22, 2011; One Singer Island sitting area B 2011 AAP, Nov. 22, 2011;

One
Singer Island lounge 2011 AAP, Nov. 22, 2011; One Singer Island game room
2011
AAP, Nov. 22, 2011; One Singer Island Fitness 2011 AAP, Nov. 22, 2011; One
Singer
Island Hall B 2011 AAP, Nov. 22, 2011; West Palm Beach fireworks 2011
AAP, Nov.
22, 2011; Flagler Museum full moon 2011 AAP, Nov. 22, 2011; Palm Beach
Clock
Tower A 2011 AAP, Nov. 22, 2011; Blowing Rocks Jupiter Island sunset 2011
AAP,
Nov. 22, 2011; 8764 SE North Passage Way Aerial 2, Nov. 22, 2011; 8764 SE
North
Passage Way Dock, Nov. 22, 2011; Singer Island Pano K 2011 AAP, Nov. 22,
2011;
Singer Island beach pano 2011 AAP, Nov. 22, 2011; PGA sunset A 2011 AAP,
Nov. 22,
2011; PGA sunset B 2011 AAP, Nov. 22, 2011; Old Port Cove sunset 2011
AAP, Nov.
22, 2011; One Watermark Place at sunset 2011 AAP, Nov. 22, 2011; 176
Spyglass Ln
aerial 2011 AAP, Nov. 22, 2011; The Villas Palm Beach 2011 AAP, Nov. 22,
2011;
Trump Plaza game room AAP 2011, Nov. 22, 2011; Ibis Golf and Country Club
B 2011
AAP, Nov. 22, 2011; The Loxahatchee Club Clubhouse sunset 2011 AAP, Nov.
22,
2011; Old Port Cove aerial a 2011 AAP, Nov. 22, 2011; Water Glades Singer
Island
aerial a 2011 AAP, Nov. 22, 2011;

Connemara Singer Island aerial a 2011 AAP, Nov.
22, 2011; Dune Towers aerial a 2011 AAP, Nov. 22, 2011; Seagrape Singer
Island
aerial 2011 AAP, Nov. 22, 2011; Dunes Singer Island aerial a 2011 AAP, Nov.
22,
2011; Eastpointe of Singer Island, Nov. 22, 2011; Eastpointe Singer Island
Aerial
a 2011 AAP, Nov. 22, 2011; One Singer Island aerial a 2011 AAP, Nov. 22,
2011;
Reaches Singer Island aerial a 2011 AAP, Nov. 22, 2011; Capri of Singer Island

aerial a 2011 AAP, Nov. 22, 2011; Corniche Singer Island aerial a 2011 AAP,
Nov.
22, 2011; Via Delfino Singer Island aerial a 2011 AAP, Nov. 22, 2011;
Seawinds
Singer Island aerial a 2011 AAP, Nov. 22, 2011; Oceans Edge aerial H 2011
AAP,
Nov. 22, 2011; Oceans Edge at Singer Is aerial a 2011 AAP, Nov. 22, 2011;
Beach
Front Singer Island aerial a 2011 AAP, Nov. 22, 2011; Cote D Azur Singer
Island
aerial a 2011 AAP, Nov. 22, 2011; Martinique Singer Island aerial b 2011 AAP,

Nov. 22, 2011; Tiara Singer Island aerial a 2011 AAP, Nov. 22, 2011; Phoenix
Towers Singer Is aerial a 2011 AAP, Nov. 22, 2011; Cannonsport Singer Island



aerial a 2011 AAP, Nov. 22, 2011;

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** April 30, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:** Robert Stevens
**Date:** September 16, 2015

**Copyright Office notes:** Basis for Registration: Registered as a group of published photographs.



*side by side photo comparisons*

**EXHIBIT 2-C**



**Residential Full Report**

4109 N Ocean Drive 1503 ,Singer Island, FL 33404

List Price: $770,000

MLS#: RX-10405997

St: Closed

Type: Condo/Coop

Orig LP: $900,000

Range Price:

List Price/SqFt: 310.73

Area: 5240

Geo Area: PB28

County: Palm Beach

Legal Desc: MARTINIQUE 2 COND UNIT WT-C-1503

Subdivision: MARTINIQUE 2 CONDO

Development Name: Martinique 2

| | | |
|---|---|---|
| Model Name: | Parcel ID: 56434222280031503 | Front Exp: NW |
| Waterfront: Yes | Waterfrontage: | Garage Spaces: 2 |
| | Multiple Ofrs Acptd: | Carport Spaces: |
| Lot SqFt: 410,588 | Taxes: 10,502.9 | Private Pool: No |
| | Tax Year: 2017 | |
| HOPA: No Hopa | Special Assessment: No | REO: No |
| | | Short Sale Addendum: No |
| Zoning: RM-20( | Dock: | Short Sale: No |
| | Membership Fee Required: No | Owner/Agent: Yes |

Elementary School: Lincoln Elementary School
Middle School: John F. Kennedy Middle School
High School: William T. Dwyer High School

Virtual Tour: Click to View

| | | | | | |
|---|---|---|---|---|---|
| Living Room 19 X 21 | Master Bedroom 15 X 18 | | LivSqFt: 2,478 | | Bedrooms: 3 |
| Kitchen 12 X 10 | | | SqFt - Total: 3,074 | | Baths - Full: 4 |
| | | | SqFt Source: Tax Rolls | | Baths - Half: 1 |
| | | | Guest Hse: | | Baths - Total: 4.1 |
| | | | Yr Built: 1986 | | Pets Allowed: Restricted |
| | | | Builder Name: | | |
| | | | Built Desc: Resale | | |

| | | | |
|---|---|---|---|
| HOA/POA/COA (Monthly): 1,584 | Bldg #: | Land Lease: | Mobile Home Size: |
| Governing Bodies: Condo | Total Floors/Stories: 26 | Recreation Lease: | Decal #: |
| Homeowners Assoc: Mandatory | Total Units in Bldg: | Min Days to Lease: | Serial #: |
| Lease Times p/Year: | Ttl Units in Complex: | | Brand Name: |
| Application Fee: 100 | Unit Floor #: 15 | | Total Assessed Value: |
| | Membership Fee Amount: | | |

Auction: No
Directions: PGA Blvd East to Singer Island, building located right after the Fire Station.

Showing Instructions: Appointment Only; Call Listing Agent; Vacant; Text Listing Agent

| | | | |
|---|---|---|---|
| LO: 607508 | Keller Williams Realty/P B | 561-656-2929 | |
| LM: 33054897 | Tracey Lavoll | 561-707-8845 | tracey@jupiterhomes411.com |
| CLO: 607508 | Keller Williams Realty/P B | 561-656-2929 | |
| CLM:276537189 | Linda Rogers Mitchell | 561-301-7209 | 561-301-7209 | lmitchellbestrealtor@gmail.com |
| Com/BuyerAgt: 3% | Comm/Non-Rep: 3% | Trans Brk: 3% | Bonus: | LD: 02/14/2018 |
| Var/Dual Rate: No | List Type: Ex Brk | | |

List Off Agency: Transaction Broker

Owner Name: UNFORGETTABLE HOMES LLC

Broker Only Remarks: All sizes and measurements are approximate. Building Insurance is included here in the HOA dues number. Furniture is available for purchase.

Any Broker Advertise: No

Design: 4+ Floors

Construction: CBS

Unit Desc: Corner; Lobby

Flooring: Ceramic Tile

Furnished: Furniture Negotiable

Dining Area: Breakfast Area

Master Bedroom/Bath: Bidet; Combo Tub/Shower; Separate Shower; Separate Tub

Window Treatments: Sliding

Lot Description: 5 to <10 Acres

Storm Protection:

Restrict: Buyer Approval; Interview Required; Lease OK w/Restrict; No Truck/RV; Up to 2 Pets

Rooms: Family; Great; Laundry-Inside; Laundry-Util/Closet; Storage

Equip/Appl:Dishwasher; Dryer; Freezer; Microwave; Range - Electric; Refrigerator; Smoke Detector; Storm Shutters; Wall Oven; Washer; Water Heater - Elec

SubdivInfo:Bike Storage; Cabana; Community Room; Elevator; Exercise Room; Extra Storage; Lobby; Manager on Site; Pool; Tennis; Trash Chute

Interior:Roman Tub; W/D Hookup; Walk-in Closet

Maintenance Fee Incl: Cable; Common Areas; Insurance-Bldg; Reserve Funds; Security; Sewer; Water

Original List Price: $900,000

View: City; Intracoastal; Ocean

Waterfront Details: Intracoastal; Oceanfront

Cooling: Central

Heating: Central

Security: Doorman; Gate - Manned; Lobby; TV Camera

Utilities: Cable; Electric

Special Info: Sold As-Is

Terms Considered: Cash; Conventional

Parking: 2+ Spaces

Taxes: City/County

Equestrian Features:

| | | |
|---|---|---|
| Days On Market: 116 | Cumulative DOM: 116 | |
| Sold Price: 736,250 | Sold Price Sqft: 297.11 | Under Contract Date: 06/10/2018 |
| Selling Office: United Realty Group, Inc 800518 | Terms of Sale: Cash | Sold Date: 08/24/2018 |
| Selling Agent: Jim Boucher 33113643 | | |

sold for

Public Remarks: Opportunity Knocks! Spectacular 15th floor panoramic waterfront views of the OCEAN, intracoastal, awe inspiring sunsets, & night lights of the city! Enjoy the breathtaking views from an expansive wraparound terrace on 15th floor. This elegantly remodeled 3 bedroom, 4.5 bath condo is one of a kind with almost 2500 sqft of living space. Each room has an unbelievable water view, balcony, and en suite bathroom. The master bedroom has 2 separate bathrooms as well as oversized walk-in closets. This condo offers beautifully refinished ceilings, walls, floors. You will enjoy gorgeous porcelain tile floors throughout. Designer Bathrooms and kitchen feature granite counter tops and stainless KitchenAide and Samsung appliances including washer and dryer. Furniture negotiable.

Information is deemed to be reliable, but is not guaranteed. © 2018 MLS and FBS. Prepared by Mateusz Rymarski on Monday, August 27, 2018 10:38 AM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

**History for MLS # RX-10405997**      4100 N Ocean Drive 1503, Singer Island, FL 33404      **$736,250**

| + | MLS # | Status | Price | % Change | Date | DOM | CDOM | Address |
|---|-------|--------|-------|----------|------|-----|------|---------|
| - | RX-10405997 | Closed | $736,250 | 33.9% | 08/27/2018 | 116 | 116 | 4100 N Ocean Drive 1503 |

|   | - | Status | $770,000 | | 08/27/2018 | | | |

Change by: Tracey Lavoll

Change at 9:42 AM Eastern: changed *Status*
Old Value: Pending
New Value: Closed

|   | - | Terms of Sale | $770,000 | | 08/27/2018 | | | |

Change by: Tracey Lavoll

Change at 9:42 AM Eastern: changed *Selling Agent*
Old Value:
New Value: James Boucher
Change at 9:42 AM Eastern: changed *Sold Date*
Old Value:
New Value: 8/24/2018
Change at 9:42 AM Eastern: changed *Sold Price*
Old Value:
New Value: 736250.00
Change at 9:42 AM Eastern: changed *Terms of Sale*
Old Value:
New Value: Cash

|   | - | Photos | $770,000 | | 08/13/2018 | | | |

Change by: Tracey Lavoll

Change at 4:03 PM Eastern: Removed photo
Change at 4:03 PM Eastern: Removed photo
Change at 4:03 PM Eastern: Removed photo
Change at 4:03 PM Eastern: Removed photo
Change at 4:03 PM Eastern: Removed photo
Change at 4:03 PM Eastern: Removed photo
Change at 4:00 PM Eastern: Removed photo
Change at 4:00 PM Eastern: Removed photo
Change at 4:00 PM Eastern: Removed photo
Change at 4:00 PM Eastern: Removed photo
Change at 4:00 PM Eastern: Removed photo
Change at 4:00 PM Eastern: Removed photo
Change at 4:00 PM Eastern: Removed photo
Change at 4:00 PM Eastern: Removed photo
Change at 4:00 PM Eastern: Removed photo
Change at 3:59 PM Eastern: Removed photo
Change at 3:59 PM Eastern: Removed photo
Change at 3:59 PM Eastern: Removed photo

|   | - | Status | $770,000 | | 06/10/2018 | 0 | | |

Change by: Tracey Lavoll

Change at 4:26 PM Eastern: changed *Status*
Old Value: Active
New Value: Pending

|   | - | Under Contract Date | $770,000 | | 06/10/2018 | 0 | | |

Change at 4:26 PM Eastern: changed *Contingency*
Old Value:
New Value: B
Change at 4:26 PM Eastern: changed *Under Contract Date*
Old Value:
New Value: 6/10/2018

| - | Price Change | $770,000 | -3.8% | 05/13/2018 | 28 |

Change by: Tracey Lavoll

Change at 2:53 PM Eastern: changed *List Price*
Old Value: 800000.00
New Value: 770000.00

| - | Price Change | $800,000 | -5.9% | 05/02/2018 | 39 |

Change by: Tracey Lavoll

Change at 1:58 PM Eastern: changed *List Price*
Old Value: 850000.00
New Value: 800000.00

| - | Text, etc. | $850,000 | | 04/26/2018 | 45 |

Change by: Tracey Lavoll

Change at 3:53 PM Eastern: changed *Broker Only Remarks*
Old Value: All sizes and measurements are approximate. Annual building insurance is assessed every year in January and not part of the HOA. Furniture is available for purchase.
New Value: approximate. Building Insuran
Change at 3:53 PM Eastern: changed *HOA/POA/COA (Monthly)*
Old Value: 1080.55
New Value: 1584.00

| - | Price Change | $850,000 | -3.4% | 03/26/2018 | 76 |

Change by: Tracey Lavoll

Change at 4:22 PM Eastern: changed *List Price*
Old Value: 880000.00
New Value: 850000.00

| - | Price Change | $880,000 | -2.2% | 03/17/2018 | 85 |

Change by: Tracey Lavoll

Change at 2:49 PM Eastern: Changed Virtual Tour
Change at 2:49 PM Eastern: Changed Virtual Tour Unbranded
Change at 2:47 PM Eastern: changed *List Price*
Old Value: 900000.00
New Value: 880000.00

| - | Photos, etc. | $900,000 | | 03/17/2018 | 85 |

Change by: Tracey Lavoll

Change at 2:47 PM Eastern: Changed Virtual Tour
Change at 2:47 PM Eastern: Changed Virtual Tour Unbranded
Change at 2:31 PM Eastern: changed *Public Remarks*
Old Value: Opportunity Knocks! Spectacular 15th floor panoramic waterfront views of the OCEAN, intracoastal, awe inspiring sunsets, & night lights of the city! Enjoy the breathtaking views from an expansive wraparound terrace on a high floor. This elegantly remodeled 3 bedroom, 4.5 bath condo is one of a kind with almost 2500 sq

ft of living space. Each room has an unbelievable water view, balcony, and en suite bathroom. The master bedroom has 2 separate bathrooms as well as oversized walk-in closets. This condo offers beautifully refinished ceilings, walls, floors. Everything is brand new. You will enjoy gorgeous porcelain tile floors throughout. Designer Bathrooms and kitchen feature granite counter tops and stainless KitchenAide and Samsung appliances including washer and dryer.
New Value: Opportunity Knocks! Spectacula

Change at 2:31 PM Eastern: changed *Broker Only Remarks*
Old Value: All sizes and measurements are approximate. Annual building insurance is assessed every year in January and not part of the HOA
New Value: All sizes and measurements are

Change at 2:23 PM Eastern: Removed photo
Change at 2:23 PM Eastern: Removed photo
Change at 2:23 PM Eastern: Removed photo
Change at 2:21 PM Eastern: Removed photo
Change at 2:21 PM Eastern: Removed photo
Change at 2:21 PM Eastern: Removed photo
Change at 2:21 PM Eastern: Removed photo
Change at 2:21 PM Eastern: Removed photo
Change at 2:21 PM Eastern: Removed photo
Change at 2:21 PM Eastern: Removed photo
Change at 2:21 PM Eastern: Removed photo
Change at 2:21 PM Eastern: Removed photo
Change at 2:21 PM Eastern: Removed photo
Change at 2:21 PM Eastern: Removed photo
Change at 2:21 PM Eastern: Removed photo
Change at 2:19 PM Eastern: Added photo "001 copy"
Change at 2:19 PM Eastern: Added photo "002 copy"
Change at 2:19 PM Eastern: Added photo "003 copy"
Change at 2:19 PM Eastern: Added photo "004 copy"
Change at 2:19 PM Eastern: Added photo "005 copy"
Change at 2:19 PM Eastern: Added photo "006 copy"
Change at 2:19 PM Eastern: Added photo "007 copy"
Change at 2:19 PM Eastern: Added photo "008 copy"
Change at 2:19 PM Eastern: Added photo "009 copy"
Change at 2:19 PM Eastern: Added photo "010 copy"
Change at 2:19 PM Eastern: Added photo "011 copy"

| | | | | | | |
|---|---|---|---|---|---|---|
| - | | New | $900,000 | | 02/14/2018 | 115 |

Change by: Tracey Lavoll

Change at 7:59 PM Eastern: Added Virtual Tour
Change at 7:59 PM Eastern: Added Virtual Tour Unbranded
Change at 7:38 PM Eastern: Added new listing

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| - | RX-10279526 | Closed | $550,000 | | 01/10/2017 | 4 | 4 | 4100 N Ocean Drive 1503 |

| | | | | | |
|---|---|---|---|---|---|
| - | | Text, etc. | $550,000 | | 08/09/2018 |

Change by: Chelsea Mulvey

Change at 3:33 PM Eastern: changed *Unit #*
Old Value: 1503 Wt
New Value: 1503

| | | | | | |
|---|---|---|---|---|---|
| - | | Status | $550,000 | | 01/10/2017 |

Change by: Stephanie E Brams

Change at 10:40 AM Eastern: changed *Status*

Old Value: Pending
New Value: Closed

-     Terms of Sale       $550,000       01/10/2017

Change by: Stephanie E Brams

      Change at 10:40 AM Eastern: changed *Selling Agent*
           Old Value:
           New Value: Noah Dodson
      Change at 10:40 AM Eastern: changed *Sold Date*
           Old Value:
           New Value: 12/23/2016
      Change at 10:40 AM Eastern: changed *Sold Price*
           Old Value:
           New Value: 550000.00
      Change at 10:40 AM Eastern: changed *Terms of Sale*
           Old Value:
           New Value: Cash

-     Status       $550,000       11/28/2016

Change by: Stephanie E Brams

      Change at 11:15 AM Eastern: changed *Status*
           Old Value: Active
           New Value: Pending

-     Under Contract Date       $550,000       11/28/2016

Change by: Stephanie E Brams

      Change at 11:15 AM Eastern: changed *Contingency*
           Old Value:
           New Value: N
      Change at 11:15 AM Eastern: changed *Under Contract Date*
           Old Value:
           New Value: 11/4/2016

-     Text, etc.       $550,000       11/14/2016

Change by: Stephanie E Brams

      Change at 6:07 PM Eastern: changed *Public Remarks*
           Old Value: sher. New AC being added, wash
           New Value: sher. Washing machine & dryer

-     Text, etc.       $550,000       11/01/2016       3

Change by: Stephanie E Brams

Change by: Maria V Fresneda

      Change at 10:12 AM Eastern: changed *Private Pool*
           Old Value: Yes
           New Value: No

-     New       $550,000       10/31/2016       4

Change by: Stephanie E Brams

      Change at 7:08 PM Eastern: Removed photo
      Change at 7:07 PM Eastern: changed *Public Remarks*
           Old Value: m has an unbelievable watervie
           New Value: m has an unbelievable water vi
      Change at 6:52 PM Eastern: changed *Broker Only Remarks*

Old Value: s. ASSESSMENT PAID IN FULL.
New Value: s to bring it back to the LUXU
Change at 6:51 PM Eastern: changed *Broker Only Remarks*
Old Value: Easy to show. Can show on shor
New Value: EASY TO SHOW ON SHORT NOTICE.
Change at 6:46 PM Eastern: changed *Public Remarks*
Old Value: Spectacular 15th floor panoram
New Value: Opportunity Knocks! Spectacula
Change at 6:33 PM Eastern: Added photo "IMG_5730"
Change at 6:33 PM Eastern: Removed photo
Change at 6:33 PM Eastern: Added photo "FullSizeR"
Change at 6:24 PM Eastern: changed *Public Remarks*
Old Value: from an expansive wrap around
New Value: from an expansive wraparound
Change at 6:03 PM Eastern: Added photo "Screen Shot 2016"
Change at 5:58 PM Eastern: Added new listing

Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 36 of 537

001 copy



002 copy



Lobby

001 copy



003 copy



005 copy



004 copy



**009 copy**



**011 copy**



**008 copy**



**007 copy**



**010 copy**



**002 copy**



**006 copy**



**012 copy**



**parking**



**tennis**



# Exhibit

# 3



©AAP 05-08-09 All Rights Reserved



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-967-719**

**Effective Date of Registration:**
July 07, 2015

## Title



**Title of Work:** Group Registration Photos, Selected 2009 Photographs Including Tesoro Club, Esplande Grande, Ocean Trail, Resort at Singer Island and Others published Feb. 3, 2009 to Oct. 29, 2009; 44 photos

**Content Title:** Tesoro Club Night A 2009 AAP, Feb. 3, 2009; Esplanade Grande Boat 2009 AAP, Feb. 3, 2009; Ocean Trail Way pool 2 AAP 09, Feb. 8, 2009; Ocean Trail Way Lobby AAP 09, May. 8, 2009; Tesoro Club Night A 2009 AAP, May. 14, 2009; Tesoro Club Night A 2009 AAP, May. 14, 2009; Tesoro Club Night A 2009 AAP, May. 14, 2009; Ocean Trail Way social room AAP 09, May. 8, 2009; Ocean Trail Way Gym 1 AAP 09, May. 8, 2009; Ocean Trail Way pool 1 AAP 09, May. 8, 2009; Ocean Trail Way Beach Stairs AAP 09, May. 8, 2009 Ocean Trail Beach Access AAP 09, May. 8, 2009; Ocean Trail Way Tennis AAP 09, May. 8, 2009; Jupiter Lighthouse Palm 2009 AAP, May. 8, 2009; Jupiter Lighthouse sunset D 2009 AAP, May. 8, 2009; Jupiter Lighthouse sunset AAP 2009, May. 8, 2009; Ocean Trail Full Moon 1 AAP 09, May. 8, 2009; Ocean Trail Full Moon 3 AAP 09, May. 8, 2009; Ocean Trail Full Moon 2 AAP 09, May. 8, 2009; Jupiter Lighthouse AAP 09, May. 8, 2009; Ocean Trail Aerial 40 AAP 09, May. 12, 2009; Ocean Trail Aerial 50 AAP 09, May. 12, 2009; Ocean Trail Aerial 60 AAP 09, May. 12, 2009; Ocean Trail Aerial 10 AAP 09, May. 12, 2009; Ocean Trail Aerial 20 AAP 09, May. 12, 2009; Ocean Trail Aerial 30 AAP 09, May. 12, 2009;

Rapallo West Palm aerial A 2009 AAP, Jun. 18, 2009; Tesoro Club Aerial B 2009 AAP, Jun. 20, 2009; Tesoro Club Aerial A 2009 AAP, Jun. 20, 2009; Flagler Museum aerial A 2009 AAP, Jun. 27, 2009; Tesoro Club Fountain 2009 AAP, Jun. 28, 2009; Admiral's Cove Pano A 2009 AAP, Aug. 4, 2009; Slade Building aerial a 2009, Aug. 5, 2009; Palm Beach Condos sunrise 2009 AAP, Aug. 21, 2009; Ritz Carlton Game Room D 2009 AAP, Aug. 27, 2009; Resort at Singer Island theater C 2009 AAP, Aug. 27, 2009; Resort at Singer Island theater D 2009 AAP, Aug. 27, 2009; Resort at Singer Island pool B 2009 AAP, Aug. 28, 2009; Ritz Carlton spa 2009 AAP, Aug. 28, 2009; Ritz Carlton bar 2009 AAP, Aug. 28, 2009; Resort at Singer Island Fitness 2009 AAP, Aug. 28, 2009; Juno Beach 33, Sept. 26, 2009; West Palm Beach skyline C 2009 AAP, Oct. 24, 2009; Jupiter Inlet 1 AAP 2009, Oct. 29, 2009; Juno Beach Pier AAP 09, Oct. 29, 2009; Tesoro Club Aerial C 2009 AAP, Oct. 29, 2009; Tesoro Club Aerial D 2009 AAP, Oct. 29, 2009;

**EXHIBIT**

**3-B**

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** February 03, 2009
**Nation of 1st Publication:** United States

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-967-719

**Effective Date of Registration:**
July 07, 2015

## Title

**Title of Work:** Group Registration Photos, Selected 2009 Photographs Including Tesoro Club,
Esplande Grande, Ocean Trail, Resort at Singer Island and Others published
Feb. 3, 2009 to Oct. 29, 2009; 44 photos

**Content Title:** Tesoro Club Night A 2009 AAP, Feb. 3, 2009; Esplanade Grande Boat 2009
AAP, Feb. 3, 2009; Ocean Trail Way pool 2 AAP 09, Feb. 8, 2009; Ocean Trail
Way Lobby AAP 09, May. 8, 2009; Tesoro Club Night A 2009 AAP, May. 14,
2009; Tesoro Club Night A 2009 AAP, May. 14, 2009; Tesoro Club Night A
2009 AAP, May. 14, 2009; Ocean Trail Way social room AAP 09, May. 8,
2009; Ocean Trail Way Gym 1 AAP 09, May. 8, 2009; Ocean Trail Way pool 1
AAP 09, May. 8, 2009; Ocean Trail Way Beach Stairs AAP 09, May. 8, 2009
Ocean Trail Beach Access AAP 09, May. 8, 2009; Ocean Trail Way Tennis
AAP 09, May. 8, 2009; Jupiter Lighthouse Palm 2009 AAP, May. 8, 2009;
Jupiter Lighthouse sunset D 2009 AAP, May. 8, 2009; Jupiter Lighthouse sunset
AAP 2009, May. 8, 2009; Ocean Trail Full Moon 1 AAP 09, May. 8, 2009;
Ocean Trail Full Moon 3 AAP 09, May. 8, 2009; Ocean Trail Full Moon 2 AAP
09, May. 8, 2009; Jupiter Lighthouse AAP 09, May. 8, 2009; Ocean Trail Aerial
40 AAP 09, May. 12, 2009; Ocean Trail Aerial 50 AAP 09, May. 12, 2009;
Ocean Trail Aerial 60 AAP 09, May. 12, 2009; Ocean Trail Aerial 10 AAP 09,
May. 12, 2009; Ocean Trail Aerial 20 AAP 09, May. 12, 2009; Ocean Trail
Aerial 30 AAP 09, May. 12, 2009;

Rapallo West Palm aerial A 2009 AAP, Jun. 18, 2009; Tesoro Club Aerial B
2009 AAP, Jun. 20, 2009; Tesoro Club Aerial A 2009 AAP, Jun. 20,
2009;Flagler Museum aerial A 2009 AAP, Jun. 27, 2009; Tesoro Club Fountain
2009 AAP, Jun. 28, 2009; Admiral's Cove Pano A 2009 AAP, Aug. 4, 2009;
Slade Building aerial a 2009, Aug. 5, 2009; Palm Beach Condos sunrise 2009
AAP, Aug. 21, 2009; Ritz Carlton Game Room D 2009 AAP, Aug. 27, 2009;
Resort at Singer Island theater C 2009 AAP, Aug. 27, 2009; Resort at Singer
Island theater D 2009 AAP, Aug. 27, 2009; Resort at Singer Island pool B 2009
AAP, Aug. 28, 2009;Ritz Carlton spa 2009 AAP, Aug. 28, 2009; Ritz Carlton
bar 2009 AAP, Aug. 28, 2009; Resort at Singer Island Fitness 2009 AAP, Aug.
28, 2009; Juno Beach 33, Sept. 26, 2009; West Palm Beach skyline C 2009
AAP, Oct. 24, 2009; Jupiter Inlet 1 AAP 2009, Oct. 29, 2009; Juno Beach Pier
AAP 09, Oct. 29, 2009; Tesoro Club Aerial C 2009 AAP, Oct. 29, 2009; Tesoro
Club Aerial D 2009 AAP, Oct. 29, 2009;

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** February 03, 2009
**Nation of 1st Publication:** United States

## Author _____

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant _____

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417

## Certification _____

**Name:** Robert Stevens
**Date:** July 07, 2015



**Rental Full Report**   **400 Ocean Trail Way 209, Jupiter, FL 33477**   **Rental Price:** $2,700

MLS#: RX-10328625

**Area:** 5080
**Geo Area:** PB32
**City:** Jupiter
**County:** Palm Beach
**Year Built:** 1983
**Date Available:** 06/01/2017

**St:** Closed
**Type:** Condo/Coop
**Parcel ID:** 30434105140040209
**Unit #:** 209
**Address:** 400 Ocean Trail Way 209, Jupiter, FL 33477
**For Sale:** No

**Orig. LP:** $2,700
**Elementary School:**
**Middle School:**
**High School:**

**Subdivision:** OCEAN TRAIL CONDO IV
**Development:** ocean trail
**Waterfront:** Yes
**Total Bedrooms:** 2
**Baths - Full:** 2
**Baths - Half:** 0
**Baths - Total:** 2

**Front Exposure:** E
**SqFt - Total:** 1,270
**Waterfrontage:**
**Governing Bodies:**
**SqFt - Living:** 1,270
**HOPA:** No Hopa
**Private Pool:** No
**Cleaning Fee:** 150

**Pets Allowed:** No
**Unit Floor #:** 2
**Total Floors in Bldg:** 14
**Ttl Units in Complex:** 603
**Total Units in Bldg:** 138
**Damage Deposit:** 2,700
**Management Co:**
**Owner/Agent:** No

**Virtual Tour:**

---

**Application Fee:** 100
**Damage Deposit:** 2,700
**1st Month Deposit:** 2,700

**Pet Fee:** 0
**Furn Annual Rent:** 2,700
**Unfurn Annual Rent:**

**Min Days for Lease:** 120
**Furn Seasonal Rent:** 4,600
**Unfurn Seasonal Rent:**

**Last Month Deposit:** 2,700
**Furn Off Season Rent:**
**Unfur Off Season Rnt:**

| January: | February: | March: | April: | May: | June: | July: | August: | September: | October: | November: | December: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Annual | Annual | Annual | Annual | Annual | Annual | Annual | Annual | Annual | Annual | Annual | Annual |

**Legal Desc:** OCEAN TRAIL COND IV UNIT 209
**Directions:** Indiantown Rd East to A1A, North to Jupiter Beach Rd, East to Ocean Trail
**Showing Instructions:** 24 Hour Notice; Appointment Only; Call Listing Agent; Schedule Online

**LO:** 800307   Keller Williams Realty Jupiter   561-427-6100
**LM:** 20018834   Kevin Kelly   561-632-5546   kevin@kevinmkelly.biz
**Com/BuyerAgt:** 5%   **Comm/Non-Rep:** 5%   **Trans Brk:** 5%   **Comm Renewable:** No   **LD:** 04/25/2017
**Var/Dual Rate:** No   **List Type:** Ex Rt
**Owner Name:** Witheld   **List Off Agency:** Transaction Broker
**Broker Only Remarks:** Fully furnished. Landlord would prefer an annual tenant but a 4 month seasonal would be considered. Email Kevin@KevinMKelly.biz or Kevin@WardAndAssociates.com; Call or text Kevin Kelly, Keller Williams at 561-632-5546 to set up showing.
**Any Broker Advertise:** No

---

**Comm Desc:**

**Garage Spaces:** 1
**Tenant Pays:** Electric
**View:** Ocean; Pool
**Waterfront Details:** Oceanfront
**Interior Features:** Custom Mirror; Pantry; Split Bedroom; Walk-in Closet
**Cooling:** Ceiling Fan; Central; Electric
**Parking:** Assigned; Guest; Open; Under Building

**Miscellaneous:** Assigned Parking; Building Security; Central A/C; Community Pool; Tenant Approval; Tennis; Washer / Dryer
**Furnished:** Furnished
**Security:** Entry Phone; Gate - Manned
**Type:** Condo/Coop
**Master Bedroom/Bath:** None

**Subdiv Amenities:** Bike - Jog; Bike Storage; Community Room; Elevator; Exercise Room; Game Room; Library; Lobby; Manager on Site; Pool; Sauna; Spa-Hot Tub; Tennis
**Membership:**

**Flooring:** Ceramic Tile
**Heating:** Central; Electric
**Restrict:** No Pets

**Exterior Features:** Auto Sprinkler; Covered Balcony; Outdoor Shower; Shutters; Tennis Court
**Equip/Appl Included:** Dishwasher; Disposal; Dryer; Microwave; Range; Refrigerator; W/D Hookup; Washer; Water Heater - Elec
**Unit Desc:** Exterior Catwalk

**Rooms:**

---

**Days On Market:** 154
**Rented Price:** 2,300
**Buyer Office:** Keller Williams Realty Jupiter   SEFKWRJ01
**Buyer Agent:** Kevin Kelly   SEF3261206

**Cumulative DOM:** 154
**Sold Price Sqft:** 1.81
**Terms of Sale:**

**Under Contract Date:** 09/26/2017
**Rented Date:** 11/01/2018

**Public Remarks:** Fully furnished. Landlord would prefer an annual tenant but a 4 month seasonal would be considered. This is a 2nd floor unit in the 400 bldg of Ocean Trail. Located just south of the Jupiter Inlet. Flat screens in all beds & living room. Wireless internet. Kitchen has stainless steel appliances & granite counter tops. A beautiful & affordable way to live OCEANFRONT! Annual rentals are few & far between now. It will NOT last!

Information is deemed to be reliable, but is not guaranteed. © 2019 MLS and FBS. Prepared by Mateusz Rymarski on Friday, May 24, 2019 10:38 AM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.



EXHIBIT

3-C

**History for MLS # RX-10328625**     400 Ocean Trail Way 209, Jupiter, FL 33477     $2,300

| + | MLS # | Status | Price | % Change | Date | DOM | CDOM | Address |
|---|-------|--------|-------|----------|------|-----|------|---------|
| - | RX-10328625 | Closed | $2,300 | | 03/11/2019 | 154 | 154 | 400 Ocean Trail Way 209 |

| | | | | |
|---|---|---|---|---|
| - | Status | $2,700 | | 03/11/2019 |

Change by: Kevin Kelly

Change at 4:36 PM Eastern: changed *Status*
Old Value: Pending
New Value: Closed

| | | | | |
|---|---|---|---|---|
| - | Rented Price | $2,700 | | 03/11/2019 |

Change by: Kevin Kelly

Change at 4:36 PM Eastern: changed *Buyer Agent*
Old Value:
New Value: Kevin Kelly
Change at 4:36 PM Eastern: changed *Rented Date*
Old Value:
New Value: 11/1/2018
Change at 4:36 PM Eastern: changed *Rented Price*
Old Value:
New Value: 2300.00

| | | | | |
|---|---|---|---|---|
| - | Status | $2,700 | | 09/27/2017 |

Change by: Kevin Kelly

Change at 12:39 PM Eastern: changed *Status*
Old Value: Active
New Value: Pending

| | | | | |
|---|---|---|---|---|
| - | Under Contract Date | $2,700 | | 09/27/2017 |

Change by: Kevin Kelly

Change at 12:39 PM Eastern: changed *Contingency*
Old Value:
New Value: C
Change at 12:39 PM Eastern: changed *Under Contract Date*
Old Value:
New Value: 9/26/2017

| | | | | |
|---|---|---|---|---|
| - | Photos | $2,700 | | 08/14/2017 | 43 |

Change by: Kevin Kelly

Change at 12:56 PM Eastern: Added photo "9"

| | | | | |
|---|---|---|---|---|
| - | Text, etc. | $2,700 | | 05/19/2017 | 130 |

Change by: Kevin Kelly

Change at 11:10 AM Eastern: changed *Date Available*
Old Value: 5/16/2017
New Value: 6/1/2017
Change at 11:08 AM Eastern: changed *Public Remarks*
Old Value: d prefer an annual tenant. Thi
New Value: d prefer an annual tenant but
Change at 11:08 AM Eastern: changed *Broker Only Remarks*
Old Value: d prefer an annual tenant. Em
New Value: d prefer an annual tenant but

Change by: Kevin Kelly

Change at 2:29 PM Eastern: changed *From #RX-10262705*
Old Value:
New Value: Path to Paradise
Change at 2:29 PM Eastern: changed *From #RX-10262705*
Old Value:
New Value: Tennis Courts
Change at 2:29 PM Eastern: changed *From #RX-10262705*
Old Value:
New Value: 2nd Community Pool
Change at 2:29 PM Eastern: changed *From #RX-10262705*
Old Value:
New Value: Oceanfront Jacuzzi
Change at 2:29 PM Eastern: changed *From #RX-10262705*
Old Value:
New Value: Balcony view
Change at 2:29 PM Eastern: changed *From #RX-10262705*
Old Value:
New Value: Guest bedroom
Change at 2:29 PM Eastern: changed *From #RX-10262705*
Old Value:
New Value: Master Vanity
Change at 2:29 PM Eastern: changed *From #RX-10262705*
Old Value:
New Value: Master bedroom
Change at 2:29 PM Eastern: changed *From #RX-10262705*
Old Value:
New Value: Master Bedroom
Change at 2:29 PM Eastern: changed *From #RX-10262705*
Old Value:
New Value: Breakfast area
Change at 2:29 PM Eastern: changed *From #RX-10262705*
Old Value:
New Value: Breakfast area
Change at 2:29 PM Eastern: changed *From #RX-10262705*
Old Value:
New Value: Kitchen
Change at 2:29 PM Eastern: changed *From #RX-10262705*
Old Value:
New Value: Living Room
Change at 2:29 PM Eastern: changed *From #RX-10262705*
Old Value:
New Value: Living Room
Change at 2:28 PM Eastern: Added new listing

| | | | | | | |
|---|---|---|---|---|---|---|
| - | Text | $2,700 | | 04/25/2017 | 154 | |

Change by: Kevin Kelly

Change at 2:28 PM Eastern: Copied listing from RX-10262705

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| - | RX-10262705 | Expired | $2,500 | -37.5% | 02/27/2017 | 185 | 185 | 400 Ocean Trail Way 209 |
| | - | Text, etc. | $2,500 | | 04/25/2017 | | |

Change by: Kevin Kelly

Change at 2:18 PM Eastern: changed *Public Remarks*
Old Value: No longer avail for 2016-17 se
New Value: Fully furnished. Landlord woul
Change at 2:18 PM Eastern: changed *Broker Only Remarks*
Old Value: No longer avail for 2016-17 se

New Value: Fully furnished. Landlord woul
Change at 2:18 PM Eastern: changed *Damage Deposit*
Old Value: 2500.00
New Value: 2700.00

-     Status         $2,500         02/28/2017

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value: Active
New Value: Expired

-     Photos         $2,500         02/24/2017     2

Change by: Kevin Kelly

Change at 9:27 PM Eastern: Removed photo

-     Text, etc.         $2,500         10/12/2016     138

Change by: Kevin Kelly

Change at 3:43 PM Eastern: changed *Date Available*
Old Value: 9/1/2016
New Value: 5/16/2017

-     Text, etc.         $2,500         09/23/2016     157

Change by: Kevin Kelly

Change at 12:49 PM Eastern: changed *Public Remarks*
Old Value: This is a 2nd floor unit in th
New Value: No longer avail for 2016-17 se
Change at 12:49 PM Eastern: changed *Broker Only Remarks*
Old Value: Also available Furnished SEASO
New Value: No longer avail for 2016-17 se

-     Text, etc.         $2,500         09/20/2016     160

Change by: Kevin Kelly

Change at 10:56 AM Eastern: changed *Owner Name*
Old Value: Withhed
New Value: Withheld

-     New         $2,500         08/29/2016     182

Change by: Kevin Kelly

Change at 11:08 AM Eastern: Geocode set manually
Change at 11:07 AM Eastern: changed *Comm/Non-Rep*
Old Value: 4.16%
New Value: 5%
Change at 11:07 AM Eastern: changed *Comm/Single Agent*
Old Value: 4.16%
New Value: 5%
Change at 11:07 AM Eastern: changed *Comm/Trans Brk*
Old Value: 4.16%
New Value: 5%
Change at 9:10 AM Eastern: Added new listing

-     Documents         $2,500         08/29/2016     182

Change by: Kevin Kelly

Change at 9:08 AM Eastern: Added document "Appl"

| - | RX-10173593 | Closed | $4,000 | 04/04/2016 | 5 | 5 | 400 Ocean Trail Way 209 |
|---|---|---|---|---|---|---|---|
| | - | Photos | $4,500 | 02/27/2017 | | | |

Change by: Sateree Hudson-Fankhauser

Change at 12:26 PM Eastern: Removed photo

| | - | Status | $4,500 | 04/04/2016 | | | |

Change by: Tracy Ward

Change at 3:18 PM Eastern: changed *Status*
Old Value: Pending
New Value: Closed

| | - | Rented Price | $4,500 | 04/04/2016 | | | |

Change by: Tracy Ward

Change at 3:18 PM Eastern: changed *Buyer Agent*
Old Value:
New Value: Kevin Kelly
Change at 3:18 PM Eastern: changed *Rented Date*
Old Value:
New Value: 10/12/2015
Change at 3:18 PM Eastern: changed *Rented Price*
Old Value:
New Value: 4000.00

| | - | Status | $4,500 | 10/13/2015 | | | |

Change by: Kevin Kelly

Change at 10:07 AM Eastern: changed *Status*
Old Value: Active
New Value: Pending

| | - | Text, etc. | $4,500 | 10/13/2015 | | | |

Change by: Kevin Kelly

Change at 10:07 AM Eastern: changed *Contingency*
Old Value:
New Value: N
Change at 10:07 AM Eastern: changed *Under Contract Date*
Old Value:
New Value: 10/12/2015
Change at 10:07 AM Eastern: changed *Fallthrough Date*
Old Value:
New Value: 10/13/2015

| | - | Text, etc. | $4,500 | 10/08/2015 | 4 | | |

Change by: Kevin Kelly

Change at 3:01 PM Eastern: changed *Broker Only Remarks*
Old Value: TS. NOT AVAIL BEFORE 1/1/16. C
New Value: TS. NOT AVAIL BEFORE 1/1/16. E

| | - | New | $4,500 | 10/06/2015 | 6 | | |

Change by: Kevin Kelly

Change at 3:01 PM Eastern: Added new listing

Change by: Kevin Kelly

Change at 2:54 PM Eastern: Added document "KW rental application"

| - | RX-10083926 | Closed | $337,000 | 05/29/2015 | 196 | 525 | 400 Ocean Trail Way 209 |
|---|---|---|---|---|---|---|---|
|   | - | Photos | $349,900 | 09/13/2016 | | | |

Change by: Sarah Chenoweth

Change at 4:04 PM Eastern: Removed photo
Change at 4:04 PM Eastern: Removed photo
Change at 4:04 PM Eastern: Removed photo
Change at 4:04 PM Eastern: Removed photo
Change at 4:04 PM Eastern: Removed photo
Change at 4:03 PM Eastern: Removed photo
Change at 4:03 PM Eastern: Removed photo
Change at 4:03 PM Eastern: Removed photo
Change at 4:03 PM Eastern: Removed photo
Change at 4:03 PM Eastern: Removed photo
Change at 4:03 PM Eastern: Removed photo
Change at 4:03 PM Eastern: Removed photo

- Status $349,900 05/29/2015

Change by: Kathleen S McLane

Change at 7:42 AM Eastern: changed *Status*
Old Value: Pending
New Value: Closed

- Terms of Sale $349,900 05/29/2015

Change by: Kathleen S McLane

Change at 7:42 AM Eastern: changed *Buyer Agent*
Old Value:
New Value: Kevin Kelly
Change at 7:42 AM Eastern: changed *Sold Date*
Old Value:
New Value: 5/21/2015
Change at 7:42 AM Eastern: changed *Sold Price*
Old Value:
New Value: 337000.00
Change at 7:42 AM Eastern: changed *Terms of Sale*
Old Value:
New Value: Cash

- Status $349,900 05/15/2015

Change by: Kathleen S McLane

Change at 1:20 PM Eastern: changed *Contingency*
Old Value:
New Value: C
Change at 1:19 PM Eastern: changed *Status*
Old Value: Active
New Value: Pending

- Under Contract Date $349,900 05/15/2015

Change by: Kathleen S McLane

Change at 1:19 PM Eastern: changed *Under Contract Date*

Old Value:
New Value: 5/11/2015

-       Text, etc.                $349,900              04/12/2015       29
        Change by: Kathleen S McLane

                    Change at 3:42 PM Eastern: changed *Broker Only Remarks*
                    Old Value: This unit is rented for Jan, F
                    New Value: For showings please Call Kathy

-       Text, etc.                $349,900              02/05/2015       95
        Change by: Kathleen S McLane

                    Change at 3:05 PM Eastern: changed *Directions*
                    Old Value: bldg. on Right
                    New Value: bldg. on Left

-       Text, etc.                $349,900              12/01/2014       160
        Change by: Kathleen S McLane

                    Change at 8:33 PM Eastern: changed *Broker Only Remarks*
                    Old Value: Easy to show. Call Kathy McLan
                    New Value: This unit is rented for Jan, F

-       Photos                    $349,900              11/18/2014       173
        Change by: Kathleen S McLane

                    Change at 8:50 PM Eastern: Changed primary photo
                    Change at 8:49 PM Eastern: Changed primary photo
                    Change at 8:49 PM Eastern: Added photo "525 copy"
                    Change at 8:48 PM Eastern: Added photo "523 copy"
                    Change at 8:48 PM Eastern: Added photo "Ocean Trail_edit"
                    Change at 8:48 PM Eastern: Added photo "081 copy"
                    Change at 8:48 PM Eastern: Added photo "015 copy"
                    Change at 8:48 PM Eastern: Added photo "Ocean Trail 111"

-       Text, etc.                $349,900              10/28/2014       195
        Change by: Kathleen S McLane

                    Change at 2:27 PM Eastern: Added supplement

        Change by: Maria V Fresneda

                    Change at 2:06 PM Eastern: changed *Public Remarks*
                    Old Value: Call Listing Realtor Kathy McL
                    New Value: Beautiful Ocean Views in this
                    Change at 2:06 PM Eastern: changed *Broker Only Remarks*
                    Old Value: Easy to show. Call or text Kat
                    New Value: Easy to show. Call Kathy McLan

-       New                       $349,900              10/27/2014       196
        Change by: Kathleen S McLane

                    Change at 4:50 PM Eastern: Added photo "Master"
                    Change at 4:50 PM Eastern: Added photo "Living 4"
                    Change at 4:50 PM Eastern: Added photo "Living 2"
                    Change at 4:50 PM Eastern: Added photo "Dining 3"
                    Change at 4:50 PM Eastern: Added photo "Dining"
                    Change at 4:50 PM Eastern: Added photo "View at sunrise"
                    Change at 4:45 PM Eastern: Added new listing

| - | Photos | $349,000 | 09/13/2016 | |

Change by: Sarah Chenoweth

Change at 4:01 PM Eastern: Removed photo
Change at 4:01 PM Eastern: Removed photo
Change at 4:01 PM Eastern: Removed photo
Change at 4:01 PM Eastern: Removed photo
Change at 4:01 PM Eastern: Removed photo
Change at 4:01 PM Eastern: Removed photo
Change at 4:01 PM Eastern: Removed photo
Change at 4:01 PM Eastern: Removed photo
Change at 4:01 PM Eastern: Removed photo
Change at 4:01 PM Eastern: Removed photo
Change at 4:01 PM Eastern: Removed photo
Change at 4:01 PM Eastern: Removed photo
Change at 4:01 PM Eastern: Removed photo
Change at 4:00 PM Eastern: Removed photo
Change at 4:00 PM Eastern: Removed photo
Change at 4:00 PM Eastern: Removed photo
Change at 4:00 PM Eastern: Removed photo
Change at 3:58 PM Eastern: Removed photo
Change at 3:58 PM Eastern: Removed photo
Change at 3:57 PM Eastern: Removed photo
Change at 3:57 PM Eastern: Removed photo

| - | Status | $349,000 | 10/27/2014 | 0 |

Change by: Kathleen S McLane

Change at 4:44 PM Eastern: changed *Status*
Old Value: Temp Off Market
New Value: Cancelled

| - | Cancel Date | $349,000 | 10/27/2014 | 0 |

Change by: Kathleen S McLane

Change at 4:44 PM Eastern: changed *Cancel Date*
Old Value:
New Value: 10/27/2014

| - | Status | $349,000 | 07/11/2014 | 108 |

Change by: Kathleen S McLane

Change at 2:56 PM Eastern: changed *Status*
Old Value: Active
New Value: Temp Off Market

| - | Price Change | $349,000 | -2.8% | 03/24/2014 | 217 |

Change by: Kathleen S McLane

Change at 1:41 PM Eastern: changed *List Price*
Old Value: 359000.00
New Value: 349000.00

| - | Text, etc. | $359,000 | 12/10/2013 | 320 |

Change by: Kathleen S McLane

Change at 8:37 PM Eastern: changed *HOA/POA/COA (Monthly)*
Old Value: 2112.00
New Value: 758.00

Photos 8359.001

Change by: Kathleen S McLane

   Change at 10:19 AM Eastern: Changed primary photo
   Change at 10:18 AM Eastern: Removed photo
   Change at 10:17 AM Eastern: Added photo "PC030073"
   Change at 10:17 AM Eastern: Added photo "PC030072"
   Change at 10:17 AM Eastern: Added photo "PC030071"
   Change at 10:17 AM Eastern: Added photo "PC030070"
   Change at 10:17 AM Eastern: Added photo "PC030069"
   Change at 10:17 AM Eastern: Added photo "PC030068"
   Change at 10:17 AM Eastern: Added photo "PC030067"
   Change at 10:16 AM Eastern: Removed photo
   Change at 10:15 AM Eastern: Changed primary photo
   Change at 10:15 AM Eastern: Added photo "PC030066"
   Change at 10:15 AM Eastern: Added photo "PC030065"
   Change at 10:15 AM Eastern: Added photo "PC030064"
   Change at 10:14 AM Eastern: Added photo "PC030063"
   Change at 10:14 AM Eastern: Added photo "PC030062"
   Change at 10:14 AM Eastern: Added photo "PC030061"
   Change at 10:14 AM Eastern: Added photo "PC030060"
   Change at 10:14 AM Eastern: Added photo "PC030059"
   Change at 10:14 AM Eastern: Added photo "PC030058"
   Change at 10:14 AM Eastern: Added photo "PC030057"
   Change at 10:14 AM Eastern: Added photo "PC030056"
   Change at 10:14 AM Eastern: Added photo "PC030055"
   Change at 10:14 AM Eastern: Added photo "PC030054"
   Change at 10:11 AM Eastern: Added photo "PC030053"
   Change at 10:11 AM Eastern: Added photo "PC030052"
   Change at 10:10 AM Eastern: Added photo "PC030069"

| - | New | $359,000 | 12/04/2013 | 327 | | |
|---|-----|----------|------------|-----|---|---|

Change by: Kathleen S McLane

   Change at 6:30 PM Eastern: changed *Public Remarks*
    Old Value:
    New Value: Ocean views on lower floor in
   Change at 6:30 PM Eastern: changed *Broker Only Remarks*
    Old Value:
    New Value: Please call Kathy McLane for s
   Change at 1:50 PM Eastern: Added new listing

| - | RX-9967401 | Expired | $4,500 | 11/07/2014 | 117 | 117 | 400 Ocean Trail Way # 209 |
|---|-----------|---------|--------|------------|-----|-----|---------------------------|
| | - | Status | $4,500 | 11/07/2014 | | | |

Change by: Shakeh Nazarian-Nik

   Change at 11:02 AM Eastern: changed *Status*
    Old Value: Pending
    New Value: Expired

| - | Extension | $4,500 | 06/06/2014 | 7 | |
|---|-----------|--------|------------|---|---|

Change by: Frances M McGill

   Change at 9:50 AM Eastern: Extended listing

| - | Status | $4,500 | 12/09/2013 | 185 | |
|---|--------|--------|------------|-----|---|

Change by: Frances M McGill

   Change at 6:36 PM Eastern: changed *Status*
    Old Value: Active
    New Value: Pending

Change by: Frances M McGill

Change at 6:36 PM Eastern: changed *Under Contract Date*
Old Value:
New Value: 12/1/2013
Change at 6:36 PM Eastern: changed *For Sale*
Old Value:
New Value: No

| - | Contingency | $4,500 | 09/19/2013 | 267 |
|---|---|---|---|---|

Change by: Frances M McGill

Change at 3:10 PM Eastern: changed *Contingency*
Old Value:
New Value: C

| - | Text, etc. | $4,500 | 08/07/2013 | 309 |
|---|---|---|---|---|

Change by: Frances M McGill

Change at 8:17 PM Eastern: changed *Private Remarks*
Old Value:
New Value: call La to show 561-309-7961
Change at 8:17 PM Eastern: changed *Owner Name*
Old Value: North Ocean Way Llc
New Value: witheld
Change at 8:17 PM Eastern: changed *Subdivision*
Old Value: Ocean Trail Cond Iv
New Value: Ocean Trail
Change at 8:17 PM Eastern: changed *MLS #*
Old Value:
New Value: rx9967401

| - | New | $4,500 | 08/06/2013 | 311 |
|---|---|---|---|---|

Change by: Frances M McGill

Change at 2:28 PM Eastern: Added photo "Ocean Trail Tenn"
Change at 2:24 PM Eastern: Added photo "400 OT #209 pool"
Change at 2:24 PM Eastern: Added photo "400 OT #209 Mast"
Change at 2:24 PM Eastern: Added photo "400 OT #209 Mast"
Change at 2:24 PM Eastern: Added photo "400 OT #209 Livi"
Change at 2:24 PM Eastern: Added photo "400 OT #209 Livi"
Change at 2:24 PM Eastern: Added photo "400 OT #209 Kitc"
Change at 2:24 PM Eastern: Added photo "400 OT #209 Dini"
Change at 2:24 PM Eastern: Added photo "400 OT #209 2nd"
Change at 2:24 PM Eastern: Added photo "400 OT # 209 Mas"
Change at 2:22 PM Eastern: changed *Street Name*
Old Value: Ocean
New Value: Ocean Trail
Change at 2:22 PM Eastern: changed *Street Suffix*
Old Value: Drive
New Value: Way
Change at 2:20 PM Eastern: Added new listing

| - | RX-3206044 | Closed | $1,650 | 08/08/2012 | 377 | 377 | 400 Ocean Trail 209 |
|---|---|---|---|---|---|---|---|
| | - | Status | $1,650 | 08/08/2012 | | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Closed

Status          $1,650          07/16/2012
Change by: Frances M McGill

> Change at 11:09 AM Eastern: changed *Status*
> Old Value:
> New Value: Active

-       Status          $1,650          06/30/2012      0
Change by: BeachesMLS, Inc.

> Change at 1:00 AM Eastern: changed *Rented Price*
> Old Value:
> New Value: 1650.0
> Change at 1:00 AM Eastern: changed *Rented Date*
> Old Value:
> New Value: 06/30/2012
> Change at 1:00 AM Eastern: changed *Buyer Agent*
> Old Value:
> New Value: Non Member

Change by: Non RMLS Selling Agent

> Change at 1:00 AM Eastern: changed *Status*
> Old Value:
> New Value: Closed

-       Status          $1,650          09/16/2011      288
Change by: Frances M McGill

> Change at 1:00 AM Eastern: changed *Status*
> Old Value:
> New Value: Pending

-       New             $1,650          06/19/2011      377
Change by: BeachesMLS, Inc.

> Change at 1:00 AM Eastern: Added new listing

| - | RX-3101299 | Expired | $369,900 | 12/21/2011 | 619 | 619 | 400 Ocean Trail 209 |

-       Status          $369,900        12/21/2011
Change by: BeachesMLS, Inc.

> Change at 1:00 AM Eastern: changed *Status*
> Old Value:
> New Value: Expired

-       Status          $369,900        12/20/2011      0
Change by: Frances M McGill

> Change at 1:00 AM Eastern: changed *Status*
> Old Value:
> New Value: Expired

-       Status          $369,900        10/01/2011      80
Change by: Frances M McGill

> Change at 1:00 AM Eastern: changed *Status*
> Old Value:
> New Value: Temp Off Market

-       Price Change    $369,900   -2.7%   11/05/2010    410

Change at 5:02 PM Eastern: changed *List Price*
Old Value:
New Value: 369900

- Price Change          $380,000        -5.0%    09/23/2010    453

Change by: Frances M McGill

Change at 8:36 AM Eastern: changed *List Price*
Old Value:
New Value: 380000

- New                   $399,900                 04/10/2010    619

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: Added new listing

| - | RX-3004933 | Closed | $285,000 | | 07/31/2009 | 116 | 116 | 400 OCEAN TRAIL Way 209 |
|---|---|---|---|---|---|---|---|---|

- Status               $319,900                 07/31/2009

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Closed

- Status               $319,900                 07/24/2009

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Sold Price*
Old Value:
New Value: 285000.0
Change at 1:00 AM Eastern: changed *Sold Date*
Old Value:
New Value: 07/24/2009
Change at 1:00 AM Eastern: changed *Buyer Agent*
Old Value:
New Value: Sandra P Fitzsimmons

Change by: Sandra P Fitzsimmons

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Closed

- Status               $319,900                 07/07/2009     0

Change by: Sandra P Fitzsimmons

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Pending

- New                  $319,900                 03/13/2009    116

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: Added new listing

| - | RX-2587374 | Expired | $4,500 | | 05/19/2006 | 181 | 181 | 400 OCEAN TRAIL Way 209 |
|---|---|---|---|---|---|---|---|---|

- Status               $4,500                   05/19/2006

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| - | Status | $4,500 | 05/18/2006 | 0 | | |
|---|--------|--------|------------|---|---|---|

Change by: Frances M McGill

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| - | New | $4,500 | 11/18/2005 | 181 | | |
|---|-----|--------|------------|-----|---|---|

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: Added new listing

| - | RX-2346838 | Closed | $295,000 | | 10/10/2003 | 20 | 20 | 400 OCEAN Trail 209 |
|---|------------|--------|----------|---|------------|----|----|---------------------|
| | - | Status | $299,900 | | 10/10/2003 | | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Closed

| - | Buyer Agent | $299,900 | 10/08/2003 | | | |
|---|-------------|----------|------------|---|---|---|

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Sold Price*
Old Value:
New Value: 295000.0
Change at 1:00 AM Eastern: changed *Sold Date*
Old Value:
New Value: 10/08/2003
Change at 1:00 AM Eastern: changed *Buyer Agent*
Old Value:
New Value: Kevin McMorrow

| - | Status | $299,900 | 09/02/2003 | 0 | | |
|---|--------|----------|------------|---|---|---|

Change by: Frances M McGill

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Pending

| - | Status | $299,900 | 08/26/2003 | 7 | | |
|---|--------|----------|------------|---|---|---|

Change by: Frances M McGill

Change at 1:00 AM Eastern: changed *Status*
Old Value: Pending
New Value: Contingent

| - | New | $299,900 | 08/13/2003 | 20 | | |
|---|-----|----------|------------|----|---|---|

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: Added new listing

| - | RX-2147068 | Closed | $247,000 | -1.0% | 04/10/2002 | 162 | 162 | 400 OCEAN Trail 209 |
|---|------------|--------|----------|-------|------------|-----|-----|---------------------|
| | - | Status | $0 | | 04/10/2002 | | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Sold Price*
Old Value:
New Value: 247000.0
Change at 1:00 AM Eastern: changed *Sold Date*
Old Value:
New Value: 04/10/2002
Change at 1:00 AM Eastern: changed *Buyer Agent*
Old Value:
New Value: Richard George
Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Closed

| - | Status | $0 | 04/02/2002 | | | |
|---|--------|----|------------|--|--|--|

Change by: Marjorie C Branson

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Pending

| - | Status | $0 | 03/25/2002 | 5 | | |
|---|--------|----|------------|---|--|--|

Change by: Marjorie C Branson

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Active

| - | Status | $0 | 03/21/2002 | 9 | | |
|---|--------|----|------------|---|--|--|

Change by: Marjorie C Branson

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Pending

| - | New | $0 | 10/19/2001 | 162 | | |
|---|-----|----|------------|-----|--|--|

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: Added new listing

| - | RX-2120703 | Expired | $249,500 | | 09/03/2001 | 122 | 122 | 400 OCEAN TRAIL WAY 209 209 |
|---|------------|---------|----------|--|------------|-----|-----|------------------------------|
| | - | Status | $249,500 | | 09/03/2001 | | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| | - | Status | $249,500 | 09/02/2001 | 0 | |
|--|---|--------|----------|------------|---|--|

Change by: Catherine S Casto

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| | - | New | $249,500 | 05/03/2001 | 122 | |
|--|---|-----|----------|------------|-----|--|

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: Added new listing

Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 58 of 537

**Living Room**



**Living Room**



**Kitchen**



**Breakfast area**



**Breakfast area**



**Master Bedroom**



Case 9:20-cv-82262-WPD Document 1-2 Entered on FLSD Docket 12/11/2020 Page 59 of 537

**Master bedroom**



**Master Vanity**



**Guest bedroom**



**Balcony view**



**Oceanfront Jacuzzi**



**2nd Community Pool**



Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 60 of 537

**Tennis Courts**



**Path to Paradise**



**9**



# Exhibit 4



©AAP 2013 all rights reserved



**EXHIBIT**

4-A

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-967-718

**Effective Date of Registration:**
July 16, 2015

## Title

**Title of Work:**  Group Registration Photos, Selected 2013 Photographs Including Tillinghast, Xanadu, Evergrene, Sailfish Point, Uno Lago and Others, published Jan. 12, 2013 to Dec. 28, 2013; 79 photos

**Content Title:**  12215 Tillinghast Cir night pool B 2013 AAP, Jan. 12, 2013; 12215 Tillinghast Cir night pool A 2013 AAP, Jan. 12, 2013; 12215 Tillinghast Cir aerial 2013 AAP, Jan. 12, 2013; Sailfish Point security gate 2013 AAP, Jan. 12, 2013; Wind Surfing with Birds 2013 AAP, Jan. 19, 2013; Hungry Seagull AAP 2013, Jan. 19, 2013; Wellington Aero Club runway 2013 AAP, Jan. 28, 2013; Xanadu by the Sea sign 2013 AAP, Feb. 3, 2013; Esplande Grande pool AAP 2013, Feb. 8, 2013; Ibis Fountain 2013 AAP, Feb. 23, 2013; Sailfish Point golf a 2013 AAP, Feb. 28, 2013; Evergrene Sign PB Gardens 2013 AAP, Mar. 13, 2013; 799 Sanctuary Way aerial 2013 AAP, Mar. 15, 2013; Evergrene aerial b 2013 AAP, Mar. 16, 2013; Evergrene aerial c 2013 AAP, Mar. 16, 2013; Evergrene aerial a 2013 AAP, Mar. 16, 2013; Evergrene aerial e 2013 AAP, Mar. 30, 2013; Evergrene aerial d 2013 AAP, Mar. 30, 2013; 2930 Hurlingham Dr aerial b 2013 AAP, Apr. 6, 2013; 2930 Hurlingham Dr aerial a 2013 AAP, Apr. 6, 2013; 477 South Beach Rd pool 2013 AAP, Apr. 9, 2013; 477 South Beach Rd night front 2013 AAP, Apr. 9, 2013; Philips Point night 2013 AAP, Apr. 22, 2013; Lake Worth Pier aerial 2013 AAP, May 3, 2013; Cultural Council of PB Co 2013 AAP, May 5, 2013; Sailfish Point aerial 50 2013 AAP, May 6; Sailfish Point golf e 2013 AAP, May 6; Jupiter Island Golf a 2013 AAP, May 6; 126 El Bravo Way aerial 2013 AAP, May 9, 2013; 640 S Ocean Blvd aerial 2013 AAP, May 9, 2013; Trianon Building aerial F 2013 AAP, May 11, 2013; Palm Beach House A 2013 AAP, May 13, 2013; Worth Ave Clock A 2013 AAP, May 16, 2013; 353 Old Jupiter Beach Rd night front 2013 AAP, Jun.3 ,2013; South Palm Beach aerial A 2013 AAP, Jun. 15, 2013; Sailfish Point golf c 2013 AAP, Jun. 22, 2013; Sailfish Point golf f 2013 AAP, Jun 22, 2013;



Sailfish Point golf b 2013 AAP, Jun. 22, 2013; Sailfish Point golf b 2013 AAP, Jun. 28, 2013; Uno Lago Pool 1 AAP 2013, Jul. 16, 2013; Uno Lago Kitchen AAP 2013, Jul. 16, 2013; Uno Lago Gym AAP 2013, Jul. 16, 2013; Uno Lago Game Room AAP 2013, Jul. 16, 2013; Uno Lago Bath AAP 2013, Jul. 16, 2013; Mizner Country Club aerial 2013 AAP, Jul. 16, 2013; Mirabella Clubhouse aerial 2013 AAP, Jul. 30, 2013; Dune Towers pool 1 AAP 2013, Aug. 1, 2013; Dune Towers lobby AAP 2013, Aug. 1, 2013; Old Port Cove a 2013 AAP, Aug. 1, 2013; Old Port Cove pano 2013 AAP, Aug. 1, 2013; Water Glades Singer Is aerial a 2013 AAP, Aug. 1, 2013; Dune Towers beach AAP 2013, Aug. 1, 2013; Pelican Resort Villas Hutchinson aerial 2013 AAP, Aug. 8, 2013; Sanibel Lighthouse sunset a 2013 AAP, Aug. 13, 2013;

Uno Lago Living Room AAP 2013, Aug. 26, 2013; Uno Lago Master Bedroom AAP 2013, Aug, 26; Uno Lago Master Bedroom AAP 2013, Aug, 26, 2013;

**EXHIBIT**

**4-B**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-967-718

**Effective Date of Registration:**
July 16, 2015

## Title

**Title of Work:**   Group Registration Photos, Selected 2013 Photographs Including Tillinghast,
Xanadu, Evergrene, Sailfish Point, Uno Lago and Others, published Jan. 12,
2013 to Dec. 28, 2013; 79 photos

**Content Title:**   12215 Tillinghast Cir night pool B 2013 AAP, Jan. 12, 2013; 12215 Tillinghast
Cir night pool A 2013 AAP, Jan. 12, 2013; 12215 Tillinghast Cir aerial 2013
AAP, Jan. 12, 2013; Sailfish Point security gate 2013 AAP, Jan. 12, 2013; Wind
Surfing with Birds 2013 AAP, Jan. 19, 2013; Hungry Seagull AAP 2013, Jan.
19, 2013; Wellington Aero Club runway 2013 AAP, Jan. 28, 2013; Xanadu by
the Sea sign 2013 AAP, Feb. 3, 2013; Esplande Grande pool AAP 2013, Feb. 8,
2013; Ibis Fountain 2013 AAP, Feb. 23, 2013; Sailfish Point golf a 2013 AAP,
Feb. 28, 2013; Evergrene Sign PB Gardens 2013 AAP, Mar. 13, 2013; 799
Sanctuary Way aerial 2013 AAP, Mar. 15, 2013; Evergrene aerial b 2013 AAP,
Mar. 16, 2013; Evergrene aerial c 2013 AAP, Mar. 16, 2013; Evergrene aerial a
2013 AAP, Mar. 16, 2013; Evergrene aerial e 2013 AAP, Mar. 30, 2013;
Evergrene aerial d 2013 AAP, Mar. 30, 2013; 2930 Hurlingham Dr aerial b
2013 AAP, Apr. 6, 2013; 2930 Hurlingham Dr aerial a 2013 AAP, Apr. 6, 2013;
477 South Beach Rd pool 2013 AAP, Apr. 9, 2013; 477 South Beach Rd night
front 2013 AAP, Apr. 9, 2013; Philips Point night 2013 AAP, Apr. 22, 2013;
Lake Worth Pier aerial 2013 AAP, May 3, 2013; Cultural Council of PB Co
2013 AAP, May 5, 2013; Sailfish Point aerial 50 2013 AAP, May 6; Sailfish
Point golf e 2013 AAP, May 6; Jupiter Island Golf a 2013 AAP, May 6; 126 El
Bravo Way aerial 2013 AAP, May 9, 2013; 640 S Ocean Blvd aerial 2013 AAP,
May 9, 2013; Trianon Building aerial F 2013 AAP, May 11, 2013; Palm Beach
House A 2013 AAP, May 13, 2013; Worth Ave Clock A 2013 AAP, May 16,
2013; 353 Old Jupiter Beach Rd night front 2013 AAP, Jun.3 ,2013; South Palm
Beach aerial A 2013 AAP, Jun. 15, 2013; Sailfish Point golf c 2013 AAP, Jun.
22, 2013; Sailfish Point golf f 2013 AAP, Jun 22, 2013;

Sailfish Point golf b 2013 AAP, Jun. 22, 2013; Sailfish Point golf b 2013 AAP,
Jun. 28, 2013; Uno Lago Pool 1 AAP 2013, Jul. 16, 2013; Uno Lago Kitchen
AAP 2013, Jul. 16, 2013; Uno Lago Gym AAP 2013, Jul. 16, 2013; Uno Lago
Game Room AAP 2013, Jul. 16, 2013; Uno Lago Bath AAP 2013, Jul. 16,
2013; Mizner Country Club aerial a 2013 AAP, Jul. 16, 2013; Mirabella
Clubhouse aerial 2013 AAP, Jul. 30, 2013; Dune Towers pool 1 AAP 2013,
Aug. 1, 2013; Dune Towers lobby AAP 2013, Aug. 1, 2013; Old Port Cove a
2013 AAP, Aug. 1, 2013; Old Port Cove pano 2013 AAP, Aug. 1, 2013; Water
Glades Singer Is aerial a 2013 AAP, Aug. 1, 2013; Dune Towers beach AAP
2013, Aug. 1, 2013; Pelican Resort Villas Hutchinson aerial 2013 AAP, Aug. 8,
2013; Sanibel Lighthouse sunset a 2013 AAP, Aug. 13, 2013;

Uno Lago Living Room AAP 2013, Aug. 26, 2013; Uno Lago Master Bedroom
AAP 2013, Aug, 26; Uno Lago Master Bedroom AAP 2013, Aug, 26, 2013;

Uno Lago Master Bath AAP 2013, Aug, 26, 2013; Uno Lago Juno Aerial AAP 2013, Aug, 26, 2013; Uno Lago Pool 2 AAP 2013, Aug, 26, 2013; Sailfish Point golf d 2013 AAP, Aug, 26, 2013; Lost Tree Clubhouse aerial 2013 AAP, Aug, 28, 2013; 322 Clarke Ave aerial 2013 AAP, Aug. 29, 2013; Cote de la Mer pool 2013 AAP, Sept. 3, 2013; Cote de la Mer aerial a 2013 AAP, Sept.3, 2013; Delray Beach catamarans 2013 AAP, Sept. 9, 2013; Ft Lauderdale aerial b 2013 AAP, Sept. 10, 2013; Fort Lauderdale aerial a 2013 AAP, Sept. 10, 2013; Breakers West clubhouse aerial a 2013 AAP, Sept. 13, 2013; Glades Towers aerial a 2013 AAP, Sept. 13, 2013; Oceans Edge sitting area 2013 AAP, Oct. 7, 2013; Oceans Edge theater a 2013 AAP, Oct. 7, 2013; Oceans Edge Fitness 2013 AAP, Oct. 7, 2013; Oceans Edge Pool Sunrise 2013 AAP, Oct. 9, 2013; Delray Harbor Club aerial 2013 AAP, Oct. 22, 2013; Loxahatchee Club Jupiter 2013 AAP, Nov, 22, 2013; 3904 Old SE St Lucie Blvd master bath 2013 AAP, Dec. 5, 2013; 2866 Old Cypress night front 2013 AAP, Dec. 6, 2013; 2866 Old Cypress night pool 2013 AAP, Dec. 6, 2013; Singer Island Girl 2013 AAP, Dec. 28, 2013;

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** January 12, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
**Author Created:** photograph
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417



## Certification

**Name:** Robert Stevens
**Date:** July 16, 2015



Homes > Florida > Palm Beach Gardens > Evergrene

### 863 Taft Court
Palm Beach Gardens, FL 33410 — EVERGRENE PCD 8, Palm Beach County

**3 beds**  **2.5 baths**  **2,307 sqft**

$214 per sqft       94 days on site
2005 build



House Pending Sale ?
**$495,000**   SAVINGS Cost Est.
                $3,187/mo.
$483 HOA/mo.
**Price drop** $5,000

**When do you want to see it?**

ASAP ⚡ | Tue 15 May | Wed 16 May | Thu 17 May | ›

Or Call Us 1-800-241-3327

f  **Share on Facebook**

Welcome to 863 Taft Court in the stunning community of Evergrene in Palm Beach Gardens. Seldom does one come across a home that imparts a feeling of warmth and an atmosphere where you know great family moments were created & shared. From the moment you enter the tranquil courtyard your curiosity is piqued by what lies inside. This Tuscan style 3 bedroom, 2.5 bath, 2 car garage home is bathed in natural sunlight from all angles. Numerous windows overlook a gorgeous lake adorned with lily pads, impeccably manicured lawns, and even some sightings of Great Blue Heron's, Egret's, White Ibis', and Wood Duck's, just to name a few of the close to 80 species of magnificent birds of Evergrene. The first floor has a perfect flow for family and friends to gather in an open concept space including a **Schedule a Private Showing**



EXHIBIT

4-C



realtor.com®

Buy   Sell   Rent   Mortgage   Find Realtors®   My Home   News & Insights          Log In  Sign Up   Advertise

Presented by:
McKinley Navarett (561) 262-5883

Brokered by:
Keller Williams Jupiter

**More about this property**

Your Name
Email
Phone
I'm interested in 863 Taft Ct

☐ Get pre-approved by a lender.

**Contact Agent**

By sending a request you agree to our Privacy Policy.

For Sale   Backup                          VR Tour   29 / 44

Map   3 beds   2 full   2,307 sq ft          $495,000
              1 half baths                    Estimate Payment

Commute Time   863 Taft Ct, Palm Beach Gardens, FL 33410

♡ Save this Home

View Rates          Add Note   Share   Hide

🛏 Open House

None at this time          Request a Private Showing

🏠 Property Details for 863 Taft Ct

Status          Price/Sq Ft          On realtor.com®          Type          Built          Style



863 Taft Ct, Palm Beach Gardens • $495,000
3 beds • 2 full, 1 half baths • 2,307 sqft





**Residential Full Report** — **863 Taft Court, Palm Beach Gardens, FL 33410** — **List Price: $495,000**



| | | | |
|---|---|---|---|
| | **MLS#:** RX-10404271 | **St:** Backup | **Type:** Single Family/Detached |
| | **Orig LP:** $500,000 | **Range Price:** | **List Price/SqFt:** 214.56 |
| | **Area:** 5320 | **Geo Area:** PB29 | **County:** Palm Beach |

**Legal Desc:** EVERGRENE PCD PL 8 LT 33

**Subdivision:** EVERGRENE PCD 8

**Development Name:**

| | | | |
|---|---|---|---|
| **Model Name:** Sequoia | **Parcel ID:** | 52424125110000330 | **Front Exp:** E |
| **Waterfrontage:** | | | **Garage Spaces:** 2 |
| **Waterfront:** Yes | **Multiple Ofrs Acptd:** | | **Carport Spaces:** |
| **Lot SqFt:** | **Taxes:** | 5,810.04 | **Private Pool:** No |
| | **Tax Year:** | 2017 | |
| **HOPA:** No Hopa | **Special Assessment:** | No | **REO:** No |
| | | | **Short Sale Addendum:** No |
| **Zoning:** PCD(ci | **Dock:** | | **Short Sale:** No |
| | **Membership Fee Required:** | No | **Owner/Agent:** No |

**Elementary School:** Marsh Pointe Elementary
**Middle School:** Watson B. Duncan Middle School
**High School:** William T. Dwyer High School

**Virtual Tour:** Click to View

| | | | | |
|---|---|---|---|---|
| **Living Room** | 20 X 14 | **Patio/Balcony** 22 X 9 | **Master Bedroom** 15 X 12 | **LivSqFt:** 2,307 |
| **Kitchen** | 15 X 12 | | **Bedroom 2** 16 X 10 | **SqFt - Total:** 3,395 |
| **Dining Room** | 14 X 11 | | **Bedroom 3** 13 X 10 | **SqFt Source:** Tax Rolls |
| **Utility Room** | 8 X 8 | | | **Guest Hse:** |
| | | | | **Yr Built:** 2005 |
| | | | | **Builder Name:** |
| | | | | **Built Desc:** Resale |

**Bedrooms:** 3
**Baths - Full:** 2
**Baths - Half:** 1
**Baths - Total:** 2.1
**Pets Allowed:** Restricted

| | | | |
|---|---|---|---|
| **HOA/POA/COA (Monthly):** 483 | **Bldg #:** | **Land Lease:** | **Mobile Home Size:** |
| **Governing Bodies:** HOA | **Total Floors/Stories:** 2 | **Recreation Lease:** | **Decal #:** |
| **Homeowners Assoc:** Mandatory | **Total Units in Bldg:** | **Min Days to Lease:** | **Serial #:** |
| **Lease Times p/Year:** | **Ttl Units in Complex:** | | **Brand Name:** |
| **Application Fee:** 200 | **Unit Floor #:** | | **Total Assessed Value:** |
| | **Membership Fee Amount:** | | |

**Auction:** No

**Directions:** Gated entrance on Donald Ross Road East of Military Trail and West of Alt A1A. Take Evergrene Pkwy to Madison Court, turn Left on Taft.

**Showing Instructions:** Schedule Online

| | | | |
|---|---|---|---|
| **LO:** 800307 | Keller Williams Realty Jupiter | 561-427-6100 | |
| **LM:** 20013098 | McKinley Navaroli, PA - The McKinley Group KW | 561-262-5883 | mckinleynavaroli@me.com |
| **Com/BuyerAgt:** 3% | **Comm/Non-Rep:** 3% | **Trans Brk:** 3% | **Bonus:** |
| **Var/Dual Rate:** No | **List Type:** Ex Rt | | **LD:** 02/09/2018 |
| | **List Off Agency:** Transaction Broker | | |

**Owner Name:** On File

**Broker Only Remarks:** Cap Contribution of one QTR payment and $200 to clubhouse. Seller disclosure, rules and regs and floor plan is in documents section on MLS UPDATE 2/13/18 - Seller will be installing a brand new Whirlpool dishwasher this week. Seller is offering buyer a Home Warrantee to cover all the electrical components of the home. ALL BROKER INFORMATION DEEMED RELIABLE AND SUBJECT TO ERRORS OMISSIONS AND CHANGES WITHOUT NOTICE. ALL MEASUREMENTS APPROXIMATE.

**Any Broker Advertise:** No

**Design:** Mediterranean
**Construction:** CBS; Frame/Stucco
**Unit Desc:**
**Flooring:** Carpet; Ceramic Tile
**Furnished:** Unfurnished
**Dining Area:** Formal
**Master Bedroom/Bath:** Dual Sinks; Mstr Bdrm - Upstairs; Separate Shower; Separate Tub
**Window Treatments:** Blinds
**Lot Description:** Sidewalks
**Storm Protection:** Panel Shutters: Complete
**Restrict:** Buyer Approval; Commercial Vehicles Prohibited; No Lease 1st Year; Pet Restrictions
**Rooms:** Family; Florida; Laundry-Inside; Loft
**Equip/Appl:** Auto Garage Open; Dishwasher; Disposal; Dryer; Microwave; Range - Gas; Refrigerator; Wall Oven; Washer; Water Heater - Gas
**SubdivInfo:** Basketball; Bike - Jog; Billiards; Business Center; Clubhouse; Community Room; Exercise Room; Game Room; Library; Manager on Site; Picnic Area; Pool; Putting Green; Sidewalks; Spa-Hot Tub; Street Lights; Tennis
**Interior:** Cook Island; Foyer; French Door; Roman Tub; Split Bedroom; Volume Ceiling; Walk-in Closet
**Exterior:** Auto Sprinkler; Covered Balcony; Open Patio; Screened Patio
**Maintenance Fee Incl:** Cable; Common Areas; Lawn Care; Management Fees; Manager; Recrtnal Facility; Security

**View:** Lake
**Waterfront Details:** Lake
**Cooling:** Ceiling Fan; Central
**Heating:** Central; Heat Strip
**Security:** Gate - Manned; Security Patrol; Security Sys-Owned
**Utilities:** Cable; Electric; Gas Natural; Public Sewer; Public Water
**Special Info:** Sold As-Is
**Terms Considered:** Cash; Conventional
**Parking:** 2+ Spaces; Drive - Decorative; Garage - Attached
**Roof:** Barrel
**Taxes:** City/County
**Equestrian Features:**

**Original List Price:** $500,000

| | | |
|---|---|---|
| **Days On Market:** 88 | | **Cumulative DOM:** 88 |
| **Sold Price:** | **Sold Price Sqft:** | **Under Contract Date:** 05/08/2018 |
| **Selling Office:** | **Terms Of Sale:** | **Sold Date:** |
| **Selling Agent:** | | |

**Public Remarks:** Welcome to 863 Taft Court in the stunning community of Evergrene in Palm Beach Gardens. Seldom does one come across a home that imparts a feeling of warmth and an atmosphere where you know great family moments were created & shared. From the moment you enter the tranquil courtyard your curiosity is piqued by what lies inside. This Tuscan style 3 bedroom, 2.5 bath, 2 car garage home is bathed in natural sunlight from all angles. Numerous windows overlook a gorgeous lake adorned with lily pads, impeccably manicured lawns, and even some sightings of Great Blue Heron's, Egret's, White Ibis', and Wood Duck's, just to name a few of the close to 80 species of magnificent birds of Evergrene. The first floor has a perfect flow for family and friends to gather in an open concept space including a

Information is deemed to be reliable, but is not guaranteed. © 2018 MLS and FBS. Prepared by Mateusz Rymarski on Monday, May 14, 2018 9:26 PM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

**History for MLS # RX-10404271**      863 Taft Court, Palm Beach Gardens, FL 33410      **$495,000**

| + | MLS # | Status | Price | % Change | Date | DOM | CDOM | Address |
|---|-------|--------|-------|----------|------|-----|------|---------|
| - | RX-10404271 | Backup | $495,000 | | 05/08/2018 | 88 | 88 | 863 Taft Court |
| | - | Status | $495,000 | | 05/08/2018 | | | |

Change by: McKinley Navaroli

> Change at 9:14 PM Eastern: changed *Status*
> Old Value: Active
> New Value: Pending

| | - | Under Contract Date | $495,000 | | 05/08/2018 | | | |

Change by: McKinley Navaroli

> Change at 9:14 PM Eastern: changed *Contingency*
> Old Value:
> New Value: B
> Change at 9:14 PM Eastern: changed *Under Contract Date*
> Old Value:
> New Value: 5/8/2018

| | - | Open House | $495,000 | | 05/06/2018 | 2 | | |

Change by: McKinley Navaroli

> Change at 3:01 PM Eastern on 05/03/2018: Open House was held from 1:00 PM until 3:00 PM on 05/06/2018

| | - | Extension | $495,000 | | 04/23/2018 | 14 | | |

Change by: McKinley Navaroli

> Change at 9:12 PM Eastern: Extended listing

| | - | Expiration Date | $495,000 | | 04/23/2018 | 14 | | |

Change by: McKinley Navaroli

> Change at 9:12 PM Eastern: changed *Expiration Date*

| | - | Open House | $495,000 | | 04/22/2018 | 16 | | |

Change by: McKinley Navaroli

> Change at 9:14 PM Eastern on 04/19/2018: Open House was held from 1:00 PM until 3:00 PM on 04/22/2018

| | - | Price Change | $495,000 | -1.0% | 04/10/2018 | 28 | | |

Change by: McKinley Navaroli

> Change at 7:37 AM Eastern: changed *List Price*
> Old Value: 500000.00
> New Value: 495000.00

| | - | Open House | $500,000 | | 04/07/2018 | 31 | | |

Change by: McKinley Navaroli

> Change at 11:37 AM Eastern on 04/05/2018: Open House was held from 2:00 PM until 4:00 PM on 04/07/2018

| | - | Open House | $500,000 | | 03/25/2018 | 44 | | |

Change at 12:13 PM Eastern on 03/21/2018: Open House was held from 1:00 PM until 3:00 PM on 03/25/2018

| - | Open House | $500,000 | 03/18/2018 | 51 |

Change by: McKinley Navaroli

Change at 8:06 AM Eastern on 03/15/2018: Open House was held from 1:00 PM until 3:00 PM on 03/18/2018

| - | Open House | $500,000 | 03/03/2018 | 66 |

Change by: McKinley Navaroli

Change at 12:29 PM Eastern on 02/27/2018: Open House was held from 12:00 PM until 2:00 PM on 03/03/2018

| - | Open House | $500,000 | 02/25/2018 | 72 |

Change by: McKinley Navaroli

Change at 10:46 AM Eastern on 02/20/2018: Open House was held from 12:00 PM until 2:00 PM on 02/25/2018

| - | Photos | $500,000 | 02/21/2018 | 76 |

Change by: McKinley Navaroli

Change at 2:56 PM Eastern: Removed photo
Change at 2:56 PM Eastern: Removed photo
Change at 2:56 PM Eastern: Removed photo
Change at 2:56 PM Eastern: Removed photo
Change at 2:55 PM Eastern: Added photo "7"
Change at 2:55 PM Eastern: Added photo "6"
Change at 2:55 PM Eastern: Added photo "5"
Change at 2:54 PM Eastern: Added photo "4"
Change at 2:54 PM Eastern: Added photo "3"
Change at 2:53 PM Eastern: Added photo "2"
Change at 2:53 PM Eastern: Added photo "1"

| - | Text, etc. | $500,000 | 02/20/2018 | 77 |

Change by: McKinley Navaroli

Change at 3:13 PM Eastern: changed *Broker Only Remarks*
Old Value: Cap Contribution of one QTR payment and $200 to clubhouse. Seller disclosure, rules and regs and floor plan is in documents section on MLS UPDATE 2/13/18 - Seller will be installing a brand new Whirlpool dishwasher this week. ALL BROKER INFORMATION DEEMED RELIABLE AND SUBJECT TO ERRORS OMISSIONS AND CHANGES WITHOUT NOTICE. ALL MEASUREMENTS APPROXIMATE.
New Value: Cap Contribution of one QTR pa
Change at 3:13 PM Eastern: Supplement edited
Change at 3:12 PM Eastern: Supplement edited
Change at 3:12 PM Eastern: Supplement edited

| - | Tour | $500,000 | 02/15/2018 | 82 |

Change by: McKinley Navaroli

Change at 4:43 PM Eastern on 02/13/2018: Tour was held from 10:00 AM until 12:00 PM on 02/15/2018

| - | Text, etc. | $500,000 | 02/14/2018 | 82 |

Change by: McKinley Navaroli

Change at 10:36 PM Eastern: changed *Broker Only Remarks*
> Old Value: No Showings until Open House Sunday February 11th 1-3pm. Cap Contribution of one QTR payment and $200 to clubhouse. Seller disclosure, rules and regs and floor plan is in documents section on MLS UPDATE 2/13/18 - Seller will be installing a brand new Whirlpool dishwasher this week. ALL BROKER INFORMATION DEEMED RELIABLE AND SUBJECT TO ERRORS OMISSIONS AND CHANGES WITHOUT NOTICE. ALL MEASUREMENTS APPROXIMATE.
> New Value: Cap Contribution of one QTR pa

Change at 10:36 PM Eastern: Supplement edited
Change at 10:35 PM Eastern: Supplement edited

| - | Text, etc. | $500,000 | 02/13/2018 | 84 |

Change by: McKinley Navaroli

Change at 4:58 PM Eastern: changed *Broker Only Remarks*
> Old Value: No Showings until Open House Sunday February 11th 1-3pm. Cap Contribution of one QTR payment and $200 to clubhouse. Seller disclosure, rules and regs and floor plan is in documents section on MLS ALL BROKER INFORMATION DEEMED RELIABLE AND SUBJECT TO ERRORS OMISSIONS AND CHANGES WITHOUT NOTICE. ALL MEASUREMENTS APPROXIMATE.
> New Value: No Showings until Open House S

Change at 4:47 PM Eastern: Supplement edited

| - | Open House | $500,000 | 02/11/2018 | 86 |

Change by: McKinley Navaroli

Change at 6:59 AM Eastern on 02/10/2018: Open House was held from 1:00 PM until 3:00 PM on 02/11/2018
Change at 9:12 PM Eastern on 02/08/2018: This Open House was created.

| - | Photos, etc. | $500,000 | 02/10/2018 | 87 |

Change by: McKinley Navaroli

Change at 8:37 AM Eastern: changed *Broker Only Remarks*
> Old Value: No Showings until Open House Sunday February 11th 1-3pm. Cap Contribution of one QTR payment and $200 to clubhouse. Seller disclosure is in documents section on MLS ALL BROKER INFORMATION DEEMED RELIABLE AND SUBJECT TO ERRORS OMISSIONS AND CHANGES WITHOUT NOTICE. ALL MEASUREMENTS APPROXIMATE.
> New Value: No Showings until Open House S

Change at 8:36 AM Eastern: Added document "floorplan 2nd story"
Change at 8:36 AM Eastern: Added document "Floor plan"
Change at 7:37 AM Eastern: Added document "evergrene general rules"
Change at 7:23 AM Eastern: changed *Broker Only Remarks*
> Old Value: No Showings until Open House Sunday February 11th 2-4pm. Cap Contribution of one QTR payment and $200 to clubhouse. ALL BROKER INFORMATION DEEMED RELIABLE AND SUBJECT TO ERRORS OMISSIONS AND CHANGES WITHOUT NOTICE. ALL MEASUREMENTS APPROXIMATE.
> New Value: No Showings until Open House S

Change at 7:23 AM Eastern: Added document "Seller Prop Disclosure"
Change at 7:18 AM Eastern: Removed photo
Change at 7:17 AM Eastern: Added photo "evergrene sign"
Change at 7:17 AM Eastern: Added photo "evergrene overvi"
Change at 7:17 AM Eastern: Added photo "Evergrene overvi"
Change at 7:17 AM Eastern: Added photo "Evergrene lake"
Change at 7:14 AM Eastern: Added photo "lighthouse 2"
Change at 7:14 AM Eastern: Added photo "DJI_0591_2_3_4_5"
Change at 7:14 AM Eastern: Added photo "DJI_0566_67_68_6"
Change at 7:14 AM Eastern: Added photo "DJI_0486_87_88_8"
Change at 7:14 AM Eastern: Added photo "DJI_0481_2_3_4_5"
Change at 7:13 AM Eastern: Added photo "DJI_0441_2_3_4_5"

Change at 7:13 AM Eastern: Added photo "DJI_0226_27_28_2"
Change at 7:13 AM Eastern: Added photo "DJI_0011_2_3_4_5"
Change at 7:13 AM Eastern: Added photo "DJI_0001_2_3_4_5"

-      New                                $500,000                          02/08/2018        88

Change by: McKinley Navaroli

Change at 9:12 PM Eastern: changed *Open House*
    Old Value: x'20180209021237183674000000'
    New Value: Added
Change at 9:11 PM Eastern: Added Virtual Tour
Change at 9:11 PM Eastern: Added Virtual Tour Unbranded
Change at 9:10 PM Eastern: changed *Broker Only Remarks*
    Old Value: No Showings until Open House Sunday February 11th 2-4pm. ALL
    BROKER INFORMATION DEEMED RELIABLE AND SUBJECT TO ERRORS
    OMISSIONS AND CHANGES WITHOUT NOTICE. ALL MEASUREMENTS
    APPROXIMATE.
    New Value: No Showings until Open House S
Change at 9:00 PM Eastern: Added new listing



4



1



2



5



6



9



**8**



**10**



**11**



**15**



**12**



**13**





Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 80 of 537



**25**

**26**

**7**

**Evergrene lake**

**Evergrene overview of lake**

**evergrene overview**

Case 9:20-cv-82262-WPD Document 1-2 Entered on FLSD Docket 12/11/2020 Page 81 of 537

**evergrene sign**      **1**

**2**      **3**

**4**      **5**



**6**



**DJI_0591_2_3_4_5_Interior 3**



**DJI_0001_2_3_4_5**



**DJI_0481_2_3_4_5_Photographic**



**DJI_0486_87_88_89_90_Smooth 3**



# Exhibit 5



©AAP 2013 all rights reserved

**EXHIBIT**

5-A

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-967-718**

**Effective Date of Registration:**
July 16, 2015

---

## Title

**Title of Work:** Group Registration Photos, Selected 2013 Photographs Including Tillinghast, Xanadu, Evergrene, Sailfish Point, Uno Lago and Others, published Jan. 12, 2013 to Dec. 28, 2013; 79 photos



**Content Title:** 12215 Tillinghast Cir night pool B 2013 AAP, Jan. 12, 2013; 12215 Tillinghast Cir night pool A 2013 AAP, Jan. 12, 2013; 12215 Tillinghast Cir aerial 2013 AAP, Jan. 12, 2013; Sailfish Point security gate 2013 AAP, Jan. 12, 2013; Wind Surfing with Birds 2013 AAP, Jan. 19, 2013; Hungry Seagull AAP 2013, Jan. 19, 2013; Wellington Aero Club runway 2013 AAP, Jan. 28, 2013; Xanadu by the Sea sign 2013 AAP, Feb. 3, 2013; Esplande Grande pool AAP 2013, Feb. 8, 2013; Ibis Fountain 2013 AAP, Feb. 23, 2013; Sailfish Point golf a 2013 AAP, Feb. 28, 2013; Evergrene Sign PB Gardens 2013 AAP, Mar. 13, 2013; 799 Sanctuary Way aerial 2013 AAP, Mar. 15, 2013; Evergrene aerial b 2013 AAP, Mar. 16, 2013; Evergrene aerial c 2013 AAP, Mar. 16, 2013; Evergrene aerial a 2013 AAP, Mar. 16, 2013; Evergrene aerial e 2013 AAP, Mar. 30, 2013; Evergrene aerial d 2013 AAP, Mar. 30, 2013; 2930 Hurlingham Dr aerial b 2013 AAP, Apr. 6, 2013; 2930 Hurlingham Dr aerial a 2013 AAP, Apr. 6, 2013; 477 South Beach Rd pool 2013 AAP, Apr. 9, 2013; 477 South Beach Rd night front 2013 AAP, Apr. 9, 2013; Philips Point night 2013 AAP, Apr. 22, 2013; Lake Worth Pier aerial 2013 AAP, May 3, 2013; Cultural Council of PB Co 2013 AAP, May 5, 2013; Sailfish Point aerial 50 2013 AAP, May 6; Sailfish Point golf e 2013 AAP, May 6; Jupiter Island Golf a 2013 AAP, May 6; 126 El Bravo Way aerial 2013 AAP, May 9, 2013; 640 S Ocean Blvd aerial 2013 AAP, May 9, 2013; Trianon Building aerial F 2013 AAP, May 11, 2013; Palm Beach House A 2013 AAP, May 13, 2013; Worth Ave Clock A 2013 AAP, May 16, 2013; 353 Old Jupiter Beach Rd night front 2013 AAP, Jun.3 ,2013; South Palm Beach aerial A 2013 AAP, Jun. 15, 2013; Sailfish Point golf c 2013 AAP, Jun. 22, 2013; Sailfish Point golf f 2013 AAP, Jun 22, 2013;

Sailfish Point golf b 2013 AAP, Jun. 22, 2013; Sailfish Point golf b 2013 AAP, Jun. 28, 2013; Uno Lago Pool 1 AAP 2013, Jul. 16, 2013; Uno Lago Kitchen AAP 2013, Jul. 16, 2013; Uno Lago Gym AAP 2013, Jul. 16, 2013; Uno Lago Game Room AAP 2013, Jul. 16, 2013; Uno Lago Bath AAP 2013, Jul. 16, 2013; Mizner Country Club aerial a 2013 AAP, Jul. 16, 2013; Mirabella Clubhouse aerial 2013 AAP, Jul. 30, 2013; Dune Towers pool 1 AAP 2013, Aug. 1, 2013; Dune Towers lobby AAP 2013, Aug. 1, 2013; Old Port Cove a 2013 AAP, Aug. 1, 2013; Old Port Cove pano 2013 AAP, Aug. 1, 2013; Water Glades Singer Is aerial a 2013 AAP, Aug. 1, 2013; Dune Towers beach AAP 2013, Aug. 1, 2013; Pelican Resort Villas Hutchinson aerial 2013 AAP, Aug. 8, 2013; Sanibel Lighthouse sunset a 2013 AAP, Aug. 13, 2013;

Uno Lago Living Room AAP 2013, Aug. 26, 2013; Uno Lago Master Bedroom AAP 2013, Aug, 26; Uno Lago Master Bedroom AAP 2013, Aug, 26, 2013;

**EXHIBIT**

**5-B**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-967-718

**Effective Date of Registration:**
July 16, 2015

## Title

**Title of Work:** Group Registration Photos, Selected 2013 Photographs Including Tillinghast, Xanadu, Evergrene, Sailfish Point, Uno Lago and Others, published Jan. 12, 2013 to Dec. 28, 2013; 79 photos

**Content Title:** 12215 Tillinghast Cir night pool B 2013 AAP, Jan. 12, 2013; 12215 Tillinghast Cir night pool A 2013 AAP, Jan. 12, 2013; 12215 Tillinghast Cir aerial 2013 AAP, Jan. 12, 2013; Sailfish Point security gate 2013 AAP, Jan. 12, 2013; Wind Surfing with Birds 2013 AAP, Jan. 19, 2013; Hungry Seagull AAP 2013, Jan. 19, 2013; Wellington Aero Club runway 2013 AAP, Jan. 28, 2013; Xanadu by the Sea sign 2013 AAP, Feb. 3, 2013; Esplande Grande pool AAP 2013, Feb. 8, 2013; Ibis Fountain 2013 AAP, Feb. 23, 2013; Sailfish Point golf a 2013 AAP, Feb. 28, 2013; Evergrene Sign PB Gardens 2013 AAP, Mar. 13, 2013; 799 Sanctuary Way aerial 2013 AAP, Mar. 15, 2013; Evergrene aerial b 2013 AAP, Mar. 16, 2013; Evergrene aerial c 2013 AAP, Mar. 16, 2013; Evergrene aerial a 2013 AAP, Mar. 16, 2013; Evergrene aerial e 2013 AAP, Mar. 30, 2013; Evergrene aerial d 2013 AAP, Mar. 30, 2013; 2930 Hurlingham Dr aerial b 2013 AAP, Apr. 6, 2013; 2930 Hurlingham Dr aerial a 2013 AAP, Apr. 6, 2013; 477 South Beach Rd pool 2013 AAP, Apr. 9, 2013; 477 South Beach Rd night front 2013 AAP, Apr. 9, 2013; Philips Point night 2013 AAP, Apr. 22, 2013; Lake Worth Pier aerial 2013 AAP, May 3, 2013; Cultural Council of PB Co 2013 AAP, May 5, 2013; Sailfish Point aerial 50 2013 AAP, May 6; Sailfish Point golf e 2013 AAP, May 6; Jupiter Island Golf a 2013 AAP, May 6; 126 El Bravo Way aerial 2013 AAP, May 9, 2013; 640 S Ocean Blvd aerial 2013 AAP, May 9, 2013; Trianon Building aerial F 2013 AAP, May 11, 2013; Palm Beach House A 2013 AAP, May 13, 2013; Worth Ave Clock A 2013 AAP, May 16, 2013; 353 Old Jupiter Beach Rd night front 2013 AAP, Jun.3 ,2013; South Palm Beach aerial A 2013 AAP, Jun. 15, 2013; Sailfish Point golf c 2013 AAP, Jun. 22, 2013; Sailfish Point golf f 2013 AAP, Jun 22, 2013;

Sailfish Point golf b 2013 AAP, Jun. 22, 2013; Sailfish Point golf b 2013 AAP, Jun. 28, 2013; Uno Lago Pool 1 AAP 2013, Jul. 16, 2013; Uno Lago Kitchen AAP 2013, Jul. 16, 2013; Uno Lago Gym AAP 2013, Jul. 16, 2013; Uno Lago Game Room AAP 2013, Jul. 16, 2013; Uno Lago Bath AAP 2013, Jul. 16, 2013; Mizner Country Club aerial a 2013 AAP, Jul. 16, 2013; Mirabella Clubhouse aerial 2013 AAP, Jul. 30, 2013; Dune Towers pool 1 AAP 2013, Aug. 1, 2013; Dune Towers lobby AAP 2013, Aug. 1, 2013; Old Port Cove a 2013 AAP, Aug. 1, 2013; Old Port Cove pano 2013 AAP, Aug. 1, 2013; Water Glades Singer Is aerial a 2013 AAP, Aug. 1, 2013; Dune Towers beach AAP 2013, Aug. 1, 2013; Pelican Resort Villas Hutchinson aerial 2013 AAP, Aug. 8, 2013; Sanibel Lighthouse sunset a 2013 AAP, Aug. 13, 2013;

Uno Lago Living Room AAP 2013, Aug. 26, 2013; Uno Lago Master Bedroom AAP 2013, Aug, 26; Uno Lago Master Bedroom AAP 2013, Aug, 26, 2013;

Uno Lago Master Bath AAP 2013, Aug, 26, 2013; Uno Lago Juno Aerial AAP 2013, Aug, 26, 2013; Uno Lago Pool 2 AAP 2013, Aug, 26, 2013; Sailfish Point golf d 2013 AAP, Aug, 26, 2013; Lost Tree Clubhouse aerial 2013 AAP, Aug, 28, 2013; 322 Clarke Ave  aerial 2013 AAP, Aug. 29, 2013; Cote de la Mer pool 2013 AAP, Sept. 3, 2013; Cote de la Mer aerial a 2013 AAP, Sept.3, 2013; Delray Beach catamarans 2013 AAP, Sept. 9, 2013; Ft Lauderdale aerial b 2013 AAP, Sept. 10, 2013; Fort Lauderdale aerial a 2013 AAP, Sept. 10, 2013; Breakers West clubhouse aerial a 2013 AAP, Sept. 13, 2013; Glades Towers aerial a 2013 AAP, Sept. 13, 2013; Oceans Edge sitting area 2013 AAP, Oct. 7, 2013; Oceans Edge theater a 2013 AAP, Oct. 7, 2013; Oceans Edge Fitness 2013 AAP, Oct. 7, 2013; Oceans Edge Pool Sunrise 2013 AAP, Oct. 9, 2013; Delray Harbor Club aerial 2013 AAP, Oct. 22, 2013; Loxahatchee Club Jupiter 2013 AAP, Nov, 22, 2013; 3904 Old SE St Lucie Blvd master bath 2013 AAP, Dec. 5, 2013; 2866 Old Cypress night front 2013 AAP, Dec. 6, 2013; 2866 Old Cypress night pool 2013 AAP, Dec. 6, 2013; Singer Island Girl 2013 AAP, Dec. 28, 2013;

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | January 12, 2013 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| **Copyright Claimant:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
|---|---|
|  | 1123 Melinda Ln, Haverhill, FL, 33417 |



## Certification

|  |  |
|---|---|
| **Name:** | Robert Stevens |
| **Date:** | July 16, 2015 |







**realtor.com** | Buy | Sell | Rent | Mortgage | Find Realtors® | My Home | News & Insights | Log In | Sign Up | Advertise

More about this property

Your Name

Email

Phone

I'm interested in 880 Taft Ct.

Get pre-approved by a lender.

**Contact Agent**

By sending a request you agree to our Privacy Policy

| 5 beds | 3 full | 3,007 sqft | 5,700 sqft lot | | $569,000 |
|---|---|---|---|---|---|
| | 1 half baths | | | | Estimate Payment |

Commute Time  880 Taft Ct, Palm Beach Gardens, FL 33410

♡ Save this Home

View Rates     ☑ Add Note   ↗ Share   ⊘ Hide   ⎙

## Open House

I need at this time     **Request a Private Showing**

## Property Details for 880 Taft Ct

| Status | Price/Sq Ft | On realtor.com® | Type | Built | Style |
|---|---|---|---|---|---|
| Active | $189 | 54 days | Single Family Home | 2005 | Mediterranean |

**880 Taft Court, Palm Beach Gardens, FL 33410**    List Price: $60,000

| | | |
|---|---|---|
| MLS#: RX-10416053 | St: Backup | Type: Single Family Detached |
| Orig LP: $569,000 | Range Price: | List Price/SqFt: 168.6 |
| Area: 5320 | Geo Area: PB29 | County: Palm Beach |

Legal Desc: EVERGRENE PCD PL 8 LT 16



| | | | |
|---|---|---|---|
| Subdivision: EVERGRENE PCD 8 | | | |
| Development Name: EVERGRENE | | | |
| Model Name: | Parcel ID: | 52424125110000160 | Front Exp: W |
| Waterfront: No | Waterfrontage: | | Garage Spaces: 2 |
| | Multiple Ofrs Acptd: | No | Carport Spaces: |
| Lot SqFt: 5,700 | Taxes: | 9,354.42 | Private Pool: No |
| HOPA: No Hopa | Tax Year: | 2017 | REO: No |
| | Special Assessment: | No | Short Sale Addendum: No |
| Zoning: PCD(ci | Dock: | | Short Sale: No |
| | Membership Fee Required: | | Owner/Agent: No |

Elementary School: Marsh Pointe Elementary
Middle School: Watson B. Duncan Middle School
High School: William T. Dwyer High School

Virtual Tour: Click to View

| | | | | | | |
|---|---|---|---|---|---|---|
| Living Room | 12 X 16 | Master Bedroom | 16 X 14 | LivSqFt: 3,007 | | Bedrooms: 5 |
| Kitchen | 10 X 16 | Bedroom 2 | 12 X 11 | SqFt - Total: 3,776 | | Baths - Full: 3 |
| Dining Area | 11 X 18 | Bedroom 3 | 12 X 11 | SqFt Source: Tax Rolls | | Baths - Half: 1 |
| | | Bedroom 4 | 14 X 10 | Guest Hse: | | Baths - Total: 3.1 |
| | | | | Yr Built: 2005 | | Pets Allowed: Yes |
| | | | | Builder Name: | | |
| | | | | Built Desc: Resale | | |

| | | | | | |
|---|---|---|---|---|---|
| HOA/POA/COA (Monthly): 483 | | Bldg #: | | Land Lease: | Mobile Home Size: |
| Governing Bodies: | HOA | Total Floors/Stories: | 2 | Recreation Lease: | Decal #: |
| Homeowners Assoc: | Mandatory | Total Units in Bldg: | | Min Days to Lease: | Serial #: |
| Lease Times p/Year: | | Ttl Units in Complex: | | | Brand Name: |
| Application Fee: | 200 | Unit Floor #: | | | Total Assessed Value: |
| | | Membership Fee Amount: | | | |

Auction: No
Directions: Gated entrance on Donald Ross Road East of Military Trail and West of Alt A1A. Take Evergrene Pkwy to Madison Court, turn Left on Taft.

Showing Instructions: Schedule Online

| | | |
|---|---|---|
| LO: 800307 | Keller Williams Realty Jupiter | 561-427-6100 |
| LM: 20013098 | McKinley Navaroli, PA - The McKinley Group KW | 561-262-5883 mckinleynavaroli@me.com |
| Com/BuyerAgt: 2.5% | Comm/Non-Rep: 2.5% | Trans Brk: 2.5% | Bonus: | LD: 03/21/2018 |
| Var/Dual Rate: No | List Type: Ex Rt | List Off Agency: Transaction Broker | |

Owner Name: On File
Broker Only Remarks: Schedule on-line. Cap Contribution of one QTR payment and $200 to clubhouse. PLS NOTE: Several images have been VIRTUALLY STAGED ALL BROKER INFORMATION DEEMED RELIABLE AND SUBJECT TO ERRORS OMISSIONS AND CHANGES WITHOUT NOTICE. ALL MEASUREMENTS APPROXIMATE.
Any Broker Advertise: No

| | |
|---|---|
| Design: Mediterranean | View: |
| Construction: CBS | Waterfront Details: None |
| Unit Desc: | Cooling: Central; Zoned |
| Flooring: Ceramic Tile; Laminate | Heating: Central; Electric; Heat Strip |
| Furnished: Unfurnished | Security: Burglar Alarm; Gate - Manned; Security Sys-Owned |
| Dining Area: Breakfast Area; Formal | Utilities: Cable; Electric; Gas Natural; Public Sewer; Public Water |
| Master Bedroom/Bath: Dual Sinks; Separate Shower; Separate Tub | |
| Lot Description: < 1/4 Acre; Sidewalks | Special Info: Sold As-Is |
| Storm Protection: Panel Shutters: Complete | Terms Considered: Cash; Conventional |
| Restrict: Buyer Approval; Commercial Vehicles Prohibited; Lease OK; No Lease 1st Year; Tenant Approval; Pet Restrictions | Parking: Driveway; Garage - Attached; Vehicle Restrictions |
| Rooms: Attic; Convertible Bedroom; Family; Laundry-Inside; Loft | Roof: Concrete Tile |
| | Taxes: City/County |
| | Equestrian Features: |

Equip/Appl:Dishwasher; Disposal; Dryer; Microwave; Range - Gas; Refrigerator; Smoke Detector; Wall Oven; Washer; Water Heater - Gas
SubdivInfo:Basketball; Bike - Jog; Business Center; Clubhouse; Community Room; Exercise Room; Library; Lobby; Manager on Site; Picnic Area; Pool; Putting Green; Sauna; Sidewalks; Spa-Hot Tub; Street Lights; Tennis
Interior:Ctdrl/Vault Ceilings; Entry Lvl Lvng Area; French Door; Pantry; Upstairs Living Area; Walk-in Closet
Exterior:Auto Sprinkler; Covered Balcony; Covered Patio; Fence; Open Balcony; Open Porch; Room for Pool; Screened Patio; Shutters
Maintenance Fee Incl: Cable; Common Areas; Common R.E. Tax; Lawn Care; Recrtnal Facility; Security; Trash Removal
Original List Price: $569,000
Days On Market: 188

| | | |
|---|---|---|
| | Cumulative DOM: 188 | |
| Sold Price: | Sold Price Sqft: | Under Contract Date: 09/25/2018 |
| Selling Office: | Terms of Sale: | |
| Selling Agent: | | |

Public Remarks:Welcome to 880 Taft Court in the stunning community of Evergrene in Palm Beach Gardens. Upon entering you are greeted by a great room with stunning soaring ceilings. A multitude of windows allow gleaming rays of sunlight to bathe this beautiful space. This 5 bedroom /3.5 bath home truly checks off all the boxes if your search includes resort style living, a ground floor master suite, 4 additional bedrooms & loft upstairs, a large kitchen/family/dining area, screened in patio

perfect for dining al fresco and a multitude of fabulous features including newer A/C (2014 & 2016), Newer Water Heater Interior just repainted, refinished cabinets, gorgeous backsplash, extended screened in patio and fenced in back yard. The community of Evergrene is recognized by the Audubon Society for it's vast ar

Information is deemed to be reliable, but is not guaranteed. © 2018 MLS and FBS. Prepared by Mateusz Rymarski on Wednesday, September 26, 2018 4:43 PM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

History for MLS # RX-10416053      880 Taft Court, Palm Beach Gardens, FL 33410      $507,000

| + | MLS # | Status | Price | % Change | Date | DOM | CDOM | Address |
|---|-------|--------|-------|----------|------|-----|------|---------|
| - | RX-10416053 | Backup | $507,000 | 1.6% | 09/26/2018 | 188 | 188 | 880 Taft Court |

| | - | Status | $507,000 | | 09/26/2018 | | | |

Change by: McKinley Navaroli

Change at 8:07 AM Eastern: changed *Status*
 Old Value: Active
 New Value: Pending

| | - | Under Contract Date | $507,000 | | 09/26/2018 | | | |

Change by: McKinley Navaroli

Change at 8:07 AM Eastern: changed *Contingency*
 Old Value:
 New Value: B
Change at 8:07 AM Eastern: changed *Under Contract Date*
 Old Value:
 New Value: 9/25/2018

| | - | Open House | $507,000 | | 09/23/2018 | 2 | | |

Change by: McKinley Navaroli

Change at 8:49 PM Eastern on 09/17/2018: Open House was held from 1:00 PM until 3:00 PM on 09/23/2018

| | - | Price Change | $507,000 | -0.6% | 09/17/2018 | 7 | | |

Change by: McKinley Navaroli

Change at 8:49 PM Eastern: changed *Open House*
 Old Value: x'20180918004935841626000000'
 New Value: Added
Change at 8:49 PM Eastern: changed *List Price*
 Old Value: 510000.00
 New Value: 507000.00

| | - | Extension | $510,000 | | 09/13/2018 | 12 | | |

Change by: McKinley Navaroli

Change at 9:52 AM Eastern: Extended listing

| | - | Expiration Date | $510,000 | | 09/13/2018 | 12 | | |

Change by: McKinley Navaroli

Change at 9:52 AM Eastern: changed *Expiration Date*

| | - | Open House | $510,000 | | 09/01/2018 | 24 | | |

Change by: McKinley Navaroli

Change at 7:34 AM Eastern on 08/31/2018: Open House was held from 1:00 PM until 3:00 PM on 09/01/2018

| | - | Price Change | $510,000 | 2.0% | 09/01/2018 | 24 | | |

Change by: McKinley Navaroli

Change at 6:44 AM Eastern: changed *List Price*

Old Value: 500000.00
New Value: 510000.00

| - | Price Change | $500,000 | -3.7% | 08/23/2018 | 33 |

Change by: McKinley Navaroli

Change at 6:22 AM Eastern: changed *List Price*
Old Value: 519000.00
New Value: 500000.00

| - | Open House | $519,000 | | 08/19/2018 | 37 |

Change by: McKinley Navaroli

Change at 4:39 PM Eastern on 08/18/2018: Open House was held from 1:00 PM until 3:00 PM on 08/19/2018

| - | Photos | $519,000 | | 08/13/2018 | 42 |

Change by: McKinley Navaroli

AAP's aerial clubhouse photo was on this listing from 03-21-18 to 08-13-18.

Change at 9:09 PM Eastern: Added photo "2"
Change at 9:08 PM Eastern: Added photo "1"
Change at 9:08 PM Eastern: Added photo "3"
Change at 9:08 PM Eastern: Added photo "4"
Change at 9:08 PM Eastern: Added photo "5"
Change at 9:08 PM Eastern: Added photo "6"
Change at 9:08 PM Eastern: Added photo "7"
Change at 9:06 PM Eastern: Removed photo
Change at 9:06 PM Eastern: Removed photo
Change at 9:06 PM Eastern: Removed photo
Change at 9:06 PM Eastern: Removed photo
Change at 9:06 PM Eastern: Removed photo
Change at 9:06 PM Eastern: Removed photo
Change at 9:06 PM Eastern: Removed photo
Change at 9:06 PM Eastern: Removed photo
Change at 9:05 PM Eastern: Removed photo
Change at 9:04 PM Eastern: Removed photo
Change at 9:04 PM Eastern: Removed photo
Change at 9:04 PM Eastern: Removed photo
Change at 9:04 PM Eastern: Removed photo

| - | Price Change | $519,000 | -1.1% | 08/09/2018 | 47 |

Change by: McKinley Navaroli

Change at 8:55 AM Eastern: changed *List Price*
Old Value: 525000.00
New Value: 519000.00

| - | Price Change | $525,000 | -1.9% | 07/24/2018 | 62 |

Change by: McKinley Navaroli

Change at 9:26 PM Eastern: changed *List Price*
Old Value: 535000.00
New Value: 525000.00

| - | Open House | $535,000 | | 07/15/2018 | 72 |

Change by: McKinley Navaroli

Change at 7:19 AM Eastern on 07/14/2018: Open House was held from 1:00 PM until 3:00 PM on 07/15/2018

Change by: McKinley Navaroli

> Change at 9:49 PM Eastern: changed *Broker Only Remarks*
>> Old Value: Schedule on-line. Cap Contribution of one QTR payment and $200 to clubhouse. ALL BROKER INFORMATION DEEMED RELIABLE AND SUBJECT TO ERRORS OMISSIONS AND CHANGES WITHOUT NOTICE. ALL MEASUREMENTS APPROXIMATE.
>> New Value: 00 to clubhouse. PLS NOTE:
>
> Change at 9:49 PM Eastern: Supplement edited
> Change at 9:47 PM Eastern: Added photo "1757-15"
> Change at 9:47 PM Eastern: Removed photo
> Change at 9:45 PM Eastern: Removed photo
> Change at 9:45 PM Eastern: Removed photo
> Change at 9:44 PM Eastern: Added photo "6213-16"
> Change at 9:44 PM Eastern: Added photo "1757-15"
> Change at 9:42 PM Eastern: Added photo "0pk2wjeydptvu45e"
> Change at 7:27 AM Eastern: Removed photo
> Change at 7:21 AM Eastern: Added photo "16"
> Change at 7:21 AM Eastern: Added photo "15"
> Change at 7:20 AM Eastern: Added photo "12"
> Change at 7:20 AM Eastern: Added photo "11"

| - | Price Change | $535,000 | -1.8% | 07/09/2018 | 77 |

Change by: McKinley Navaroli

> Change at 10:17 PM Eastern: changed *List Price*
>> Old Value: 545000.00
>> New Value: 535000.00

| - | Open House | $545,000 | | 07/08/2018 | 79 |

Change by: McKinley Navaroli

> Change at 3:19 PM Eastern on 07/03/2018: Open House was held from 1:00 PM until 3:00 PM on 07/08/2018

| - | Price Change | $545,000 | -0.7% | 06/28/2018 | 89 |

Change by: McKinley Navaroli

> Change at 1:51 PM Eastern: changed *List Price*
>> Old Value: 549000.00
>> New Value: 545000.00

| - | Price Change | $549,000 | -1.8% | 06/20/2018 | 96 |

Change by: McKinley Navaroli

> Change at 11:19 PM Eastern: changed *List Price*
>> Old Value: 559000.00
>> New Value: 549000.00

| - | Open House | $559,000 | | 06/10/2018 | 107 |

Change by: McKinley Navaroli

> Change at 7:02 AM Eastern on 06/08/2018: Open House was held from 12:00 PM until 3:00 PM on 06/10/2018

| - | Open House | $559,000 | | 06/02/2018 | 115 |

Change by: McKinley Navaroli

Change at 9:27 PM Eastern on 05/30/2018: Open House was held from 1:00 PM until 3:00 PM on 06/02/2018

| - | Open House | $559,000 | | 05/27/2018 | 121 |

Change by: McKinley Navaroli

Change at 7:39 AM Eastern on 05/24/2018: Open House was held from 1:00 PM until 3:00 PM on 05/27/2018

| - | Price Change | $559,000 | -1.8% | 05/27/2018 | 121 |

Change by: McKinley Navaroli

Change at 11:40 AM Eastern: changed *List Price*
Old Value: 569000.00
New Value: 559000.00

| - | Open House | $569,000 | | 05/20/2018 | 128 |

Change by: McKinley Navaroli

Change at 10:28 PM Eastern on 05/14/2018: Open House was held from 1:00 PM until 3:00 PM on 05/20/2018

| - | Open House | $569,000 | | 04/22/2018 | 156 |

Change by: McKinley Navaroli

Change at 1:23 PM Eastern on 04/19/2018: Open House was held from 1:00 PM until 3:00 PM on 04/22/2018

| - | Open House | $569,000 | | 04/08/2018 | 170 |

Change by: McKinley Navaroli

Change at 11:43 AM Eastern on 04/05/2018: Open House was held from 1:00 PM until 4:00 PM on 04/08/2018
Change at 11:39 AM Eastern on 04/05/2018: This Open House was modified.
Change at 12:50 PM Eastern on 04/04/2018: This Open House was created.

| - | Open House | $569,000 | | 03/25/2018 | 184 |

Change by: McKinley Navaroli

Change at 12:01 PM Eastern on 03/21/2018: Open House was held from 1:00 PM until 3:00 PM on 03/25/2018

| - | Photos, etc. | $569,000 | | 03/23/2018 | 186 |

Change by: McKinley Navaroli

Change at 6:02 AM Eastern: Added photo "Gardens Mall"
Change at 6:02 AM Eastern: Added photo "Roger-Dean-Stadi"
Change at 6:02 AM Eastern: Added photo "Palm-Beach-Garde"
Change at 5:57 AM Eastern: Added photo "DJI_0001_2_3_4_5"
Change at 5:55 AM Eastern: Added photo "DJI_0226_27_28_2"
Change at 5:55 AM Eastern: Added photo "DJI_0011_2_3_4_5"
Change at 5:55 AM Eastern: Added photo "DJI_0481_2_3_4_5"
Change at 5:53 AM Eastern: Added photo "DJI_0486_87_88_8"
Change at 5:48 AM Eastern: Added photo "DJI_0566_67_68_6"
Change at 5:40 AM Eastern: changed *Public Remarks*
Old Value: Welcome to 880 Taft Court in the stunning community of Evergrene in Palm Beach Gardens. Upon entering you are greeted by a great room with stunning soaring ceilings. A multitude of windows allow gleaming rays of sunlight to bathe this beautiful space. This 5 bedroom/3.5 bath home truly checks off all the boxes if your

search includes resort style living, a ground floor master suite, 4 additional bedrooms & loft upstairs, a large kitchen/family/dining area, screened in patio perfect for dining al fresco and a multitude of fabulous features including newer A/C (2014 & 2016), Newer Water Heater, Interior just repainted, refinished cabinets, gorgeous backsplash, extended screened in patio and fenced in back yard. The community of Evergrene is recognized by the Audubon Society for it's vast arr
New Value: Welcome to 880 Taft Court in t

Change at 5:40 AM Eastern: changed *Broker Only Remarks*
Old Value: Cap Contribution of one QTR payment and $200 to clubhouse. ALL BROKER INFORMATION DEEMED RELIABLE AND SUBJECT TO ERRORS OMISSIONS AND CHANGES WITHOUT NOTICE. ALL MEASUREMENTS APPROXIMATE.
New Value: Schedule on-line. Cap Contribu

Change at 5:39 AM Eastern: Supplement edited

| - | Text, etc. | $569,000 | 03/22/2018 | 187 |
|---|---|---|---|---|

Change by: McKinley Navaroli

Change at 1:12 PM Eastern: changed *Public Remarks*
Old Value: Welcome to 880 Taft Court in the stunning community of Evergrene in Palm Beach Gardens. Upon entering you are greeted by a great room with stunning soaring ceilings. A multitude of windows allow gleaming rays of sunlight to bathe this beautiful space. This 5 bedroom/3.5 bath home truly checks off all the boxes if your search includes resort style living, a ground floor master suite, 4 additional bedrooms and loft upstairs, a large kitchen/family/dining area, screened in patio perfect for dining al fresco and a multitude of fabulous features including newer A/C, refinished cabinets, gorgeous backsplash, extended screened in patio and fenced in back yard. The community of Evergrene is recognized by the Audubon Society for it's vast array
New Value: Welcome to 880 Taft Court in t

| - | New | $569,000 | 03/21/2018 | 188 |
|---|---|---|---|---|

Change by: McKinley Navaroli

Change at 1:06 PM Eastern: changed *Zip Code*
Old Value: 33418
New Value: 33410

Change at 12:04 PM Eastern: changed *Public Remarks*
Old Value: Welcome to 880 Taft Court in the stunning community of Evergrene in Palm Beach Gardens. Upon entering you are greeted by a great room with stunning soaring ceilings. A multitude of windows allow gleaming rays of sunlight to bathe this beautiful space. This 5 bedroom/3.5 bath home truly checks off all the boxes if your search includes resort style living, a ground floor master suite, 4 additional bedrooms and loft upstairs, a large kitchen/family/dining area, screened in patio perfect for dining al fresco and a multitude of fabulous features including newer A/C units, extended screened in patio and fenced in back yard. The community of Evergrene is recognized by the Audubon Society for it's vast array of magnificent birds. Great Blue Heron's, Egret's, White Ibis', and Wood Duck's are just
New Value: Welcome to 880 Taft Court in t

Change at 12:03 PM Eastern: Supplement edited
Change at 12:01 PM Eastern: changed *Open House*
Old Value: x'201803211601462796500000000'
New Value: Added

Change at 11:56 AM Eastern: Added Virtual Tour
Change at 11:56 AM Eastern: Added Virtual Tour Unbranded
Change at 11:51 AM Eastern: Added photo "2"
Change at 11:50 AM Eastern: Added photo "1"
Change at 11:50 AM Eastern: Added photo "3"
Change at 11:49 AM Eastern: Added photo "4"
Change at 11:49 AM Eastern: Added photo "5"
Change at 11:49 AM Eastern: Added photo "6"
Change at 11:49 AM Eastern: Added photo "7"

Change at 11:46 AM Eastern: Added new listing

| | | | | | | |
|---|---|---|---|---|---|---|
| - | Documents | $569,000 | | 03/19/2018 | 190 | |

Change by: McKinley Navaroli

Change at 3:54 PM Eastern: Added document "Evergrene general rules"

| - | RX-10269161 | Cancelled | $499,000 | | 11/30/2016 | 71 | 71 | 880 Taft Court |
|---|---|---|---|---|---|---|---|---|
| | - | Status | $499,000 | | 11/30/2016 | 0 | | |

Change by: Bryan Sina

Change at 11:23 AM Eastern: changed *Status*
Old Value: Active
New Value: Cancelled

| - | Cancel Date | $499,000 | 11/30/2016 | 0 |
|---|---|---|---|---|

Change by: Bryan Sina

Change at 11:23 AM Eastern: changed *Cancel Date*
Old Value:
New Value: 11/30/2016

| - | Text, etc. | $499,000 | 11/22/2016 | 8 |
|---|---|---|---|---|

Change by: Bryan Sina

Change at 3:33 PM Eastern: changed *Broker Only Remarks*
Old Value: . It is on Supra, but you wil
New Value: . NEW WOOD LAMINATE FLOORS be

| - | Text, etc. | $499,000 | 11/07/2016 | 23 |
|---|---|---|---|---|

Change by: Bryan Sina

Change at 11:52 AM Eastern: changed *Public Remarks*
Old Value: s lead to covered lanai, scree
New Value: s lead to covered lanai, expan
Change at 11:52 AM Eastern: changed *Broker Only Remarks*
Old Value: requests. Buyer to pay one-t
New Value: requests. I can call you in

| - | Text, etc. | $499,000 | 11/03/2016 | 27 |
|---|---|---|---|---|

Change by: Bryan Sina

Change at 10:59 AM Eastern: changed *Broker Only Remarks*
Old Value: House is currently occupied by
New Value: House is now vacant! Tenants v

| - | New | $499,000 | 09/20/2016 | 70 |
|---|---|---|---|---|

Change by: Bryan Sina

Change at 10:59 PM Eastern: changed *From #RX-10177572*
Old Value:
New Value: Master Bedroom
Change at 10:59 PM Eastern: changed *From #RX-10177572*
Old Value:
New Value: Master Bathroom
Change at 10:59 PM Eastern: changed *From #RX-10177572*
Old Value:
New Value: Loft Area

Change at 10:59 PM Eastern: changed *From #RX-10177572*
Old Value:
New Value: Living Room
Change at 10:59 PM Eastern: changed *From #RX-10177572*
Old Value:
New Value: Living Room & Front
Change at 10:59 PM Eastern: changed *From #RX-10177572*
Old Value:
New Value: Fenced Backyard
Change at 10:59 PM Eastern: changed *From #RX-10177572*
Old Value:
New Value: Family Room
Change at 10:59 PM Eastern: changed *From #RX-10177572*
Old Value:
New Value: Dining Area
Change at 10:59 PM Eastern: changed *From #RX-10177572*
Old Value:
New Value: Covered & Screened P
Change at 10:59 PM Eastern: changed *From #RX-10177572*
Old Value:
New Value: Bedroom #4
Change at 10:59 PM Eastern: changed *From #RX-10177572*
Old Value:
New Value: Bedroom #2 with Balc
Change at 10:59 PM Eastern: changed *From #RX-10177572*
Old Value:
New Value: Main Photo
Change at 10:59 PM Eastern: Added new listing

| | | | | | | |
|---|---|---|---|---|---|---|
| - | Text | $499,000 | | 09/20/2016 | 70 | |

Change by: Bryan Sina

Change at 10:59 PM Eastern: Copied listing from RX-10177572

| - | RX-10268061 | Closed | $4,000 | | 02/01/2017 | 74 | 74 | 880 Taft Court |
|---|---|---|---|---|---|---|---|---|
| | - | Status | $4,100 | | 02/01/2017 | | | |

Change by: Bryan Sina

Change at 11:07 AM Eastern: changed *Status*
Old Value: Pending
New Value: Closed

| | | | | | |
|---|---|---|---|---|---|
| | - | Rented Price | $4,100 | | 02/01/2017 |

Change by: Bryan Sina

Change at 11:07 AM Eastern: changed *Selling Agent*
Old Value:
New Value: Eileen McFadden
Change at 11:07 AM Eastern: changed *Rented Date*
Old Value:
New Value: 12/15/2016
Change at 11:07 AM Eastern: changed *Rented Price*
Old Value:
New Value: 4000.00

| | | | | | |
|---|---|---|---|---|---|
| | - | Status | $4,100 | | 11/28/2016 | 1 |

Change by: Bryan Sina

Change at 5:18 PM Eastern: changed *Status*

Old Value: Active
New Value: Pending

| - | Under Contract Date | $4,100 | 11/28/2016 | 1 |

Change by: Bryan Sina

Change at 5:18 PM Eastern: changed *Contingency*
Old Value:
New Value: N
Change at 5:18 PM Eastern: changed *Under Contract Date*
Old Value:
New Value: 11/29/2016

| - | Text, etc. | $4,100 | 11/22/2016 | 7 |

Change by: Bryan Sina

Change at 3:34 PM Eastern: changed *Broker Only Remarks*
Old Value: ants. New laminate wood is goi
New Value: ants. NEW WOOD LAMINATE FLOORS

| - | Text, etc. | $4,100 | 11/07/2016 | 22 |

Change by: Bryan Sina

Change at 11:56 AM Eastern: changed *Sale MLS ID*
Old Value: TBD
New Value: RX-10269161
Change at 11:55 AM Eastern: changed *Broker Only Remarks*
Old Value: House is now vacant! Tenants v
New Value: House is now vacant! House is

| - | Text, etc. | $4,100 | 11/03/2016 | 26 |

Change by: Bryan Sina

Change at 11:00 AM Eastern: changed *Broker Only Remarks*
Old Value: House is being vacated on Nove
New Value: House is now vacant! Tenants v

| - | Text, etc. | $4,100 | 10/31/2016 | 29 |

Change by: Bryan Sina

Change at 2:42 PM Eastern: changed *Broker Only Remarks*
Old Value: House is rented, but they are
New Value: House is being vacated on Nove

| - | Text, etc. | $4,100 | 09/30/2016 | 60 |

Change by: Bryan Sina

Change at 11:05 AM Eastern: changed *Public Remarks*
Old Value: yard. Dogs and cats welcome.
New Value: yard. Carpeting on stairs and
Change at 11:05 AM Eastern: changed *Broker Only Remarks*
Old Value: moving out at end of October.
New Value: moving out on 10/31. NOT ON SU

| - | New | $4,100 | 09/16/2016 | 74 |

Change by: Bryan Sina

Change at 3:54 PM Eastern: Added new listing

| - | RX-10177603 | Closed | $3,750 | | 10/29/2015 | 0 | 0 | 880 Taft Court |

| - | Status | $3,900 | 10/29/2015 |

Change by: Bryan Sina

Change at 11:52 AM Eastern: changed *Status*
Old Value: Pending
New Value: Closed

| - | Rented Price | $3,900 | 10/29/2015 |

Change by: Bryan Sina

Change at 11:52 AM Eastern: changed *Selling Agent*
Old Value:
New Value: Bryan Sina
Change at 11:52 AM Eastern: changed *Rented Date*
Old Value:
New Value: 11/1/2015
Change at 11:52 AM Eastern: changed *Rented Price*
Old Value:
New Value: 3750.00

| - | Status | $3,900 | 10/23/2015 |

Change by: Bryan Sina

Change at 2:43 PM Eastern: changed *Status*
Old Value: Active
New Value: Pending

| - | Under Contract Date | $3,900 | 10/23/2015 |

Change by: Bryan Sina

Change at 2:43 PM Eastern: changed *Contingency*
Old Value:
New Value: N
Change at 2:43 PM Eastern: changed *Under Contract Date*
Old Value:
New Value: 10/21/2015

| - | New | $3,900 | 10/20/2015 | 1 |

Change by: Bryan Sina

Change at 6:11 PM Eastern: changed *From #RX-10156731*
Old Value:
New Value: Master Bedroom
Change at 6:11 PM Eastern: changed *From #RX-10156731*
Old Value:
New Value: Master Bathroom
Change at 6:11 PM Eastern: changed *From #RX-10156731*
Old Value:
New Value: Loft Area
Change at 6:11 PM Eastern: changed *From #RX-10156731*
Old Value:
New Value: Living Room
Change at 6:11 PM Eastern: changed *From #RX-10156731*
Old Value:
New Value: Living Room & Front
Change at 6:11 PM Eastern: changed *From #RX-10156731*
Old Value:
New Value: Kitchen
Change at 6:11 PM Eastern: changed *From #RX-10156731*

Old Value:
New Value: Fenced Backyard
Change at 6:11 PM Eastern: changed *From #RX-10156731*
Old Value:
New Value: Family Room
Change at 6:11 PM Eastern: changed *From #RX-10156731*
Old Value:
New Value: Dining Area
Change at 6:11 PM Eastern: changed *From #RX-10156731*
Old Value:
New Value: Covered & Screened P
Change at 6:11 PM Eastern: changed *From #RX-10156731*
Old Value:
New Value: Bedroom #4
Change at 6:11 PM Eastern: changed *From #RX-10156731*
Old Value:
New Value: Bedroom #2 with Balc
Change at 6:11 PM Eastern: changed *From #RX-10156731*
Old Value:
New Value: Front of House
Change at 6:11 PM Eastern: Added new listing

| | Text | $3,900 | | 10/20/2015 | 1 | | |

Change by: Bryan Sina

Change at 6:11 PM Eastern: Copied listing from RX-10156731

| - | RX-10177572 | Expired | $499,900 | | 02/20/2016 | 2 | 2 | 880 Taft Court |

| - | Status | $499,900 | | 02/21/2016 | | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value: Temp Off Market
New Value: Expired

| - | Status | $499,900 | | 10/23/2015 | | | |

Change by: Bryan Sina

Change at 2:42 PM Eastern: changed *Status*
Old Value: Active
New Value: Temp Off Market

| - | New | $499,900 | | 10/20/2015 | 2 | | |

Change by: Bryan Sina

Change at 4:23 PM Eastern: Added new listing

| - | RX-10156731 | Closed | $3,600 | | 08/27/2015 | 17 | 17 | 880 Taft Court |

| - | Selling Agent | $4,000 | | 09/29/2016 | | | |

Change by: Chelsea Mulvey

Change at 10:02 AM Eastern: changed *Co-selling Agent*
Old Value: Cathy Beth Boyce
New Value: null
Change at 10:02 AM Eastern: changed *Selling Agent*
Old Value: Bryan Sina
New Value: Marie Tanabe

Change by: Bryan Sina

> Change at 11:30 AM Eastern: changed *Status*
> Old Value: Pending
> New Value: Closed

\- Rented Price                    $4,000              08/27/2015

Change by: Bryan Sina

> Change at 11:30 AM Eastern: changed *Selling Agent*
> Old Value:
> New Value: Bryan Sina
> Change at 11:30 AM Eastern: changed *Co-selling Agent*
> Old Value:
> New Value: Cathy Beth Boyce
> Change at 11:30 AM Eastern: changed *Rented Date*
> Old Value:
> New Value: 10/1/2015
> Change at 11:30 AM Eastern: changed *Rented Price*
> Old Value:
> New Value: 3600.00

\- Status                          $4,000              08/21/2015

Change by: Bryan Sina

> Change at 12:23 PM Eastern: changed *Status*
> Old Value: Active
> New Value: Pending

\- Under Contract Date             $4,000              08/21/2015

Change by: Bryan Sina

> Change at 12:23 PM Eastern: changed *Under Contract Date*
> Old Value: 8/19/2015
> New Value: 8/20/2015

\- Status                          $4,000              08/19/2015          1

Change by: Bryan Sina

> Change at 9:56 AM Eastern: changed *Status*
> Old Value: Pending
> New Value: Active

\- Fallthrough Date                $4,000              08/19/2015          1

Change by: Bryan Sina

> Change at 9:56 AM Eastern: Listing put back on market
> Change at 9:56 AM Eastern: changed *Fallthrough Date*
> Old Value:
> New Value: 8/18/2015

\- Status                          $4,000              08/18/2015          2

Change by: Bryan Sina

> Change at 4:36 PM Eastern: changed *Status*
> Old Value: Active
> New Value: Pending

\- Unit Floor #                    $4,000              08/18/2015          2

Change at 4:36 PM Eastern: changed *Contingency*
Old Value:
New Value: N
Change at 4:36 PM Eastern: changed *Under Contract Date*
Old Value:
New Value: 8/19/2015
Change at 4:36 PM Eastern: changed *Unit Floor #*
Old Value:
New Value: 1.00

| - | New | $4,000 | 08/03/2015 | 17 |

Change by: Bryan Sina

Change at 3:56 PM Eastern: Added new listing

| - | Documents | $4,000 | 08/03/2015 | 17 |

Change by: Bryan Sina

Change at 3:48 PM Eastern: Added document "Evergrene Lease Application"

| - | RX-10148517 | Cancelled | $499,900 | | 08/27/2015 | 56 | 56 | 880 Taft Court |

| - | | Status | $499,900 | | 08/27/2015 | | |

Change by: Bryan Sina

Change at 11:30 AM Eastern: changed *Status*
Old Value: Temp Off Market
New Value: Cancelled

| - | | Cancel Date | $499,900 | | 08/27/2015 | | |

Change by: Bryan Sina

Change at 11:30 AM Eastern: changed *Cancel Date*
Old Value:
New Value: 8/26/2015

| - | | Status | $499,900 | | 08/24/2015 | 2 | |

Change by: Bryan Sina

Change at 9:24 AM Eastern: changed *Status*
Old Value: Active
New Value: Temp Off Market

| - | | Unit Floor # | $499,900 | | 08/24/2015 | 2 | |

Change by: Bryan Sina

Change at 9:24 AM Eastern: changed *Unit Floor #*
Old Value:
New Value: 1.00

| - | | Text, etc. | $499,900 | | 07/13/2015 | 44 | |

Change by: Bryan Sina

Change at 10:59 AM Eastern: changed *Auction*
Old Value:
New Value: N
Change at 10:59 AM Eastern: changed *Total Bedrooms*
Old Value: 5.00

New Value: 4.00

| - | Text, etc. | $499,900 | 07/06/2015 | 51 | | |
|---|---|---|---|---|---|---|

Change by: Bryan Sina

Change at 1:54 PM Eastern: changed *Broker Only Remarks*
Old Value: t at the end of June 2015. Mu
New Value: t at the end of July 2015, but

| - | New | $499,900 | 07/01/2015 | 56 | | |
|---|---|---|---|---|---|---|

Change by: Bryan Sina

Change at 4:00 PM Eastern: Added new listing

| - | RX-10054175 | Closed | $3,300 | | 08/20/2014 | 31 | 31 | 880 Taft Court |
|---|---|---|---|---|---|---|---|---|

| - | Status | $3,300 | 08/20/2014 |
|---|---|---|---|

Change by: Dylan P Snyder

Change at 1:38 PM Eastern: changed *Status*
Old Value: Pending
New Value: Closed

| - | Status | $3,300 | 08/20/2014 |
|---|---|---|---|

Change by: Dylan P Snyder

Change at 1:38 PM Eastern: changed *Selling Agent*
Old Value:
New Value: McKinley Navaroli
Change at 1:38 PM Eastern: changed *Rented Date*
Old Value:
New Value: 9/1/2014
Change at 1:38 PM Eastern: changed *Rented Price*
Old Value:
New Value: 3300.00
Change at 1:37 PM Eastern: changed *Status*
Old Value: Active
New Value: Pending

| - | Under Contract Date | $3,300 | 08/20/2014 |
|---|---|---|---|

Change by: Dylan P Snyder

Change at 1:37 PM Eastern: changed *Under Contract Date*
Old Value:
New Value: 8/1/2014

| - | Contingency | $3,300 | 07/07/2014 | 24 |
|---|---|---|---|---|

Change by: Dylan P Snyder

Change at 8:39 PM Eastern: changed *Contingency*
Old Value:
New Value: C

| - | New | $3,300 | 07/03/2014 | 29 |
|---|---|---|---|---|

Change by: McKinley Navaroli

Change at 3:05 PM Eastern: Removed photo

Change by: Dylan P Snyder

Change at 3:05 PM Eastern: Removed photo
Change at 3:05 PM Eastern: Removed photo
Change at 3:05 PM Eastern: Removed photo
Change at 3:04 PM Eastern: Removed photo
Change at 3:04 PM Eastern: Removed photo
Change at 3:04 PM Eastern: Removed photo
Change at 3:04 PM Eastern: Removed photo
Change at 3:04 PM Eastern: Removed photo
Change at 3:04 PM Eastern: Removed photo
Change at 3:01 PM Eastern: Added new listing

| - | RX-9989976 | Cancelled | $499,000 | | 07/15/2014 | 259 | 259 | 880 Taft Court |
|---|---|---|---|---|---|---|---|---|

| | - | Status | $499,000 | | 07/15/2014 | 0 | | |
|---|---|---|---|---|---|---|---|---|

Change by: Dylan P Snyder

Change at 6:06 PM Eastern: changed *Status*
Old Value: Active
New Value: Cancelled

| | - | Cancel Date | $499,000 | | 07/15/2014 | 0 | | |
|---|---|---|---|---|---|---|---|---|

Change by: Dylan P Snyder

Change at 6:06 PM Eastern: changed *Cancel Date*
Old Value:
New Value: 7/15/2014

| | - | Price Change | $499,000 | -5.0% | 06/14/2014 | 31 | | |
|---|---|---|---|---|---|---|---|---|

Change by: Dylan P Snyder

Change at 8:30 AM Eastern: changed *List Price*
Old Value: 525000.00
New Value: 499000.00

| | - | Text, etc. | $525,000 | | 05/16/2014 | 60 | | |
|---|---|---|---|---|---|---|---|---|

Change by: Rebeca Winter

Change at 4:20 PM Eastern: changed *Broker Only Remarks*
Old Value: Pets on premises. Please direc
New Value: 5/16 through 5/19 - Text Kelle
Change at 4:20 PM Eastern: changed *Street Name*
Old Value: TAFT
New Value: Taft

| | - | Extension | $525,000 | | 04/29/2014 | 77 | | |
|---|---|---|---|---|---|---|---|---|

Change by: Dylan P Snyder

Change at 4:11 PM Eastern: Extended listing

| | - | Expiration Date | $525,000 | | 04/29/2014 | 77 | | |
|---|---|---|---|---|---|---|---|---|

Change by: Dylan P Snyder

Change at 4:11 PM Eastern: changed *Expiration Date*

| | - | Open House | $525,000 | | 04/06/2014 | 100 | | |
|---|---|---|---|---|---|---|---|---|

Change by: Rebeca Winter

Change at 3:56 PM Eastern on 04/04/2014: Open House was held from 1:00 PM until 3:00 PM on 04/06/2014

Change at 10:44 AM Eastern on 04/03/2014: This Open House was created.

| - | Price Change | $525,000 | -4.4% | 03/20/2014 | 117 |

Change by: Rebeca Winter

> Change at 10:43 AM Eastern: changed *List Price*
> Old Value: 549000.00
> New Value: 525000.00

| - | Open House | $549,000 | | 02/15/2014 | 150 |

Change by: Rebeca Winter

> Change at 12:42 PM Eastern on 02/07/2014: Open House was held from 1:00 PM until 4:00 PM on 02/15/2014

| - | Price Change | $549,000 | -3.7% | 02/07/2014 | 158 |

Change by: Rebeca Winter

> Change at 12:42 PM Eastern: changed *Open House*
> Old Value: x'2014020717422466919300000'
> New Value: Added
> Change at 12:41 PM Eastern: changed *List Price*
> Old Value: 570000.00
> New Value: 549000.00

| - | Documents | $570,000 | | 01/13/2014 | 183 |

Change by: Rebeca Winter

> Change at 1:24 PM Eastern: Added document "Sellers Disclosure"

| - | Text, etc. | $570,000 | | 01/06/2014 | 190 |

Change by: Rebeca Winter

> Change at 3:54 PM Eastern: changed *Broker Only Remarks*
> Old Value: Pets on premises. Please call
> New Value: Pets on premises. Please direc
> Change at 3:54 PM Eastern: changed *Street Name*
> Old Value: Taft
> New Value: TAFT

| - | Virtual Tour, etc. | $570,000 | | 11/21/2013 | 236 |

Change by: Dylan P Snyder

> Change at 8:16 AM Eastern: Added Virtual Tour
> Change at 8:16 AM Eastern: Added Virtual Tour Unbranded

| - | New | $570,000 | | 10/31/2013 | 257 |

Change by: Rebeca Winter

> Change at 5:02 PM Eastern: changed *Broker Only Remarks*
> Old Value: to show.
> New Value: to show. Please direct all qu
> Change at 5:02 PM Eastern: changed *HOA/POA/COA (Monthly)*
> Old Value:
> New Value: 475.00
> Change at 5:02 PM Eastern: changed *Application Fee*
> Old Value:
> New Value: 100.00
> Change at 5:02 PM Eastern: changed *Model Name*

Old Value:
New Value: CYPRESS
Change at 5:00 PM Eastern: Supplement edited
Change at 5:00 PM Eastern: Added supplement
Change at 4:08 PM Eastern: Added photo "IMG_0052fusedMLS"
Change at 4:08 PM Eastern: Added photo "IMG_0048fusedMLS"
Change at 4:08 PM Eastern: Added photo "IMG_0043fusedMLS"
Change at 4:08 PM Eastern: Added photo "IMG_0040fusedMLS"
Change at 4:08 PM Eastern: Added photo "IMG_0037fusedMLS"
Change at 4:08 PM Eastern: Added photo "IMG_0032fusedMLS"
Change at 4:08 PM Eastern: Added photo "IMG_0029fusedMLS"
Change at 4:08 PM Eastern: Added photo "IMG_0020fusedMLS"
Change at 4:08 PM Eastern: Added photo "IMG_0017fusedMLS"
Change at 4:08 PM Eastern: Added photo "IMG_0014fusedMLS"
Change at 4:08 PM Eastern: Added photo "IMG_0011fusedMLS"
Change at 4:08 PM Eastern: Added photo "IMG_0008fusedMLS"
Change at 4:07 PM Eastern: Added new listing

| - | | Text | $570,000 | | 10/31/2013 | 257 | | |

Change by: Rebeca Winter

Change at 4:07 PM Eastern: Copied listing from RX-3068807

| - | RX-3068807 | Closed | $325,000 | -16.6% | 03/01/2010 | 72 | 657 | 880 Taft Court |

| - | | Status | $349,900 | | 03/01/2010 | | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Closed

| - | | Status | $349,900 | | 02/19/2010 | | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Sold Price*
Old Value:
New Value: 325000.0
Change at 1:00 AM Eastern: changed *Sold Date*
Old Value:
New Value: 02/19/2010
Change at 1:00 AM Eastern: changed *Selling Agent*
Old Value:
New Value: Laraine Sacco

Change by: Laraine Sacco

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Closed

| - | | Status | $349,900 | | 02/04/2010 | 0 | | |

Change by: David R Kendall

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Pending

| - | | Price Change | $349,900 | -6.7% | 01/15/2010 | 20 | | |

Change by: David R Kendall

Change at 2:20 PM Eastern: changed *List Price*
Old Value:
New Value: 349900

| - | Price Change | $374,900 | -3.8% | 12/22/2009 | 43 |
|---|---|---|---|---|---|

Change by: David R Kendall

Change at 9:50 PM Eastern: changed *List Price*
Old Value:
New Value: 374900

| - | New | $389,900 | | 11/24/2009 | 72 |
|---|---|---|---|---|---|

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: Added new listing

| - | RX-2910605 | Cancelled | $389,900 | -34.9% | 10/26/2009 | 585 | 859 | 880 Taft Court |
|---|---|---|---|---|---|---|---|---|

| - | Status | $389,900 | | 10/26/2009 | 0 |
|---|---|---|---|---|---|

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Cancelled

| - | Price Change | $389,900 | -4.9% | 09/16/2009 | 40 |
|---|---|---|---|---|---|

Change by: Deborah Curwick

Change at 9:57 AM Eastern: changed *List Price*
Old Value:
New Value: 389900

| - | Price Change | $409,900 | -6.0% | 07/17/2009 | 101 |
|---|---|---|---|---|---|

Change by: Deborah Curwick

Change at 2:00 PM Eastern: changed *List Price*
Old Value:
New Value: 409900

| - | Price Change | $435,900 | -2.2% | 05/01/2009 | 178 |
|---|---|---|---|---|---|

Change by: Deborah Curwick

Change at 6:33 PM Eastern: changed *List Price*
Old Value:
New Value: 435900

| - | Price Change | $445,900 | -2.2% | 03/31/2009 | 209 |
|---|---|---|---|---|---|

Change by: Deborah Curwick

Change at 4:56 PM Eastern: changed *List Price*
Old Value:
New Value: 445900

| - | Price Change | $455,900 | -5.0% | 03/05/2009 | 234 |
|---|---|---|---|---|---|

Change by: Deborah Curwick

Change at 6:58 PM Eastern: changed *List Price*
Old Value:

New Value: 455900

| - | Price Change | $479,900 | -4.0% | 01/06/2009 | 293 |
|---|---|---|---|---|---|

Change by: Deborah Curwick

Change at 2:26 PM Eastern: changed *List Price*
Old Value:
New Value: 479900

| - | Price Change | $499,900 | -4.9% | 10/29/2008 | 362 |
|---|---|---|---|---|---|

Change by: Deborah Curwick

Change at 4:24 PM Eastern: changed *List Price*
Old Value:
New Value: 499900

| - | Status | $525,900 | | 08/22/2008 | 430 |
|---|---|---|---|---|---|

Change by: Deborah Curwick

Change at 3:58 PM Eastern: changed *Status*
Old Value:
New Value: Active

| - | Status | $525,900 | | 08/20/2008 | 432 |
|---|---|---|---|---|---|

Change by: Deborah Curwick

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| - | Price Change | $525,900 | -4.4% | 08/07/2008 | 445 |
|---|---|---|---|---|---|

Change by: Deborah Curwick

Change at 4:29 PM Eastern: changed *List Price*
Old Value:
New Value: 525900

| - | Price Change | $549,900 | -8.2% | 04/07/2008 | 567 |
|---|---|---|---|---|---|

Change by: Deborah Curwick

Change at 7:58 AM Eastern: changed *List Price*
Old Value:
New Value: 549900

| - | New | $599,000 | | 03/20/2008 | 585 |
|---|---|---|---|---|---|

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: Added new listing

| - | RX-2817060 | Expired | $599,000 | -4.1% | 03/07/2008 | 274 | 274 | 880 TAFT Court |
|---|---|---|---|---|---|---|---|---|

| - | Status | $599,000 | | 03/07/2008 | | |
|---|---|---|---|---|---|---|

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

Status      $599,000      08/08/2020

Change by: Lynda M Thomas

> Change at 1:00 AM Eastern: changed *Status*
> Old Value:
> New Value: Expired

| - | Price Change | $599,000 | -7.8% | 08/28/2007 | 191 | |
|---|---|---|---|---|---|---|

Change by: Lynda M Thomas

> Change at 12:54 PM Eastern: changed *List Price*
> Old Value:
> New Value: 599000

| - | New | $649,900 | | 06/06/2007 | 274 | |
|---|---|---|---|---|---|---|

Change by: BeachesMLS, Inc.

> Change at 1:00 AM Eastern: Added new listing

| - | RX-2677611 | Expired | $624,750 | -10.0% | 02/01/2007 | 201 | 201 | 880 TAFT Court |
|---|---|---|---|---|---|---|---|---|
| | - | Status | $624,750,000 | | 02/01/2007 | | | |

Change by: BeachesMLS, Inc.

> Change at 1:00 AM Eastern: changed *Status*
> Old Value:
> New Value: Expired

| | - | Status | $624,750,000 | | 01/31/2007 | 0 | |
|---|---|---|---|---|---|---|---|

Change by: Mark John Loewenberg

> Change at 1:00 AM Eastern: changed *Status*
> Old Value:
> New Value: Expired

| | - | Price Change | $624,750,000 | 99900.0% | 07/25/2006 | 190 | |
|---|---|---|---|---|---|---|---|

Change by: Mark John Loewenberg

> Change at 1:17 PM Eastern: changed *List Price*
> Old Value:
> New Value: 624750000

| | - | Price Change | $624,750 | -2.2% | 07/25/2006 | 190 | |
|---|---|---|---|---|---|---|---|

Change by: Mark John Loewenberg

> Change at 1:17 PM Eastern: changed *List Price*
> Old Value:
> New Value: 624750

| | - | New | $639,000 | | 07/14/2006 | 201 | |
|---|---|---|---|---|---|---|---|

Change by: BeachesMLS, Inc.

> Change at 1:00 AM Eastern: Added new listing

| - | RX-2565389 | Expired | $694,000 | -4.3% | 03/08/2006 | 180 | 180 | 880 TAFT Court |
|---|---|---|---|---|---|---|---|---|
| | - | Status | $694,900 | | 03/08/2006 | | | |

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| | | | | | |
|---|---|---|---|---|---|
| - | Status | $694,900 | | 03/07/2006 | 0 |

Change by: Jamie Avoletta

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| | | | | | |
|---|---|---|---|---|---|
| - | New | $694,900 | 0.1% | 09/08/2005 | 180 |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: Added new listing

| | | | | | |
|---|---|---|---|---|---|
| - | Price Change | $694,000 | -0.1% | 09/08/2005 | 180 |

Change by: Jamie Avoletta

Change at 1:00 AM Eastern: changed *List Price*
Old Value:
New Value: 694000

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| - | RX-2544108 | Cancelled | $725,000 | | 08/08/2005 | 45 | 45 | 880 TAFT Court |

| | | | | | |
|---|---|---|---|---|---|
| - | Status | $795,000 | | 08/08/2005 | 0 |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Cancelled

| | | | | | |
|---|---|---|---|---|---|
| - | New | $795,000 | 9.7% | 06/24/2005 | 45 |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: Added new listing

| | | | | | |
|---|---|---|---|---|---|
| - | Price Change | $725,000 | -8.8% | 06/22/2005 | 47 |

Change by: Jamie Avoletta

Change at 1:00 AM Eastern: changed *List Price*
Old Value:
New Value: 725000

**Photos for MLS # RX-10416053** 880 Taft Court, Palm Beach Gardens, FL 33410 **$507,000**





VIRTUALLY STAGED PHOTO





Living Room



VIRTUALLY STAGED PHOTO



Kitchen and Family room

**13**



**14**



**1757-15**



**15**



VIRTUALLY STAGED IMAGE

**17**

Master Bedroom on main

**18**



**19**



**10**



Master bathroom

**2**



Upstairs loft

**3**



Upstairs bedroom #1

**4**

Upstairs bedroom #2

**5**



Guest bath upstairs

**8**



Upstairs bedroom #3

**9**



Upstairs bedroom #4 (could also be a great office, playroom etc)

**6213-16**



VIRTUALLY STAGED IMAGE

**16**



Extended patio with Screen

**7**



**6**



**DJI_0566_67_68_69_70_Photographic**



**3**



Juno Pier

**DJI_0486_87_88_89_90_Smooth 3**



**DJI_0481_2_3_4_5_Photographic**



**DJI_0011_2_3_4_5**



**DJI_0226_27_28_29_30**



Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 117 of 537

**DJI_0001_2_3_4_5**



**Palm-Beach-Gardens-Florida-Downtown-Dirt**



**Roger-Dean-Stadium**



**Gardens Mall**



**5**



**4**



Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 118 of 537

**1**  **2**

 

880 Taft Ct, Palm Beach Gardens • $569,000
5 beds • 3 full, 1 half baths • 3,007 sq ft • 4,700 sq ft lot





21 / 40



Map

Street

**Residential Full Report**

880 Taft Court, Palm Beach Gardens, FL 33410 — List Price: $569,000

| | | |
|---|---|---|
| MLS#: RX-10416053 | St: Active | Type: Single Family Detached |
| Orig LP: $569,000 | Range Price: | List Price/SqFt: 189.23 |
| Area: 5320 | Geo Area: PB29 | County: Palm Beach |

Legal Desc: EVERGRENE PCD PL 8 LT 16

| | | |
|---|---|---|
| Subdivision: EVERGRENE PCD 8 | | |
| Development Name: EVERGRENE | | |
| Model Name: | Parcel ID: 52424125110000160 | Front Exp: W |
| Waterfront: No | Waterfrontage: | Garage Spaces: 2 |
| | Multiple Ofrs Acptd: No | Carport Spaces: |
| Lot SqFt: 5,700 | Taxes: 9,354.42 | Private Pool: No |
| HOPA: No Hopa | Tax Year: 2017 | REO: No |
| | Special Assessment: No | Short Sale Addendum: No |
| Zoning: PCD(ci | Dock: | Short Sale: No |
| | Membership Fee Required: | Owner/Agent: No |

Elementary School: Marsh Pointe Elementary
Middle School: Watson B. Duncan Middle School
High School: William T. Dwyer High School

Virtual Tour: Click to View

| | | | | |
|---|---|---|---|---|
| Living Room | 12 X 16 | Master Bedroom | 16 X 14 | LivSqFt: 3,007 | Bedrooms: 5 |
| Kitchen | 10 X 16 | Bedroom 2 | 12 X 11 | SqFt - Total: 3,776 | Baths - Full: 3 |
| Dining Area | 11 X 18 | Bedroom 3 | 12 X 11 | SqFt Source: Tax Rolls | Baths - Half: 1 |
| | | Bedroom 4 | 14 X 10 | Guest Hse: | Baths - Total: 3.1 |
| | | | | Yr Built: 2005 | Pets Allowed: Yes |
| | | | | Builder Name: | |
| | | | | Built Desc: Resale | |

| | | | |
|---|---|---|---|
| HOA/POA/COA (Monthly): 483 | Bldg #: | Land Lease: | Mobile Home Size: |
| Governing Bodies: HOA | Total Floors/Stories: 2 | Recreation Lease: | Decal #: |
| Homeowners Assoc: Mandatory | Total Units in Bldg: | Min Days to Lease: | Serial #: |
| Lease Times p/Year: | Ttl Units in Complex: | | Brand Name: |
| Application Fee: 200 | Unit Floor #: | | Total Assessed Value: |
| | Membership Fee Amount: | | |

Auction: No
Directions: Gated entrance on Donald Ross Road East of Military Trail and West of Alt A1A. Take Evergrene Pkwy to Madison Court, turn Left on Taft.

Showing Instructions: Schedule Online

| | | |
|---|---|---|
| LO: 800307 | Keller Williams Realty Jupiter | 561-427-6100 |
| LM: 20013098 | McKinley Navaroli, PA - The McKinley Group KW | 561-262-5883 | mckinleynavaroli@me.com |
| Com/BuyerAgt: 2.5% | Comm/Non-Rep: 2.5% | Trans Brk: 2.5% | Bonus: | LD: 03/21/2018 |
| Var/Dual Rate: No | List Type: Ex Rt | List Off Agency: Transaction Broker | |

Owner Name: On File
Broker Only Remarks: Schedule on-line. Cap Contribution of one QTR payment and $200 to clubhouse. ALL BROKER INFORMATION DEEMED RELIABLE AND SUBJECT TO ERRORS OMISSIONS AND CHANGES WITHOUT NOTICE. ALL MEASUREMENTS APPROXIMATE.
Any Broker Advertise: No

Design: Mediterranean
Construction: CBS
Unit Desc:
Flooring: Ceramic Tile; Laminate
Furnished: Unfurnished
Dining Area: Breakfast Area; Formal
Master Bedroom/Bath: Dual Sinks; Separate Shower; Separate Tub
Lot Description: < 1/4 Acre; Sidewalks
Storm Protection: Panel Shutters: Complete
Restrict: Buyer Approval; Commercial Vehicles Prohibited; Lease OK; No Lease 1st Year; Tenant Approval; Pet Restrictions
Rooms: Attic; Convertible Bedroom; Family; Laundry-Inside; Loft

View:
Waterfront Details: None
Cooling: Central; Zoned
Heating: Central; Electric; Heat Strip
Security: Burglar Alarm; Gate - Manned; Security Sys-Owned
Utilities: Cable; Electric; Gas Natural; Public Sewer; Public Water
Special Info: Sold As-Is
Terms Considered: Cash; Conventional
Parking: Driveway; Garage - Attached; Vehicle Restrictions
Roof: Concrete Tile
Taxes: City/County
Equestrian Features:

Equip/Appl: Dishwasher; Disposal; Dryer; Microwave; Range - Gas; Refrigerator; Smoke Detector; Wall Oven; Washer; Water Heater - Gas
SubdivInfo: Basketball; Bike - Jog; Business Center; Clubhouse; Community Room; Exercise Room; Library; Lobby; Manager on Site; Picnic Area; Pool; Putting Green; Sauna; Sidewalks; Spa-Hot Tub; Street Lights; Tennis
Interior: Ctdrl/Vault Ceilings; Entry Lvl Lvng Area; French Door; Pantry; Upstairs Living Area; Walk-in Closet
Exterior: Auto Sprinkler; Covered Balcony; Covered Patio; Fence; Open Balcony; Open Porch; Room for Pool; Screened Patio; Shutters
Maintenance Fee Incl: Cable; Common Areas; Common R.E. Tax; Lawn Care; Recrtnal Facility; Security; Trash Removal
Original List Price: $569,000

| | | |
|---|---|---|
| Days On Market: 54 | Cumulative DOM: 54 | |
| Sold Price: | | Under Contract Date: |
| Selling Office: | Terms of Sale: | Sold Date: |
| Selling Agent: | | |

Public Remarks: Welcome to 880 Taft Court in the stunning community of Evergrene in Palm Beach Gardens. Upon entering you are greeted by a great room with stunning soaring ceilings. A multitude of windows allow gleaming rays of sunlight to bathe this beautiful space. This 5 bedroom /3.5 bath home truly checks off all the boxes if your search includes resort style living, a ground floor master suite, 4 additional bedrooms & loft upstairs, a large kitchen/family/dining area, screened in patio perfect for dining al fresco and a multitude of fabulous features including newer A/C (2014 & 2016), Newer Water Heater, Interior just repainted, refinished cabinets, gorgeous backsplash, extended screened in patio and fenced in back yard. The community of Evergrene is recognized by the Audubon Society for it's vast ar

Information is deemed to be reliable, but is not guaranteed. © 2018 MLS and FBS. Prepared by Mateusz Rymarski on Monday, May 14, 2018 9:27 PM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

**History for MLS # RX-10416053**    880 Taft Court, Palm Beach Gardens, FL 33410    $569,000

| + | MLS # | Status | Price | % Change | Date | DOM | CDOM | Address |
|---|-------|--------|-------|----------|------|-----|------|---------|
| - | RX-10416053 | Active | $569,000 | 14.0% | 03/21/2018 | 54 | 54 | 880 Taft Court |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | - | Open House | $569,000 | | 04/22/2018 | 22 | | |

Change by: McKinley Navaroli

Change at 1:23 PM Eastern on 04/19/2018: Open House was held from 1:00 PM until 3:00 PM on 04/22/2018

| | - | Open House | $569,000 | | 04/08/2018 | 36 | | |
|---|---|---|---|---|---|---|---|---|

Change by: McKinley Navaroli

Change at 11:43 AM Eastern on 04/05/2018: Open House was held from 1:00 PM until 4:00 PM on 04/08/2018
Change at 11:39 AM Eastern on 04/05/2018: This Open House was modified.
Change at 12:50 PM Eastern on 04/04/2018: This Open House was created.

| | - | Open House | $569,000 | | 03/25/2018 | 50 | | |
|---|---|---|---|---|---|---|---|---|

Change by: McKinley Navaroli

Change at 12:01 PM Eastern on 03/21/2018: Open House was held from 1:00 PM until 3:00 PM on 03/25/2018

| | - | Photos, etc. | $569,000 | | 03/23/2018 | 52 | | |
|---|---|---|---|---|---|---|---|---|

Change by: McKinley Navaroli

Change at 6:02 AM Eastern: Added photo "Gardens Mall"
Change at 6:02 AM Eastern: Added photo "Roger-Dean-Stadi"
Change at 6:02 AM Eastern: Added photo "Palm-Beach-Garde"
Change at 5:57 AM Eastern: Added photo "DJI_0001_2_3_4_5"
Change at 5:55 AM Eastern: Added photo "DJI_0226_27_28_2"
Change at 5:55 AM Eastern: Added photo "DJI_0011_2_3_4_5"
Change at 5:55 AM Eastern: Added photo "DJI_0481_2_3_4_5"
Change at 5:53 AM Eastern: Added photo "DJI_0486_87_88_8"
Change at 5:48 AM Eastern: Added photo "DJI_0566_67_68_6"
Change at 5:40 AM Eastern: changed *Public Remarks*
    Old Value: Welcome to 880 Taft Court in the stunning community of Evergrene in Palm Beach Gardens. Upon entering you are greeted by a great room with stunning soaring ceilings. A multitude of windows allow gleaming rays of sunlight to bathe this beautiful space. This 5 bedroom/3.5 bath home truly checks off all the boxes if your search includes resort style living, a ground floor master suite, 4 additional bedrooms & loft upstairs, a large kitchen/family/dining area, screened in patio perfect for dining al fresco and a multitude of fabulous features including newer A/C (2014 & 2016), Newer Water Heater, Interior just repainted, refinished cabinets, gorgeous backsplash, extended screened in patio and fenced in back yard. The community of Evergrene is recognized by the Audubon Society for it's vast arr
    New Value: Welcome to 880 Taft Court in t
Change at 5:40 AM Eastern: changed *Broker Only Remarks*
    Old Value: Cap Contribution of one QTR payment and $200 to clubhouse. ALL BROKER INFORMATION DEEMED RELIABLE AND SUBJECT TO ERRORS OMISSIONS AND CHANGES WITHOUT NOTICE. ALL MEASUREMENTS APPROXIMATE.
    New Value: Schedule on-line. Cap Contribu
Change at 5:39 AM Eastern: Supplement edited

| | - | Text, etc. | $569,000 | | 03/22/2018 | 53 | | |
|---|---|---|---|---|---|---|---|---|

Change by: McKinley Navaroli

Change at 1:12 PM Eastern: changed *Public Remarks*
Old Value: Welcome to 880 Taft Court in the stunning community of Evergrene in
Palm Beach Gardens. Upon entering you are greeted by a great room with stunning
soaring ceilings. A multitude of windows allow gleaming rays of sunlight to bathe this
beautiful space. This 5 bedroom/3.5 bath home truly checks off all the boxes if your
search includes resort style living, a ground floor master suite, 4 additional bedrooms
and loft upstairs, a large kitchen/family/dining area, screened in patio perfect for
dining al fresco and a multitude of fabulous features including newer A/C, refinished
cabinets, gorgeous backsplash, extended screened in patio and fenced in back yard.
The community of Evergrene is recognized by the Audubon Society for it's vast array
New Value: Welcome to 880 Taft Court in t

|   |     |           |            |    |
|---|-----|-----------|------------|----|
| - | New | $569,000  | 03/21/2018 | 54 |

Change by: McKinley Navaroli

Change at 1:06 PM Eastern: changed *Zip Code*
Old Value: 33418
New Value: 33410
Change at 12:04 PM Eastern: changed *Public Remarks*
Old Value: Welcome to 880 Taft Court in the stunning community of Evergrene in
Palm Beach Gardens. Upon entering you are greeted by a great room with stunning
soaring ceilings. A multitude of windows allow gleaming rays of sunlight to bathe this
beautiful space. This 5 bedroom/3.5 bath home truly checks off all the boxes if your
search includes resort style living, a ground floor master suite, 4 additional bedrooms
and loft upstairs, a large kitchen/family/dining area, screened in patio perfect for
dining al fresco and a multitude of fabulous features including newer A/C units,
extended screened in patio and fenced in back yard. The community of Evergrene is
recognized by the Audubon Society for it's vast array of magnificent birds. Great Blue
Heron's, Egret's, White Ibis', and Wood Duck's are just
New Value: Welcome to 880 Taft Court in t
Change at 12:03 PM Eastern: Supplement edited
Change at 12:01 PM Eastern: changed *Open House*
Old Value: x'20180321160146279650000000'
New Value: Added
Change at 11:56 AM Eastern: Added Virtual Tour
Change at 11:56 AM Eastern: Added Virtual Tour Unbranded
Change at 11:51 AM Eastern: Added photo "2"
Change at 11:50 AM Eastern: Added photo "1"
Change at 11:50 AM Eastern: Added photo "3"
Change at 11:49 AM Eastern: Added photo "4"
Change at 11:49 AM Eastern: Added photo "5"
Change at 11:49 AM Eastern: Added photo "6"
Change at 11:49 AM Eastern: Added photo "7"
Change at 11:46 AM Eastern: Added new listing

|   |           |          |            |    |
|---|-----------|----------|------------|----|
| - | Documents | $569,000 | 03/19/2018 | 56 |

Change by: McKinley Navaroli

Change at 3:54 PM Eastern: Added document "Evergrene general rules"

| - | RX-10269161 | Cancelled | $499,000 |  | 11/30/2016 | 71 | 71 | 880 Taft Court |
|---|-------------|-----------|----------|--|------------|----|----|----------------|
|   | - | Status | $499,000 |  | 11/30/2016 | 0 |  |  |

Change by: Bryan Sina

Change at 11:23 AM Eastern: changed *Status*
Old Value: Active
New Value: Cancelled

|   |             |          |            |   |
|---|-------------|----------|------------|---|
| - | Cancel Date | $499,000 | 11/30/2016 | 0 |

Change at 11:23 AM Eastern: changed *Cancel Date*
    Old Value:
    New Value: 11/30/2016

| - | Text, etc. | $499,000 | 11/22/2016 | 8 |
|---|---|---|---|---|

Change by: Bryan Sina

Change at 3:33 PM Eastern: changed *Broker Only Remarks*
    Old Value: . It is on Supra, but you wil
    New Value: . NEW WOOD LAMINATE FLOORS be

| - | Text, etc. | $499,000 | 11/07/2016 | 23 |
|---|---|---|---|---|

Change by: Bryan Sina

Change at 11:52 AM Eastern: changed *Public Remarks*
    Old Value: s lead to covered lanai, scree
    New Value: s lead to covered lanai, expan
Change at 11:52 AM Eastern: changed *Broker Only Remarks*
    Old Value: requests. Buyer to pay one-t
    New Value: requests. I can call you in

| - | Text, etc. | $499,000 | 11/03/2016 | 27 |
|---|---|---|---|---|

Change by: Bryan Sina

Change at 10:59 AM Eastern: changed *Broker Only Remarks*
    Old Value: House is currently occupied by
    New Value: House is now vacant! Tenants v

| - | New | $499,000 | 09/20/2016 | 70 |
|---|---|---|---|---|

Change by: Bryan Sina

Change at 10:59 PM Eastern: changed *From #RX-10177572*
    Old Value:
    New Value: Master Bedroom
Change at 10:59 PM Eastern: changed *From #RX-10177572*
    Old Value:
    New Value: Master Bathroom
Change at 10:59 PM Eastern: changed *From #RX-10177572*
    Old Value:
    New Value: Loft Area
Change at 10:59 PM Eastern: changed *From #RX-10177572*
    Old Value:
    New Value: Living Room
Change at 10:59 PM Eastern: changed *From #RX-10177572*
    Old Value:
    New Value: Living Room & Front
Change at 10:59 PM Eastern: changed *From #RX-10177572*
    Old Value:
    New Value: Fenced Backyard
Change at 10:59 PM Eastern: changed *From #RX-10177572*
    Old Value:
    New Value: Family Room
Change at 10:59 PM Eastern: changed *From #RX-10177572*
    Old Value:
    New Value: Dining Area
Change at 10:59 PM Eastern: changed *From #RX-10177572*
    Old Value:
    New Value: Covered & Screened P
Change at 10:59 PM Eastern: changed *From #RX-10177572*

Old Value:
New Value: Bedroom #4
Change at 10:59 PM Eastern: changed *From #RX-10177572*
Old Value:
New Value: Bedroom #2 with Balc
Change at 10:59 PM Eastern: changed *From #RX-10177572*
Old Value:
New Value: Main Photo
Change at 10:59 PM Eastern: Added new listing

| - | Text | $499,000 | | 09/20/2016 | 70 | | |
|---|---|---|---|---|---|---|---|

Change by: Bryan Sina

Change at 10:59 PM Eastern: Copied listing from RX-10177572

| - | RX-10268061 | Closed | $4,000 | | 02/01/2017 | 74 | 74 | 880 Taft Court |
|---|---|---|---|---|---|---|---|---|
| | - | Status | $4,100 | | 02/01/2017 | | | |

Change by: Bryan Sina

Change at 11:07 AM Eastern: changed *Status*
Old Value: Pending
New Value: Closed

| | - | Rented Price | $4,100 | | 02/01/2017 | | | |
|---|---|---|---|---|---|---|---|---|

Change by: Bryan Sina

Change at 11:07 AM Eastern: changed *Selling Agent*
Old Value:
New Value: Eileen McFadden
Change at 11:07 AM Eastern: changed *Rented Date*
Old Value:
New Value: 12/15/2016
Change at 11:07 AM Eastern: changed *Rented Price*
Old Value:
New Value: 4000.00

| | - | Status | $4,100 | | 11/28/2016 | 1 | | |
|---|---|---|---|---|---|---|---|---|

Change by: Bryan Sina

Change at 5:18 PM Eastern: changed *Status*
Old Value: Active
New Value: Pending

| | - | Under Contract Date | $4,100 | | 11/28/2016 | 1 | | |
|---|---|---|---|---|---|---|---|---|

Change by: Bryan Sina

Change at 5:18 PM Eastern: changed *Contingency*
Old Value:
New Value: N
Change at 5:18 PM Eastern: changed *Under Contract Date*
Old Value:
New Value: 11/29/2016

| | - | Text, etc. | $4,100 | | 11/22/2016 | 7 | | |
|---|---|---|---|---|---|---|---|---|

Change by: Bryan Sina

Change at 3:34 PM Eastern: changed *Broker Only Remarks*
Old Value: ants. New laminate wood is goi

New Value: ants. NEW WOOD LAMINATE FLOORS

| - | Text, etc. | $4,100 | 11/07/2016 | 22 |
|---|---|---|---|---|

Change by: Bryan Sina

Change at 11:56 AM Eastern: changed *Sale MLS ID*
    Old Value: TBD
    New Value: RX-10269161
Change at 11:55 AM Eastern: changed *Broker Only Remarks*
    Old Value: House is now vacant! Tenants v
    New Value: House is now vacant! House is

| - | Text, etc. | $4,100 | 11/03/2016 | 26 |
|---|---|---|---|---|

Change by: Bryan Sina

Change at 11:00 AM Eastern: changed *Broker Only Remarks*
    Old Value: House is being vacated on Nove
    New Value: House is now vacant! Tenants v

| - | Text, etc. | $4,100 | 10/31/2016 | 29 |
|---|---|---|---|---|

Change by: Bryan Sina

Change at 2:42 PM Eastern: changed *Broker Only Remarks*
    Old Value: House is rented, but they are
    New Value: House is being vacated on Nove

| - | Text, etc. | $4,100 | 09/30/2016 | 60 |
|---|---|---|---|---|

Change by: Bryan Sina

Change at 11:05 AM Eastern: changed *Public Remarks*
    Old Value: yard. Dogs and cats welcome.
    New Value: yard. Carpeting on stairs and
Change at 11:05 AM Eastern: changed *Broker Only Remarks*
    Old Value: moving out at end of October.
    New Value: moving out on 10/31. NOT ON SU

| - | New | $4,100 | 09/16/2016 | 74 |
|---|---|---|---|---|

Change by: Bryan Sina

Change at 3:54 PM Eastern: Added new listing

| - | RX-10177603 | Closed | $3,750 | | 10/29/2015 | 0 | 0 | 880 Taft Court |
|---|---|---|---|---|---|---|---|---|
| - | | Status | $3,900 | | 10/29/2015 | | | |

Change by: Bryan Sina

Change at 11:52 AM Eastern: changed *Status*
    Old Value: Pending
    New Value: Closed

| - | Rented Price | $3,900 | 10/29/2015 |
|---|---|---|---|

Change by: Bryan Sina

Change at 11:52 AM Eastern: changed *Selling Agent*
    Old Value:
    New Value: Bryan Sina
Change at 11:52 AM Eastern: changed *Rented Date*
    Old Value:
    New Value: 11/1/2015

Change at 11:52 AM Eastern: changed *Rented Price*
Old Value:
New Value: 3750.00

| - | Status | $3,900 | 10/23/2015 |

Change by: Bryan Sina

Change at 2:43 PM Eastern: changed *Status*
Old Value: Active
New Value: Pending

| - | Under Contract Date | $3,900 | 10/23/2015 |

Change by: Bryan Sina

Change at 2:43 PM Eastern: changed *Contingency*
Old Value:
New Value: N
Change at 2:43 PM Eastern: changed *Under Contract Date*
Old Value:
New Value: 10/21/2015

| - | New | $3,900 | 10/20/2015 | 1 |

Change by: Bryan Sina

Change at 6:11 PM Eastern: changed *From #RX-10156731*
Old Value:
New Value: Master Bedroom
Change at 6:11 PM Eastern: changed *From #RX-10156731*
Old Value:
New Value: Master Bathroom
Change at 6:11 PM Eastern: changed *From #RX-10156731*
Old Value:
New Value: Loft Area
Change at 6:11 PM Eastern: changed *From #RX-10156731*
Old Value:
New Value: Living Room
Change at 6:11 PM Eastern: changed *From #RX-10156731*
Old Value:
New Value: Living Room & Front
Change at 6:11 PM Eastern: changed *From #RX-10156731*
Old Value:
New Value: Kitchen
Change at 6:11 PM Eastern: changed *From #RX-10156731*
Old Value:
New Value: Fenced Backyard
Change at 6:11 PM Eastern: changed *From #RX-10156731*
Old Value:
New Value: Family Room
Change at 6:11 PM Eastern: changed *From #RX-10156731*
Old Value:
New Value: Dining Area
Change at 6:11 PM Eastern: changed *From #RX-10156731*
Old Value:
New Value: Covered & Screened P
Change at 6:11 PM Eastern: changed *From #RX-10156731*
Old Value:
New Value: Bedroom #4
Change at 6:11 PM Eastern: changed *From #RX-10156731*
Old Value:
New Value: Bedroom #2 with Balc
Change at 6:11 PM Eastern: changed *From #RX-10156731*

Old Value:
New Value: Front of House
Change at 6:11 PM Eastern: Added new listing

| - | Text | $3,900 | | 10/20/2015 | 1 | |
|---|------|--------|--|-----------|---|--|

Change by: Bryan Sina

Change at 6:11 PM Eastern: Copied listing from RX-10156731

| - | RX-10177572 | Expired | $499,900 | | 02/20/2016 | 2 | 2 | 880 Taft Court |
|---|-------------|---------|----------|--|-----------|---|---|------------|

| | - | Status | $499,900 | | 02/21/2016 | | |
|--|---|--------|----------|--|-----------|--|--|

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value: Temp Off Market
New Value: Expired

| | - | Status | $499,900 | | 10/23/2015 | | |
|--|---|--------|----------|--|-----------|--|--|

Change by: Bryan Sina

Change at 2:42 PM Eastern: changed *Status*
Old Value: Active
New Value: Temp Off Market

| | - | New | $499,900 | | 10/20/2015 | 2 | |
|--|---|-----|----------|--|-----------|---|--|

Change by: Bryan Sina

Change at 4:23 PM Eastern: Added new listing

| - | RX-10156731 | Closed | $3,600 | | 08/27/2015 | 17 | 17 | 880 Taft Court |
|---|-------------|--------|--------|--|-----------|----|----|------------|

| | - | Selling Agent | $4,000 | | 09/29/2016 | | |
|--|---|---------------|--------|--|-----------|--|--|

Change by: Chelsea Mulvey

Change at 10:02 AM Eastern: changed *Co-selling Agent*
Old Value: Cathy Beth Boyce
New Value: null
Change at 10:02 AM Eastern: changed *Selling Agent*
Old Value: Bryan Sina
New Value: Marie Tanabe

| | - | Status | $4,000 | | 08/27/2015 | | |
|--|---|--------|--------|--|-----------|--|--|

Change by: Bryan Sina

Change at 11:30 AM Eastern: changed *Status*
Old Value: Pending
New Value: Closed

| | - | Rented Price | $4,000 | | 08/27/2015 | | |
|--|---|--------------|--------|--|-----------|--|--|

Change by: Bryan Sina

Change at 11:30 AM Eastern: changed *Selling Agent*
Old Value:
New Value: Bryan Sina
Change at 11:30 AM Eastern: changed *Co-selling Agent*
Old Value:
New Value: Cathy Beth Boyce

Change at 11:30 AM Eastern: changed *Rented Date*
Old Value:
New Value: 10/1/2015
Change at 11:30 AM Eastern: changed *Rented Price*
Old Value:
New Value: 3600.00

| - | Status | $4,000 | 08/21/2015 | |

Change by: Bryan Sina

Change at 12:23 PM Eastern: changed *Status*
Old Value: Active
New Value: Pending

| - | Under Contract Date | $4,000 | 08/21/2015 | |

Change by: Bryan Sina

Change at 12:23 PM Eastern: changed *Under Contract Date*
Old Value: 8/19/2015
New Value: 8/20/2015

| - | Status | $4,000 | 08/19/2015 | 1 |

Change by: Bryan Sina

Change at 9:56 AM Eastern: changed *Status*
Old Value: Pending
New Value: Active

| - | Fallthrough Date | $4,000 | 08/19/2015 | 1 |

Change by: Bryan Sina

Change at 9:56 AM Eastern: Listing put back on market
Change at 9:56 AM Eastern: changed *Fallthrough Date*
Old Value:
New Value: 8/18/2015

| - | Status | $4,000 | 08/18/2015 | 2 |

Change by: Bryan Sina

Change at 4:36 PM Eastern: changed *Status*
Old Value: Active
New Value: Pending

| - | Unit Floor # | $4,000 | 08/18/2015 | 2 |

Change by: Bryan Sina

Change at 4:36 PM Eastern: changed *Contingency*
Old Value:
New Value: N
Change at 4:36 PM Eastern: changed *Under Contract Date*
Old Value:
New Value: 8/19/2015
Change at 4:36 PM Eastern: changed *Unit Floor #*
Old Value:
New Value: 1.00

| - | New | $4,000 | 08/03/2015 | 17 |

Change by: Bryan Sina

Change at 3:56 PM Eastern: Added new listing

| | | | | | | |
|---|---|---|---|---|---|---|
| - | | Documents | $4,000 | 08/03/2015 | 17 | |

Change by: Bryan Sina

Change at 3:48 PM Eastern: Added document "Evergrene Lease Application"

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| - | RX-10148517 | Cancelled | $499,900 | | 08/27/2015 | 56 | 56 | 880 Taft Court |

| | | | | |
|---|---|---|---|---|
| - | Status | $499,900 | 08/27/2015 | |

Change by: Bryan Sina

Change at 11:30 AM Eastern: changed *Status*
Old Value: Temp Off Market
New Value: Cancelled

| | | | | |
|---|---|---|---|---|
| - | Cancel Date | $499,900 | 08/27/2015 | |

Change by: Bryan Sina

Change at 11:30 AM Eastern: changed *Cancel Date*
Old Value:
New Value: 8/26/2015

| | | | | |
|---|---|---|---|---|
| - | Status | $499,900 | 08/24/2015 | 2 |

Change by: Bryan Sina

Change at 9:24 AM Eastern: changed *Status*
Old Value: Active
New Value: Temp Off Market

| | | | | |
|---|---|---|---|---|
| - | Unit Floor # | $499,900 | 08/24/2015 | 2 |

Change by: Bryan Sina

Change at 9:24 AM Eastern: changed *Unit Floor #*
Old Value:
New Value: 1.00

| | | | | |
|---|---|---|---|---|
| - | Text, etc. | $499,900 | 07/13/2015 | 44 |

Change by: Bryan Sina

Change at 10:59 AM Eastern: changed *Auction*
Old Value:
New Value: N
Change at 10:59 AM Eastern: changed *Total Bedrooms*
Old Value: 5.00
New Value: 4.00

| | | | | |
|---|---|---|---|---|
| - | Text, etc. | $499,900 | 07/06/2015 | 51 |

Change by: Bryan Sina

Change at 1:54 PM Eastern: changed *Broker Only Remarks*
Old Value: t at the end of June 2015. Mu
New Value: t at the end of July 2015, but

| | | | | |
|---|---|---|---|---|
| - | New | $499,900 | 07/01/2015 | 56 |

Change by: Bryan Sina

Change at 4:00 PM Eastern: Added new listing

| - | RX-10054175 | Closed | $3,300 | | 08/20/2014 | 31 | 31 | 880 Taft Court |
|---|---|---|---|---|---|---|---|---|

| - | | Status | $3,300 | | 08/20/2014 | | | |
|---|---|---|---|---|---|---|---|---|

Change by: Dylan P Snyder

Change at 1:38 PM Eastern: changed *Status*
Old Value: Pending
New Value: Closed

| - | | Status | $3,300 | | 08/20/2014 | | | |
|---|---|---|---|---|---|---|---|---|

Change by: Dylan P Snyder

Change at 1:38 PM Eastern: changed *Selling Agent*
Old Value:
New Value: McKinley Navaroli
Change at 1:38 PM Eastern: changed *Rented Date*
Old Value:
New Value: 9/1/2014
Change at 1:38 PM Eastern: changed *Rented Price*
Old Value:
New Value: 3300.00
Change at 1:37 PM Eastern: changed *Status*
Old Value: Active
New Value: Pending

| - | | Under Contract Date | $3,300 | | 08/20/2014 | | | |
|---|---|---|---|---|---|---|---|---|

Change by: Dylan P Snyder

Change at 1:37 PM Eastern: changed *Under Contract Date*
Old Value:
New Value: 8/1/2014

| - | | Contingency | $3,300 | | 07/07/2014 | 24 | | |
|---|---|---|---|---|---|---|---|---|

Change by: Dylan P Snyder

Change at 8:39 PM Eastern: changed *Contingency*
Old Value:
New Value: C

| - | | New | $3,300 | | 07/03/2014 | 29 | | |
|---|---|---|---|---|---|---|---|---|

Change by: McKinley Navaroli

Change at 3:05 PM Eastern: Removed photo

Change by: Dylan P Snyder

Change at 3:05 PM Eastern: Removed photo
Change at 3:05 PM Eastern: Removed photo
Change at 3:05 PM Eastern: Removed photo
Change at 3:04 PM Eastern: Removed photo
Change at 3:04 PM Eastern: Removed photo
Change at 3:04 PM Eastern: Removed photo
Change at 3:04 PM Eastern: Removed photo
Change at 3:04 PM Eastern: Removed photo
Change at 3:04 PM Eastern: Removed photo
Change at 3:01 PM Eastern: Added new listing

| - | RX-9989976 | Cancelled | $499,000 | | 07/15/2014 | 259 | 259 | 880 Taft Court |
|---|---|---|---|---|---|---|---|---|

| - | | Status | $499,000 | | 07/15/2014 | 0 | | |
|---|---|---|---|---|---|---|---|---|

Change by: Dylan P Snyder

Change at 6:06 PM Eastern: changed *Status*
Old Value: Active
New Value: Cancelled

| - | Cancel Date | $499,000 | | 07/15/2014 | 0 |
|---|---|---|---|---|---|

Change by: Dylan P Snyder

Change at 6:06 PM Eastern: changed *Cancel Date*
Old Value:
New Value: 7/15/2014

| - | Price Change | $499,000 | -5.0% | 06/14/2014 | 31 |
|---|---|---|---|---|---|

Change by: Dylan P Snyder

Change at 8:30 AM Eastern: changed *List Price*
Old Value: 525000.00
New Value: 499000.00

| - | Text, etc. | $525,000 | | 05/16/2014 | 60 |
|---|---|---|---|---|---|

Change by: Rebeca Winter

Change at 4:20 PM Eastern: changed *Broker Only Remarks*
Old Value: Pets on premises. Please direc
New Value: 5/16 through 5/19 - Text Kelle
Change at 4:20 PM Eastern: changed *Street Name*
Old Value: TAFT
New Value: Taft

| - | Extension | $525,000 | | 04/29/2014 | 77 |
|---|---|---|---|---|---|

Change by: Dylan P Snyder

Change at 4:11 PM Eastern: Extended listing

| - | Expiration Date | $525,000 | | 04/29/2014 | 77 |
|---|---|---|---|---|---|

Change by: Dylan P Snyder

Change at 4:11 PM Eastern: changed *Expiration Date*

| - | Open House | $525,000 | | 04/06/2014 | 100 |
|---|---|---|---|---|---|

Change by: Rebeca Winter

Change at 3:56 PM Eastern on 04/04/2014: Open House was held from 1:00 PM until 3:00 PM on 04/06/2014
Change at 10:44 AM Eastern on 04/03/2014: This Open House was created.

| - | Price Change | $525,000 | -4.4% | 03/20/2014 | 117 |
|---|---|---|---|---|---|

Change by: Rebeca Winter

Change at 10:43 AM Eastern: changed *List Price*
Old Value: 549000.00
New Value: 525000.00

| - | Open House | $549,000 | | 02/15/2014 | 150 |
|---|---|---|---|---|---|

Change by: Rebeca Winter

Change at 12:42 PM Eastern on 02/07/2014: Open House was held from 1:00 PM until 4:00 PM on 02/15/2014

| - | Price Change | $549,000 | -3.7% | 02/07/2014 | 158 |
|---|---|---|---|---|---|

Change at 12:42 PM Eastern: changed *Open House*
    Old Value: x'20140207174224669193000000'
    New Value: Added
Change at 12:41 PM Eastern: changed *List Price*
    Old Value: 570000.00
    New Value: 549000.00

| - | Documents | $570,000 | 01/13/2014 | 183 |

Change by: Rebeca Winter

Change at 1:24 PM Eastern: Added document "Sellers Disclosure"

| - | Text, etc. | $570,000 | 01/06/2014 | 190 |

Change by: Rebeca Winter

Change at 3:54 PM Eastern: changed *Broker Only Remarks*
    Old Value: Pets on premises. Please call
    New Value: Pets on premises. Please direc
Change at 3:54 PM Eastern: changed *Street Name*
    Old Value: Taft
    New Value: TAFT

| - | Virtual Tour, etc. | $570,000 | 11/21/2013 | 236 |

Change by: Dylan P Snyder

Change at 8:16 AM Eastern: Added Virtual Tour
Change at 8:16 AM Eastern: Added Virtual Tour Unbranded

| - | New | $570,000 | 10/31/2013 | 257 |

Change by: Rebeca Winter

Change at 5:02 PM Eastern: changed *Broker Only Remarks*
    Old Value: to show.
    New Value: to show. Please direct all qu
Change at 5:02 PM Eastern: changed *HOA/POA/COA (Monthly)*
    Old Value:
    New Value: 475.00
Change at 5:02 PM Eastern: changed *Application Fee*
    Old Value:
    New Value: 100.00
Change at 5:02 PM Eastern: changed *Model Name*
    Old Value:
    New Value: CYPRESS
Change at 5:00 PM Eastern: Supplement edited
Change at 5:00 PM Eastern: Added supplement
Change at 4:08 PM Eastern: Added photo "IMG_0052fusedMLS"
Change at 4:08 PM Eastern: Added photo "IMG_0048fusedMLS"
Change at 4:08 PM Eastern: Added photo "IMG_0043fusedMLS"
Change at 4:08 PM Eastern: Added photo "IMG_0040fusedMLS"
Change at 4:08 PM Eastern: Added photo "IMG_0037fusedMLS"
Change at 4:08 PM Eastern: Added photo "IMG_0032fusedMLS"
Change at 4:08 PM Eastern: Added photo "IMG_0029fusedMLS"
Change at 4:08 PM Eastern: Added photo "IMG_0020fusedMLS"
Change at 4:08 PM Eastern: Added photo "IMG_0017fusedMLS"
Change at 4:08 PM Eastern: Added photo "IMG_0014fusedMLS"
Change at 4:08 PM Eastern: Added photo "IMG_0011fusedMLS"
Change at 4:08 PM Eastern: Added photo "IMG_0008fusedMLS"
Change at 4:07 PM Eastern: Added new listing

| - | Text | $570,000 | 10/31/2013 | 257 |

Change at 4:07 PM Eastern: Copied listing from RX-3068807

| - | RX-3068807 | Closed | $325,000 | -16.6% | 03/01/2010 | 72 | 657 | 880 Taft Court |
|---|---|---|---|---|---|---|---|---|

| | - | Status | $349,900 | | 03/01/2010 | | | |
|---|---|---|---|---|---|---|---|---|

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Closed

| | - | Status | $349,900 | | 02/19/2010 | | | |
|---|---|---|---|---|---|---|---|---|

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Sold Price*
Old Value:
New Value: 325000.0
Change at 1:00 AM Eastern: changed *Sold Date*
Old Value:
New Value: 02/19/2010
Change at 1:00 AM Eastern: changed *Selling Agent*
Old Value:
New Value: Laraine Sacco

Change by: Laraine Sacco

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Closed

| | - | Status | $349,900 | | 02/04/2010 | 0 | | |
|---|---|---|---|---|---|---|---|---|

Change by: David R Kendall

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Pending

| | - | Price Change | $349,900 | -6.7% | 01/15/2010 | 20 | | |
|---|---|---|---|---|---|---|---|---|

Change by: David R Kendall

Change at 2:20 PM Eastern: changed *List Price*
Old Value:
New Value: 349900

| | - | Price Change | $374,900 | -3.8% | 12/22/2009 | 43 | | |
|---|---|---|---|---|---|---|---|---|

Change by: David R Kendall

Change at 9:50 PM Eastern: changed *List Price*
Old Value:
New Value: 374900

| | - | New | $389,900 | | 11/24/2009 | 72 | | |
|---|---|---|---|---|---|---|---|---|

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: Added new listing

| - | RX-2910605 | Cancelled | $389,900 | -34.9% | 10/26/2009 | 585 | 859 | 880 Taft Court |
|---|---|---|---|---|---|---|---|---|

| | - | Status | $389,900 | | 10/26/2009 | 0 | | |
|---|---|---|---|---|---|---|---|---|

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Cancelled

| - | Price Change | $389,900 | -4.9% | 09/16/2009 | 40 |

Change by: Deborah Curwick

Change at 9:57 AM Eastern: changed *List Price*
Old Value:
New Value: 389900

| - | Price Change | $409,900 | -6.0% | 07/17/2009 | 101 |

Change by: Deborah Curwick

Change at 2:00 PM Eastern: changed *List Price*
Old Value:
New Value: 409900

| - | Price Change | $435,900 | -2.2% | 05/01/2009 | 178 |

Change by: Deborah Curwick

Change at 6:33 PM Eastern: changed *List Price*
Old Value:
New Value: 435900

| - | Price Change | $445,900 | -2.2% | 03/31/2009 | 209 |

Change by: Deborah Curwick

Change at 4:56 PM Eastern: changed *List Price*
Old Value:
New Value: 445900

| - | Price Change | $455,900 | -5.0% | 03/05/2009 | 234 |

Change by: Deborah Curwick

Change at 6:58 PM Eastern: changed *List Price*
Old Value:
New Value: 455900

| - | Price Change | $479,900 | -4.0% | 01/06/2009 | 293 |

Change by: Deborah Curwick

Change at 2:26 PM Eastern: changed *List Price*
Old Value:
New Value: 479900

| - | Price Change | $499,900 | -4.9% | 10/29/2008 | 362 |

Change by: Deborah Curwick

Change at 4:24 PM Eastern: changed *List Price*
Old Value:
New Value: 499900

| - | Status | $525,900 | | 08/22/2008 | 430 |

Change by: Deborah Curwick

Change at 3:58 PM Eastern: changed *Status*
Old Value:

New Value: Active

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| - | | Status | $525,900 | | | 08/20/2008 | 432 | |

Change by: Deborah Curwick

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| - | | Price Change | $525,900 | -4.4% | | 08/07/2008 | 445 | |

Change by: Deborah Curwick

Change at 4:29 PM Eastern: changed *List Price*
Old Value:
New Value: 525900

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| - | | Price Change | $549,900 | -8.2% | | 04/07/2008 | 567 | |

Change by: Deborah Curwick

Change at 7:58 AM Eastern: changed *List Price*
Old Value:
New Value: 549900

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| - | | New | $599,000 | | | 03/20/2008 | 585 | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: Added new listing

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| - | RX-2817060 | Expired | $599,000 | -4.1% | | 03/07/2008 | 274 | 274 | 880 TAFT Court |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| - | | Status | $599,000 | | | 03/07/2008 | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| - | | Status | $599,000 | | | 03/06/2008 | 0 | |

Change by: Lynda M Thomas

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| - | | Price Change | $599,000 | -7.8% | | 08/28/2007 | 191 | |

Change by: Lynda M Thomas

Change at 12:54 PM Eastern: changed *List Price*
Old Value:
New Value: 599000

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| - | | New | $649,900 | | | 06/06/2007 | 274 | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: Added new listing

| - | RX-2677611 | Expired | $624,750 | -10.0% | 02/01/2007 | 201 | 201 | 880 TAFT Court |
|---|---|---|---|---|---|---|---|---|
| | - | Status | $624,750,000 | | 02/01/2007 | | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| | - | Status | $624,750,000 | | 01/31/2007 | 0 | | |
|---|---|---|---|---|---|---|---|---|

Change by: Mark John Loewenberg

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| | - | Price Change | $624,750,000 | 99900.0% | 07/25/2006 | 190 | | |
|---|---|---|---|---|---|---|---|---|

Change by: Mark John Loewenberg

Change at 1:17 PM Eastern: changed *List Price*
Old Value:
New Value: 624750000

| | - | Price Change | $624,750 | -2.2% | 07/25/2006 | 190 | | |
|---|---|---|---|---|---|---|---|---|

Change by: Mark John Loewenberg

Change at 1:17 PM Eastern: changed *List Price*
Old Value:
New Value: 624750

| | - | New | $639,000 | | 07/14/2006 | 201 | | |
|---|---|---|---|---|---|---|---|---|

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: Added new listing

| - | RX-2565389 | Expired | $694,000 | -4.3% | 03/08/2006 | 180 | 180 | 880 TAFT Court |
|---|---|---|---|---|---|---|---|---|
| | - | Status | $694,900 | | 03/08/2006 | | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| | - | Status | $694,900 | | 03/07/2006 | 0 | | |
|---|---|---|---|---|---|---|---|---|

Change by: Jamie Avoletta

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| | - | New | $694,900 | 0.1% | 09/08/2005 | 180 | | |
|---|---|---|---|---|---|---|---|---|

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: Added new listing

| | - | Price Change | $694,000 | -0.1% | 09/08/2005 | 180 | | |
|---|---|---|---|---|---|---|---|---|

Change at 1:00 AM Eastern: changed *List Price*
Old Value:
New Value: 694000

| - | RX-2544108 | Cancelled | $725,000 | | 08/08/2005 | 45 | 45 | 880 TAFT Court |
|---|---|---|---|---|---|---|---|---|
| | - | Status | $795,000 | | 08/08/2005 | 0 | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Cancelled

| | - | New | $795,000 | 9.7% | 06/24/2005 | 45 | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: Added new listing

| | - | Price Change | $725,000 | -8.8% | 06/22/2005 | 47 | | |

Change by: Jamie Avoletta

Change at 1:00 AM Eastern: changed *List Price*
Old Value:
New Value: 725000

**Photos for MLS # RX-10416053**    880 Taft Court, Palm Beach Gardens, FL 33410    **$569,000**

**1**



**1**



Living Room

**12**



**13**



Kitchen and Family room

**14**



**15**



**17**



**18**



Master Bedroom on main

**19**



**10**



Master bathroom

**2**



**11**



Upstairs loft

**16**



Extended patio with Screen

**3**



Upstairs bedroom #1

**4**



Upstairs bedroom #2

**5**



Guest bath upstairs

**8**



Upstairs bedroom #3

**9**



Upstairs bedroom #4 (could also be a great office, playroom etc)

**7**



**6**



Upstairs laundry room

**Evergrene overview of lake**




**Evergrene lake**



**evergrene overview**



**7**



6

5



Tiki Hut

Basketball courts

4

3

Tennis Courts

Volleyball

1

2

Resort style pool

**evergrene sign**



**DJI_0566_67_68_69_70_Photographic**



Juno Pier

**DJI_0486_87_88_89_90_Smooth 3**



**DJI_0481_2_3_4_5_Photographic**



**DJI_0011_2_3_4_5**



**DJI_0226_27_28_29_30**



**DJI_0001_2_3_4_5**



**Palm-Beach-Gardens-Florida-Downtown-Dirt**



**Roger-Dean-Stadium**



**Gardens Mall**



# Exhibit
# 6



**EXHIBIT**

6-A

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Register of Copyrights, United States of America

**Registration Number**

**VA 1-967-719**

**Effective Date of Registration:**
July 07, 2015

## Title _____

**Title of Work:** Group Registration Photos, Selected 2009 Photographs Including Tesoro Club, Esplande Grande, Ocean Trail, Resort at Singer Island and Others published Feb. 3, 2009 to Oct. 29, 2009; 44 photos

**Content Title:** Tesoro Club Night A 2009 AAP, Feb. 3, 2009; Esplanade Grande Boat 2009 AAP, Feb. 3, 2009; Ocean Trail Way pool 2 AAP 09, Feb. 8, 2009; Ocean Trail Way Lobby AAP 09, May. 8, 2009; Tesoro Club Night A 2009 AAP, May. 14, 2009; Tesoro Club Night A 2009 AAP, May. 14, 2009; Tesoro Club Night A 2009 AAP, May. 14, 2009; Ocean Trail Way social room AAP 09, May. 8, 2009; Ocean Trail Way Gym 1 AAP 09, May. 8, 2009; Ocean Trail Way pool 1 AAP 09, May. 8, 2009; Ocean Trail Way Beach Stairs AAP 09, May. 8, 2009 Ocean Trail Beach Access AAP 09, May. 8, 2009; Ocean Trail Way Tennis AAP 09, May. 8, 2009; Jupiter Lighthouse Palm 2009 AAP, May. 8, 2009; Jupiter Lighthouse sunset D 2009 AAP, May. 8, 2009; Jupiter Lighthouse sunset AAP 2009, May. 8, 2009; Ocean Trail Full Moon 1 AAP 09, May. 8, 2009; Ocean Trail Full Moon 3 AAP 09, May. 8, 2009; Ocean Trail Full Moon 2 AAP 09, May. 8, 2009; Jupiter Lighthouse AAP 09, May. 8, 2009; Ocean Trail Aerial 40 AAP 09, May. 12, 2009; Ocean Trail Aerial 50 AAP 09, May. 12, 2009; Ocean Trail Aerial 60 AAP 09, May. 12, 2009; Ocean Trail Aerial 10 AAP 09, May. 12, 2009; Ocean Trail Aerial 20 AAP 09, May. 12, 2009; Ocean Trail Aerial 30 AAP 09, May. 12, 2009;



Rapallo West Palm aerial A 2009 AAP, Jun. 18, 2009; Tesoro Club Aerial B 2009 AAP, Jun. 20, 2009; Tesoro Club Aerial A 2009 AAP, Jun. 20, 2009;Flagler Museum aerial A 2009 AAP, Jun. 27, 2009; Tesoro Club Fountain 2009 AAP, Jun. 28, 2009; Admiral's Cove Pano A 2009 AAP, Aug. 4, 2009; Slade Building aerial a 2009, Aug. 5, 2009; Palm Beach Condos sunrise 2009 AAP, Aug. 21, 2009; Ritz Carlton Game Room D 2009 AAP, Aug. 27, 2009; Resort at Singer Island theater C 2009 AAP, Aug. 27, 2009; Resort at Singer Island theater D 2009 AAP, Aug. 27, 2009; Resort at Singer Island pool B 2009 AAP, Aug. 28, 2009;Ritz Carlton spa 2009 AAP, Aug. 28, 2009; Ritz Carlton bar 2009 AAP, Aug. 28, 2009; Resort at Singer Island Fitness 2009 AAP, Aug. 28, 2009; Juno Beach 33, Sept. 26, 2009; West Palm Beach skyline C 2009 AAP, Oct. 24, 2009; Jupiter Inlet 1 AAP 2009, Oct. 29, 2009; Juno Beach Pier AAP 09, Oct. 29, 2009; Tesoro Club Aerial C 2009 AAP, Oct. 29, 2009; Tesoro Club Aerial D 2009 AAP, Oct. 29, 2009;

**EXHIBIT**

**6-B**

## Completion/Publication _____

**Year of Completion:** 2009
**Date of 1st Publication:** February 03, 2009
**Nation of 1st Publication:** United States

Page 1 of 2

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-967-719**

**Effective Date of Registration:**
July 07, 2015

## Title

**Title of Work:** Group Registration Photos, Selected 2009 Photographs Including Tesoro Club, Esplande Grande, Ocean Trail, Resort at Singer Island and Others published Feb. 3, 2009 to Oct. 29, 2009; 44 photos

**Content Title:** Tesoro Club Night A 2009 AAP, Feb. 3, 2009; Esplanade Grande Boat 2009 AAP, Feb. 3, 2009; Ocean Trail Way pool 2 AAP 09, Feb. 8, 2009; Ocean Trail Way Lobby AAP 09, May. 8, 2009; Tesoro Club Night A 2009 AAP, May. 14, 2009; Tesoro Club Night A 2009 AAP, May. 14, 2009; Tesoro Club Night A 2009 AAP, May. 14, 2009; Ocean Trail Way social room AAP 09, May. 8, 2009; Ocean Trail Way Gym 1 AAP 09, May. 8, 2009; Ocean Trail Way pool 1 AAP 09, May. 8, 2009; Ocean Trail Way Beach Stairs AAP 09, May. 8, 2009 Ocean Trail Beach Access AAP 09, May. 8, 2009; Ocean Trail Way Tennis AAP 09, May. 8, 2009; Jupiter Lighthouse Palm 2009 AAP, May. 8, 2009; Jupiter Lighthouse sunset D 2009 AAP, May. 8, 2009; Jupiter Lighthouse sunset AAP 2009, May. 8, 2009; Ocean Trail Full Moon 1 AAP 09, May. 8, 2009; Ocean Trail Full Moon 3 AAP 09, May. 8, 2009; Ocean Trail Full Moon 2 AAP 09, May. 8, 2009; Jupiter Lighthouse AAP 09, May. 8, 2009; Ocean Trail Aerial 40 AAP 09, May. 12, 2009; Ocean Trail Aerial 50 AAP 09, May. 12, 2009; Ocean Trail Aerial 60 AAP 09, May. 12, 2009; Ocean Trail Aerial 10 AAP 09, May. 12, 2009; Ocean Trail Aerial 20 AAP 09, May. 12, 2009; Ocean Trail Aerial 30 AAP 09, May. 12, 2009;

Rapallo West Palm aerial A 2009 AAP, Jun. 18, 2009; Tesoro Club Aerial B 2009 AAP, Jun. 20, 2009; Tesoro Club Aerial A 2009 AAP, Jun. 20, 2009;Flagler Museum aerial A 2009 AAP, Jun. 27, 2009; Tesoro Club Fountain 2009 AAP, Jun. 28, 2009; Admiral's Cove Pano A 2009 AAP, Aug. 4, 2009; Slade Building aerial a 2009, Aug. 5, 2009; Palm Beach Condos sunrise 2009 AAP, Aug. 21, 2009; Ritz Carlton Game Room D 2009 AAP, Aug. 27, 2009; Resort at Singer Island theater C 2009 AAP, Aug. 27, 2009; Resort at Singer Island theater D 2009 AAP, Aug. 27, 2009; Resort at Singer Island pool B 2009 AAP, Aug. 28, 2009;Ritz Carlton spa 2009 AAP, Aug. 28, 2009; Ritz Carlton bar 2009 AAP, Aug. 28, 2009; Resort at Singer Island Fitness 2009 AAP, Aug. 28, 2009; Juno Beach 33, Sept. 26, 2009; West Palm Beach skyline C 2009 AAP, Oct. 24, 2009; Jupiter Inlet 1 AAP 2009, Oct. 29, 2009; Juno Beach Pier AAP 09, Oct. 29, 2009; Tesoro Club Aerial C 2009 AAP, Oct. 29, 2009; Tesoro Club Aerial D 2009 AAP, Oct. 29, 2009;

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** February 03, 2009
**Nation of 1st Publication:** United States

Page 1 of 2

## Author

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417

## Certification

**Name:** Robert Stevens
**Date:** July 07, 2015



*side by side photo comparisons*



*original photo*

*cropped*

*cropped*









**EXHIBIT**

6-C

### Search Homes For Sale in Featured Cities

Get in touch when you are ready to view any of these homes. Text or Call **561-339-1779** to book an appointment.



*side by side photo comparisons*

*0riginal photo*

*cropped*

*cropped off*

*copyright management information removed*

Search Listings By *Type Of Home*

**SEARCH CONDOS**    **SEARCH HOMES**





## Palm Beach Homes For Sale in Palm Beach County

Palm Beach homes are located in the eastern most town in Florida. This area is located on a 16-mile long barrier island with about a total area of 10.4 square miles of which 3.9 square miles of it is land and 6.5 square miles of it is water. This island is a favorite vacation spot or residency for the rich and famous because of its beautiful beaches, shopping and night life. It has the Atlantic Ocean on the east side and the Intracoastal Waterway on the west side.




Palm Beach was established as a resort by Henry Morrison Flagler, who made the Atlantic coast barrier island accessible via his Florida East Coast Railroad. Flagler established two luxury resort hotels, the Royal Poinciana Hotel and The Breakers Hotel.

For generations, Palm Beach has been the traditional winter home of the American aristocracy as the Kennedys, Rockefellers, Trumps, plus others who fled the northern cold climates for this warm sunshine paradise in winter.



Call-text **Doug Martin +1-561-339-3299** or call-text **Jason Martin +1-561-624-4544** when ready to view homes.

The Martin Group would love to be your Real Estate Agents of choice for Palm Beach County FL or anywhere along the east coast of Palm Beach County Florida. We will gladly advise and assist you.

Breakers Resort Hotel on Atlantic Ocean in Palm Beach Florida

**Palm Beach, FL 33480 Houses For Sale by Price and Feature**

Search Palm Beach FL 33480 ALL Listings of Homes For Sale



## Palm Beach Homes For Sale in Palm Beach County



Palm Beach homes are located in the eastern most town in Florida. This area is located on a 16-mile long barrier island with about a total area of 10.4 square miles of which 3.9 square miles of it is land and 6.5 square miles of it is water. This island is a favorite vacation spot or residency for the rich and famous because of its beautiful beaches, shopping and night life. It has the Atlantic Ocean on the east side and the Intracoastal Waterway on the west side.



Palm Beach was established as a resort by Henry Morrison Flagler, who made the Atlantic coast barrier island accessible via his Florida East Coast Railroad. Flagler established two luxury resort hotels, the Royal Poinciana Hotel and The Breakers Hotel.

For generations, Palm Beach has been the traditional winter home of the American aristocracy as the Kennedys, Rockefellers, Trumps, plus others who fled the northern cold climates for this warm sunshine paradise in winter.

Flagler Museum with Intracoastal in Background

Call-text **Doug Martin +1-561-339-3299** or call-text **Jason Martin +1-561-624-4544** when ready to view homes.

The Martin Group would love to be your Real Estate Agents of choice for Palm Beach County FL or anywhere along the east coast of Palm Beach County Florida. We will gladly advise and assist you.



Breakers Resort Hotel on Atlantic Ocean in Palm Beach Florida

### Palm Beach, FL 33480 Houses For Sale by Price and Feature

**Search Palm Beach FL 33480 ALL Listings of Homes For Sale**

| | |
|---|---|
| Homes Under $200,000 | Homes Under $300,000 |
| Homes Under $400,000 | Homes Under $500,000 |
| Homes Under $600,000 | Homes Under $700,000 |
| Homes Under $800,000 | Homes Under $800,000 |
| Homes Under $1,000,000 | Homes Under $5,000,000 |
| Homes Above $5,000,000 | Homes – 1 Story Detached |
| Homes – 1st Floor Master Bedroom | Homes – 2 Master Baths |
| Homes – 3+ Car Garages | Homes – 4+ Bedrooms 4+ Baths |
| Homes – Bank Owned REOs | Homes – Boat Dock Private |
| Homes – Condos | Condo Hotels | Homes – Golf Course Views |
| Homes – Maids Room | Homes – New Construction |
| Homes – Private Pool | Homes – Townhouses Villas |
| Homes – Waterfront Atlantic Ocean | Homes – Waterfront Intracoastal |

View the **Newest Listings of Palm Beach Houses For Sale in Florida**

### "Listings Manager" Account

Sign up for a FREE member's account to stay informed of new listings in the Beaches MLS. The Beaches Multiple Listing Service is the source of our local real estate database. Sign up below with the blue tab your exclusive membership account.

With the "**Listings Manager**" Account create and save your searches of your favorite homes. Later view them again or compare them with other homes. We'll notify you when similar new listings hit the market. Timely real estate property reports are sent with the latest home values and trends.

Click the blue button tab to create your exclusive personalized member account. Then receive automatic updates on homes that match your chosen search criteria:

**Become A Member Now!**

The Martin Group will not share or exchange any of your information with anyone. All information is kept confidential. We respect your privacy and therefore will not send spam.

Go to the **Mortgage Loan Calculator** for an estimate of how much loan you might borrow.

### Additional Real Estate Info

Receive a Report of Your **HOME's Current Market Value** in Palm Beach County FL

Call or Text Us:
Doug Martin +1-561-339-3299
Jason Martin +1-561-624-4544

Need additional info, want to make a comment, or ask a question? **Email Martin Group Here**

**Search Real Estate Properties in Other Areas of SE Florida** by desired Area, Home Price, Location, Size, etc.

**The Martin Group**

Jason Martin: 561-624-4544
Doug Martin  561-339-3299
Florida Licensed Realtors®

Keller Williams Palm Beaches
2901 PGA Blvd Suite 100
Palm Beach Gardens, FL 33410
Office: 561-339-1775
Email Us  Send Message Now
Follow Us:

**Search Homes For Sale**

Homes $100,000-$300,000
Homes $300,000-$500,000
Homes $500,000-$700,000
Homes $700,000-$1,000,000
Homes $1,000,000 + Above
Search Condos For Sale
Search Homes For Sale
North Palm Beach County
Central Palm Beach County
South Palm Beach County

**You Might Like**

New Construction Homes
Request Home Value
Search Cities
Info for Buyers
Info for Sellers
Info for Renters
Financing and Mortgages
Who We Are
Careers
Privacy Policy

© 2018 The Martin Group • Keller Williams Realty Palm Beaches • All Rights Reserved
Each Office is Independently Owned and Operated.

Privacy Policy

# Exhibit

# 7



©AAP 05-12-09 All Rights Reserved

**EXHIBIT**

7-A

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-967-719**

**Effective Date of Registration:**
July 07, 2015

## Title



**Title of Work:** Group Registration Photos, Selected 2009 Photographs Including Tesoro Club, Esplande Grande, Ocean Trail, Resort at Singer Island and Others published Feb. 3, 2009 to Oct. 29, 2009; 44 photos

**Content Title:** Tesoro Club Night A 2009 AAP, Feb. 3, 2009; Esplanade Grande Boat 2009 AAP, Feb. 3, 2009; Ocean Trail Way pool 2 AAP 09, Feb. 8, 2009; Ocean Trail Way Lobby AAP 09, May. 8, 2009; Tesoro Club Night A 2009 AAP, May. 14, 2009; Tesoro Club Night A 2009 AAP, May. 14, 2009; Tesoro Club Night A 2009 AAP, May. 14, 2009; Ocean Trail Way social room AAP 09, May. 8, 2009; Ocean Trail Way Gym 1 AAP 09, May. 8, 2009; Ocean Trail Way pool 1 AAP 09, May. 8, 2009; Ocean Trail Way Beach Stairs AAP 09, May. 8, 2009 Ocean Trail Beach Access AAP 09, May. 8, 2009; Ocean Trail Way Tennis AAP 09, May. 8, 2009; Jupiter Lighthouse Palm 2009 AAP, May. 8, 2009; Jupiter Lighthouse sunset D 2009 AAP, May. 8, 2009; Jupiter Lighthouse sunset AAP 2009, May. 8, 2009; Ocean Trail Full Moon 1 AAP 09, May. 8, 2009; Ocean Trail Full Moon 3 AAP 09, May. 8, 2009; Ocean Trail Full Moon 2 AAP 09, May. 8, 2009; Jupiter Lighthouse AAP 09, May. 8, 2009; Ocean Trail Aerial 40 AAP 09, May. 12, 2009; Ocean Trail Aerial 50 AAP 09, May. 12, 2009; Ocean Trail Aerial 60 AAP 09, May. 12, 2009; Ocean Trail Aerial 10 AAP 09, May. 12, 2009; Ocean Trail Aerial 20 AAP 09, May. 12, 2009; Ocean Trail Aerial 30 AAP 09, May. 12, 2009;

Rapallo West Palm aerial A 2009 AAP, Jun. 18, 2009; Tesoro Club Aerial B 2009 AAP, Jun. 20, 2009; Tesoro Club Aerial A 2009 AAP, Jun. 20, 2009;Flagler Museum aerial A 2009 AAP, Jun. 27, 2009; Tesoro Club Fountain 2009 AAP, Jun. 28, 2009; Admiral's Cove Pano A 2009 AAP, Aug. 4, 2009; Slade Building aerial a 2009, Aug. 5, 2009; Palm Beach Condos sunrise 2009 AAP, Aug. 21, 2009; Ritz Carlton Game Room D 2009 AAP, Aug. 27, 2009; Resort at Singer Island theater C 2009 AAP, Aug. 27, 2009; Resort at Singer Island theater D 2009 AAP, Aug. 27, 2009; Resort at Singer Island pool B 2009 AAP, Aug. 28, 2009;Ritz Carlton spa 2009 AAP, Aug. 28, 2009; Ritz Carlton bar 2009 AAP, Aug. 28, 2009; Resort at Singer Island Fitness 2009 AAP, Aug. 28, 2009; Juno Beach 33, Sept. 26, 2009; West Palm Beach skyline C 2009 AAP, Oct. 24, 2009; Jupiter Inlet 1 AAP 2009, Oct. 29, 2009; Juno Beach Pier AAP 09, Oct. 29, 2009; Tesoro Club Aerial C 2009 AAP, Oct. 29, 2009; Tesoro Club Aerial D 2009 AAP, Oct. 29, 2009;

**EXHIBIT**

**7-B**

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** February 03, 2009
**Nation of 1st Publication:** United States

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-967-719

**Effective Date of Registration:**
July 07, 2015

## Title _____

**Title of Work:** Group Registration Photos, Selected 2009 Photographs Including Tesoro Club, Esplande Grande, Ocean Trail, Resort at Singer Island and Others published Feb. 3, 2009 to Oct. 29, 2009; 44 photos

**Content Title:** Tesoro Club Night A 2009 AAP, Feb. 3, 2009; Esplanade Grande Boat 2009 AAP, Feb. 3, 2009; Ocean Trail Way pool 2 AAP 09, Feb. 8, 2009; Ocean Trail Way Lobby AAP 09, May. 8, 2009; Tesoro Club Night A 2009 AAP, May. 14, 2009; Tesoro Club Night A 2009 AAP, May. 14, 2009; Tesoro Club Night A 2009 AAP, May. 14, 2009; Ocean Trail Way social room AAP 09, May. 8, 2009; Ocean Trail Way Gym 1 AAP 09, May. 8, 2009; Ocean Trail Way pool 1 AAP 09, May. 8, 2009; Ocean Trail Way Beach Stairs AAP 09, May. 8, 2009 Ocean Trail Beach Access AAP 09, May. 8, 2009; Ocean Trail Way Tennis AAP 09, May. 8, 2009; Jupiter Lighthouse Palm 2009 AAP, May. 8, 2009; Jupiter Lighthouse sunset D 2009 AAP, May. 8, 2009; Jupiter Lighthouse sunset AAP 2009, May. 8, 2009; Ocean Trail Full Moon 1 AAP 09, May. 8, 2009; Ocean Trail Full Moon 3 AAP 09, May. 8, 2009; Ocean Trail Full Moon 2 AAP 09, May. 8, 2009; Jupiter Lighthouse AAP 09, May. 8, 2009; Ocean Trail Aerial 40 AAP 09, May. 12, 2009; Ocean Trail Aerial 50 AAP 09, May. 12, 2009; Ocean Trail Aerial 60 AAP 09, May. 12, 2009; Ocean Trail Aerial 10 AAP 09, May. 12, 2009; Ocean Trail Aerial 20 AAP 09, May. 12, 2009; Ocean Trail Aerial 30 AAP 09, May. 12, 2009;

Rapallo West Palm aerial A 2009 AAP, Jun. 18, 2009; Tesoro Club Aerial B 2009 AAP, Jun. 20, 2009; Tesoro Club Aerial A 2009 AAP, Jun. 20, 2009;Flagler Museum aerial A 2009 AAP, Jun. 27, 2009; Tesoro Club Fountain 2009 AAP, Jun. 28, 2009; Admiral's Cove Pano A 2009 AAP, Aug. 4, 2009; Slade Building aerial a 2009, Aug. 5, 2009; Palm Beach Condos sunrise 2009 AAP, Aug. 21, 2009; Ritz Carlton Game Room D 2009 AAP, Aug. 27, 2009; Resort at Singer Island theater C 2009 AAP, Aug. 27, 2009; Resort at Singer Island theater D 2009 AAP, Aug. 27, 2009; Resort at Singer Island pool B 2009 AAP, Aug. 28, 2009;Ritz Carlton spa 2009 AAP, Aug. 28, 2009; Ritz Carlton bar 2009 AAP, Aug. 28, 2009; Resort at Singer Island Fitness 2009 AAP, Aug. 28, 2009; Juno Beach 33, Sept. 26, 2009; West Palm Beach skyline C 2009 AAP, Oct. 24, 2009; Jupiter Inlet 1 AAP 2009, Oct. 29, 2009; Juno Beach Pier AAP 09, Oct. 29, 2009; Tesoro Club Aerial C 2009 AAP, Oct. 29, 2009; Tesoro Club Aerial D 2009 AAP, Oct. 29, 2009;

## Completion/Publication _____

**Year of Completion:** 2009
**Date of 1st Publication:** February 03, 2009
**Nation of 1st Publication:** United States

## Author

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417

## Certification

**Name:** Robert Stevens
**Date:** July 07, 2015



**Residential Full Report**     **200 Ocean Trail Way 902, Jupiter, FL 33477**     List Price: $489,000

| | |
|---|---|
| MLS#: RX-10262993 | **St:** Backup    **Type:** Condo/Coop |
| Orig LP: **$500,000** | Range Price:    List Price/SqFt: 417.94 |
| Area: 5080 | Geo Area: PB32    County: Palm Beach |

Legal Desc: OCEAN TRAIL COND NO 1 UNIT 902

| | | | |
|---|---|---|---|
| Subdivision: OCEAN TRAIL CONDO I | | | |
| Development Name: OCEAN TRAIL | | | |
| Model Name: | Parcel ID: | 30434105060009020 | Front Exp: E |
| Waterfront: Yes | Waterfrontage: | | Garage Spaces: 1 |
| | Multiple Ofrs Acptd: | No | Carport Spaces: 0 |
| Lot SqFt: | Taxes: | 6,419.38 | Private Pool: No |
| | Tax Year: | 2015 | REO: No |
| HOPA: No Hopa | Special Assessment: | No | Short Sale Addendum: No |
| Zoning: R3(cit | Dock: | | Short Sale: No |
| | Membership Fee Required: | No | Owner/Agent: No |

Virtual Tour: http://www.hometakesvideos.com/showcase/tour.php?id=7480&cat=tour&style=ub

| | | | | | |
|---|---|---|---|---|---|
| **Living Room** | 17 X 13 | **Master Bedroom** | 14 X 12 | LivSqFt: 1,170 | **Bedrooms:** 2 |
| **Kitchen** | 11 X 8 | **Bedroom 2** | 12 X 12 | SqFt - Total: 1,270 | **Baths - Full:** 2 |
| **Dining Area** | 12 X 12 | | | SqFt Source: Tax Rolls | **Baths - Half:** 0 |
| | | | | Guest Hse: | **Baths - Total:** 2 |
| | | | | Yr Built: 1977 | **Pets Allowed:** No |
| | | | | Builder Name: | |
| | | | | Built Desc: Resale | |

| | | | |
|---|---|---|---|
| HOA/POA/COA (Monthly): 725 | Bldg #: 2 | Land Lease: | Mobile Home Size: |
| Governing Bodies: Condo | Total Floors/Stories: 14 | Recreation Lease: | Decal #: |
| Homeowners Assoc: Mandatory | Total Units in Bldg: 138 | Min Days to Lease: 60 | Serial #: |
| Lease Times p/Year: 2 | Ttl Units in Complex: 453 | | Brand Name: |
| Application Fee: 100 | Unit Floor #: 9 | | Total Assessed Value: |
| | Membership Fee Amount: | | |

Auction: No

Directions: Indiantown Rd E to A1A Ocean Drive turn left, Right on Jupiter Beach Rd then R into community.

Showing Instructions: LA Must Accompany; Security Guard; See Brokers Remarks

| | |
|---|---|
| LO: 800307 | Keller Williams Realty Jupiter    561-427-6100 |
| LM: 30644631 | Lori Hobin, P.A., Realtor, GRI    561-373-2401    lori@lorihobin.com |
| Com/BuyerAgt: 3% | Comm/Non-Rep: $1.00    Trans Brk: 3%    Bonus: No    LD: 08/26/2016 |
| Var/Dual Rate: Yes | List Type: Ex Rt    List Off Agency: Transaction Broker |

Owner Name: SKOLNICK CRAIG A &; SKOLNICK N

**Broker Only Remarks:** Vacant Easy to See use showing asst. Ocean Trail allows showings 9-12 and 1-4 no weekend showings. All sizes appx. 2017 future assessment of $10k ($2500 per qtr) for balcony restoration. In addition 2018-2019 future assessment for cat walk restoration as of today's date 12.6.16 I have been told by management there is no amount yet. Seller is negotiable and has reduced $11k accordingly. Please advise all buyers prior to requesting a showing. Thank you :)

Any Broker Advertise: No

| | |
|---|---|
| **Design:** 4 Floors | **View:** City; Ocean; Pond; Pool; River; Tennis |
| **Construction:** Concrete; Mixed | **Waterfront Details:** Oceanfront |
| **Unit Desc:** Exterior Catwalk | **Cooling:** Central Building; Electric |
| **Flooring:** Carpet; Marble | **Heating:** Central; Electric |
| **Furnished:** Furnished; Turnkey | **Security:** Gate - Manned |
| **Dining Area:** Breakfast Area; Dining Family | **Membership:** Tennis Mmbrshp Avlbl |
| **Master Bedroom/Bath:** Combo Tub/Shower | **Utilities:** Public Sewer |
| **Storm Protection:** Accordion Shutters: Partial | **Special Info:** Sold As-Is |
| **Restrict:** Buyer Approval; Interview Required; Lease OK; Lease OK w/Restrict; No Truck/RV; Tenant Approval; No Pets | **Terms Considered:** Cash; Conventional |
| **Rooms:** Recreation | **Parking:** Garage - Building; Guest; Under Building |
| | **Lease Info:** Min Days to Lease: 60; Lease Times p/Year: 2 |
| | **Roof:** Other |
| | **Taxes:** City/County |
| | **Equestrian Features:** |

EXHIBIT 7-C

**Equip/Appl:** Dishwasher; Microwave; Range - Electric; Refrigerator; Smoke Detector; Water Heater - Elec

**SubdivInfo:** Clubhouse; Community Room; Elevator; Library; Lobby; Manager on Site; Pool; Tennis

**Interior:** Closet Cabinets; Split Bedroom; Walk-in Closet

**Exterior:** Covered Balcony; Tennis Court

**Maintenance Fee Incl:** Cable; Common Areas; Common R.E. Tax; Elevator; Insurance-Bldg; Lawn Care; Maintenance-Exterior; Management Fees; Manager; Parking; Pool Service; Reserve Funds; Roof Maintenance; Security; Sewer; Trash Removal; Water

Original List Price: $500,000

| | | |
|---|---|---|
| **Days On Market: 109** | Cumulative DOM: 309 | |
| Sold Price: | Sold Price Sqft: | **Under Contract Date: 12/13/2016** |
| Selling Office: | Terms of Sale: | Sold Date: |
| Selling Agent: ; | | |



**Public Remarks:** Breathtaking DIRECT OCEANFRONT VIEWS from this magnificent 2 bedroom, 2 bath 9th floor condo nestled in the BEST LOCATION IN JUPITER at the Inlet! Miles of waterfront enjoyment from your condo to the inlet, down the water by the lagoon beach. Completely remodeled this condo features a stunning BRAND NEW kitchen with quartz counter tops, stainless steel appliances and new cabinets, sleek tile floors throughout, BRAND NEW bathroom cabinets and sinks there is nothing more to do then just enjoy the beach and inlet! One car underground garage parking space comes with your condo and plenty of guest parking. Private pool and club room plus lobby and manned desk and guard house.

Information is deemed to be reliable, but is not guaranteed. © 2016 MLS and FBS. Prepared by Mateusz Rymarski on Monday, December 19, 2016 4:26 PM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

**Photos for MLS # RX-10262993**    200 Ocean Trail Way 902, Jupiter, FL 33477    **$489,000**

**902 aerial with arrow**



**OCEAN TRAIL AERIAL**





**NOT APPROVED**

Registration
VA 1-967-719
07-07-15

**200 ocean trail front**




**902 living 1**



**902 living**



**902 living dining**



Case 9:20-cv-82262-WPD Document 1-2 Entered on FLSD Docket 12/11/2020 Page 164 of 537

**902 dining kitchen**



**902 kitchen**



**902 kitchen 2**



**902 master bedroom**



**902 master br2**



**902 master bath**



**902 guest room**



**902 guest bath**



**902 view 2**



**902 view**



**200 pool**



**902 ocean view**



**902 view tennis harbourside**



**902 tennis cts**



**200 ocean trail racquet club**



**200 lobby**



**200 club room**



**200 club room 2**



**200 club room 3 library**



**200 portacache**



**2013-10-20 08.29.10**



**2014-01-20 10.33.13**



**2014-06-06 07.51.01**



**2015-03-30 07.24.21**





**NOT APPROVED**

Registration
VA 1-966-132
07-15-15



2015-05-17 11.24.24



10302027_10152130309181973_7282159978593



10563122_10152273957366973_5565967878013



20150512021810987466000000



20150512021812266829000000



IMG_20101217_095719

Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 169 of 537

**Juno Pier**



**JUPITER BEACH SUNRISE**



**JUPITER INLET BRIDGE**



# Exhibit

# 8



©AAP 08-27-10 All Rights Reserved



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-966-132

**Effective Date of Registration:**
July 15, 2015

## Title

**Title of Work:** Group Registration Photos, Selected 2010 Photographs Including Ballaria, Birthday Cake House, Jupiter Lighthouse, Mirasol and Others, published Jan. 14, 2010 to Dec. 14, 2010; 53 photos

**Content Title:** West Palm Beach skyline B 2010 AAP, Jan. 14, 2010; West Palm Beach skyline A 2010 AAP, Jan. 19, 2010; Bethesda Breakers aerial 2011 AAP, Jan. 14, 2010; Biltmore sunset A 2010 AAP, Feb. 20, 2010; Trianon at Sunset E 2010 AAP, Feb. 23, 2010; Trianon Building aerial A 2010 AAP, Feb. 23, 2010; Palm Beach Sunset X 2010 AAP, Feb. 25, 2010; Phillips Point at Sunset A 2010 AAP, Feb. 25, 2010; Night on Clamatis A 2010 AAP, Feb. 25, 2010; Trianon Building aerial D 2010 AAP, Feb. 26, 2010; Palm Beach County Convention Center A 2010 AAP, Mar. 10, 2010; WPB Convention Center at night 2010 AAP, Mar. 23, 2010; Biltmore and Boats C 2010 AAP, Mar. 26, 2010; Palm Harbour West Palm night walk 2010 AAP, Mar. 26, 2010; Biltmore and Boats D 2010 AAP, Mar. 26, 2010; Jupiter Lighthouse aerial d 2010 AAP, Apr. 2, 2010; Jupiter Lighthouse aerial c 2010 AAP, Apr. 2, 2010; 1220 S Ocean Blvd aerial a 2010 AAP, May 20, 2010; Mar a Lago aerial a 2010 AAP, May 21, 2010; Mar a Lago aerial B 2010 AAP, May 21, 2010; Ballenisles Tennis aerial 2010 AAP, May 27, 2010;



Frenchmans Creek golf aerial 2010 AAP, May 27, 2010; Marina Grande aerial B 2010 AAP, Jun. 6, 2010; Breakers Hotel night 2010 AAP, Jun. 25, 2010; Isamu Noguchi Four Arts A 2010 AAP, Jun. 28, 2010; Trump Plaza Four Arts 2010 AAP, Jul. 1, 2010; Boca Raton Mizner Grand aerial 2010 AAP, Jul. 2, 2010; Mirasol Fountain A 2010 AAP, Jul. 7, 2010; Mirasol Clubhouse aeril A 2010 AAP, Jul. 9, 2010; One Singer Island aerial A 2010 AAP, Jul. 9, 2010; One Singer Island aerial B 2010 AAP, Jul. 9, 2010; Ballaria aerial B 2010 AAP, Jul. 9, 2010; Bellaria aerial A 2010 AAP, Jul. 10, 2010; One Singer Island aerial C 2010 AAP, Jul. 10, 2010; West Palm Beach skyline D 2010 AAP, Jul. 13, 2010; Esplanade Grande A 2010 AAP, Jul. 21, 2010; Night Fishing in Palm Beach 2010 AAP, Jul. 23, 2010; Dune Towers aerial  A 2010 AAP, Jul. 24, 2010; 700 Ocean Drive Juno aerial 2010 AAP, Jul. 24, 2010; Carlyle Jupiter aerial a 2010 AAP, Jul. 24, 2010; Equestrian A 2010 AAP, Aug. 6, 2010; Jupiter Lighthouse with Boat a 2010 AAP, Aug. 27, 2010; Jupiter Lighthouse with Boat b text 2010 AAP, Aug. 27, 2010; Birthday Cake House aerial a 2010 AAP, Oct. 9, 2010; Birthday Cake House aerial b 2010 AAP, Oct. 9, 2010; Oasis Singer Island sign 2010 AAP, Oct. 26, 2010; Worth Ave A 2010 AAP, Nov. 14, 2010; Colony Hotel Delray Beach 2010 AAP, Nov. 21, 2010; Worth Ave night X 2010 AAP, Nov. 21, 2010; Mizner Fountain A 2010 AAP, Nov. 28, 2010; Jupiter Island golf aerial 2010 AAP, Dec. 5, 2010; Old Palm Clubhouse aerial a 2010 AAP, Dec. 11, 2010; Old Palm golfer at sunset 2010 AAP, Dec. 14, 2010;

**EXHIBIT**

8-B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-966-132**

**Effective Date of Registration:**
July 15, 2015

## Title

**Title of Work:** Group Registration Photos, Selected 2010 Photographs Including Ballaria, Birthday Cake House, Jupiter Lighthouse, Mirasol and Others, published Jan. 14, 2010 to Dec. 14, 2010; 53 photos

**Content Title:** West Palm Beach skyline B 2010 AAP, Jan. 14, 2010; West Palm Beach skyline A
2010 AAP, Jan. 19, 2010; Bethesda Breakers aerial 2011 AAP, Jan. 14, 2010; Biltmore sunset A 2010 AAP, Feb. 20, 2010; Trianon at Sunset E 2010 AAP, Feb. 23, 2010; Trianon Building aerial A 2010 AAP, Feb. 23, 2010; Palm Beach Sunset X 2010 AAP, Feb. 25, 2010; Phillips Point at Sunset A 2010 AAP, Feb. 25, 2010; Night on Clamatis A 2010 AAP, Feb. 25, 2010; Trianon Building aerial D 2010 AAP, Feb. 26, 2010; Palm Beach County Convention Center A 2010 AAP, Mar. 10, 2010; WPB Convention Center at night 2010 AAP, Mar. 23, 2010; Biltmore and Boats C 2010 AAP, Mar. 26, 2010; Palm Harbour West Palm night walk 2010 AAP, Mar. 26, 2010; Biltmore and Boats D 2010 AAP, Mar. 26, 2010; Jupiter Lighthouse aerial d 2010 AAP, Apr. 2, 2010; Jupiter Lighthouse aerial c 2010 AAP, Apr. 2, 2010; 1220 S Ocean Blvd aerial a 2010 AAP, May 20, 2010; Mar a Lago aerial a 2010 AAP, May 21, 2010; Mar a Lago aerial B
2010 AAP, May 21, 2010; Ballenisles Tennis aerial 2010 AAP, May 27, 2010;

Frenchmans Creek golf aerial 2010 AAP, May 27, 2010; Marina Grande aerial B 2010 AAP, Jun. 6, 2010; Breakers Hotel night 2010 AAP, Jun. 25, 2010; Isamu Noguchi Four Arts A 2010 AAP, Jun. 28, 2010; Trump Plaza Four Arts 2010 AAP, Jul. 1, 2010; Boca Raton Mizner Grand aerial 2010 AAP, Jul. 2, 2010; Mirasol Fountain A 2010 AAP, Jul. 7, 2010; Mirasol Clubhouse aeril A 2010 AAP, Jul. 9, 2010; One Singer Island aerial A 2010 AAP, Jul. 9, 2010; One Singer Island aerial B 2010 AAP, Jul. 9, 2010; Ballaria aerial B 2010 AAP, Jul. 9, 2010; Bellaria aerial A 2010 AAP, Jul. 10, 2010; One Singer Island aerial C 2010 AAP, Jul. 10, 2010; West Palm Beach skyline D 2010 AAP, Jul. 13, 2010; Esplanade Grande A 2010 AAP, Jul. 21, 2010; Night Fishing in Palm Beach 2010 AAP, Jul. 23, 2010; Dune Towers aerial  A 2010 AAP, Jul. 24, 2010; 700 Ocean Drive Juno aerial 2010 AAP, Jul. 24, 2010; Carlyle Jupiter aerial a 2010 AAP, Jul. 24, 2010; Equestrian A 2010 AAP, Aug. 6, 2010; Jupiter Lighthouse with Boat a 2010 AAP, Aug. 27, 2010; Jupiter Lighthouse with Boat b text 2010 AAP, Aug. 27, 2010; Birthday Cake House aerial a 2010 AAP, Oct. 9, 2010; Birthday Cake House aerial b 2010 AAP, Oct. 9, 2010; Oasis Singer Island sign 2010 AAP, Oct. 26, 2010; Worth Ave A 2010 AAP, Nov. 14, 2010; Colony Hotel Delray Beach 2010 AAP, Nov. 21, 2010; Worth Ave night X 2010 AAP, Nov. 21, 2010; Mizner Fountain A 2010 AAP, Nov. 28, 2010; Jupiter Island golf aerial 2010 AAP, Dec. 5, 2010; Old Palm Clubhouse aerial a 2010 AAP, Dec. 11, 2010; Old Palm golfer at sunset 2010 AAP, Dec. 14, 2010;

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | January 14, 2010 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| | 1123 Melinda Ln, Haverhill, FL, 33417, United States |

## Certification

| | |
|---|---|
| **Name:** | Robert Stevens |
| **Date:** | July 15, 2015 |

**Copyright Office notes:** Basis for Registration: Registered as an unpublished collection.



176 Helios Dr Apt 408, Jupiter • Est. $531,200
2 beds • 2 baths • 1,465 sqft

35 / 36



realtor.com®    BUY  SELL  RENT  MORTGAGE  Find REALTORS®    MY HOME    NEWS & INSIGHTS        LOG IN   SIGN UP

Back   Jupiter, FL                    Florida    Palm Beach County    Jupiter    Helios

Off Market                                                35 / 36

**What is Your Home Worth?**

Full Name

Email

Phone

Looking to sell in ...

Please send me home values, sold price trends and market

**Request a FREE Analysis**

By sending a request you agree to our Privacy Policy

Professional advice by ERA Home Run Real Estate

Map   | 2 | 2 | 1,460
      | beds | baths | sq ft

Commute Time   176 Helios Dr Apt 408, Jupiter, FL 33477

Est. **$531,200**

Track Your Home Value

Refi Rates

Share    Print

**Jupiter**

Housing Market    Schools

Popular Searches

Newest Listings          Open Houses
Price Reduced            Swimming Pool
Waterfront               Two Car Garage
Basement                 Single Story

**Property Overview** - Dramatic Ocean Views from this 4th floor 2 bedroom, 2 bath condo completely remodeled with impeccable decor. New kitchen with Stainless Steel appliances, granite counter tops and bar area, open to living room with a built in cabinet and wine fridge. Enjoy the large living room with balconies overlooking the beautiful blue ocean. Large master suite with extra storage and closet space also with a fully renovated master bath. The guest

Read More

**11.76%**
Less expensive than
nearby properties

**$42.20K**
Since last sold
in 2016

**$3,303**
Rental Estimate



# Exhibit 9



©AAP 08-27-10 All Rights Reserved



EXHIBIT

9-A

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-966-132

**Effective Date of Registration:**
July 15, 2015

## Title

**Title of Work:** Group Registration Photos, Selected 2010 Photographs Including Ballaria, Birthday Cake House, Jupiter Lighthouse, Mirasol and Others, published Jan. 14, 2010 to Dec. 14, 2010; 53 photos

**Content Title:** West Palm Beach skyline B 2010 AAP, Jan. 14, 2010; West Palm Beach skyline A 2010 AAP, Jan. 19, 2010; Bethesda Breakers aerial 2011 AAP, Jan. 14, 2010; Biltmore sunset A 2010 AAP, Feb. 20, 2010; Trianon at Sunset E 2010 AAP, Feb. 23, 2010; Trianon Building aerial A 2010 AAP, Feb. 23, 2010; Palm Beach Sunset X 2010 AAP, Feb. 25, 2010; Phillips Point at Sunset A 2010 AAP, Feb. 25, 2010; Night on Clamatis A 2010 AAP, Feb. 25, 2010; Trianon Building aerial D 2010 AAP, Feb. 26, 2010; Palm Beach County Convention Center A 2010 AAP, Mar. 10, 2010; WPB Convention Center at night 2010 AAP, Mar. 23, 2010; Biltmore and Boats C 2010 AAP, Mar. 26, 2010; Palm Harbour West Palm night walk 2010 AAP, Mar. 26, 2010; Biltmore and Boats D 2010 AAP, Mar. 26, 2010; Jupiter Lighthouse aerial d 2010 AAP, Apr. 2, 2010; Jupiter Lighthouse aerial c 2010 AAP, Apr. 2, 2010; 1220 S Ocean Blvd aerial a 2010 AAP, May 20, 2010; Mar a Lago aerial a 2010 AAP, May 21, 2010; Mar a Lago aerial B 2010 AAP, May 21, 2010; Ballenisles Tennis aerial 2010 AAP, May 27, 2010;



Frenchmans Creek golf aerial 2010 AAP, May 27, 2010; Marina Grande aerial B 2010 AAP, Jun. 6, 2010; Breakers Hotel night 2010 AAP, Jun. 25, 2010; Isamu Noguchi Four Arts A 2010 AAP, Jun. 28, 2010; Trump Plaza Four Arts 2010 AAP, Jul. 1, 2010; Boca Raton Mizner Grand aerial 2010 AAP, Jul. 2, 2010; Mirasol Fountain A 2010 AAP, Jul. 7, 2010; Mirasol Clubhouse aeril A 2010 AAP, Jul. 9, 2010; One Singer Island aerial A 2010 AAP, Jul. 9, 2010; One Singer Island aerial B 2010 AAP, Jul. 9, 2010; Ballaria aerial B 2010 AAP, Jul. 9, 2010; Bellaria aerial A 2010 AAP, Jul. 10, 2010; One Singer Island aerial C 2010 AAP, Jul. 10, 2010; West Palm Beach skyline D 2010 AAP, Jul. 13, 2010; Esplanade Grande A 2010 AAP, Jul. 21, 2010; Night Fishing in Palm Beach 2010 AAP, Jul. 23, 2010; Dune Towers aerial  A 2010 AAP, Jul. 24, 2010; 700 Ocean Drive Juno aerial 2010 AAP, Jul. 24, 2010; Carlyle Jupiter aerial a 2010 AAP, Jul. 24, 2010; Equestrian A 2010 AAP, Aug. 6, 2010; Jupiter Lighthouse with Boat a 2010 AAP, Aug. 27, 2010; Jupiter Lighthouse with Boat b text 2010 AAP, Aug. 27, 2010; Birthday Cake House aerial a 2010 AAP, Oct. 9, 2010; Birthday Cake House aerial b 2010 AAP, Oct. 9, 2010; Oasis Singer Island sign 2010 AAP, Oct. 26, 2010; Worth Ave A 2010 AAP, Nov. 14, 2010; Colony Hotel Delray Beach 2010 AAP, Nov. 21, 2010; Worth Ave night X 2010 AAP, Nov. 21, 2010; Mizner Fountain A 2010 AAP, Nov. 28, 2010; Jupiter Island golf aerial 2010 AAP, Dec. 5, 2010; Old Palm Clubhouse aerial a 2010 AAP, Dec. 11, 2010; Old Palm golfer at sunset 2010 AAP, Dec. 14, 2010;

**EXHIBIT**

9-B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-966-132

**Effective Date of Registration:**
July 15, 2015

## Title _____

**Title of Work:** Group Registration Photos, Selected 2010 Photographs Including Ballaria, Birthday Cake House, Jupiter Lighthouse, Mirasol and Others, published Jan. 14, 2010 to Dec. 14, 2010; 53 photos

**Content Title:** West Palm Beach skyline B 2010 AAP, Jan. 14, 2010; West Palm Beach skyline A
2010 AAP, Jan. 19, 2010; Bethesda Breakers aerial 2011 AAP, Jan. 14, 2010; Biltmore sunset A 2010 AAP, Feb. 20, 2010; Trianon at Sunset E 2010 AAP, Feb. 23, 2010; Trianon Building aerial A 2010 AAP, Feb. 23, 2010; Palm Beach Sunset X 2010 AAP, Feb. 25, 2010; Phillips Point at Sunset A 2010 AAP, Feb. 25, 2010; Night on Clamatis A 2010 AAP, Feb. 25, 2010; Trianon Building aerial D 2010 AAP, Feb. 26, 2010; Palm Beach County Convention Center A 2010 AAP, Mar. 10, 2010; WPB Convention Center at night 2010 AAP, Mar. 23, 2010; Biltmore and Boats C 2010 AAP, Mar. 26, 2010; Palm Harbour West Palm night walk 2010 AAP, Mar. 26, 2010; Biltmore and Boats D 2010 AAP, Mar. 26, 2010; Jupiter Lighthouse aerial d 2010 AAP, Apr. 2, 2010; Jupiter Lighthouse aerial c 2010 AAP, Apr. 2, 2010; 1220 S Ocean Blvd aerial a 2010 AAP, May 20, 2010; Mar a Lago aerial a 2010 AAP, May 21, 2010; Mar a Lago aerial B
2010 AAP, May 21, 2010; Ballenisles Tennis aerial 2010 AAP, May 27, 2010;

Frenchmans Creek golf aerial 2010 AAP, May 27, 2010; Marina Grande aerial B 2010 AAP, Jun. 6, 2010; Breakers Hotel night 2010 AAP, Jun. 25, 2010; Isamu Noguchi Four Arts A 2010 AAP, Jun. 28, 2010; Trump Plaza Four Arts 2010 AAP, Jul. 1, 2010; Boca Raton Mizner Grand aerial 2010 AAP, Jul. 2, 2010; Mirasol Fountain A 2010 AAP, Jul. 7, 2010; Mirasol Clubhouse aeril A 2010 AAP, Jul. 9, 2010; One Singer Island aerial A 2010 AAP, Jul. 9, 2010; One Singer Island aerial B 2010 AAP, Jul. 9, 2010; Ballaria aerial B 2010 AAP, Jul. 9, 2010; Bellaria aerial A 2010 AAP, Jul. 10, 2010; One Singer Island aerial C 2010 AAP, Jul. 10, 2010; West Palm Beach skyline D 2010 AAP, Jul. 13, 2010; Esplanade Grande A 2010 AAP, Jul. 21, 2010; Night Fishing in Palm Beach 2010 AAP, Jul. 23, 2010; Dune Towers aerial  A 2010 AAP, Jul. 24, 2010; 700 Ocean Drive Juno aerial 2010 AAP, Jul. 24, 2010; Carlyle Jupiter aerial a 2010 AAP, Jul. 24, 2010; Equestrian A 2010 AAP, Aug. 6, 2010; Jupiter Lighthouse with Boat a 2010 AAP, Aug. 27, 2010; Jupiter Lighthouse with Boat b text 2010 AAP, Aug. 27, 2010; Birthday Cake House aerial a 2010 AAP, Oct. 9, 2010; Birthday Cake House aerial b 2010 AAP, Oct. 9, 2010; Oasis Singer Island sign 2010 AAP, Oct. 26, 2010; Worth Ave A 2010 AAP, Nov. 14, 2010; Colony Hotel Delray Beach 2010 AAP, Nov. 21, 2010; Worth Ave night X 2010 AAP, Nov. 21, 2010; Mizner Fountain A 2010 AAP, Nov. 28, 2010; Jupiter Island golf aerial 2010 AAP, Dec. 5, 2010; Old Palm Clubhouse aerial a 2010 AAP, Dec. 11, 2010; Old Palm golfer at sunset 2010 AAP, Dec. 14, 2010;

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | January 14, 2010 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| | 1123 Melinda Ln, Haverhill, FL, 33417, United States |

## Certification

| | |
|---|---|
| **Name:** | Robert Stevens |
| **Date:** | July 15, 2015 |

**Copyright Office notes:**   Basis for Registration: Registered as an unpublished collection.

**Residential Full Report** **200 Ocean Trail Way 902, Jupiter, FL 33477** List Price: $489,000

MLS#: RX-10262993 **St: Backup** **Type:** Condo/Coop
Orig LP: **$500,000** Range Price: List Price/SqFt: 417.94
**Area:** 5080 **Geo Area:** PB32 **County:** Palm Beach
Legal Desc: OCEAN TRAIL COND NO 1 UNIT 902

| | | |
|---|---|---|
| **Subdivision:** OCEAN TRAIL CONDO I | | |
| **Development Name:** OCEAN TRAIL | | |
| **Model Name:** | **Parcel ID:** 30434105060009020 | **Front Exp:** E |
| **Waterfront:** Yes | **Waterfrontage:** | **Garage Spaces:** 1 |
| | **Multiple Ofrs Acptd:** No | **Carport Spaces:** 0 |
| **Lot SqFt:** | **Taxes:** 6,419.38 | **Private Pool:** No |
| **HOPA:** No Hopa | **Tax Year:** 2015 | **REO:** No |
| | **Special Assessment:** No | **Short Sale Addendum:** No |
| **Zoning:** R3(cit | **Dock:** | **Short Sale:** No |
| | **Membership Fee Required:** No | **Owner/Agent:** No |

Virtual Tour: http://www.hometakesvideos.com/showcase/tour.php?id=7480&cat=tour&style=ub

| | | | | | |
|---|---|---|---|---|---|
| **Living Room** | 17 X 13 | **Master Bedroom** | 14 X 12 | **LivSqFt:** 1,170 | **Bedrooms:** 2 |
| **Kitchen** | 11 X 8 | **Bedroom 2** | 12 X 12 | **SqFt - Total:** 1,270 | **Baths - Full:** 2 |
| **Dining Area** | 12 X 12 | | | **SqFt Source:** Tax Rolls | **Baths - Half:** 0 |
| | | | | **Guest Hse:** | **Baths - Total:** 2 |
| | | | | **Yr Built:** 1977 | **Pets Allowed:** No |
| | | | | **Builder Name:** | |
| | | | | **Built Desc:** Resale | |

| | | | |
|---|---|---|---|
| **HOA/POA/COA (Monthly):** 725 | **Bldg #:** 2 | **Land Lease:** | **Mobile Home Size:** |
| **Governing Bodies:** Condo | **Total Floors/Stories:** 14 | **Recreation Lease:** | **Decal #:** |
| **Homeowners Assoc:** Mandatory | **Total Units in Bldg:** 138 | **Min Days to Lease:** 60 | **Serial #:** |
| **Lease Times p/Year:** 2 | **Ttl Units in Complex:** 453 | | **Brand Name:** |
| **Application Fee:** 100 | **Unit Floor #:** 9 | | **Total Assessed Value:** |
| | **Membership Fee Amount:** | | |

**Auction:** No
Directions: Indiantown Rd E to A1A Ocean Drive turn left, Right on Jupiter Beach Rd then R into community.

**Showing Instructions:** LA Must Accompany; Security Guard; See Brokers Remarks

**LO:** 800307    Keller Williams Realty Jupiter    561-427-6100
**LM:** 30644631    Lori Hobin, P.A., Realtor, GRI    561-373-2401    lori@lorihobin.com
**Com/BuyerAgt:** 3%    **Comm/Non-Rep:** $1.00    **Trans Brk:** 3%    **Bonus:** No    **LD:** 08/26/2016
**Var/Dual Rate:** Yes    **List Type:** Ex Rt    **List Off Agency:** Transaction Broker
Owner Name: SKOLNICK CRAIG A &; SKOLNICK N
**Broker Only Remarks:** Vacant Easy to See use showing asst. Ocean Trail allows showings 9-12 and 1-4 no weekend showings. All sizes appx. 2017 future assessment of $10k ($2500 per qtr) for balcony restoration. In addition 2018-2019 future assessment for cat walk restoration as of today's date 12.6.16 I have been told by management there is no amount yet. Seller is negotiable and has reduced $11k accordingly. Please advise all buyers prior to requesting a showing. Thank you :)
Any Broker Advertise: No

**Design:** 4 Floors
**Construction:** Concrete; Mixed
**Unit Desc:** Exterior Catwalk
**Flooring:** Carpet; Marble
**Furnished:** Furnished; Turnkey
**Dining Area:** Breakfast Area; Dining Family
**Master Bedroom/Bath:** Combo Tub/Shower
**Storm Protection:** Accordion Shutters: Partial
**Restrict:** Buyer Approval; Interview Required; Lease OK; Lease OK w/Restrict; No Truck/RV; Tenant Approval; No Pets
**Rooms:** Recreation

**View:** City; Ocean; Pond; Pool; River; Tennis
**Waterfront Details:** Oceanfront
**Cooling:** Central Building; Electric
**Heating:** Central; Electric
**Security:** Gate - Manned
**Membership:** Tennis Mmbrshp Avlbl
**Utilities:** Public Sewer
**Special Info:** Sold As-Is
**Terms Considered:** Cash; Conventional
**Parking:** Garage - Building; Guest; Under Building
**Lease Info:** Min Days to Lease: 60; Lease Times p/Year: 2
**Roof:** Other
**Taxes:** City/County
**Equestrian Features:**

**Equip/Appl:** Dishwasher; Microwave; Range - Electric; Refrigerator; Smoke Detector; Water Heater - Elec
**SubdivInfo:** Clubhouse; Community Room; Elevator; Library; Lobby; Manager on Site; Pool; Tennis
**Interior:** Closet Cabinets; Split Bedroom; Walk-in Closet
**Exterior:** Covered Balcony; Tennis Court
**Maintenance Fee Incl:** Cable; Common Areas; Common R.E. Tax; Elevator; Insurance-Bldg; Lawn Care; Maintenance-Exterior; Management Fees; Manager; Parking; Pool Service; Reserve Funds; Roof Maintenance; Security; Sewer; Trash Removal; Water
**Original List Price:** $500,000
**Days On Market:** 109    Cumulative DOM: 309
**Sold Price:**    **Sold Price Sqft:**    **Under Contract Date:** 12/13/2016
**Selling Office:**    **Terms of Sale:**    **Sold Date:**
**Selling Agent:** ;



**Public Remarks:** Breathtaking DIRECT OCEANFRONT VIEWS from this magnificent 2 bedroom, 2 bath 9th floor condo nestled in the BEST LOCATION IN JUPITER at the Inlet! Miles of waterfront enjoyment from your condo to the inlet, down the water by the lagoon beach. Completely remodeled this condo features a stunning BRAND NEW kitchen with quartz counter tops, stainless steel appliances and new cabinets, sleek tile floors throughout, BRAND NEW bathroom cabinets and sinks there is nothing more to do then just enjoy the beach and inlet! One car underground garage parking space comes with your condo and plenty of guest parking. Private pool and club room plus lobby and manned desk and guard house.

Information is deemed to be reliable, but is not guaranteed. © 2016 MLS and FBS. Prepared by Mateusz Rymarski on Monday, December 19, 2016 4:26 PM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 185 of 537

**902 aerial with arrow**



**OCEAN TRAIL AERIAL**





**NOT APPROVED**

Registration
VA 1-967-719
07-07-15

**200 ocean trail front**



**902 living 1**



**902 living**



**902 living dining**



**902 dining kitchen**



**902 kitchen**



**902 kitchen 2**



**902 master bedroom**



**902 master br2**



**902 master bath**



**902 guest room**



**902 guest bath**



**902 view 2**



**902 view**



**200 pool**



**902 ocean view**



**902 view tennis harbourside**



**902 tennis cts**



**200 ocean trail racquet club**



**200 lobby**



**200 club room**



**200 club room 2**



Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 189 of 537

**200 club room 3 library**



**200 portacache**



**2013-10-20 08.29.10**



**2014-01-20 10.33.13**



**2014-06-06 07.51.01**



**2015-03-30 07.24.21**





**NOT APPROVED**

Registration
VA 1-966-132
07-15-15

2015-05-17 11.24.24



10302027_10152130309181973_7282159978593



10563122_10152273957366973_5565967878013



20150512021810987466000000



20150512021812266829000000



IMG_20101217_095719



Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 191 of 537

**Juno Pier**



**JUPITER BEACH SUNRISE**



**JUPITER INLET BRIDGE**



# Exhibit

# 10



©AAP 08-27-10 All Rights Reserved



EXHIBIT

10-A

# Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-966-132**

**Effective Date of Registration:**
July 15, 2015

## Title

**Title of Work:** Group Registration Photos, Selected 2010 Photographs Including Ballaria, Birthday Cake House, Jupiter Lighthouse, Mirasol and Others, published Jan. 14, 2010 to Dec. 14, 2010; 53 photos

**Content Title:** West Palm Beach skyline B 2010 AAP, Jan. 14, 2010; West Palm Beach skyline A
2010 AAP, Jan. 19, 2010; Bethesda Breakers aerial 2011 AAP, Jan. 14, 2010; Biltmore sunset A 2010 AAP, Feb. 20, 2010; Trianon at Sunset E 2010 AAP, Feb. 23, 2010; Trianon Building aerial A 2010 AAP, Feb. 23, 2010; Palm Beach Sunset X 2010 AAP, Feb. 25, 2010; Phillips Point at Sunset A 2010 AAP, Feb. 25, 2010; Night on Clamatis A 2010 AAP, Feb. 25, 2010; Trianon Building aerial D 2010 AAP, Feb. 26, 2010; Palm Beach County Convention Center A 2010 AAP, Mar. 10, 2010; WPB Convention Center at night 2010 AAP, Mar. 23, 2010; Biltmore and Boats C 2010 AAP, Mar. 26, 2010; Palm Harbour West Palm night walk 2010 AAP, Mar. 26, 2010; Biltmore and Boats D 2010 AAP, Mar. 26, 2010; Jupiter Lighthouse aerial d 2010 AAP, Apr. 2, 2010; Jupiter Lighthouse aerial c 2010 AAP, Apr. 2, 2010; 1220 S Ocean Blvd aerial a 2010 AAP, May 20, 2010; Mar a Lago aerial a 2010 AAP, May 21, 2010; Mar a Lago aerial B
2010 AAP, May 21, 2010; Ballenisles Tennis aerial 2010 AAP, May 27, 2010;



Frenchmans Creek golf aerial 2010 AAP, May 27, 2010; Marina Grande aerial B 2010 AAP, Jun. 6, 2010; Breakers Hotel night 2010 AAP, Jun. 25, 2010; Isamu Noguchi Four Arts A 2010 AAP, Jun. 28, 2010; Trump Plaza Four Arts 2010 AAP, Jul. 1, 2010; Boca Raton Mizner Grand aerial 2010 AAP, Jul. 2, 2010; Mirasol Fountain A 2010 AAP, Jul. 7, 2010; Mirasol Clubhouse aeril A 2010 AAP, Jul. 9, 2010; One Singer Island aerial A 2010 AAP, Jul. 9, 2010; One Singer Island aerial B 2010 AAP, Jul. 9, 2010; Ballaria aerial B 2010 AAP, Jul. 9, 2010; Bellaria aerial A 2010 AAP, Jul. 10, 2010; One Singer Island aerial C 2010 AAP, Jul. 10, 2010; West Palm Beach skyline D 2010 AAP, Jul. 13, 2010; Esplanade Grande A 2010 AAP, Jul. 21, 2010; Night Fishing in Palm Beach 2010 AAP, Jul. 23, 2010; Dune Towers aerial A 2010 AAP, Jul. 24, 2010; 700 Ocean Drive Juno aerial 2010 AAP, Jul. 24, 2010; Carlyle Jupiter aerial a 2010 AAP, Jul. 24, 2010; Equestrian A 2010 AAP, Aug. 6, 2010; Jupiter Lighthouse with Boat a 2010 AAP, Aug. 27, 2010; Jupiter Lighthouse with Boat b text 2010 AAP, Aug. 27, 2010; Birthday Cake House aerial a 2010 AAP, Oct. 9, 2010; Birthday Cake House aerial b 2010 AAP, Oct. 9, 2010; Oasis Singer Island sign 2010 AAP, Oct. 26, 2010; Worth Ave A 2010 AAP, Nov. 14, 2010; Colony Hotel Delray Beach 2010 AAP, Nov. 21, 2010; Worth Ave night X 2010 AAP, Nov. 21, 2010; Mizner Fountain A 2010 AAP, Nov. 28, 2010; Jupiter Island golf aerial 2010 AAP, Dec. 5, 2010; Old Palm Clubhouse aerial a 2010 AAP, Dec. 11, 2010; Old Palm golfer at sunset 2010 AAP, Dec. 14, 2010;

**EXHIBIT**

**10-B**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-966-132

**Effective Date of Registration:**
July 15, 2015

## Title _____

**Title of Work:**   Group Registration Photos, Selected 2010 Photographs Including Ballaria, Birthday Cake House, Jupiter Lighthouse, Mirasol and Others, published Jan. 14, 2010 to Dec. 14, 2010; 53 photos

**Content Title:**   West Palm Beach skyline B 2010 AAP, Jan. 14, 2010; West Palm Beach skyline A
2010 AAP, Jan. 19, 2010; Bethesda Breakers aerial 2011 AAP, Jan. 14, 2010; Biltmore sunset A 2010 AAP, Feb. 20, 2010; Trianon at Sunset E 2010 AAP, Feb. 23, 2010; Trianon Building aerial A 2010 AAP, Feb. 23, 2010; Palm Beach Sunset X 2010 AAP, Feb. 25, 2010; Phillips Point at Sunset A 2010 AAP, Feb. 25, 2010; Night on Clamatis A 2010 AAP, Feb. 25, 2010; Trianon Building aerial D 2010 AAP, Feb. 26, 2010; Palm Beach County Convention Center A 2010 AAP, Mar. 10, 2010; WPB Convention Center at night 2010 AAP, Mar. 23, 2010; Biltmore and Boats C 2010 AAP, Mar. 26, 2010; Palm Harbour West Palm night walk 2010 AAP, Mar. 26, 2010; Biltmore and Boats D 2010 AAP, Mar. 26, 2010; Jupiter Lighthouse aerial d 2010 AAP, Apr. 2, 2010; Jupiter Lighthouse aerial c 2010 AAP, Apr. 2, 2010; 1220 S Ocean Blvd aerial a 2010 AAP, May 20, 2010; Mar a Lago aerial a 2010 AAP, May 21, 2010; Mar a Lago aerial B
2010 AAP, May 21, 2010; Ballenisles Tennis aerial 2010 AAP, May 27, 2010;

Frenchmans Creek golf aerial 2010 AAP, May 27, 2010; Marina Grande aerial B 2010 AAP, Jun. 6, 2010; Breakers Hotel night 2010 AAP, Jun. 25, 2010; Isamu Noguchi Four Arts A 2010 AAP, Jun. 28, 2010; Trump Plaza Four Arts 2010 AAP, Jul. 1, 2010; Boca Raton Mizner Grand aerial 2010 AAP, Jul. 2, 2010; Mirasol Fountain A 2010 AAP, Jul. 7, 2010; Mirasol Clubhouse aeril A 2010 AAP, Jul. 9, 2010; One Singer Island aerial A 2010 AAP, Jul. 9, 2010; One Singer Island aerial B 2010 AAP, Jul. 9, 2010; Ballaria aerial B 2010 AAP, Jul. 9, 2010; Bellaria aerial A 2010 AAP, Jul. 10, 2010; One Singer Island aerial C 2010 AAP, Jul. 10, 2010; West Palm Beach skyline D 2010 AAP, Jul. 13, 2010; Esplanade Grande A 2010 AAP, Jul. 21, 2010; Night Fishing in Palm Beach 2010 AAP, Jul. 23, 2010; Dune Towers aerial  A 2010 AAP, Jul. 24, 2010; 700 Ocean Drive Juno aerial 2010 AAP, Jul. 24, 2010; Carlyle Jupiter aerial a 2010 AAP, Jul. 24, 2010; Equestrian A 2010 AAP, Aug. 6, 2010; Jupiter Lighthouse with Boat a 2010 AAP, Aug. 27, 2010; Jupiter Lighthouse with Boat b text 2010 AAP, Aug. 27, 2010; Birthday Cake House aerial a 2010 AAP, Oct. 9, 2010; Birthday Cake House aerial b 2010 AAP, Oct. 9, 2010; Oasis Singer Island sign 2010 AAP, Oct. 26, 2010; Worth Ave A 2010 AAP, Nov. 14, 2010; Colony Hotel Delray Beach 2010 AAP, Nov. 21, 2010; Worth Ave night X 2010 AAP, Nov. 21, 2010; Mizner Fountain A 2010 AAP, Nov. 28, 2010; Jupiter Island golf aerial 2010 AAP, Dec. 5, 2010; Old Palm Clubhouse aerial a 2010 AAP, Dec. 11, 2010; Old Palm golfer at sunset 2010 AAP, Dec. 14, 2010;

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** January 14, 2010
**Nation of 1st Publication:** United States

## Author

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:** Robert Stevens
**Date:** July 15, 2015

**Copyright Office notes:** Basis for Registration: Registered as an unpublished collection.

**Residential Full Report**

**373 Feather Point S, Jupiter, FL 33458**

**List Price:** $525,000

| | |
|---|---|
| **MLS#:** RX-10303302 | **St:** Backup |
| **Orig LP:** $525,000 | **Range Price:** |
| **Area:** 5100 | **Geo Area:** PB31 |

**Type:** Single Family Detached
**List Price/SqFt:** 261.32
**County:** Palm Beach

**Legal Desc:** EGRET LANDING AT JUPITER LT 586

| | | | |
|---|---|---|---|
| **Subdivision:** EGRET LANDING AT JUPITER | | | |
| **Development Name:** Egret Landing | | | |
| **Model Name:** | **Parcel ID:** | 30424115020005860 | **Front Exp:** NE |
| **Waterfront:** Yes | **Waterfrontage:** | | **Garage Spaces:** 2 |
| **Lot SqFt:** 9,385 | **Multiple Ofrs Acptd:** | | **Carport Spaces:** |
| | **Taxes:** | 7,972.21 | **Private Pool:** Yes |
| **HOPA:** No Hopa | **Tax Year:** | 2016 | **REO:** No |
| **Zoning:** R1(cit | **Special Assessment:** No | | **Short Sale Addendum:** No |
| | **Dock:** | | **Short Sale:** No |
| | **Membership Fee Required:** | No | **Owner/Agent:** No |

**Virtual Tour:** http://www.hometakesvideos.com/showcase/index.php?id=8018&cat=tour&style=ub

| | | | | | | |
|---|---|---|---|---|---|---|
| **Living Room** | 25 X 14 | **Den** | 13 X 10 | **Master Bedroom** | 15 X 13 | **LivSqFt:** 2,009 |
| **Kitchen** | 15 X 10 | **Family Room** | 18 X 14 | **Bedroom 2** | 14 X 12 | **SqFt - Total:** 2,778 |
| **Dining Room** | 12 X 10 | | | **Bedroom 3** | 12 X 10 | **SqFt Source:** Tax Rolls |

**Guest Hse:**
**Yr Built:** 1995
**Builder Name:**
**Built Desc:** Resale

**Bedrooms:** 3
**Baths - Full:** 2
**Baths - Half:** 0
**Baths - Total:** 2
**Pets Allowed:** Yes

| | | | |
|---|---|---|---|
| **HOA/POA/COA (Monthly):** 116 | **Bldg #:** | **Land Lease:** | **Mobile Home Size:** |
| **Governing Bodies:** HOA | **Total Floors/Stories:** 1 | **Recreation Lease:** | **Decal #:** |
| **Homeowners Assoc:** Mandatory | **Total Units in Bldg:** | **Min Days to Lease:** 365 | **Serial #:** |
| **Lease Times p/Year:** 1 | **Ttl Units in Complex:** | | **Brand Name:** |
| **Application Fee:** 100 | **Unit Floor #:** 1 | | **Total Assessed Value:** |
| | **Membership Fee Amount:** | | |

**Auction:** No

**Directions:** Military to Indian Creek Blvd to Central or Indiantown s on Central turn west into Egret Landing 1st right, then 2nd left after stop sign on feather pt. house on right on cul de sac.

**Showing Instructions:** 24 Hour Notice; Appointment Only; Call Listing Office; Owner Occupied; Schedule Online; SUPRA

| | | | |
|---|---|---|---|
| **LO:** 800307 | Keller Williams Realty Jupiter | 561-427-6100 | |
| **LM:** 30644631 | Lori Hobin, P.A., Realtor, GRI | 561-373-2401 | lori@lorihobin.com |
| **Com/BuyerAgt:** 2.5% | **Comm/Non-Rep:** $1 | **Trans Brk:** 2.5% | **Bonus:** No   **LD:** 01/29/2017 |
| **Var/Dual Rate:** No | **List Type:** Ex Rt | **List Off Agency:** Transaction Broker | |

**Owner Name:** MERRELL THOMAS L
**Broker Only Remarks:** Owner occupied 24 hrs notice requested Call listing office, Far/BarEgret landing has 2 qtrs dues capital assessment at closing. Thank you for showing.

**Any Broker Advertise:** No

**Design:** Ranch
**Construction:** CBS; Concrete
**Unit Desc:**
**Flooring:** Ceramic Tile; Wood Floor
**Furnished:** Unfurnished
**Dining Area:** Breakfast Area; Formal; Snack Bar
**Master Bedroom/Bath:** Dual Sinks; Mstr Bdrm - Ground; Separate Shower
**Lot Description:** < 1/4 Acre; Cul-De-Sac
**Private Pool:** Equipment Included; Inground
**Storm Protection:** Panel Shutters; Complete
**Restrict:** Buyer Approval; Commercial Vehicles Prohibited; Interview Required; Lease OK; No Truck/RV; Tenant Approval
**Rooms:** Attic; Den/Office; Family; Laundry-Inside; Laundry-Util/Closet

**View:** Lake; Pool
**Waterfront Details:** Lake
**Cooling:** Central; Electric
**Heating:** Central; Electric
**Security:** Burglar Alarm; Motion Detector; Security Patrol; Security Sys-Owned
**Utilities:** 3-Phase Electric; Cable; Gas Natural; Public Sewer; Public Water
**Special Info:** Sold As-Is
**Terms Considered:** Cash; Conventional
**Parking:** 2 Spaces; Driveway; Garage - Attached; Vehicle Restrictions
**Lease Info:** Min Days to Lease: 365; Lease Times p/Year: 1
**Roof:** Barrel; Concrete Tile
**Taxes:** City/County
**Equestrian Features:**

**Equip/Appl:** Auto Garage Open; Central Vacuum; Dishwasher; Disposal; Dryer; Fire Alarm; Ice Maker; Microwave; Range - Electric; Refrigerator; Smoke Detector; Storm Shutters; Washer; Water Heater - Gas
**SubdivInfo:** Basketball; Bike - Jog; Clubhouse; Exercise Room; Manager on Site; Picnic Area; Pool; Sidewalks; Tennis
**Interior:** Built-in Shelves; Ctdrl/Vault Ceilings; Decorative Fireplace; Entry Lvl Lvng Area; Laundry Tub; Pantry; Roman Tub; Split Bedroom; Volume Ceiling; Walk-in Closet
**Exterior:** Auto Sprinkler; Covered Patio; Fence; Open Patio; Shutters; Summer Kitchen
**Maintenance Fee Incl:** Common Areas; Management Fees; Manager; Recrtnal Facility; Reserve Funds; Security

**Original List Price:** $525,000
**Days On Market:** 8
**Sold Price:** ← Sold for $500K 04-25-17
**Selling Office:**
**Selling Agent:**

**Cumulative DOM:** 8
**Under Contract Date:** 02/06/2017
**Sold Price Sqft:**
**Terms of Sale:**
**Sold Date:**

**Public Remarks:** Meticulous CBS Lakefront Pool home nestled on a lovely landscaped cul-de-sac lot in the heart of Egret Landing. This pristine 3 br plus den, 2 bath home has been loved and cared for and boasts and updated kitchen with tons of counter space and cabinets open to the family room and den with amazing pool and lake views. The formal living room features ceramic tile and faux fireplace as well with sliders open to the outdoor kitchen which features granite countertops, bar frig

EXHIBIT
10-C

and sink, cozy patio and pool area overlooking the lake. Gas serviced appliances, stove and hot water heater. Newer A/C with UV, freshly painted on the exterior, and roof pressure cleaned she is ready for her new owner.

Information is deemed to be reliable, but is not guaranteed. © 2017 MLS and FBS. Prepared by Mateusz Rymarski on Tuesday, February 07, 2017 2:51 PM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

Photos for MLS # RX-10303302    272 Feather Point S, Jupiter, FL 33458    $525,000

**272 FRONT EXTERIOR**



**272 PATIO POOL**



**272 KITCHEN**



**272 LIVING TO FAMILY**



**272 LIVING POOL 2**



**272 LIVING POOL**



**272 DINING**



**272 FAMILY TO DEN**



**272 DEN**



**272 FAMILY DEN POOL**



**272 FAMILY KITCHEN**



**272 MASTER BEDROOM**





**272 MASTER BATH 1**



**272 MASTER BATH**



**272 TUB SHOWER**



**272 MASTER BATH**



**272 GUEST BR**



**272 GUEST BATH**





**272 GUEST BEDROOM**



**272 POOL TO HOUSE**



**272 POOL TO LAKE**



**272 PATIO**



**272 POOL PATIO**



**272 POOL LAKE**





**2013-10-20 08.29.10**

**2014-01-20 10.33.13**

**2014-06-06 07.51.01**

**2015-03-30 07.24.21**

**2015-05-17 11.24.24**

**10302027_10152130309181973_7282159978593**

**NOT APPROVED**

Reg. VA 1-966-132

Effective Date of Registration: July 15, 2015

**IMG_20101217_095719**



**Juno Pier**



**JUPITER BEACH SUNRISE**



**JUPITER INLET BRIDGE**



**Residential Full Report**

**373 Feather Point S, Jupiter, FL 33458**

| | | MLS#: RX-10303302 | | List Price: $525,000 |
|---|---|---|---|---|
| | | St: Closed | | |
| | | Orig LP: $525,000 | | Type: Single Family Detached |
| | | Range Price: | | List Price/SqFt: 261.32 |
| | | Area: 5100 | Geo Area: PB31 | County: Palm Beach |
| | | Legal Desc: EGRET LANDING AT JUPITER LT 586 | | |

| | | | | |
|---|---|---|---|---|
| | Subdivision: EGRET LANDING AT JUPITER | | | |
| | Development Name: Egret Landing | | | |
| **Model Name:** | Parcel ID: | 30424115020005860 | Front Exp: | NE |
| | Waterfrontage: | | Garage Spaces: | 2 |
| **Waterfront:** Yes | Multiple Ofrs Acptd: | | Carport Spaces: | |
| **Lot SqFt:** 9,385 | Taxes: | 7,972.21 | Private Pool: | Yes |
| | Tax Year: | 2016 | | |
| **HOPA:** No Hopa | Special Assessment: | No | REO: | No |
| | | | Short Sale Addendum: | No |
| **Zoning:** R1(cit | Dock: | | Short Sale: | No |
| | Membership Fee Required: | No | Owner/Agent: | No |

**Virtual Tour:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Living Room** | 25 X 14 | **Den** | 13 X 10 | **Master Bedroom** | 15 X 13 | **LivSqFt:** 2,009 | **Bedrooms:** 3 |
| **Kitchen** | 15 X 10 | **Family Room** | 18 X 14 | **Bedroom 2** | 14 X 12 | **SqFt - Total:** 2,778 | **Baths - Full:** 2 |
| **Dining Room** | 12 X 10 | | | **Bedroom 3** | 12 X 10 | **SqFt Source:** Tax Rolls | **Baths - Half:** 0 |
| | | | | | | **Guest Hse:** | **Baths - Total:** 2 |
| | | | | | | **Yr Built:** 1995 | **Pets Allowed:** Yes |
| | | | | | | **Builder Name:** | |
| | | | | | | **Built Desc:** Resale | |

| | | | | |
|---|---|---|---|---|
| **HOA/POA/COA (Monthly):** 116 | **Bldg #:** | **Land Lease:** | **Mobile Home Size:** | |
| **Governing Bodies:** HOA | **Total Floors/Stories:** 1 | **Recreation Lease:** | **Decal #:** | |
| **Homeowners Assoc:** Mandatory | **Total Units in Bldg:** | **Min Days to Lease:** 365 | **Serial #:** | |
| **Lease Times p/Year:** 1 | **Ttl Units in Complex:** | | **Brand Name:** | |
| **Application Fee:** 100 | **Unit Floor #:** 1 | | **Total Assessed Value:** | |
| | **Membership Fee Amount:** | | | |

**Auction:** No
**Directions:** central

**Showing Instructions:** 24 Hour Notice; Appointment Only; Call Listing Office; Owner Occupied; Schedule Online; SUPRA

**LO:** 800307    Keller Williams Realty Jupiter
**LM:** 30644631    Lori J Hobin
**Com/BuyerAgt:** 2.5%    **Comm/Non-Rep:** $1    **Trans Brk:** 2.5%    **Bonus:** No    **LD:** 01/29/2017
**Var/Dual Rate:** No    **List Type:** Ex Rt    **List Off Agency:** Transaction Broker
**Owner Name:** MERRELL THOMAS L
**Any Broker Advertise:** No

**Design:** Ranch
**Construction:** CBS; Concrete
**Unit Desc:**
**Flooring:** Ceramic Tile; Wood Floor
**Furnished:** Unfurnished
**Dining Area:** Breakfast Area; Formal; Snack Bar
**Master Bedroom/Bath:** Dual Sinks; Mstr Bdrm - Ground; Separate Shower
**Lot Description:** < 1/4 Acre; Cul-De-Sac
**Private Pool:** Equipment Included; Inground
**Storm Protection:** Panel Shutters: Complete
**Restrict:** Buyer Approval; Commercial Vehicles Prohibited; Interview Required; Lease OK; No Truck/RV; Tenant Approval
**Rooms:** Attic; Den/Office; Family; Laundry-Inside; Laundry-Util/Closet

**View:** Lake; Pool
**Waterfront Details:** Lake
**Cooling:** Central; Electric
**Heating:** Central; Electric
**Security:** Burglar Alarm; Motion Detector; Security Patrol; Security Sys-Owned
**Utilities:** Cable; Electric; Gas Natural; Public Sewer; Public Water
**Special Info:** Sold As-Is
**Terms Considered:** Cash; Conventional
**Parking:** 2+ Spaces; Driveway; Garage - Attached; Vehicle Restrictions
**Lease Info:** Min Days to Lease: 365; Lease Times p/Year: 1
**Roof:** Barrel; Concrete Tile
**Taxes:** City/County
**Equestrian Features:**

**Equip/Appl:**Auto Garage Open; Central Vacuum; Dishwasher; Disposal; Dryer; Fire Alarm; Ice Maker; Microwave; Range - Electric; Refrigerator; Smoke Detector; Storm Shutters; Washer; Water Heater - Gas
**SubdivInfo:**Basketball; Bike - Jog; Clubhouse; Exercise Room; Manager on Site; Picnic Area; Pool; Sidewalks; Tennis
**Interior:**Built-in Shelves; Ctdrl/Vault Ceilings; Decorative Fireplace; Entry Lvl Lvng Area; Laundry Tub; Pantry; Roman Tub; Split Bedroom; Volume Ceiling; Walk-in Closet
**Exterior:**Auto Sprinkler; Covered Patio; Fence; Open Patio; Shutters; Summer Kitchen
**Maintenance Fee Incl:** Common Areas; Management Fees; Manager; Recrtnal Facility; Reserve Funds; Security

**Original List Price:** $525,000

| | |
|---|---|
| | **Cumulative DOM:** 54 |
| **Days On Market:** 54 | |
| **Sold Price:** 500,000 | **Sold Price Sqft:** 248.88    **Under Contract Date:** 04/03/2017 |
| **Selling Office:** Illustrated Properties   400100 | **Terms of Sale:** Conventional    **Sold Date:** 04/25/2017 |
| **Selling Agent:** Marie Tanabe  20000053 | |

**Public Remarks:**

Information is deemed to be reliable, but is not guaranteed. © 2018 MLS and FBS. Prepared by Mateusz Rymarski on Monday, August 20, 2018 8:53 AM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

**History for MLS # RX-10303302**     272 Feather Point S, Jupiter, FL 33458     **$500,000**

| + | MLS # | Status | Price | % Change | Date | DOM | CDOM | Address |
|---|-------|--------|-------|----------|------|-----|------|---------|
| - | RX-10303302 | Closed | $500,000 | 37.0% | 04/28/2017 | 54 | 54 | 272 Feather Point S |

|  | - | Status | $525,000 |  | 04/28/2017 |  |  |  |

Change by: Lori J Hobin

Change at 11:32 AM Eastern: changed *Status*
Old Value: Pending
New Value: Closed

|  | - | Photos, etc. | $525,000 |  | 04/28/2017 |  |  |  |

Change by: Lori J Hobin

Change at 11:32 AM Eastern: changed *Selling Agent*
Old Value:
New Value: Marie Tanabe
Change at 11:32 AM Eastern: changed *Sold Date*
Old Value:
New Value: 4/25/2017
Change at 11:32 AM Eastern: changed *Sold Price*
Old Value:
New Value: 500000.00
Change at 11:32 AM Eastern: Removed Virtual Tour
Change at 11:32 AM Eastern: Removed Virtual Tour Unbranded
Change at 11:32 AM Eastern: changed *Public Remarks*
Old Value: Meticulous CBS Lakefront Pool
New Value:
Change at 11:32 AM Eastern: changed *Broker Only Remarks*
Old Value: Owner occupied 24 hrs notice r
New Value:
Change at 11:32 AM Eastern: changed *Directions*
Old Value: Military to Indian Creek Blvd
New Value: central
Change at 11:31 AM Eastern: Removed photo
Change at 11:31 AM Eastern: Removed photo
Change at 11:31 AM Eastern: Removed photo
Change at 11:31 AM Eastern: Removed photo
Change at 11:31 AM Eastern: Removed photo
Change at 11:31 AM Eastern: Removed photo
Change at 11:31 AM Eastern: Removed photo
Change at 11:31 AM Eastern: Removed photo
Change at 11:31 AM Eastern: Removed photo
Change at 11:31 AM Eastern: Removed photo
Change at 11:31 AM Eastern: Removed photo
Change at 11:30 AM Eastern: Removed photo
Change at 11:30 AM Eastern: Removed photo
Change at 11:30 AM Eastern: Removed photo
Change at 11:30 AM Eastern: Removed photo
Change at 11:30 AM Eastern: Removed photo
Change at 11:30 AM Eastern: Removed photo
Change at 11:30 AM Eastern: Removed photo
Change at 11:30 AM Eastern: Removed photo
Change at 11:30 AM Eastern: Removed photo
Change at 11:30 AM Eastern: Removed photo
Change at 11:30 AM Eastern: Removed photo
Change at 11:30 AM Eastern: Removed photo
Change at 11:30 AM Eastern: Removed photo

Change at 11:30 AM Eastern: Removed photo
Change at 11:30 AM Eastern: Removed photo
Change at 11:30 AM Eastern: Removed photo
Change at 11:30 AM Eastern: Removed photo
Change at 11:30 AM Eastern: Removed photo
Change at 11:30 AM Eastern: Removed photo
Change at 11:30 AM Eastern: Removed photo

| - | Status | $525,000 | 04/03/2017 | 0 |

Change by: Arielle Rosenfeld

Change at 1:59 PM Eastern: changed *Status*
Old Value: Active
New Value: Pending

| - | Status | $525,000 | 04/03/2017 | 0 |

Change by: Arielle Rosenfeld

Change at 1:59 PM Eastern: changed *Contingency*
Old Value:
New Value: C
Change at 1:59 PM Eastern: changed *Under Contract Date*
Old Value:
New Value: 4/3/2017
Change at 1:59 PM Eastern: changed *Status*
Old Value: Closed
New Value: Active

| - | Status | $525,000 | 04/03/2017 | 0 |

Change by: Arielle Rosenfeld

Change at 1:59 PM Eastern: Listing put back on market

Change by: Lori J Hobin

Change at 1:13 PM Eastern: changed *Status*
Old Value: Pending
New Value: Closed

| - | Terms of Sale | $525,000 | 04/03/2017 | 0 |

Change by: Lori J Hobin

Change at 1:13 PM Eastern: changed *Selling Agent*
Old Value:
New Value: Debra A McCaughey Wang LLC
Change at 1:13 PM Eastern: changed *Sold Date*
Old Value:
New Value: 3/31/2017
Change at 1:13 PM Eastern: changed *Sold Price*
Old Value:
New Value: 725000.00
Change at 1:13 PM Eastern: changed *Terms of Sale*
Old Value:
New Value: Convention

| - | Status | $525,000 | 03/09/2017 | 25 |

Change by: Lori J Hobin

Change at 2:50 PM Eastern: changed *Status*
Old Value: Active
New Value: Pending

Change at 2:50 PM Eastern: changed *Contingency*
    Old Value:
    New Value: C
Change at 2:50 PM Eastern: changed *Under Contract Date*
    Old Value:
    New Value: 3/9/2017

| - | Open House | $525,000 | 03/05/2017 | 29 |

Change by: Lori J Hobin

Change at 6:39 PM Eastern on 03/04/2017: Open House was held from 1:00 PM until 4:00 PM on 03/05/2017
Change at 6:37 PM Eastern on 03/04/2017: This Open House was created.

| - | Documents | $525,000 | 02/23/2017 | 39 |

Change by: Lori J Hobin

Change at 9:55 AM Eastern: Added document "Original Survey"
Change at 9:55 AM Eastern: Added document "Updated Survey"

| - | Text, etc. | $525,000 | 02/22/2017 | 40 |

Change by: Lori J Hobin

Change at 2:08 PM Eastern: changed *Broker Only Remarks*
    Old Value: equested Call listing office,
    New Value: equested Call listing office,5
Change at 2:06 PM Eastern: Added document "Seller's Disclosure"
Change at 2:06 PM Eastern: changed *Broker Only Remarks*
    Old Value: s dues capital assessment at c
    New Value: s dues capital contribution at

| - | Photos | $525,000 | 02/21/2017 | 41 |

Change by: Erin Moore

Change at 9:56 AM Eastern: Removed photo

| - | Open House | $525,000 | 02/19/2017 | 43 |

Change by: Lori J Hobin

Change at 3:21 PM Eastern on 02/17/2017: Open House was held from 1:00 PM until 4:00 PM on 02/19/2017

| - | Status | $525,000 | 02/17/2017 | 45 |

Change by: Lori J Hobin

Change at 3:21 PM Eastern: changed *Open House*
    Old Value: x'20170217202125965458000000'
    New Value: Added
Change at 3:20 PM Eastern: changed *Status*
    Old Value: Pending
    New Value: Active

| - | Fallthrough Date | $525,000 | 02/17/2017 | 45 |

Change by: Lori J Hobin

Change at 3:20 PM Eastern: Listing put back on market
Change at 3:20 PM Eastern: changed *Fallthrough Date*

Old Value:
New Value: 2/16/2017

| - | Status | $525,000 | 02/06/2017 | 55 |

Change by: Lori J Hobin

Change at 10:12 PM Eastern: changed *Status*
Old Value: Active
New Value: Pending

| - | Under Contract Date | $525,000 | 02/06/2017 | 55 |

Change by: Lori J Hobin

Change at 10:12 PM Eastern: changed *Contingency*
Old Value:
New Value: B
Change at 10:12 PM Eastern: changed *Under Contract Date*
Old Value:
New Value: 2/6/2017

| - | Open House | $525,000 | 02/05/2017 | 57 |

Change by: Lori J Hobin

Change at 8:25 PM Eastern on 01/31/2017: Open House was held from 1:00 PM until 4:00 PM on 02/05/2017

| - | Text, etc. | $525,000 | 02/02/2017 | 60 |

Change by: Lori J Hobin

Change at 1:34 PM Eastern: changed *Public Remarks*
Old Value: ly room and den with lovely po
New Value: ly room and den with amazing p
Change at 1:34 PM Eastern: changed *Broker Only Remarks*
Old Value: losing.
New Value: losing. Thank you for showing.

| - | Photos, etc. | $525,000 | 01/31/2017 | 62 |

Change by: Lori J Hobin

Change at 8:25 PM Eastern: changed *Open House*
Old Value: x'20170201012540486693000000'
New Value: Added
Change at 8:20 PM Eastern: Added photo "JUPITER INLET BR"
Change at 8:20 PM Eastern: Added photo "JUPITER BEACH SU"
Change at 8:20 PM Eastern: Added photo "Juno Pier"
Change at 8:20 PM Eastern: Added photo "IMG_20101217_095"
Change at 8:20 PM Eastern: Added photo "10302027_1015213"
Change at 8:20 PM Eastern: Added photo "2015-05-17 11.24"
Change at 8:20 PM Eastern: Added photo "2015-03-30 07.24"
Change at 8:20 PM Eastern: Added photo "2014-06-06 07.51"
Change at 8:20 PM Eastern: Added photo "2014-01-20 10.33"
Change at 8:19 PM Eastern: Added photo "2013-10-20 08.29"
Change at 8:18 PM Eastern: Removed photo
Change at 8:18 PM Eastern: Removed photo
Change at 8:17 PM Eastern: Removed photo
Change at 8:15 PM Eastern: Removed photo
Change at 8:13 PM Eastern: Removed photo
Change at 8:12 PM Eastern: Removed photo
Change at 8:11 PM Eastern: Removed photo
Change at 8:11 PM Eastern: Removed photo

Change at 8:10 PM Eastern: Removed photo
Change at 8:09 PM Eastern: Added photo "272 POOL TO LAKE"
Change at 8:08 PM Eastern: Removed photo
Change at 8:08 PM Eastern: Added photo "272 POOL TO HOUS"
Change at 8:08 PM Eastern: Added photo "272 MASTER BEDRO"
Change at 8:08 PM Eastern: Removed photo
Change at 8:08 PM Eastern: Added photo "272 MASTER BATH"
Change at 8:08 PM Eastern: Added photo "272 LIVING TO FA"
Change at 8:08 PM Eastern: Added photo "272 KITCHEN"
Change at 8:08 PM Eastern: Added photo "272 GUEST BR"
Change at 8:08 PM Eastern: Added photo "272 GUEST BEDROO"
Change at 8:08 PM Eastern: Added photo "272 GUEST BATH"
Change at 8:08 PM Eastern: Added photo "272 FRONT EXTERI"
Change at 8:08 PM Eastern: Added photo "272 FAMILY TO DE"
Change at 8:08 PM Eastern: Added photo "272 DINING"
Change at 8:08 PM Eastern: Added photo "272 DEN"
Change at 8:08 PM Eastern: Added photo "272 AERIAL"
Change at 8:08 PM Eastern: Added photo "272 AERIAL 2"
Change at 8:08 PM Eastern: Added photo "272 AERIAL 1"
Change at 3:34 PM Eastern: Added Virtual Tour
Change at 3:34 PM Eastern: Added Virtual Tour Unbranded

| - | New | $525,000 | | 01/30/2017 | 63 | |

Change by: Lori J Hobin

Change at 12:20 PM Eastern: changed *Public Remarks*
Old Value:
New Value: Meticulous CBS Lakefront Pool
Change at 12:20 PM Eastern: changed *Broker Only Remarks*
Old Value: This home is immaculate. Bring
New Value: Owner occupied 24 hrs notice r
Change at 11:21 AM Eastern: Added photo "272 TUB SHOWER"
Change at 11:21 AM Eastern: Added photo "272 POOL PATIO"
Change at 11:21 AM Eastern: Added photo "272 POOL LAKE"
Change at 11:21 AM Eastern: Added photo "272 PATIO"
Change at 11:21 AM Eastern: Added photo "272 PATIO POOL"
Change at 11:20 AM Eastern: Added photo "272 MASTER BR"
Change at 11:20 AM Eastern: Added photo "272 MASTER BATH"
Change at 11:20 AM Eastern: Added photo "272 MASTER BATH"
Change at 11:20 AM Eastern: Added photo "272 LIVING POOL"
Change at 11:20 AM Eastern: Added photo "272 LIVING POOL"
Change at 11:20 AM Eastern: Added photo "272 LAUNDRY ROOM"
Change at 11:20 AM Eastern: Added photo "272 KITCHEN"
Change at 11:20 AM Eastern: Added photo "272 GUEST BATH"
Change at 11:20 AM Eastern: Added photo "272 FRONT"
Change at 11:19 AM Eastern: Added photo "272 FAMILY KITCH"
Change at 11:19 AM Eastern: Added photo "272 FAMILY DEN P"
Change at 11:19 AM Eastern: Added photo "272 DINING ROOM"
Change at 11:19 AM Eastern: Added photo "272 DEN"
Change at 11:18 AM Eastern: Added new listing

| - | Text | $525,000 | | 01/30/2017 | 63 | |

Change by: Lori J Hobin

Change at 11:18 AM Eastern: Copied listing from RX-3169986

| - | RX-3169986 | Closed | $365,000 | -26.9% | 10/01/2011 | 249 | 249 | 272 S Feather Point |
| - | | Status | $399,000 | | 10/01/2011 | | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Closed

| - | Status | $399,000 | | 09/30/2011 | 0 | | |
|---|--------|----------|--|------------|---|--|--|

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Sold Price*
Old Value:
New Value: 365000.0
Change at 1:00 AM Eastern: changed *Sold Date*
Old Value:
New Value: 09/30/2011
Change at 1:00 AM Eastern: changed *Selling Agent*
Old Value:
New Value: Lori J Hobin

Change by: Lori J Hobin

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Closed

| - | Status | $399,000 | | 08/09/2011 | 52 | | |
|---|--------|----------|--|------------|----|--|--|

Change by: Rick Morits

Change at 4:13 PM Eastern: changed *Status*
Old Value: Pending
New Value: Contingent

| - | Price Change | $399,000 | -2.4% | 06/16/2011 | 106 | | |
|---|--------------|----------|-------|------------|-----|--|--|

Change by: Rick Morits

Change at 7:19 AM Eastern: changed *List Price*
Old Value:
New Value: 399000

| - | Price Change | $409,000 | -2.4% | 05/11/2011 | 142 | | |
|---|--------------|----------|-------|------------|-----|--|--|

Change by: Rick Morits

Change at 8:59 AM Eastern: changed *List Price*
Old Value:
New Value: 409000

| - | New | $419,000 | | 01/24/2011 | 249 | | |
|---|-----|----------|--|------------|-----|--|--|

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: Added new listing

| - | RX-2997799 | Cancelled | $499,000 | 50.1% | 08/30/2009 | 198 | 198 | 272 S Feather Point |
|---|------------|-----------|----------|-------|------------|-----|-----|---------------------|
| - | | Status | $499,000 | | 08/30/2009 | 0 | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Cancelled

| - | New | $499,000 | | 02/13/2009 | 198 | | |
|---|-----|----------|--|------------|-----|--|--|

Change by: BeachesMLS, Inc.

| - | RX-2314029 | Closed | $332,500 | 7.3% | 07/24/2003 | 103 | 103 | 272 S FEATHER |
|---|---|---|---|---|---|---|---|---|

| | - | Status | $349,000 | | 07/24/2003 | | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Sold Price*
Old Value:
New Value: 332500.0
Change at 1:00 AM Eastern: changed *Sold Date*
Old Value:
New Value: 07/24/2003
Change at 1:00 AM Eastern: changed *Selling Agent*
Old Value:
New Value: Carol A Dehne
Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Closed

| | - | Status | $349,000 | | 06/14/2003 | 4 | | |

Change by: Deborah Frechette

Change at 1:00 AM Eastern: changed *Status*
Old Value: Pending
New Value: Contingent

| | - | Status | $349,000 | | 06/11/2003 | 7 | | |

Change by: Deborah Frechette

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Active

| | - | Status | $349,000 | | 03/28/2003 | 82 | | |

Change by: Deborah Frechette

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Pending

| | - | New | $349,000 | | 03/07/2003 | 103 | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: Added new listing

| - | RX-2109169 | Closed | $310,000 | | 06/29/2001 | 39 | 39 | 272 S FEATHER |
|---|---|---|---|---|---|---|---|---|

| | - | Status | $319,900 | | 06/29/2001 | | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Sold Price*
Old Value:
New Value: 310000.0
Change at 1:00 AM Eastern: changed *Sold Date*
Old Value:
New Value: 06/29/2001
Change at 1:00 AM Eastern: changed *Selling Agent*
Old Value:

New Value: Darlene A Stratton
Change at 1:00 AM Eastern: changed *Status*
    Old Value:
    New Value: Closed

| - | Status | $319,900 | 04/03/2001 | 0 |
|---|--------|----------|------------|---|

Change by: Laurie K Klein

Change at 1:00 AM Eastern: changed *Status*
    Old Value:
    New Value: Pending

| - | New | $319,900 | 02/23/2001 | 39 |
|---|-----|----------|------------|----|

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: Added new listing

**272 POOL PATIO**



# Exhibit 11



©AAP 08-27-10 All Rights Reserved



EXHIBIT

11-A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-966-132**

**Effective Date of Registration:**
July 15, 2015

## Title

**Title of Work:** Group Registration Photos, Selected 2010 Photographs Including Ballaria, Birthday Cake House, Jupiter Lighthouse, Mirasol and Others, published Jan. 14, 2010 to Dec. 14, 2010; 53 photos

**Content Title:** West Palm Beach skyline B 2010 AAP, Jan. 14, 2010; West Palm Beach skyline A 2010 AAP, Jan. 19, 2010; Bethesda Breakers aerial 2011 AAP, Jan. 14, 2010; Biltmore sunset A 2010 AAP, Feb. 20, 2010; Trianon at Sunset E 2010 AAP, Feb. 23, 2010; Trianon Building aerial A 2010 AAP, Feb. 23, 2010; Palm Beach Sunset X 2010 AAP, Feb. 25, 2010; Phillips Point at Sunset A 2010 AAP, Feb. 25, 2010; Night on Clamatis A 2010 AAP, Feb. 25, 2010; Trianon Building aerial D 2010 AAP, Feb. 26, 2010; Palm Beach County Convention Center A 2010 AAP, Mar. 10, 2010; WPB Convention Center at night 2010 AAP, Mar. 23, 2010; Biltmore and Boats C 2010 AAP, Mar. 26, 2010; Palm Harbour West Palm night walk 2010 AAP, Mar. 26, 2010; Biltmore and Boats D 2010 AAP, Mar. 26, 2010; Jupiter Lighthouse aerial d 2010 AAP, Apr. 2, 2010; Jupiter Lighthouse aerial c 2010 AAP, Apr. 2, 2010; 1220 S Ocean Blvd aerial a 2010 AAP, May 20, 2010; Mar a Lago aerial a 2010 AAP, May 21, 2010; Mar a Lago aerial B 2010 AAP, May 21, 2010; Ballenisles Tennis aerial 2010 AAP, May 27, 2010;



Frenchmans Creek golf aerial 2010 AAP, May 27, 2010; Marina Grande aerial B 2010 AAP, Jun. 6, 2010; Breakers Hotel night 2010 AAP, Jun. 25, 2010; Isamu Noguchi Four Arts A 2010 AAP, Jun. 28, 2010; Trump Plaza Four Arts 2010 AAP, Jul. 1, 2010; Boca Raton Mizner Grand aerial 2010 AAP, Jul. 2, 2010; Mirasol Fountain A 2010 AAP, Jul. 7, 2010; Mirasol Clubhouse aeril A 2010 AAP, Jul. 9, 2010; One Singer Island aerial A 2010 AAP, Jul. 9, 2010; One Singer Island aerial B 2010 AAP, Jul. 9, 2010; Ballaria aerial B 2010 AAP, Jul. 9, 2010; Bellaria aerial A 2010 AAP, Jul. 10, 2010; One Singer Island aerial C 2010 AAP, Jul. 10, 2010; West Palm Beach skyline D 2010 AAP, Jul. 13, 2010; Esplanade Grande A 2010 AAP, Jul. 21, 2010; Night Fishing in Palm Beach 2010 AAP, Jul. 23, 2010; Dune Towers aerial A 2010 AAP, Jul. 24, 2010; 700 Ocean Drive Juno aerial 2010 AAP, Jul. 24, 2010; Carlyle Jupiter aerial a 2010 AAP, Jul. 24, 2010; Equestrian A 2010 AAP, Aug. 6, 2010; Jupiter Lighthouse with Boat a 2010 AAP, Aug. 27, 2010; Jupiter Lighthouse with Boat b text 2010 AAP, Aug. 27, 2010; Birthday Cake House aerial a 2010 AAP, Oct. 9, 2010; Birthday Cake House aerial b 2010 AAP, Oct. 9, 2010; Oasis Singer Island sign 2010 AAP, Oct. 26, 2010; Worth Ave A 2010 AAP, Nov. 14, 2010; Colony Hotel Delray Beach 2010 AAP, Nov. 21, 2010; Worth Ave night X 2010 AAP, Nov. 21, 2010; Mizner Fountain A 2010 AAP, Nov. 28, 2010; Jupiter Island golf aerial 2010 AAP, Dec. 5, 2010; Old Palm Clubhouse aerial a 2010 AAP, Dec. 11, 2010; Old Palm golfer at sunset 2010 AAP, Dec. 14, 2010;

**EXHIBIT**

**11-B**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-966-132**

**Effective Date of Registration:**
July 15, 2015

## Title
_____

**Title of Work:** Group Registration Photos, Selected 2010 Photographs Including Ballaria, Birthday Cake House, Jupiter Lighthouse, Mirasol and Others, published Jan. 14, 2010 to Dec. 14, 2010; 53 photos

**Content Title:** West Palm Beach skyline B 2010 AAP, Jan. 14, 2010; West Palm Beach skyline A
2010 AAP, Jan. 19, 2010; Bethesda Breakers aerial 2011 AAP, Jan. 14, 2010; Biltmore sunset A 2010 AAP, Feb. 20, 2010; Trianon at Sunset E 2010 AAP, Feb. 23, 2010; Trianon Building aerial A 2010 AAP, Feb. 23, 2010; Palm Beach Sunset X 2010 AAP, Feb. 25, 2010; Phillips Point at Sunset A 2010 AAP, Feb. 25, 2010; Night on Clamatis A 2010 AAP, Feb. 25, 2010; Trianon Building aerial D 2010 AAP, Feb. 26, 2010; Palm Beach County Convention Center A 2010 AAP, Mar. 10, 2010; WPB Convention Center at night 2010 AAP, Mar. 23, 2010; Biltmore and Boats C 2010 AAP, Mar. 26, 2010; Palm Harbour West Palm night walk 2010 AAP, Mar. 26, 2010; Biltmore and Boats D 2010 AAP, Mar. 26, 2010; Jupiter Lighthouse aerial d 2010 AAP, Apr. 2, 2010; Jupiter Lighthouse aerial c 2010 AAP, Apr. 2, 2010; 1220 S Ocean Blvd aerial a 2010 AAP, May 20, 2010; Mar a Lago aerial a 2010 AAP, May 21, 2010; Mar a Lago aerial B
2010 AAP, May 21, 2010; Ballenisles Tennis aerial 2010 AAP, May 27, 2010;

Frenchmans Creek golf aerial 2010 AAP, May 27, 2010; Marina Grande aerial B 2010 AAP, Jun. 6, 2010; Breakers Hotel night 2010 AAP, Jun. 25, 2010; Isamu Noguchi Four Arts A 2010 AAP, Jun. 28, 2010; Trump Plaza Four Arts 2010 AAP, Jul. 1, 2010; Boca Raton Mizner Grand aerial 2010 AAP, Jul. 2, 2010; Mirasol Fountain A 2010 AAP, Jul. 7, 2010; Mirasol Clubhouse aeril A 2010 AAP, Jul. 9, 2010; One Singer Island aerial A 2010 AAP, Jul. 9, 2010; One Singer Island aerial B 2010 AAP, Jul. 9, 2010; Ballaria aerial B 2010 AAP, Jul. 9, 2010; Bellaria aerial A 2010 AAP, Jul. 10, 2010; One Singer Island aerial C 2010 AAP, Jul. 10, 2010; West Palm Beach skyline D 2010 AAP, Jul. 13, 2010; Esplanade Grande A 2010 AAP, Jul. 21, 2010; Night Fishing in Palm Beach 2010 AAP, Jul. 23, 2010; Dune Towers aerial A 2010 AAP, Jul. 24, 2010; 700 Ocean Drive Juno aerial 2010 AAP, Jul. 24, 2010; Carlyle Jupiter aerial a 2010 AAP, Jul. 24, 2010; Equestrian A 2010 AAP, Aug. 6, 2010; Jupiter Lighthouse with Boat a 2010 AAP, Aug. 27, 2010; Jupiter Lighthouse with Boat b text 2010 AAP, Aug. 27, 2010; Birthday Cake House aerial a 2010 AAP, Oct. 9, 2010; Birthday Cake House aerial b 2010 AAP, Oct. 9, 2010; Oasis Singer Island sign 2010 AAP, Oct. 26, 2010; Worth Ave A 2010 AAP, Nov. 14, 2010; Colony Hotel Delray Beach 2010 AAP, Nov. 21, 2010; Worth Ave night X 2010 AAP, Nov. 21, 2010; Mizner Fountain A 2010 AAP, Nov. 28, 2010; Jupiter Island golf aerial 2010 AAP, Dec. 5, 2010; Old Palm Clubhouse aerial a 2010 AAP, Dec. 11, 2010; Old Palm golfer at sunset 2010 AAP, Dec. 14, 2010;

## Completion/Publication

|                         |                  |
|-------------------------|------------------|
| **Year of Completion:** | 2010             |
| **Date of 1st Publication:** | January 14, 2010 |
| **Nation of 1st Publication:** | United States |

## Author

|                        |                                      |
|------------------------|--------------------------------------|
| • **Author:**          | AFFORDABLE AERIAL PHOTOGRAPHY, INC.  |
| **Author Created:**    | photograph                           |
| **Work made for hire:**| Yes                                  |
| **Citizen of:**        | United States                        |

## Copyright Claimant

|                          |                                                              |
|--------------------------|--------------------------------------------------------------|
| **Copyright Claimant:**  | AFFORDABLE AERIAL PHOTOGRAPHY, INC.                          |
|                          | 1123 Melinda Ln, Haverhill, FL, 33417, United States         |

## Certification

|           |               |
|-----------|---------------|
| **Name:** | Robert Stevens |
| **Date:** | July 15, 2015  |

**Copyright Office notes:**   Basis for Registration: Registered as an unpublished collection.



 **2** beds   **2** baths   **1,450** sq ft

Est. **$552,100**

Commute Time  4161 S US Highway 1 Apt M2, Jupiter, FL 33477

 Track Your Home Value

**What is Your Home Worth?**

Full Name
Email
Phone
Looking to sell in ...
Please send me home values, sold price trends and market

**Request a FREE Analysis**

By sending a request you agree to our Privacy Policy

Professional advice by ERA Home Run Real Estate

Share   Print

Refi Rates

**Jupiter**

Housing Market   Schools

Popular Searches
Newest Listings        Open Houses
Price Reduced          Swimming Pool
Waterfront             Two Car Garage
Basement               Single Story

**Property Overview** - Direct Ocean views from all room in this spectacular 2 bedroom plus den 1st floor condo! Superbly decorated and updated with new kitchen, open to the living and dining with plenty of granite counter tops, tons of cabinets, stainless steel appliances. The den/office has a pull out sofa and desk area full of windows all with water views. Our master suite boasts an amazing modern new bath with rain shower, granite counter tops and dual
Read More

**41.93%** More expensive than nearby properties

**$57.90K** Since last sold in 2016

**$3,526** Rental Estimate



EXHIBIT

11-C



# Exhibit 12



©AAP 08-27-10 All Rights Reserved



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-966-132

**Effective Date of Registration:**
July 15, 2015

## Title

**Title of Work:** Group Registration Photos, Selected 2010 Photographs Including Ballaria, Birthday Cake House, Jupiter Lighthouse, Mirasol and Others, published Jan. 14, 2010 to Dec. 14, 2010; 53 photos

**Content Title:** West Palm Beach skyline B 2010 AAP, Jan. 14, 2010; West Palm Beach skyline A
2010 AAP, Jan. 19, 2010; Bethesda Breakers aerial 2011 AAP, Jan. 14, 2010; Biltmore sunset A 2010 AAP, Feb. 20, 2010; Trianon at Sunset E 2010 AAP, Feb. 23, 2010; Trianon Building aerial A 2010 AAP, Feb. 23, 2010; Palm Beach Sunset X 2010 AAP, Feb. 25, 2010; Phillips Point at Sunset A 2010 AAP, Feb. 25, 2010; Night on Clamatis A 2010 AAP, Feb. 25, 2010; Trianon Building aerial D 2010 AAP, Feb. 26, 2010; Palm Beach County Convention Center A 2010 AAP, Mar. 10, 2010; WPB Convention Center at night 2010 AAP, Mar. 23, 2010; Biltmore and Boats C 2010 AAP, Mar. 26, 2010; Palm Harbour West Palm night walk 2010 AAP, Mar. 26, 2010; Biltmore and Boats D 2010 AAP, Mar. 26, 2010; Jupiter Lighthouse aerial d 2010 AAP, Apr. 2, 2010; Jupiter Lighthouse aerial c 2010 AAP, Apr. 2, 2010; 1220 S Ocean Blvd aerial a 2010 AAP, May 20, 2010; Mar a Lago aerial a 2010 AAP, May 21, 2010; Mar a Lago aerial B
2010 AAP, May 21, 2010; Ballenisles Tennis aerial 2010 AAP, May 27, 2010;



Frenchmans Creek golf aerial 2010 AAP, May 27, 2010; Marina Grande aerial B 2010 AAP, Jun. 6, 2010; Breakers Hotel night 2010 AAP, Jun. 25, 2010; Isamu Noguchi Four Arts A 2010 AAP, Jun. 28, 2010; Trump Plaza Four Arts 2010 AAP, Jul. 1, 2010; Boca Raton Mizner Grand aerial 2010 AAP, Jul. 2, 2010; Mirasol Fountain A 2010 AAP, Jul. 7, 2010; Mirasol Clubhouse aeril A 2010 AAP, Jul. 9, 2010; One Singer Island aerial A 2010 AAP, Jul. 9, 2010; One Singer Island aerial B 2010 AAP, Jul. 9, 2010; Ballaria aerial B 2010 AAP, Jul. 9, 2010; Bellaria aerial A 2010 AAP, Jul. 10, 2010; One Singer Island aerial C 2010 AAP, Jul. 10, 2010; West Palm Beach skyline D 2010 AAP, Jul. 13, 2010; Esplanade Grande A 2010 AAP, Jul. 21, 2010; Night Fishing in Palm Beach 2010 AAP, Jul. 23, 2010; Dune Towers aerial  A 2010 AAP, Jul. 24, 2010; 700 Ocean Drive Juno aerial 2010 AAP, Jul. 24, 2010; Carlyle Jupiter aerial a 2010 AAP, Jul. 24, 2010; Equestrian A 2010 AAP, Aug. 6, 2010; Jupiter Lighthouse with Boat a 2010 AAP, Aug. 27, 2010; Jupiter Lighthouse with Boat b text 2010 AAP, Aug. 27, 2010; Birthday Cake House aerial a 2010 AAP, Oct. 9, 2010; Birthday Cake House aerial b 2010 AAP, Oct. 9, 2010; Oasis Singer Island sign 2010 AAP, Oct. 26, 2010; Worth Ave A 2010 AAP, Nov. 14, 2010; Colony Hotel Delray Beach 2010 AAP, Nov. 21, 2010; Worth Ave night X 2010 AAP, Nov. 21, 2010; Mizner Fountain A 2010 AAP, Nov. 28, 2010; Jupiter Island golf aerial 2010 AAP, Dec. 5, 2010; Old Palm Clubhouse aerial a 2010 AAP, Dec. 11, 2010; Old Palm golfer at sunset 2010 AAP, Dec. 14, 2010;

**EXHIBIT**

**12-B**

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-966-132

**Effective Date of Registration:**
July 15, 2015

## Title

**Title of Work:** Group Registration Photos, Selected 2010 Photographs Including Ballaria, Birthday Cake House, Jupiter Lighthouse, Mirasol and Others, published Jan. 14, 2010 to Dec. 14, 2010; 53 photos

**Content Title:** West Palm Beach skyline B 2010 AAP, Jan. 14, 2010; West Palm Beach skyline A
2010 AAP, Jan. 19, 2010; Bethesda Breakers aerial 2011 AAP, Jan. 14, 2010; Biltmore sunset A 2010 AAP, Feb. 20, 2010; Trianon at Sunset E 2010 AAP, Feb. 23, 2010; Trianon Building aerial A 2010 AAP, Feb. 23, 2010; Palm Beach Sunset X 2010 AAP, Feb. 25, 2010; Phillips Point at Sunset A 2010 AAP, Feb. 25, 2010; Night on Clamatis A 2010 AAP, Feb. 25, 2010; Trianon Building aerial D 2010 AAP, Feb. 26, 2010; Palm Beach County Convention Center A 2010 AAP, Mar. 10, 2010; WPB Convention Center at night 2010 AAP, Mar. 23, 2010; Biltmore and Boats C 2010 AAP, Mar. 26, 2010; Palm Harbour West Palm night walk 2010 AAP, Mar. 26, 2010; Biltmore and Boats D 2010 AAP, Mar. 26, 2010; Jupiter Lighthouse aerial d 2010 AAP, Apr. 2, 2010; Jupiter Lighthouse aerial c 2010 AAP, Apr. 2, 2010; 1220 S Ocean Blvd aerial a 2010 AAP, May 20, 2010; Mar a Lago aerial a 2010 AAP, May 21, 2010; Mar a Lago aerial B
2010 AAP, May 21, 2010; Ballenisles Tennis aerial 2010 AAP, May 27, 2010;

Frenchmans Creek golf aerial 2010 AAP, May 27, 2010; Marina Grande aerial B 2010 AAP, Jun. 6, 2010; Breakers Hotel night 2010 AAP, Jun. 25, 2010; Isamu Noguchi Four Arts A 2010 AAP, Jun. 28, 2010; Trump Plaza Four Arts 2010 AAP, Jul. 1, 2010; Boca Raton Mizner Grand aerial 2010 AAP, Jul. 2, 2010; Mirasol Fountain A 2010 AAP, Jul. 7, 2010; Mirasol Clubhouse aeril A 2010 AAP, Jul. 9, 2010; One Singer Island aerial A 2010 AAP, Jul. 9, 2010; One Singer Island aerial B 2010 AAP, Jul. 9, 2010; Ballaria aerial B 2010 AAP, Jul. 9, 2010; Bellaria aerial A 2010 AAP, Jul. 10, 2010; One Singer Island aerial C 2010 AAP, Jul. 10, 2010; West Palm Beach skyline D 2010 AAP, Jul. 13, 2010; Esplanade Grande A 2010 AAP, Jul. 21, 2010; Night Fishing in Palm Beach 2010 AAP, Jul. 23, 2010; Dune Towers aerial  A 2010 AAP, Jul. 24, 2010; 700 Ocean Drive Juno aerial 2010 AAP, Jul. 24, 2010; Carlyle Jupiter aerial a 2010 AAP, Jul. 24, 2010; Equestrian A 2010 AAP, Aug. 6, 2010; Jupiter Lighthouse with Boat a 2010 AAP, Aug. 27, 2010; Jupiter Lighthouse with Boat b text 2010 AAP, Aug. 27, 2010; Birthday Cake House aerial a 2010 AAP, Oct. 9, 2010; Birthday Cake House aerial b 2010 AAP, Oct. 9, 2010; Oasis Singer Island sign 2010 AAP, Oct. 26, 2010; Worth Ave A 2010 AAP, Nov. 14, 2010; Colony Hotel Delray Beach 2010 AAP, Nov. 21, 2010; Worth Ave night X 2010 AAP, Nov. 21, 2010; Mizner Fountain A 2010 AAP, Nov. 28, 2010; Jupiter Island golf aerial 2010 AAP, Dec. 5, 2010; Old Palm Clubhouse aerial a 2010 AAP, Dec. 11, 2010; Old Palm golfer at sunset 2010 AAP, Dec. 14, 2010;

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | January 14, 2010 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| | 1123 Melinda Ln, Haverhill, FL, 33417, United States |

## Certification

| | |
|---|---|
| **Name:** | Robert Stevens |
| **Date:** | July 15, 2015 |

**Copyright Office notes:** Basis for Registration: Registered as an unpublished collection.



**EXHIBIT**

12-C







**Residential Full Report**      **8764 SE North Passage Way, Tequesta, FL 33469**      List Price: $750,000

| | | |
|---|---|---|
| | **MLS#:** RX-10239049 | **St:** Backup | **Type:** Single Family Detached |
| | **Orig LP:** $775,000 | **Range Price:** | **List Price/SqFt:** 279.22 |
| | **Area:** 5060 | **Geo Area:** PB32 | **County:** Martin |
| | **Legal Desc:** NORTH PASSAGE PLAT NO 1, LOT 13 | | |

**Subdivision:** NORTH PASSAGE PLAT 1
**Development Name:** NORTH PASSAGE

| Model Name: | | **Parcel ID:** | 224042019000001304 | **Front Exp:** | N |
|---|---|---|---|---|---|
| **Waterfront:** | Yes | **Waterfrontage:** | 95 | **Garage Spaces:** | 2 |
| | | **Multiple Ofrs Acptd:** | No | **Carport Spaces:** | |
| **Lot Dimensions:** | 95X150 | **Taxes:** | 8,175.23 | **Private Pool:** | Yes |
| **Lot SqFt:** | 14,244 | **Tax Year:** | 2015 | **REO:** | No |
| | | **Special Assessment:** | No | **Short Sale Addendum:** | No |
| **HOPA:** | No Hopa | **Dock:** | 1 | **Short Sale:** | No |
| **Zoning:** | RES | **Membership Fee Required:** | No | **Owner/Agent:** | No |

**Virtual Tour:** http://www.hometakesvideos.com/showcase/index.php?id=7078&cat=tour&style=ub

| | | | | | | |
|---|---|---|---|---|---|---|
| **Living Room** | 22 X 20 | **Den** | 12 X 8 | **Master Bedroom** | 21 X 27 | **LivSqFt:** 2,686 | **Bedrooms:** 3 |
| **Kitchen** | 14 X 13 | **Loft** | X | **Bedroom 2** | 12 X 13 | **SqFt - Total:** 3,756 | **Baths - Full:** 3 |
| **Dining Area** | 13 X 12 | | | **Bedroom 3** | 13 X 14 | **SqFt Source:** Tax Rolls | **Baths - Half:** 0 |
| **Utility Room** | 11 X 6 | | | **Bedroom 4** | 9 X 8 | **Guest Hse:** | **Baths - Total:** 3 |
| | | | | | | **Yr Built:** 1992 | **Pets Allowed:** Yes |
| | | | | | | **Builder Name:** | |
| | | | | | | **Built Desc:** Resale | |

| | | | | | |
|---|---|---|---|---|---|
| **HOA/POA/COA (Monthly):** 190 | **Bldg #:** | **Land Lease:** 0 | **Mobile Home Size:** |
| **Governing Bodies:** HOA | **Total Floors/Stories:** 2 | **Recreation Lease:** 0 | **Decal #:** |
| **Homeowners Assoc:** Mandatory | **Total Units in Bldg:** | **Min Days to Lease:** 0 | **Serial #:** |
| **Lease Times p/Year:** 1 | **Ttl Units in Complex:** | | **Brand Name:** |
| **Application Fee:** 100 | **Unit Floor #:** 1 | | **Total Assessed Value:** |
| | **Membership Fee Amount:** | | |

**Auction:** No
**Directions:** Country club drive north left into North Passage, 2nd right on North Passage Way about 10 homes left.

**Showing Instructions:** 24 Hour Notice; LA Must Accompany; Owner Occupied; Pets on Premises

**LO:** 800307    ⭐ Keller Williams Realty Jupiter    561-427-6100
**LM:** 30644631    Lori Hobin, P.A., Realtor, GRI    561-373-2401    lori@lorihobin.com
**Com/BuyerAgt:** 3%    **Comm/Non-Rep:** 1%    **Trans Brk:** 3%    **Bonus:** No    **LD:** 05/27/2016
**Var/Dual Rate:** No    **List Type:** Ex Rt    **List Off Agency:** Transaction Broker
**Owner Name:** RINEARSON SHARON
**Broker Only Remarks:** NO SHOWINGS REQUESTED BY OWNER 12-16 THROUGH 12-26 COMPANY FROM OF TOWN, THANK YOU, MERRY CHRISTMAS Text Lori Hobin to show 561.373.2401, owner occupied 24 hr notice please. All sizes appx. Far/Bar As-Is with right to inspect for Seller's Convenience.

**Any Broker Advertise:** No

| | |
|---|---|
| **Design:** Contemporary | **View:** Canal; Pool |
| **Construction:** Frame | **Waterfront Details:** Interior Canal; Navigable; Ocean Access; Seawall; Canal Width - 80 |
| **Unit Desc:** | |
| **Flooring:** Carpet; Ceramic Tile; Wood Floor | **Cooling:** Central; Electric |
| **Furnished:** Unfurnished | **Heating:** Central |
| **Dining Area:** Breakfast Area; Dining-Living | **Security:** Burglar Alarm; Fence; Gate - Manned; Security Sys-Owned |
| **Master Bedroom/Bath:** Bidet; Mstr Bdrm - Ground; Mstr Bdrm - Sitting; Mstr Bdrm - Upstairs; Separate Shower; Separate Tub | **Utilities:** Cable; Public Sewer; Public Water; Underground; Well Water |
| **Window Treatments:** Bay Window; Single Hung Metal | **Boat Services:** Private Dock; Up to 20 Ft Boat; Up to 30 Ft Boat; Up to 40 Ft Boat; Up to 50 Ft Boat; Lift |
| **Lot Description:** West of US-1; 1/4 to 1/2 Acre; Interior Lot; Paved Road; Private Road; Treed Lot | **Special Info:** |
| **Private Pool:** Heated; Inground; Screened | **Terms Considered:** Cash; Conventional |
| **Storm Protection:** | **Parking:** Garage - Attached |
| **Restrict:** No Truck/RV | **Lease Info:** Land Lease: 0; Recreation Lease: 0; Min Days to Lease: 0; Lease Times p/Year: 1 |
| **Rooms:** Attic; Cabana Bath; Den/Office; Laundry-Inside; Laundry-Util/Closet; Loft; Storage; Studio Bedroom | **Roof:** Concrete Tile |
| | **Taxes:** County Only; Homestead |
| **Equip/Appl:** Auto Garage Open; Dishwasher; Disposal; Dryer; Ice Maker; Intercom; Microwave; Range - Electric; Refrigerator; Smoke Detector; Wall Oven; Washer; Water Heater - Elec | **Equestrian Features:** |
| **SubdivInfo:** Basketball; Clubhouse | |

**Interior:** Built-in Shelves; Cook Island; Ctdrl/Vault Ceilings; Custom Mirror; Decorative Fireplace; Entry Lvl Lvng Area; Fireplace(s); French Door; Laundry Tub; Pull Down Stairs; Roman Tub; Split Bedroom; Upstairs Living Area; Volume Ceiling; W/D Hookup; Walk-in Closet
**Exterior:** Auto Sprinkler; Built-in Grill; Cabana; Covered Patio; Deck; Fence; Lake/Canal Sprinkler; Outdoor Shower; Screened Patio; Shutters; Well Sprinkler
**Maintenance Fee Incl:** Cable; Common Areas; Management Fees; Security

**Original List Price:** $775,000
**Days On Market:** 245      **Cumulative DOM:** 245
**Sold Price:**    **Sold Price Sqft:**    **Under Contract Date:** 01/27/2017 
**Selling Office:**    **Terms of Sale:**    **Sold Date:**
**Selling Agent:**

**Public Remarks:** Dock your boat out your own back door at this amazing 2600 sf home offering 3 brs, 2 dens and 3 baths!. 2 stories of windows with a gorgeous southern exposure brings such light and warmth to the generous living room featuring a stone fireplace. The dining area is open to the living and to the kitchen with tons of counter space and cabinets. Off the kitchen is a huge custom built laundry area and office. Also on the main level is a bedroom with private bath and doors to

the pool and patio area. The luxurious master suite boasts wood floors and French doors overlooking a scenic wildlife view, generous walk in closet and luscious tub and shower. The patio area perfect for enjoying the outdoors. Fully screened it offers a built in grill, in ground pool and dock on deep water canal.

Information is deemed to be reliable, but is not guaranteed. © 2017 MLS and FBS. Prepared by ███████████ on Monday, January 30, 2017 10:25 AM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 233 of 537

**Aerial 8764 North Passage**



**8764 aerial dock canal**



**8764 aerial north view**



**8764 dock canal**



**8764 canal dock**



**8764 kitchen 2**



**8764 kitchen**



**8764 living room 2**



**8764 living room**



**8764 dining**



**8764 dining living kitchen**



**8764 master**



Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 235 of 537

**8764 master**



**8764 master tub**



**8764 MASTER BR**



**8764 master bath**



**8764 MASTER BATH**



**8764 master bath 2**



**8764 master shower**



**8764 master bedroom balcony**



**8764 1ST FLOOR GUEST AND BATH**



**8764 1ST FLOOR GUEST ROOM**



**8764 guest bath**



**8764 office**



**8764 LOFT VIEW FOYER**



**8764 foyer**



**8764 LOFT VIEW LR DR**



**8764 LOFT VIEW OF LR**



**8764 LOFT**



**8764 bedroom 3**



**8764 guest bath 3**



**8764 guest bath 3a**



**8764 4th bedroom**



**8764 laundry room**



**8764 side patio and grill**



**8764 pool canal**



**8764 pool dock canal**



**2013-10-20 08.29.10**



**2014-01-20 10.33.13**



**2014-06-06 07.51.01**



**2015-03-30 07.24.21**



**2015-05-17 11.24.24**



**NOT APPROVED**

VA 1-966-132
Effective Date of Registration: July 15, 2015

Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 240 of 537

**10302027_10152130309181973_7282159978593**



**10563122_10152273957366973_5565967878013**



**20150512021810987466000000**



**20150512021812266829000000**



**IMG_20101217_095719**



**Juno Pier**



Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 241 of 537

**JUPITER BEACH SUNRISE**



**JUPITER INLET BRIDGE**



**Residential Full Report** — **8764 SE North Passage Way, Tequesta, FL 33469**

| | | |
|---|---|---|
| | **MLS#:** RX-10239049 | **List Price:** $750,000 |
| | **St:** Closed | **Type:** Single Family Detached |
| | **Orig LP:** $775,000 | **List Price/SqFt:** 279.22 |
| **Area:** 5060 | **Range Price:** | **County:** Martin |
| | **Geo Area:** PB32 | |

**Legal Desc:** NORTH PASSAGE PLAT NO 1, LOT 13

**Subdivision:** NORTH PASSAGE PLAT 1
**Development Name:** NORTH PASSAGE

| | | | | |
|---|---|---|---|---|
| **Model Name:** | | **Parcel ID:** 224042019000001304 | **Front Exp:** | N |
| **Waterfront:** | Yes | **Waterfrontage:** 95 | **Garage Spaces:** | 2 |
| | | **Multiple Ofrs Acptd:** No | **Carport Spaces:** | |
| **Lot Dimensions:** | 95X150 | **Taxes:** 8,175.23 | **Private Pool:** | Yes |
| **Lot SqFt:** | 14,244 | **Tax Year:** 2015 | **REO:** | No |
| | | **Special Assessment:** No | **Short Sale Addendum:** | No |
| **HOPA:** | No Hopa | **Dock:** 1 | **Short Sale:** | No |
| **Zoning:** | RES | **Membership Fee Required:** No | **Owner/Agent:** | No |

**Virtual Tour:** Click to View

| | | | | | |
|---|---|---|---|---|---|
| **Living Room** | 22 X 20 | **Den** | 12 X 8 | **Master Bedroom** | 21 X 27 |
| **Kitchen** | 14 X 13 | **Loft** | X | **Bedroom 2** | 12 X 13 |
| **Dining Area** | 13 X 12 | | | **Bedroom 3** | 13 X 14 |
| **Utility Room** | 11 X 6 | | | **Bedroom 4** | 9 X 8 |

| | |
|---|---|
| **LivSqFt:** 2,686 | **Bedrooms:** 3 |
| **SqFt - Total:** 3,756 | **Baths - Full:** 3 |
| **SqFt Source:** Tax Rolls | **Baths - Half:** 0 |
| **Guest Hse:** | **Baths - Total:** 3 |
| **Yr Built:** 1992 | **Pets Allowed:** Yes |
| **Builder Name:** | |
| **Built Desc:** Resale | |

| | | | |
|---|---|---|---|
| **HOA/POA/COA (Monthly):** 190 | **Bldg #:** | **Land Lease:** 0 | **Mobile Home Size:** |
| **Governing Bodies:** HOA | **Total Floors/Stories:** 2 | **Recreation Lease:** 0 | **Decal #:** |
| **Homeowners Assoc:** Mandatory | **Total Units in Bldg:** | **Min Days to Lease:** 0 | **Serial #:** |
| **Lease Times p/Year:** 1 | **Ttl Units in Complex:** | | **Brand Name:** |
| **Application Fee:** 100 | **Unit Floor #:** 1 | | **Total Assessed Value:** |
| | **Membership Fee Amount:** | | |

**Auction:** No
**Directions:** Country club drive north left into North Passage, 2nd right on North Passage Way about 10 homes on left.

**Showing Instructions:** 24 Hour Notice; LA Must Accompany; Owner Occupied; Pets on Premises

**LO:** 800307 — Keller Williams Realty Jupiter
**LM:** 30644631 — Lori J Hobin

| | | | |
|---|---|---|---|
| **Com/BuyerAgt:** 3% | **Comm/Non-Rep:** 1% | **Trans Brk:** 3% | **Bonus:** No **LD:** 05/27/2016 |
| **Var/Dual Rate:** No | **List Type:** Ex Rt | | |
| | **List Off Agency:** Transaction Broker | | |

**Owner Name:** RINEARSON SHARON

**Broker Only Remarks:** NO SHOWINGS REQUESTED BY OWNER 12-16 THROUGH 12-26 COMPANY FROM OF TOWN, THANK YOU, MERRY CHRISTMAS Text Lori Hobin to show 561.373.2401, owner occupied 24 hr notice please. All sizes appx. Far/Bar As-Is with right to inspect for Seller's Convenience.

**Any Broker Advertise:** No

**Design:** Contemporary
**Construction:** Frame
**Unit Desc:**
**Flooring:** Carpet; Ceramic Tile; Wood Floor
**Furnished:** Unfurnished
**Dining Area:** Breakfast Area; Dining-Living
**Master Bedroom/Bath:** Bidet; Mstr Bdrm - Ground; Mstr Bdrm - Sitting; Mstr Bdrm - Upstairs; Separate Shower; Separate Tub
**Window Treatments:** Bay Window; Single Hung Metal
**Lot Description:** West of US-1; 1/4 to 1/2 Acre; Interior Lot; Paved Road; Private Road; Treed Lot
**Private Pool:** Heated; Inground; Screened
**Storm Protection:**
**Restrict:** No Truck/RV
**Rooms:** Attic; Cabana Bath; Den/Office; Laundry-Inside; Laundry-Util/Closet; Loft; Storage; Studio Bedroom

**View:** Canal; Pool
**Waterfront Details:** Interior Canal; Navigable; Ocean Access; Seawall; Canal Width - 80
**Cooling:** Central; Electric
**Heating:** Central
**Security:** Burglar Alarm; Fence; Gate - Manned; Security Sys-Owned
**Utilities:** Cable; Public Sewer; Public Water; Underground; Well Water
**Boat Services:** Private Dock; Up to 20 Ft Boat; Up to 30 Ft Boat; Up to 40 Ft Boat; Up to 50 Ft Boat; Lift
**Special Info:**
**Terms Considered:** Cash; Conventional
**Parking:** Garage - Attached
**Lease Info:** Land Lease: 0; Recreation Lease: 0; Min Days to Lease: 0; Lease Times p/Year: 1
**Roof:** Concrete Tile
**Taxes:** County Only; Homestead
**Equestrian Features:**

**Equip/Appl:** Auto Garage Open; Dishwasher; Disposal; Dryer; Ice Maker; Intercom; Microwave; Range - Electric; Refrigerator; Smoke Detector; Wall Oven; Washer; Water Heater - Elec
**SubdivInfo:** Basketball; Clubhouse
**Interior:** Built-in Shelves; Cook Island; Ctdrl/Vault Ceilings; Custom Mirror; Decorative Fireplace; Entry Lvl Lvng Area; Fireplace(s); French Door; Laundry Tub; Pull Down Stairs; Roman Tub; Split Bedroom; Upstairs Living Area; Volume Ceiling; W/D Hookup; Walk-in Closet
**Exterior:** Auto Sprinkler; Built-in Grill; Cabana; Covered Patio; Deck; Fence; Lake/Canal Sprinkler; Outdoor Shower; Screened Patio; Shutters; Well Sprinkler
**Maintenance Fee Incl:** Cable; Common Areas; Management Fees; Security

**Original List Price:** $775,000
**Days On Market:** 245
**Sold Price:** 725,000
**Selling Office:** Realty Associates Florida Prop   802347
**Selling Agent:** Debra A McCaughey Wang LLC, Debbie Wang   20017435

**Cumulative DOM:** 245
**Sold Price Sqft:** 269.92
**Terms of Sale:** Conventional
**Under Contract Date:** 01/27/2017
**Sold Date:** 03/31/2017

**Public Remarks:** Dock your boat out your own back door at this amazing 2600+ sf home offering 3 brs, 2 dens and 3 baths!. 2 stories of windows with a gorgeous southern exposure brings such light and warmth to the generous living room featuring a stone fireplace. The dining area is open to the living and to the kitchen with tons of counter space and cabinets. Off the kitchen is a huge custom built laundry area and office. Also on the main level is a bedroom with private bath and doors to

the pool and patio area. The luxurious master suite boasts wood floors and French doors overlooking a scenic wildlife view, generous walk in closet and luscious tub and shower. The patio area perfect for enjoying the outdoors. Fully screened it offers a built in grill, in ground pool and dock on deep water canal.

Information is deemed to be reliable, but is not guaranteed. © 2017 MLS and FBS. Prepared by Mateusz Rymarski on Sunday, June 11, 2017 6:54 PM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

History for MLS # RX-10239049     8764 SE North Passage Way, Tequesta, FL 33469                    $725,000

| + | MLS # | Status | Price | % Change | Date | DOM | CDOM | Address |
|---|-------|--------|-------|----------|------|-----|------|---------|
| - | RX-10239049 | Closed | $725,000 | -6.5% | 04/03/2017 | 245 | 245 | 8764 SE North Passage Way |

|   | - | Status | $750,000 | | 04/03/2017 | | | |

Change by: Lori J Hobin, PA

Change at 1:19 PM Eastern: changed *Status*
Old Value: Pending
New Value: Closed

|   | - | Terms of Sale | $750,000 | | 04/03/2017 | | | |

Change by: Lori J Hobin, PA

Change at 1:19 PM Eastern: changed *Selling Agent*
Old Value:
New Value: Debra A McCaughey Wang LLC
Change at 1:19 PM Eastern: changed *Sold Date*
Old Value:
New Value: 3/31/2017
Change at 1:19 PM Eastern: changed *Sold Price*
Old Value:
New Value: 725000.00
Change at 1:19 PM Eastern: changed *Terms of Sale*
Old Value:
New Value: Convention

|   | - | Text, etc. | $750,000 | | 03/16/2017 | | | |

Change by: Lori J Hobin, PA

Change at 10:05 AM Eastern: changed *Contingency*
Old Value: B
New Value: N

|   | - | Photos | $750,000 | | 02/21/2017 | | | |

Change by: Chelsea Mulvey

Change at 10:35 AM Eastern: Removed photo

|   | - | Status | $750,000 | | 01/29/2017 | | | |

Change by: Lori J Hobin, PA

Change at 8:11 AM Eastern: changed *Status*
Old Value: Active
New Value: Pending

|   | - | Text, etc. | $750,000 | | 01/29/2017 | | | |

Change by: Lori J Hobin, PA

Change at 8:11 AM Eastern: changed *Contingency*
Old Value:
New Value: B
Change at 8:11 AM Eastern: changed *Under Contract Date*
Old Value:
New Value: 1/27/2017
Change at 8:10 AM Eastern: changed *HOA/POA/COA (Monthly)*
Old Value: 119.00
New Value: 190.00

Change by: Lori J Hobin, PA

> Change at 1:26 PM Eastern: changed *Broker Only Remarks*
> Old Value: Text Lori Hobin to show 561.37
> New Value: NO SHOWINGS REQUESTED BY OWNER

-   Status                    $750,000                        12/01/2016        57
Change by: Lori J Hobin, PA

> Change at 9:49 AM Eastern: changed *Status*
> Old Value: Expired
> New Value: Active

-   Status                    $750,000                        12/01/2016        57
Change by: Lori J Hobin, PA

> Change at 9:49 AM Eastern: Listing put back on market
> Change at 9:49 AM Eastern: changed *Expiration Date*
> Change at 9:49 AM Eastern: changed *Fallthrough Date*
> Old Value:
> New Value: 11/30/2016

Change by: RAPB/JTHS MLS

> Change at 1:00 AM Eastern: changed *Status*
> Old Value: Active
> New Value: Expired

-   Open House                $750,000                        09/18/2016        131
Change by: Lori J Hobin, PA

> Change at 1:15 PM Eastern on 09/08/2016: Open House was held from 1:00 PM
> until 4:00 PM on 09/18/2016

-   Text, etc.                $750,000                        09/14/2016        135
Change by: Lori J Hobin, PA

> Change at 11:32 AM Eastern: changed *Public Remarks*
> Old Value: DOCK YOUR BOAT OUT YOUR OWN BA
> New Value: Dock your boat out your own ba

-   Price Change              $750,000        -3.2%           08/03/2016        177
Change by: Lori J Hobin, PA

> Change at 1:13 PM Eastern: changed *List Price*
> Old Value: 775000.00
> New Value: 750000.00

-   Text, etc.                $775,000                        07/12/2016        199
Change by: Lori J Hobin, PA

> Change at 12:49 PM Eastern: changed *Public Remarks*
> Old Value: CK DOOR AT THIS AMAZING 4 BEDR
> New Value: CK DOOR AT THIS AMAZING 3 BEDR
> Change at 12:49 PM Eastern: changed *Total Bedrooms*
> Old Value: 4.00
> New Value: 3.00

-   Text, etc.                $775,000                        06/09/2016        231
Change by: Lori J Hobin, PA

Change at 10:00 PM Eastern: changed *Broker Only Remarks*
Old Value: Text John Casey to show 561.75
New Value: Text Lori Hobin to show 561.37

| - | New | $775,000 | 05/30/2016 | 241 |

Change by: Lori J Hobin, PA

Change at 9:57 PM Eastern: Removed photo
Change at 9:56 PM Eastern: Added photo "8764 guest bath"
Change at 9:56 PM Eastern: Added photo "8764 guest bath"
Change at 9:56 PM Eastern: Added photo "8764 bedroom 3"
Change at 9:45 PM Eastern: Changed Virtual Tour
Change at 9:45 PM Eastern: Changed Virtual Tour Unbranded
Change at 9:45 PM Eastern: Added Virtual Tour
Change at 9:45 PM Eastern: Added Virtual Tour Unbranded
Change at 9:45 PM Eastern: Added Virtual Tour
Change at 9:45 PM Eastern: Added Virtual Tour Unbranded
Change at 9:38 PM Eastern: Added photo "JUPITER INLET BR"
Change at 9:38 PM Eastern: Added photo "JUPITER BEACH SU"
Change at 9:38 PM Eastern: Added photo "Juno Pier"
Change at 9:38 PM Eastern: Added photo "IMG_20101217_095"
Change at 9:38 PM Eastern: Added photo "2015051202181226"
Change at 9:38 PM Eastern: Added photo "2015051202181098"
Change at 9:38 PM Eastern: Added photo "10563122_1015227"
Change at 9:38 PM Eastern: Added photo "10302027_1015213"
Change at 9:37 PM Eastern: Added photo "2015-05-17 11.24"
Change at 9:37 PM Eastern: Added photo "2015-03-30 07.24"
Change at 9:37 PM Eastern: Added photo "2014-06-06 07.51"
Change at 9:37 PM Eastern: Added photo "2014-01-20 10.33"
Change at 9:37 PM Eastern: Added photo "2013-10-20 08.29"
Change at 9:18 PM Eastern: Added photo "DSCN1348"
Change at 9:17 PM Eastern: Added photo "8764 master show"
Change at 9:17 PM Eastern: Added photo "8764 master bath"
Change at 9:16 PM Eastern: Added photo "8764 guest bath"
Change at 9:15 PM Eastern: Added photo "8764 foyer"
Change at 9:15 PM Eastern: Added photo "8764 4th bedroom"
Change at 9:03 PM Eastern: Removed photo
Change at 8:47 PM Eastern: Added photo "8764 pool dock c"
Change at 8:47 PM Eastern: Added photo "8764 master"
Change at 8:47 PM Eastern: Added photo "8764 master tub"
Change at 8:46 PM Eastern: Added photo "8764 master sitt"
Change at 8:46 PM Eastern: Added photo "8764 MASTER BR"
Change at 8:46 PM Eastern: Added photo "8764 MASTER BATH"
Change at 8:45 PM Eastern: Added photo "8764 LOFT"
Change at 8:45 PM Eastern: Added photo "8764 LOFT VIEW O"
Change at 8:44 PM Eastern: Added photo "8764 LOFT VIEW L"
Change at 8:44 PM Eastern: Added photo "8764 LOFT VIEW F"
Change at 8:36 PM Eastern: Added photo "8764 LOFT VIEW F"
Change at 8:33 PM Eastern: Added photo "8764 laundry roo"
Change at 8:28 PM Eastern: Added photo "8764 1ST FLOOR G"
Change at 8:27 PM Eastern: Added photo "8764 1ST FLOOR G"
Change at 7:59 PM Eastern: Added photo "8764 pool canal"
Change at 7:59 PM Eastern: Added photo "8764 office"
Change at 7:59 PM Eastern: Added photo "8764 master"
Change at 7:59 PM Eastern: Added photo "8764 master bedr"
Change at 7:59 PM Eastern: Added photo "8764 master bath"
Change at 7:59 PM Eastern: Added photo "8764 living room"
Change at 7:59 PM Eastern: Added photo "8764 living room"
Change at 7:59 PM Eastern: Added photo "8764 kitchen"
Change at 7:59 PM Eastern: Added photo "8764 kitchen 2"
Change at 7:58 PM Eastern: Added photo "8764 dock canal"
Change at 7:58 PM Eastern: Added photo "8764 dining"

Change at 7:58 PM Eastern: Added photo "8764 dining livi"
Change at 7:58 PM Eastern: Added photo "8764 canal dock"
Change at 7:58 PM Eastern: Added photo "8764 aerial nort"
Change at 7:58 PM Eastern: Added photo "8764 aerial dock"
Change at 7:56 PM Eastern: Added new listing

| - | RX-10127621 | Expired | $775,000 | 40.9% | 04/12/2016 | 365 | 365 | 8764 SE North Passage Way |
|---|---|---|---|---|---|---|---|---|

| | - | Status | $775,000 | | 04/13/2016 | | | |

Change by: RAPB/JTHS MLS

    Change at 1:00 AM Eastern: changed *Status*
        Old Value: Active
        New Value: Expired

| | - | Photos, etc. | $775,000 | | 03/20/2016 | 23 | | |

Change by: John Pinkham

    Change at 12:36 PM Eastern: changed *Public Remarks*
        Old Value: . Come see for yourself this l
        New Value: . Outside of house was recentl
    Change at 12:36 PM Eastern: changed *Auction*
        Old Value:
        New Value: N
    Change at 12:31 PM Eastern: Removed photo
    Change at 12:30 PM Eastern: Added photo "IMG_0102"
    Change at 12:26 PM Eastern: Added photo "DSC_0180"
    Change at 12:26 PM Eastern: Added photo "DSC_0177"
    Change at 12:25 PM Eastern: Added photo "DSC_0176"
    Change at 12:25 PM Eastern: Added photo "DSC_0170"
    Change at 12:25 PM Eastern: Added photo "DSC_0167"
    Change at 12:25 PM Eastern: Added photo "DSC_0149"
    Change at 12:25 PM Eastern: Added photo "DSC_0145"
    Change at 12:25 PM Eastern: Added photo "DSC_0142"
    Change at 12:20 PM Eastern: Added photo "DSC_0175"
    Change at 12:20 PM Eastern: Added photo "DSC_0169"
    Change at 12:20 PM Eastern: Added photo "DSC_0166"
    Change at 12:20 PM Eastern: Added photo "DSC_0165"
    Change at 12:20 PM Eastern: Added photo "DSC_0150"
    Change at 12:20 PM Eastern: Added photo "DSC_0146"
    Change at 12:20 PM Eastern: Added photo "DSC_0144"
    Change at 12:19 PM Eastern: Removed photo
    Change at 12:19 PM Eastern: Removed photo
    Change at 12:19 PM Eastern: Removed photo

| | - | Listing Agent | $775,000 | | 07/30/2015 | 257 | | |

Change by: John Pinkham

    Change at 10:11 AM Eastern: changed *Co-listing Agent*
        Old Value: Ron Bill
        New Value: null
    Change at 10:11 AM Eastern: changed *Co-listing Agent*
        Old Value: John Pinkham
        New Value: Ron Bill
    Change at 10:11 AM Eastern: changed *Listing Agent*
        Old Value: Ron Bill
        New Value: John Pinkham

Change by: Ron Bill

    Change at 9:56 AM Eastern: changed *Co-listing Agent*

Old Value: null
New Value: John Pinkham
Change at 9:55 AM Eastern: changed *Co-listing Agent*
Old Value: Ron Bill
New Value: null
Change at 9:55 AM Eastern: changed *Listing Agent*
Old Value: John Pinkham
New Value: Ron Bill

| - | Photos | $775,000 | 07/28/2015 | 259 |

Change by: John Pinkham

Change at 4:12 PM Eastern: Removed photo
Change at 4:03 PM Eastern: Removed photo
Change at 4:03 PM Eastern: Removed photo

| - | Tour | $775,000 | 05/28/2015 | 320 |

Change by: John Pinkham

Change at 12:29 PM Eastern on 05/25/2015: Tour was held from 10:00 AM until 12:00 PM on 05/28/2015

| - | Text, etc. | $775,000 | 05/25/2015 | 323 |

Change by: John Pinkham

Change at 12:29 PM Eastern: Added Tour
Change at 12:25 PM Eastern: changed *Co-listing Agent*
Old Value: null
New Value: Ron Bill

| - | Photos | $775,000 | 05/09/2015 | 339 |

Change by: John Pinkham

Change at 1:20 PM Eastern: Added photo "View"
Change at 1:20 PM Eastern: Added photo "Foyer"
Change at 1:14 PM Eastern: Removed photo
Change at 1:14 PM Eastern: Removed photo
Change at 1:13 PM Eastern: Removed photo
Change at 1:12 PM Eastern: Removed photo
Change at 1:09 PM Eastern: Removed photo
Change at 1:06 PM Eastern: Removed photo
Change at 1:06 PM Eastern: Removed photo
Change at 1:06 PM Eastern: Removed photo
Change at 1:05 PM Eastern: Added photo "Master Bedroom 1"
Change at 1:05 PM Eastern: Added photo "Master Bedroom"
Change at 1:05 PM Eastern: Added photo "Master 2:11:2014"
Change at 1:05 PM Eastern: Added photo "Master"
Change at 12:59 PM Eastern: Added photo "shower"
Change at 12:59 PM Eastern: Added photo "Pool"
Change at 12:59 PM Eastern: Added photo "Night"
Change at 12:59 PM Eastern: Added photo "Master Suite"
Change at 12:59 PM Eastern: Added photo "Master Bed"
Change at 12:59 PM Eastern: Added photo "Master Bath Sink"
Change at 12:59 PM Eastern: Added photo "Living Rm:Front"
Change at 12:59 PM Eastern: Added photo "Laundry"
Change at 12:59 PM Eastern: Added photo "Kitchen Out"
Change at 12:58 PM Eastern: Added photo "Into Kitchen"
Change at 12:58 PM Eastern: Added photo "House from Stree"
Change at 12:58 PM Eastern: Added photo "Guest Two"
Change at 12:58 PM Eastern: Added photo "Guest Shower"

Change at 12:58 PM Eastern: Added photo "Guest Bed"
Change at 12:58 PM Eastern: Added photo "Guest Bath"
Change at 12:58 PM Eastern: Added photo "Going Up"
Change at 12:58 PM Eastern: Added photo "From Water"
Change at 12:58 PM Eastern: Added photo "Family"
Change at 12:58 PM Eastern: Added photo "Dock"
Change at 12:58 PM Eastern: Added photo "Bonus"

| - | Text, etc. | $775,000 | | 05/04/2015 | 344 | |

Change by: John Pinkham

Change at 11:38 AM Eastern: changed *Public Remarks*
    Old Value: Passage. Lovely spacious, high
    New Value: Passage.This light & bright de
Change at 11:38 AM Eastern: changed *Total Bedrooms*
    Old Value: 4.00
    New Value: 3.00

| - | Photos, etc. | $775,000 | | 04/20/2015 | 358 | |

Change by: John Pinkham

Change at 8:43 PM Eastern: Removed photo
Change at 8:41 PM Eastern: Added photo "North Passage 01"
Change at 8:41 PM Eastern: Added photo "North Passage 01"
Change at 8:41 PM Eastern: Added photo "North Passage 01"
Change at 8:41 PM Eastern: Added photo "North Passage 00"
Change at 8:41 PM Eastern: Added photo "North Passage 00"
Change at 8:41 PM Eastern: Added photo "North Passage 00"
Change at 8:40 PM Eastern: Added photo "North Passage 00"
Change at 8:40 PM Eastern: Added photo "North Passage 00"
Change at 8:40 PM Eastern: Added photo "North Passage 00"
Change at 8:40 PM Eastern: Added photo "North Passage 00"
Change at 8:40 PM Eastern: Added photo "North Passage 00"
Change at 8:40 PM Eastern: Added photo "North Passage 01"
Change at 8:39 PM Eastern: Added photo "North Passage 01"
Change at 8:39 PM Eastern: Added photo "North Passage 01"
Change at 7:27 AM Eastern: changed *Broker Only Remarks*
    Old Value: please.
    New Value: please. No commission due unt

| - | Photos, etc. | $775,000 | | 04/16/2015 | 362 | |

Change by: John Pinkham

Change at 10:54 AM Eastern: Added photo "Sharon Side Yard"
Change at 10:52 AM Eastern: changed *Total Bedrooms*
    Old Value: 3.00
    New Value: 4.00
Change at 10:52 AM Eastern: changed *Baths - Half*
    Old Value: 1.00
    New Value: 0.00

| - | New | $775,000 | | 04/13/2015 | 364 | |

Change by: John Pinkham

Change at 7:52 PM Eastern: Added new listing

| - | RX-3214902 | Closed | $550,000 | -21.3% | 11/04/2011 | 77 | 77 | 8764 SE North Passage Way |
| - | | Status | $569,000 | | 11/04/2011 | | | |

Change at 1:00 AM Eastern: changed *Status*
    Old Value:
    New Value: Closed

| - | Status | $569,000 | | 10/18/2011 | |
|---|--------|----------|---|------------|---|

Change by: RAPB/JTHS MLS

Change at 1:00 AM Eastern: changed *Sold Price*
    Old Value:
    New Value: 550000.0
Change at 1:00 AM Eastern: changed *Sold Date*
    Old Value:
    New Value: 10/18/2011
Change at 1:00 AM Eastern: changed *Selling Agent*
    Old Value:
    New Value: John Pinkham

Change by: John Pinkham

Change at 1:00 AM Eastern: changed *Status*
    Old Value:
    New Value: Closed

| - | Status | $569,000 | | 09/26/2011 | 21 |
|---|--------|----------|---|------------|----|

Change by: Angelina M Martinsen

Change at 5:31 PM Eastern: changed *Status*
    Old Value: Pending
    New Value: Contingent

| - | New | $569,000 | | 08/01/2011 | 77 |
|---|-----|----------|---|------------|----|

Change by: RAPB/JTHS MLS

Change at 1:00 AM Eastern: Added new listing

| - | RX-3079902 | Expired | $699,000 | | 04/27/2010 | 101 | 101 | 8764 SE North Passage Way |
|---|------------|---------|----------|---|------------|-----|-----|---------------------------|

| - | Status | $699,000 | 04/27/2010 |
|---|--------|----------|------------|

Change by: RAPB/JTHS MLS

Change at 1:00 AM Eastern: changed *Status*
    Old Value:
    New Value: Expired

| - | Status | $699,000 | 04/26/2010 | 0 |
|---|--------|----------|------------|---|

Change by: Maureen C Lis

Change at 1:00 AM Eastern: changed *Status*
    Old Value:
    New Value: Expired

| - | New | $699,000 | 01/15/2010 | 101 |
|---|-----|----------|------------|-----|

Change by: RAPB/JTHS MLS

Change at 1:00 AM Eastern: Added new listing

Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 251 of 537

Aerial 8764 North Passage



8764 aerial dock canal



8764 aerial north view



8764 dock canal



8764 canal dock



8764 kitchen 2



**8764 kitchen**



**8764 living room 2**



**8764 living room**



**8764 dining**



**8764 dining living kitchen**



**8764 master**



**8764 master**



**8764 master tub**



**8764 MASTER BR**



**8764 master bath**



**8764 MASTER BATH**



**8764 master bath 2**



**8764 master shower**



**8764 master bedroom balcony**



**8764 1ST FLOOR GUEST AND BATH**



**8764 1ST FLOOR GUEST ROOM**



**8764 guest bath**



**8764 office**



**8764 LOFT VIEW FOYER**



**8764 foyer**



**8764 LOFT VIEW LR DR**



**8764 LOFT VIEW OF LR**



**8764 LOFT**



**8764 bedroom 3**



**8764 guest bath 3**



**8764 guest bath 3a**



**8764 4th bedroom**



**8764 laundry room**



**8764 side patio and grill**



**8764 pool canal**



**8764 pool dock canal**



**2013-10-20 08.29.10**



**2014-01-20 10.33.13**



**2014-06-06 07.51.01**



**2015-03-30 07.24.21**



**10302027_10152130309181973_7282159978593**



Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 258 of 537

**10563122_10152273957366973_5565967878013**



**2015051202181098746600000**



**2015051202181226682900000**



**IMG_20101217_095719**



**Juno Pier**



**JUPITER BEACH SUNRISE**



**JUPITER INLET BRIDGE**



# Exhibit 13





**EXHIBIT**

13-A

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-966-132**

**Effective Date of Registration:**
July 15, 2015

## Title

**Title of Work:** Group Registration Photos, Selected 2010 Photographs Including Ballaria, Birthday Cake House, Jupiter Lighthouse, Mirasol and Others, published Jan. 14, 2010 to Dec. 14, 2010; 53 photos

**Content Title:** West Palm Beach skyline B 2010 AAP, Jan. 14, 2010; West Palm Beach skyline A 2010 AAP, Jan. 19, 2010; Bethesda Breakers aerial 2011 AAP, Jan. 14, 2010; Biltmore sunset A 2010 AAP, Feb. 20, 2010; Trianon at Sunset E 2010 AAP, Feb. 23, 2010; Trianon Building aerial A 2010 AAP, Feb. 23, 2010; Palm Beach Sunset X 2010 AAP, Feb. 25, 2010; Phillips Point at Sunset A 2010 AAP, Feb. 25, 2010; Night on Clamatis A 2010 AAP, Feb. 25, 2010; Trianon Building aerial D 2010 AAP, Feb. 26, 2010; Palm Beach County Convention Center A 2010 AAP, Mar. 10, 2010; WPB Convention Center at night 2010 AAP, Mar. 23, 2010; Biltmore and Boats C 2010 AAP, Mar. 26, 2010; Palm Harbour West Palm night walk 2010 AAP, Mar. 26, 2010; Biltmore and Boats D 2010 AAP, Mar. 26, 2010; Jupiter Lighthouse aerial d 2010 AAP, Apr. 2, 2010; Jupiter Lighthouse aerial c 2010 AAP, Apr. 2, 2010; 1220 S Ocean Blvd aerial a 2010 AAP, May 20, 2010; Mar a Lago aerial a 2010 AAP, May 21, 2010; Mar a Lago aerial B 2010 AAP, May 21, 2010; Ballenisles Tennis aerial 2010 AAP, May 27, 2010;



Frenchmans Creek golf aerial 2010 AAP, May 27, 2010; Marina Grande aerial B 2010 AAP, Jun. 6, 2010; Breakers Hotel night 2010 AAP, Jun. 25, 2010; Isamu Noguchi Four Arts A 2010 AAP, Jun. 28, 2010; Trump Plaza Four Arts 2010 AAP, Jul. 1, 2010; Boca Raton Mizner Grand aerial 2010 AAP, Jul. 2, 2010; Mirasol Fountain A 2010 AAP, Jul. 7, 2010; Mirasol Clubhouse aeril A 2010 AAP, Jul. 9, 2010; One Singer Island aerial A 2010 AAP, Jul. 9, 2010; One Singer Island aerial B 2010 AAP, Jul. 9, 2010; Ballaria aerial B 2010 AAP, Jul. 9, 2010; Bellaria aerial A 2010 AAP, Jul. 10, 2010; One Singer Island aerial C 2010 AAP, Jul. 10, 2010; West Palm Beach skyline D 2010 AAP, Jul. 13, 2010; Esplanade Grande A 2010 AAP, Jul. 21, 2010; Night Fishing in Palm Beach 2010 AAP, Jul. 23, 2010; Dune Towers aerial  A 2010 AAP, Jul. 24, 2010; 700 Ocean Drive Juno aerial 2010 AAP, Jul. 24, 2010; Carlyle Jupiter aerial a 2010 AAP, Jul. 24, 2010; Equestrian A 2010 AAP, Aug. 6, 2010; Jupiter Lighthouse with Boat a 2010 AAP, Aug. 27, 2010; Jupiter Lighthouse with Boat b text 2010 AAP, Aug. 27, 2010; Birthday Cake House aerial a 2010 AAP, Oct. 9, 2010; Birthday Cake House aerial b 2010 AAP, Oct. 9, 2010; Oasis Singer Island sign 2010 AAP, Oct. 26, 2010; Worth Ave A 2010 AAP, Nov. 14, 2010; Colony Hotel Delray Beach 2010 AAP, Nov. 21, 2010; Worth Ave night X 2010 AAP, Nov. 21, 2010; Mizner Fountain A 2010 AAP, Nov. 28, 2010; Jupiter Island golf aerial 2010 AAP, Dec. 5, 2010; Old Palm Clubhouse aerial a 2010 AAP, Dec. 11, 2010; Old Palm golfer at sunset 2010 AAP, Dec. 14, 2010;

**EXHIBIT**

**13-B**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-966-132**

**Effective Date of Registration:**
July 15, 2015

## Title _____

**Title of Work:** Group Registration Photos, Selected 2010 Photographs Including Ballaria, Birthday Cake House, Jupiter Lighthouse, Mirasol and Others, published Jan. 14, 2010 to Dec. 14, 2010; 53 photos

**Content Title:** West Palm Beach skyline B 2010 AAP, Jan. 14, 2010; West Palm Beach skyline A
2010 AAP, Jan. 19, 2010; Bethesda Breakers aerial 2011 AAP, Jan. 14, 2010; Biltmore sunset A 2010 AAP, Feb. 20, 2010; Trianon at Sunset E 2010 AAP, Feb. 23, 2010; Trianon Building aerial A 2010 AAP, Feb. 23, 2010; Palm Beach Sunset X 2010 AAP, Feb. 25, 2010; Phillips Point at Sunset A 2010 AAP, Feb. 25, 2010; Night on Clamatis A 2010 AAP, Feb. 25, 2010; Trianon Building aerial D 2010 AAP, Feb. 26, 2010; Palm Beach County Convention Center A 2010 AAP, Mar. 10, 2010; WPB Convention Center at night 2010 AAP, Mar. 23, 2010; Biltmore and Boats C 2010 AAP, Mar. 26, 2010; Palm Harbour West Palm night walk 2010 AAP, Mar. 26, 2010; Biltmore and Boats D 2010 AAP, Mar. 26, 2010; Jupiter Lighthouse aerial d 2010 AAP, Apr. 2, 2010; Jupiter Lighthouse aerial c 2010 AAP, Apr. 2, 2010; 1220 S Ocean Blvd aerial a 2010 AAP, May 20, 2010; Mar a Lago aerial a 2010 AAP, May 21, 2010; Mar a Lago aerial B
2010 AAP, May 21, 2010; Ballenisles Tennis aerial 2010 AAP, May 27, 2010;

Frenchmans Creek golf aerial 2010 AAP, May 27, 2010; Marina Grande aerial B 2010 AAP, Jun. 6, 2010; Breakers Hotel night 2010 AAP, Jun. 25, 2010; Isamu Noguchi Four Arts A 2010 AAP, Jun. 28, 2010; Trump Plaza Four Arts 2010 AAP, Jul. 1, 2010; Boca Raton Mizner Grand aerial 2010 AAP, Jul. 2, 2010; Mirasol Fountain A 2010 AAP, Jul. 7, 2010; Mirasol Clubhouse aeril A 2010 AAP, Jul. 9, 2010; One Singer Island aerial A 2010 AAP, Jul. 9, 2010; One Singer Island aerial B 2010 AAP, Jul. 9, 2010; Ballaria aerial B 2010 AAP, Jul. 9, 2010; Bellaria aerial A 2010 AAP, Jul. 10, 2010; One Singer Island aerial C 2010 AAP, Jul. 10, 2010; West Palm Beach skyline D 2010 AAP, Jul. 13, 2010; Esplanade Grande A 2010 AAP, Jul. 21, 2010; Night Fishing in Palm Beach 2010 AAP, Jul. 23, 2010; Dune Towers aerial  A 2010 AAP, Jul. 24, 2010; 700 Ocean Drive Juno aerial 2010 AAP, Jul. 24, 2010; Carlyle Jupiter aerial a 2010 AAP, Jul. 24, 2010; Equestrian A 2010 AAP, Aug. 6, 2010; Jupiter Lighthouse with Boat a 2010 AAP, Aug. 27, 2010; Jupiter Lighthouse with Boat b text 2010 AAP, Aug. 27, 2010; Birthday Cake House aerial a 2010 AAP, Oct. 9, 2010; Birthday Cake House aerial b 2010 AAP, Oct. 9, 2010; Oasis Singer Island sign 2010 AAP, Oct. 26, 2010; Worth Ave A 2010 AAP, Nov. 14, 2010; Colony Hotel Delray Beach 2010 AAP, Nov. 21, 2010; Worth Ave night X 2010 AAP, Nov. 21, 2010; Mizner Fountain A 2010 AAP, Nov. 28, 2010; Jupiter Island golf aerial 2010 AAP, Dec. 5, 2010; Old Palm Clubhouse aerial a 2010 AAP, Dec. 11, 2010; Old Palm golfer at sunset 2010 AAP, Dec. 14, 2010;

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | January 14, 2010 |
| **Nation of 1st Publication:** | United States |

## Author

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
- **Author Created:** photograph
- **Work made for hire:** Yes
- **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:** Robert Stevens
**Date:** July 15, 2015

**Copyright Office notes:** Basis for Registration: Registered as an unpublished collection.





19670 Beach Rd Unit A304, Jupiter • $1,095,000
2 beds • 2 full, 1 half baths • 2,011 sq ft

Save this Home | Contact Agent



40 / 42

                    

Map | Street

**Residential Full Report** — 19639 Beach Road A304, Jupiter, FL 33469

| | | | |
|---|---|---|---|
| | | **List Price:** $1,095,098 | |
| **MLS#:** RX-10374463 | **St:** Active | **Type:** Condo/Coop | |
| **Orig LP:** $1,095,000 | **Range Price:** | **List Price/SqFt:** 544.78 | |
| **Area:** 5030 | **Geo Area:** PB32 | **County:** Palm Beach | |

**Legal Desc:** SEAWATCH AT JUPITER ISLAND COND UNIT A-304
**Subdivision:** SEAWATCH AT JUPITER ISLAND CONDO
**Development Name:**

| | | | | |
|---|---|---|---|---|
| **Model Name:** | **Parcel ID:** | 00434030300003040 | **Front Exp:** | E |
| **Waterfront:** Yes | **Waterfrontage:** | | **Garage Spaces:** | 1 |
| | **Multiple Ofrs Acptd:** | No | **Carport Spaces:** | |
| **Lot SqFt:** | **Taxes:** | 10,968 | **Private Pool:** | No |
| **HOPA:** No Hopa res | **Tax Year:** | 2017 | **REO:** | No |
| | **Special Assessment:** | No | **Short Sale Addendum:** | No |
| **Zoning:** | **Dock:** | DAY DOCK | **Short Sale:** | No |
| | **Membership Fee Required:** | No | **Owner/Agent:** | No |

**Virtual Tour:** Click to View

| | | | | | |
|---|---|---|---|---|---|
| **Living Room** | 22 X 15 | **Master Bedroom** | 18 X 16 | **LivSqFt:** 2,010 | **Bedrooms:** 2 |
| **Kitchen** | 14 X 14 | **Bedroom 2** | X | **SqFt - Total:** 2,400 | **Baths - Full:** 2 |
| **Dining Room** | 14 X 14 | | | **SqFt Source:** Tax Rolls | **Baths - Half:** 1 |
| | | | | **Guest Hse:** | **Baths - Total:** 2.1 |
| | | | | **Yr Built:** 1984 | **Pets Allowed:** Yes |
| | | | | **Builder Name:** | |
| | | | | **Built Desc:** Resale | |

| | | | | | |
|---|---|---|---|---|---|
| **HOA/POA/COA (Monthly):** 1,147 | | **Bldg #:** | | **Land Lease:** | **Mobile Home Size:** |
| **Governing Bodies:** | Condo | **Total Floors/Stories:** | 7 | **Recreation Lease:** | **Decal #:** |
| **Homeowners Assoc:** | Mandatory | **Total Units in Bldg:** | 65 | **Min Days to Lease:** 90 | **Serial #:** |
| **Lease Times p/Year:** | 2 | **Ttl Units in Complex:** | 65 | | **Brand Name:** |
| **Application Fee:** | 100 | **Unit Floor #:** | 3 | | **Total Assessed Value:** |
| | | **Membership Fee Amount:** | | | |

**Auction:** No
**Directions:** Us1 and Alt A1A to S. Beach Road north past coral cay park first condo on right after park.
**Showing Instructions:** Appointment Only; LA Must Accompany; Schedule Online

| | | | |
|---|---|---|---|
| **LO:** 800788 | Re/Max Ocean Properties | 561-839-1770 | |
| **LM:** 30644631 | Lori Hobin, P.A., Realtor, GRI | 561-373-2401 | lori@lorihobin.com |
| **Com/BuyerAgt:** 3% | **Comm/Non-Rep:** $500 | **Trans Brk:** 3% | **Bonus:** | **LD:** 10/15/2017 |
| **Var/Dual Rate:** Yes | **List Type:** Ex Rt | **List Off Agency:** Transaction Broker | |

**Owner Name:** Rowe, Marjorie Trust
**Broker Only Remarks:** Text Lori for showings, easy to show 561.373.2401 All sizes appx. As Is Far/Bar contract please. Thank you for showing.
**Any Broker Advertise:** No

**Design:** 4+ Floors
**Construction:** Mixed
**Unit Desc:**
**Flooring:** Carpet; Tile
**Furnished:** Furniture Negotiable; Unfurnished
**Dining Area:** Breakfast Area; Dining Family; Eat-In Kitchen; Formal
**Master Bedroom/Bath:** Bidet; Dual Sinks; Mstr Bdrm - Sitting; Separate Shower; Separate Tub
**Window Treatments:** Hurricane Windows; Impact Glass
**Storm Protection:** Accordion Shutters: Partial; Impact Glass: Complete
**ADA Compliant:** Elevator; Entry
**Restrict:** Buyer Approval; Lease OK w/Restrict; 1 Pet; < 20 lb Pet
**Rooms:** Family; Great; Laundry-Inside; Storage

**View:** Intracoastal; Ocean; Tennis
**Waterfront Details:** Intracoastal; Oceanfront
**Cooling:** Central; Electric
**Heating:** Central; Electric
**Security:** Private Guard; TV Camera
**Membership:** No Membership Avail
**Utilities:** Cable; Electric Service Available; Public Sewer; Public Water
**Boat Services:** Common Dock
**Special Info:**
**Terms Considered:** Cash; Conventional
**Parking:** Assigned; Deeded; Garage - Building; Under Building
**Lease Info:** Min Days to Lease: 90; Lease Times p/Year: 2
**Taxes:** County Only
**Equestrian Features:**

**Equip/Appl:** Auto Garage Open; Dishwasher; Disposal; Dryer; Ice Maker; Microwave; Range - Electric; Refrigerator; Storm Shutters; Washer; Water Heater - Elec
**SubdivInfo:** Bike - Jog; Bike Storage; Billiards; Clubhouse; Community Room; Elevator; Exercise Room; Extra Storage; Game Room; Library; Lobby; Manager on Site; Picnic Area; Pool; Sidewalks; Tennis; Beach Access by Easement
**Interior:** Built-in Shelves; Fire Sprinkler; Foyer; Laundry Tub; Pantry; Walk-in Closet
**Exterior:** Covered Balcony; Open Balcony; Shutters; Tennis Court
**Maintenance Fee Incl:** Cable; Common Areas; Common R.E. Tax; Elevator; Insurance-Bldg; Lawn Care; Maintenance-Exterior; Maintenance-Interior; Manager; Parking; Pool Service; Roof Maintenance; Security; Trash Removal
**Original List Price:** $1,095,000
**Days On Market:** 65
**Cumulative DOM:** 65

| | | | |
|---|---|---|---|
| **Sold Price:** | **Sold Price Sqft:** | **Under Contract Date:** | |
| **Selling Office:** | **Terms of Sale:** | **Sold Date:** | |
| **Selling Agent:** | | | |

**Public Remarks:** Breathtaking Direct OceanFront to IntraCoastal living at it's finest. Sip your coffee watching the glorious sunrise and then celebrate the great day with happy hour on the west balcony enjoying the multi colors of the sunset. Miles of beautiful beaches for surfing, swimming and fishing and IntraCoastal waterways for paddleboarding, boating, kayaking and jetskiing and then enjoy a swim in the pool and spa to cap off the day. This most sought after "A" Floor plan offers a large kitchen with ample countertops and sliders to an oversized balcony, wet bar with formal dining area and generous living room, a lavish master suite, newly remodeled baths and large walk in closet. The guest bedroom has a private bath and walk in closet as well. A small pet under 25 lbs is welcome. #ComeJoinUs!

Information is deemed to be reliable, but is not guaranteed. © 2017 MLS and FBS. Prepared by Mateusz Rymarski on Tuesday, December 19, 2017 9:27 AM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

**History for MLS # RX-10374463**      19670 Beach Road A304, Jupiter, FL 33469                                                      **$1,095,000**

| + | MLS # | Status | Price | % Change | Date | DOM | CDOM | Address |
|---|-------|--------|-------|----------|------|-----|------|---------|
| - | RX-10374463 | Active | $1,095,000 | | 10/18/2017 | 65 | 65 | 19670 Beach Road A304 |
| | - | Open House | $1,095,000 | | 01/21/2018 | | | |

Change by: Lori J Hobin

Change at 8:19 PM Eastern on 12/16/2017: Open House to be held from 1:00 PM until 3:00 PM on 01/21/2018

| | - | Open House | $1,095,000 | | 01/07/2018 | | | |

Change by: Lori J Hobin

Change at 8:18 PM Eastern on 12/16/2017: Open House to be held from 1:00 PM until 3:00 PM on 01/07/2018

| | - | Open House | $1,095,000 | | 12/03/2017 | 16 | | |

Change by: Lori J Hobin

Change at 3:49 PM Eastern on 11/30/2017: Open House was held from 1:00 PM until 3:00 PM on 12/03/2017

| | - | Open House | $1,095,000 | | 11/19/2017 | 30 | | |

Change by: Lori J Hobin

Change at 10:42 AM Eastern on 11/14/2017: Open House was held from 1:00 PM until 3:00 PM on 11/19/2017
Change at 10:39 AM Eastern on 11/14/2017: This Open House was created.

| | - | Open House | $1,095,000 | | 11/05/2017 | 44 | | |

Change by: Lori J Hobin

Change at 10:18 PM Eastern on 11/04/2017: Open House was held from 1:00 PM until 3:00 PM on 11/05/2017

| | - | New | $1,095,000 | | 10/18/2017 | 62 | | |

Change by: Lori J Hobin

Change at 6:51 PM Eastern: Added Virtual Tour
Change at 6:51 PM Eastern: Added Virtual Tour Unbranded
Change at 6:49 PM Eastern: Added new listing

| - | RX-3155037 | Expired | $4,900 | | 11/16/2011 | 365 | 365 | 19670 Beach Road A304 |
| | - | Status | $4,900 | | 11/16/2011 | | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| | - | Status | $4,900 | | 11/15/2011 | 0 | | |

Change by: Rachel Raker

Change at 1:00 AM Eastern: changed *Status*
Old Value:

New Value: Expired

| - | Price Change | $4,900 | -10.9% | 12/09/2010 | 341 | | |
|---|---|---|---|---|---|---|---|

Change by: Rachel Raker

Change at 12:19 PM Eastern: changed *Rental Price*
Old Value:
New Value: 4900

| - | New | $5,500 | | 11/15/2010 | 365 | | |
|---|---|---|---|---|---|---|---|

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: Added new listing

| - | RX-2122863 | Expired | $3,200 | | 01/01/2002 | 228 | 228 | 19670 BEACH Road A304 |
|---|---|---|---|---|---|---|---|---|

| - | | Status | $3,200 | | 01/01/2002 | | | |
|---|---|---|---|---|---|---|---|---|

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| - | | Status | $3,200 | | 12/31/2001 | 0 | | |
|---|---|---|---|---|---|---|---|---|

Change by: Mark Meckly

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| - | | Status | $3,200 | | 09/18/2001 | 104 | | |
|---|---|---|---|---|---|---|---|---|

Change by: Mark Meckly

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Active

| - | | Status | $3,200 | | 09/17/2001 | 105 | | |
|---|---|---|---|---|---|---|---|---|

Change by: Mark Meckly

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| - | | New | $3,200 | | 05/17/2001 | 228 | | |
|---|---|---|---|---|---|---|---|---|

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: Added new listing

Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 270 of 537

**Aerial of Seawatch**



**SEAWATCH TENNIS 2**



**304 KIT 1**



**304 KIT 2**



**304 DR - BAR**



**304 LR**



**304 LR2**



**304 POWDER RM**



**304 MBR**



**304 MBR BATH 1**



**304 MBR BATH**



**304 GUEST BR**



Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 272 of 537

**304 GUEST BATH**



**304 BALCONY**



**304 OCEAN VIEW**



**A3 Seawatch Beach 2**



**A3 Seawatch Beach**



**A3 Seawatch Building view from Intracoas**



**A3 Seawatch Day Dock and Intracoastal**



**A3 Seawatch Beach Chair**



**A3 Seawatch Comm Room 2**



**A3 Seawatch Comm Room 3**



**A3 Seawatch Comm Room 4**



**A3 Seawatch Comm Room 5**



$1,095,000

**A3 Seawatch Comm Room 6**



**A3 Seawatch Fitness Center**



**A3 Seawatch Garage 2**



**A3 Seawatch Garage**



**A3 Seawatch Lobby 2**



**A3 Seawatch Lobby 3**



Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 275 of 537

**A3 Seawatch pool and Spa closer**



**SEAWATCH TENNIS 2**



**SEAWATCH TENNIS**



**860 harbourside - Copy**



**860 juno pier**



**860 jupiter inlet**



**860 lighthouse**




**2013-10-20 08.29.10**

**2014-01-20 10.33.13**

**2015-05-17 11.24.24**




Reg.Date 07-15-15
VA 1-966-132




**JUPITER BEACH SUNRISE**

**JUPITER INLET BRIDGE**



# Exhibit 14



©AAP 2017 all rights reserved



EXHIBIT
14-A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Turla*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-100-942

**Effective Date of Registration:**
October 17, 2017

## Title

**Title of Work:** Group Registration Photos, Selected 2017 Photographs Including 2880 Le
Bateau, 103 Bears Club, Mizner Grande published Jan. 11, 2017 to Oct. 10,
2017; 150 photos

**Content Title:** 2880 Le Bateau Dr  night b 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  night
c 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  night a 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  night
d 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  stairs c 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr
living c 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  stairs d 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  stairs
b 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  office 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  living
b 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  living a 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  front
door c 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  family b 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr
family c 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  family a 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr
kitchen b 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  kitchen a 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr
front door a 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr coach lights 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr
mirror lamps 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  front door b 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr
stairs c 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  bath room f 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr
master br c 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  master br b 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr
master br a 2017 AAP, Oct. 10, 2017;

2880 Le Bateau Dr  master closet  2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr
master bath c 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  master bath d 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr
master bath b 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  master bath a 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr
hall 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  powder room 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr
bath room e 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  BR f 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  bath

**EXHIBIT**

**14-B**

room d 2017 AAP, Oct 10. 2017;
2880 Le Bateau Dr  BR e 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  bath room c 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  BR d 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  upstairs laundry 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  movie room 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  BR c 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  bath room b 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  BR b 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  stairs f 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  wet bar 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  bath room a 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  BR a 2017 AAP, Oct. 10, 2017;

2880 Le Bateau Dr  dinning b 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  dinning a 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  mud room 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  main laundry 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  loggia 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  pool a 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  dock b 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  pool c 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  pool b 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  dock a 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  stairs a 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  aerial e 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  aerial c 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  aerial h 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  aerial d 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  aerial b 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  aerial i 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  aerial j 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  aerial k 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  aerial L 2017 AAP, Oct. 10, 2017;
Hilton Miami n, Jul. 12, 2017; Hilton Miami m, Jul. 12, 2017;

Hilton Miami l, Jul. 12, 2017; Hilton Miami b, Jul. 12, 2017;
Hilton Miami a, Jul. 12, 2017; Hilton Miami f, Jul. 12, 2017;
Hilton Miami e, Jul. 12, 2017; Hilton Miami d, Jul. 12, 2017;
Hilton Miami g, Jul. 12, 2017; Hilton Miami c, Jul. 12, 2017;
Hilton Miami k, Jul. 12, 2017; Hilton Miami h, Jul. 12, 2017;
Hilton Miami j, Jul. 12, 2017; Hilton Miami i, Jul. 12, 2017;
Hilton Miami o, Jul. 12, 2017;
Ocean Edge AAP 2017 b, Jul. 9, 2017; Ocean Edge AAP 2017 c, Jul. 9, 2017;
Ocean Edge AAP 2017 a, Jul. 9, 2017;
El Cid sign 2017 AAP, Jun. 3, 2017;

Resort at Singer Island AAP 2017 b, May 30, 2017; Resort at Singer Island AAP 2017 a, May 30, 2017;
Resort at Singer Island AAP 2017 c, May 30, 2017;
Long Lake Estates Tennis AAP 2017, Feb. 27, 2017; Long Lake Estate AAP 2017, Feb. 27, 2017;
Long Lake Estate Playground AAP 2017, Feb. 27, 2017; Long Lake Estates Sign, Feb. 27, 2017;
Luxuria of Boca movie 2017 AAP, Feb. 24, 2017; Luxuria of Boca gym 2017 AAP, Feb. 24, 2017;
Luxuria of Boca reading 2017 AAP, Feb. 24, 2017; Luxuria of Boca lobby 2017 AAP, Feb. 24, 2017;



Luxuria of Boca aerial 2017 AAP, Feb. 24, 2017; Luxuria of Boca beach chairs 2017 AAP, Feb. 24, 2017;
Ballatrae sign b AAP 2017, Feb. 14, 2017; Ballatrae sign a AAP 2017, Feb. 14, 2017;
Ballatrae pool AAP 2017, Feb. 14, 2017; Ballatrae aerial c AAP 2017, Feb. 14, 2017;
Ballatrae aerial d AAP 2017, Feb. 14, 2017; Ballatrae aerial a AAP 2017, Feb. 14, 2017;
Ballatrae aerial b AAP 2017, Feb. 14, 2017;
3140 S Ocean Blvd Lobby AAP 2017 a, Feb. 9 , 2017; Carlton Place Pool AAP 2017, Feb. 9, 2017;
The Ridge Tennis AAP 2017, Feb. 9, 2017; The Ridge basketball AAP 2017, Feb. 9, 2017;
The Ridge Pool AAP 2017, Feb. 9, 2017; The Ridge sign AAP 2017, Feb. 9, 2017;
Carlton Place Tennis AAP 2017, Feb. 8, 2017; 3140 S Ocean Blvd Lobby AAP 2017 b, Feb. 8 ,2017;
3140 S Ocean Blvd Gym 2017 AAP, Feb. 8, 2017; Ocean Ridge sign AAP 2017, Jan. 31, 2017;
Pelican Cove aerial a 2017 AAP, Jan. 31, 2017; Pelican Cove aerial b 2017 AAP, Jan. 31, 2017;
Frenchmans Harbor sign 2017 AAP, Jan. 25, 2017; 71 N River Dr night b AAP, Jan. 17, 2017;
71 N River Dr night c AAP, Jan. 17, 2017; 71 N River Dr front door AAP, Jan. 17, 2017;
71 N River Dr living dinning AAP, Jan. 17, 2017; 71 N River Dr living room AAP, Jan. 17, 2017;

71 N River Dr sunset AAP, Jan. 17, 2017; 71 N River Dr hall AAP, Jan. 17, 2017;
Mizner Grande Gym AAP 2017 a, Jan. 13, 2017; Mizner Grande Lobby b AAP 2017, Jan. 13, 2017;
Mizner Grande Pool b AAP 2017, Jan. 13, 2017; Mizner Grande Pool c AAP 2017, Jan. 13, 2017;
Mizner Grande Pool a AAP 2017, Jan. 13, 2017; Mizner Grande Lobby c AAP 2017, Jan. 13, 2017;
Mizner Grande Lobby a AAP 2017, Jan. 13, 2017; Mizner Grande aerial a 2017 AAP AAP, Jan. 13, 2017;
Mizner Grande aerial b 2017 AAP AAP, Jan. 13, 2017; Mizner Grande aerial c 2017 AAP AAP, Jan. 13, 2017;
103 Bears Club 2017 AAP b, Jan. 11, 2017; 103 Bears Club 2017 AAP h, Jan 11. 2017;
103 Bears Club 2017 AAP i, Jan 11. 2017; 103 Bears Club 2017 AAP d, Jan 11. 2017;
103 Bears Club 2017 AAP g, Jan. 11, 2017; 103 Bears Club 2017 AAP c, Jan. 11, 2017;
103 Bears Club 2017 AAP e, Jan. 11, 2017; 103 Bears Club 2017 AAP f, Jan. 11, 2017;
103 Bears Club 2017 AAP a, Jan. 11, 2017; 2880 Le Bateau Dr aerial a 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr aerial f 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr aerial g 2017 AAP, Oct. 10, 2017;
71 N River Dr night a AAP, Apr. 17, 2017;

Hilton Miami n, Jul. 12, 2017; Hilton Miami m, Jul. 12, 2017;

**Completion/Publication** ────────────────────────────────

|                              |                   |
|------------------------------|-------------------|
| **Year of Completion:**      | 2017              |
| **Date of 1st Publication:** | January 11, 2017  |
| **Nation of 1st Publication:** | United States   |

## Author

|                         |                                      |
|-------------------------|--------------------------------------|
| • **Author:**           | AFFORDABLE AERIAL PHOTOGRAPHY, INC.  |
| **Author Created:**     | photograph                           |
| **Work made for hire:** | Yes                                  |
| **Citizen of:**         | United States                        |

## Copyright Claimant

|                          |                                                      |
|--------------------------|------------------------------------------------------|
| **Copyright Claimant:**  | AFFORDABLE AERIAL PHOTOGRAPHY, INC.                  |
|                          | 1123 Melinda Ln, Haverhill, FL, 33417, United States |

## Certification

|           |                  |
|-----------|------------------|
| **Name:** | Robert Stevens   |
| **Date:** | October 17, 2017 |

**Copyright Office notes:**   Basis for Registration: Registered as a Group of Published Photographs.

Luxuria of Boca aerial 2017 AAP, Feb. 24, 2017; Luxuria of Boca beach chairs 2017 AAP, Feb. 24, 2017;

Ballatrae sign b  AAP 2017, Feb. 14, 2017; Ballatrae sign a  AAP 2017, Feb. 14, 2017;

Ballatrae pool AAP 2017, Feb. 14, 2017; Ballatrae aerial c AAP 2017, Feb. 14, 2017;

Ballatrae aerial d AAP 2017, Feb. 14, 2017; Ballatrae aerial a AAP 2017, Feb. 14, 2017;

Ballatrae aerial b AAP 2017, Feb. 14, 2017;

3140 S Ocean Blvd Lobby AAP 2017 a, Feb. 9 , 2017; Carlton Place Pool AAP 2017, Feb. 9, 2017;

The Ridge Tennis AAP 2017, Feb. 9, 2017; The Ridge basketball AAP 2017, Feb. 9, 2017;

The Ridge Pool AAP 2017, Feb. 9, 2017; The Ridge sign AAP 2017, Feb. 9, 2017;

Carlton Place Tennis AAP 2017, Feb. 8, 2017; 3140 S Ocean Blvd Lobby AAP 2017 b, Feb. 8 ,2017;

3140 S Ocean Blvd Gym 2017 AAP, Feb. 8, 2017; Ocean Ridge sign AAP 2017, Jan. 31, 2017;

Pelican Cove aerial a 2017 AAP, Jan. 31, 2017; Pelican Cove aerial b 2017 AAP, Jan. 31, 2017;



Frenchmans Harbor sign 2017 AAP, Jan. 25, 2017; 71 N River Dr night b AAP, Jan. 17, 2017;

71 N River Dr night c AAP, Jan. 17, 2017; 71 N River Dr front door AAP, Jan. 17, 2017;

71 N River Dr living dinning AAP, Jan. 17, 2017; 71 N River Dr living room AAP, Jan. 17, 2017;

71 N River Dr sunset AAP, Jan. 17, 2017; 71 N River Dr hall AAP, Jan. 17, 2017;

Mizner Grande Gym AAP 2017 a, Jan. 13, 2017; Mizner Grande Lobby b AAP 2017, Jan. 13, 2017;

Mizner Grande Pool b AAP 2017, Jan. 13, 2017; Mizner Grande Pool c AAP 2017, Jan. 13, 2017;

Mizner Grande Pool a AAP 2017, Jan. 13, 2017; Mizner Grande Lobby c AAP 2017, Jan. 13, 2017;

Mizner Grande Lobby a AAP 2017, Jan. 13, 2017; Mizner Grande aerial a 2017 AAP AAP, Jan. 13, 2017;

Mizner Grande aerial b 2017 AAP AAP, Jan. 13, 2017; Mizner Grande aerial c 2017 AAP AAP, Jan. 13, 2017;

103 Bears Club 2017 AAP b, Jan. 11, 2017; 103 Bears Club 2017 AAP h, Jan 11. 2017;

103 Bears Club 2017 AAP i, Jan 11. 2017; 103 Bears Club 2017 AAP d, Jan 11. 2017;

103 Bears Club 2017 AAP g, Jan. 11, 2017; 103 Bears Club 2017 AAP c, Jan. 11, 2017;

103 Bears Club 2017 AAP e, Jan. 11, 2017; 103 Bears Club 2017 AAP f, Jan. 11, 2017;

103 Bears Club 2017 AAP a, Jan. 11, 2017; 2880 Le Bateau Dr  aerial a 2017 AAP, Oct. 10, 2017;

2880 Le Bateau Dr  aerial f 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  aerial g 2017 AAP, Oct. 10, 2017;

71 N River Dr night a AAP, Apr. 17, 2017;

Hilton Miami n, Jul. 12, 2017; Hilton Miami m, Jul. 12, 2017;

**Completion/Publication**

71 N River Rd, Sewalls Point · $2,525,000
4 beds · 4 full, 1 h...

♡ Save this Home   Contact Agent   ✕






**Residential Full Report** 71 N River Road, Sewalls Point, FL 34996 List Price: $2,525,000

MLS#: RX-10436425 St: Pending Type: Single Family Detached
Orig LP: $3,000,000 Range Price: List Price/SqFt: 472.75
Area: 5 - Sewalls Point Geo Area: MA05 County: Martin
Legal Desc: QUAIL RUN LOT 6
Subdivision: QUAIL RUN
Development Name:

| | | | | | |
|---|---|---|---|---|---|
| Model Name: | | Parcel ID: | 353741005000000604 | Front Exp: | E |
| Waterfront: | Yes | Waterfrontage: | 150' | Garage Spaces: | 3 |
| Lot Dimensions: | 125.0 ft x 125.0 ft | Multiple Ofrs Acptd: | | Carport Spaces: | |
| | | Taxes: | 26,619 | Private Pool: | Yes |
| Lot SqFt: | 27,399 | Tax Year: | 2017 | REO: | No |
| HOPA: | No Hopa | Special Assessment: | No | Short Sale | |
| Zoning: | RESIDENTIAL | Dock: | | Addendum: | No |
| | | Membership Fee Required: | No | Short Sale: | No |
| | | | | Owner/Agent: | No |

Elementary School: J. D. Parker Elementary
Middle School: Stuart Middle School
High School: Martin County High School

Virtual Tour: Click to View

| | | | | | |
|---|---|---|---|---|---|
| Dining Room | 13.00 X16.00 | Family Room | 18.00 X16.00 | LivSqFt: | 5,341 | Bedrooms: 4 |
| Kitchen | 18.00 X15.00 | Bedroom 2 | 14.00 X12.00 | SqFt - Total: | 7,174 | Baths - Full: 4 |
| Living Room | 22.00 X15.00 | Bedroom 3 | 14.00 X12.00 | SqFt Source: Floor Plan | Baths - Half: 1 |
| | | Bedroom 4 | 16.00 X14.00 | Guest Hse: | Baths - Total: 4.1 |
| | | Master Bedroom | 20.00 X16.00 | Yr Built: 2001 | Pets Allowed: Yes |

Builder Name:
Property Condition: Resale

| | | | | | |
|---|---|---|---|---|---|
| HOA/POA/COA (Monthly): | | Bldg #: | | Land Lease: | | Mobile Home Size: |
| Governing Bodies: | None | Total Floors/Stories: | 2 | Recreation Lease: | | Decal #: |
| Homeowners Assoc: | None | Total Units in Bldg: | | Min Days to Lease: | | Serial #: |
| Lease Times p/Year: | | Ttl Units in Complex: | | | | Brand Name: |
| Application Fee: | | Unit Floor #: | | | | Total Assessed Value: |
| | | Membership Fee Amount: | | | | |

Auction: No
Directions: East Ocean Blvd to North Sewall's Point Rd. Left onto Perriwinkle . Right on River Rd.House on Left

Showing Instructions: Call Listing Agent; Text Listing Agent; Vacant

LO: 802428
LM: 244522838 Keller Williams Realty of PSL 772-236-5700
Mark S. Bradley 772-323-6865 markbradley@kw.com
Com/BuyerAgt: 4% Comm/Non-Rep: 4% Trans Brk: 4% Bonus: LD: 06/01/2018
Var/Dual Rate: Yes List Type: Ex Rt List Off Agency: Transaction Broker
Owner Name: WITHELD
Broker Only Remarks: Call or Text Mark Bradley at 772-323-6865 to request a showing of this magnificent waterfront luxurious home!
Any Broker Advertise: No

Design: Mediterranean; Spanish View: Intracoastal; Pool; River
Construction: Block Waterfront Details: Intracoastal; Navigable; Ocean
Unit Desc: Access; River
Flooring: Carpet; Ceramic Tile; Marble; Wood Floor Cooling: Central; Electric; Zoned
Furnished: Partially Furnished Heating: Central; Electric; Zoned
Dining Area: Breakfast Area; Dining Family; Dining-Living; Dining/Kitchen; Eat-In Kitchen; Formal; Snack Security: Security Sys-Owned
Bar Utilities: Public Water
Master Bedroom/Bath: 2 Master Baths; Bidet; Dual Sinks; Mstr Bdrm - Upstairs; Separate Shower; Spa Boat Services: Dock Available: 2; Up to 100 Ft Boat;
Tub & Shower Boathouse
Window Treatments: Impact Glass Special Info:
Lot Description: East of US-1; 1/2 to < 1 Acre Terms Considered: Cash; Conventional
Private Pool: Concrete; Inground Parking: 2+ Spaces; Garage - Attached
Storm Protection: Roof: Barrel
Restrict: Lease OK w/Restrict Taxes: Homestead
Pet Restrictions: Equestrian Features:
Rooms: Storage
Equip/Appl: Auto Garage Open; Central Vacuum; Dishwasher; Disposal; Dryer; Freezer; Ice Maker; Intercom; Microwave; Range - Electric; Refrigerator; Smoke Detector; Wall Oven; Washer; Water Heater - Elec
SubdivInfo: Bike - Jog; Boating; Exercise Room; Sidewalks
Interior: Bar; Built-in Shelves; Closet Cabinets; Ctdrl/Vault Ceilings; Decorative Fireplace; Fireplace(s); French Door; Split Bedroom; Volume Ceiling; Walk-in Closet; Wet Bar
Exterior: Auto Sprinkler; Built-in Grill; Covered Balcony; Covered Patio; Custom Lighting; Open Balcony; Open Porch; Outdoor Shower; Summer Kitchen; Zoned Sprinkler
Maintenance Fee Incl:
Original List Price: $3,000,000
Days On Market: 304 Cumulative DOM: 304
Sold Price: Sold Price Sqft: Under Contract Date: 04/01/2019
Selling Office: Terms of Sale: Sold Date:
Selling Agent:
Public Remarks: Award-winning architecture. Mediterranean style and the finest of materials fashion this home,creating a true Old World feel. Enter into the Coquina coral entryway and foyer to the elegant living room featuring a hand cut Coquina and marble fireplace, Pecky Cypress beamed ceilings and cast stone columns. Truly

stunning! The gourmet granite kitchen provides for the ultimate in entertaining including two butler pantries, wet bar, Viking range and topped by a broker cove, all opening to the spacious family room. Magnificent iron railed staircase, cherry wood office, perfectly polished Mexican tile floors and more. The Master suite offers a sitting room, luxurious bath, walk-in closets and riverfront balcony. Deep water dockage with easy access to the inlet and so much more.

Information is deemed to be reliable, but is not guaranteed. © 2019 MLS and FBS. Prepared by Mateusz Rymarski on Wednesday, April 03, 2019 11:21 AM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 287 of 537

| + | MLS # | Status | Price | % Change | Date | DOM | CDOM | Address |
|---|-------|--------|-------|----------|------|-----|------|---------|
| - | RX-10436425 | Pending | $2,525,000 | -9.7% | 04/01/2019 | 304 | 304 | 71 N River Road |

|   | - | Status | $2,525,000 | | 04/01/2019 | | | |

Change by: Mark S. Bradley

Change at 9:11 PM Eastern: changed *Status*
Old Value: Active
New Value: Pending

|   | - | Under Contract Date | $2,525,000 | | 04/01/2019 | | | |

Change by: Mark S. Bradley

Change at 9:11 PM Eastern: changed *Contingency*
Old Value:
New Value: N
Change at 9:11 PM Eastern: changed *Under Contract Date*
Old Value:
New Value: 4/1/2019

|   | - | Open House | $2,525,000 | | 03/17/2019 | 15 | | |

Change by: Mark S. Bradley

Change at 10:14 AM Eastern on 03/17/2019: Open House was held from 1:00 PM until 3:00 PM on 03/17/2019

|   | - | Open House | $2,525,000 | | 03/09/2019 | 23 | | |

Change by: Mark S. Bradley

Change at 9:58 AM Eastern on 03/09/2019: Open House was held from 12:00 PM until 3:00 PM on 03/10/2019

|   | - | Open House | $2,525,000 | | 02/24/2019 | 35 | | |

Change by: Mark S. Bradley

Change at 8:34 PM Eastern on 02/24/2019: Open House was held from 1:00 PM until 3:00 PM on 03/03/2019

|   | - | Open House | $2,525,000 | | 02/24/2019 | 35 | | |

Change by: Mark S. Bradley

Change at 8:32 PM Eastern on 02/24/2019: Open House was held from 11:00 AM until 1:00 PM on 03/03/2019

|   | - | Text, etc. | $2,525,000 | | 02/24/2019 | 35 | | |

Change by: Mark S. Bradley

Change at 8:34 PM Eastern: changed *Open House*
Old Value: x'20190225013442459290000000'
New Value: Added
Change at 8:32 PM Eastern: changed *Open House*
Old Value: x'20190225013221019866000000'
New Value: Added
Change at 8:28 PM Eastern: changed *Comm/Non-Rep*
Old Value: 3.5%

New Value: 4%
Change at 8:28 Eastern: changed *Comm/Single Agent*
    Old Value: 3.5%
    New Value: 4%
Change at 8:28 Eastern: changed *Comm/Trans Brk*
    Old Value: 3.5%
    New Value: 4%

| - | Text, etc. | $2,525,000 | 02/23/2019 | 36 |

Change by: Mark S. Bradley

Change at 9:05 PM Eastern: changed *Comm/Non-Rep*
    Old Value: 2.5%
    New Value: 3.5%
Change at 9:05 PM Eastern: changed *Comm/Single Agent*
    Old Value: 2.5%
    New Value: 3.5%
Change at 9:05 PM Eastern: changed *Comm/Trans Brk*
    Old Value: 2.5%
    New Value: 3.5%

| - | Text, etc. | $2,525,000 | 02/20/2019 | 40 |

Change by: Mark S. Bradley

Change at 2:02 PM Eastern: changed *Co-listing Agent*
    Old Value: Candi Lee Carrier
    New Value: null
Change at 1:58 PM Eastern: changed *Broker Only Remarks*
    Old Value: Call or Text Mark Bradley at 772-323-6865 or Candi Carrier at
    772-203-7815 to request a showing of this magnificent waterfront luxurious home!
    New Value: 72-323-6865 to request a sho

| - | Open House | $2,525,000 | 02/07/2019 | 53 |

Change by: Candi Lee Carrier

Change at 1:00 PM Eastern on 02/07/2019: This Open House was Removed.

| - | Open House | $2,525,000 | 02/07/2019 | 53 |

Change by: Candi Lee Carrier

Change at 1:00 PM Eastern on 02/07/2019: This Open House was Removed.

| - | Tour | $2,525,000 | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 7:51 PM Eastern on 02/04/2019: This Tour was Removed.

| - | Open House | $2,525,000 | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 7:30 PM Eastern on 02/04/2019: This Open House was Added.

| - | Tour | $2,525,000 | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 7:28 PM Eastern on 02/04/2019: This Tour was Edited.

| - | Tour | $2,525,000 | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 7:28 PM Eastern on 02/04/2019: This Tour was Edited.

| | | | | | |
|---|---|---|---|---|---|
| - | Tour | $2,525,000 | | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 6:33 PM Eastern on 02/04/2019: This Tour was Added.

| | | | | | |
|---|---|---|---|---|---|
| - | Open House | $2,525,000 | | 02/04/2019 | 56 |

Change by: Candi Lee Carrier

Change at 5:26 PM Eastern on 02/04/2019: This Open House was Edited.

| | | | | | |
|---|---|---|---|---|---|
| - | Open House | $2,525,000 | | 02/04/2019 | 56 |

Change by: Candi Lee Carrier

Change at 5:25 PM Eastern on 02/04/2019: This Open House was Edited.

| | | | | | |
|---|---|---|---|---|---|
| - | Open House | $2,525,000 | | 02/04/2019 | 56 |

Change by: Candi Lee Carrier

Change at 5:25 PM Eastern on 02/04/2019: This Open House was Added.

| | | | | | |
|---|---|---|---|---|---|
| - | Open House | $2,525,000 | | 02/02/2019 | 58 |

Change by: Candi Lee Carrier

Change at 8:37 AM Eastern on 02/02/2019: This Open House was Removed.

| | | | | | |
|---|---|---|---|---|---|
| - | Price Change | $2,525,000 | -12.8% | 02/01/2019 | 59 |

Change by: Mark S. Bradley

Change at 9:35 AM Eastern: changed *List Price*
Old Value: 2895000.00
New Value: 2525000.00

| | | | | | |
|---|---|---|---|---|---|
| - | Open House | $2,895,000 | | 01/30/2019 | 61 |

Change by: Candi Lee Carrier

Change at 9:33 AM Eastern on 01/30/2019: Open House was held from 2:00 PM until 4:00 PM on 02/03/2019

| | | | | | |
|---|---|---|---|---|---|
| - | Open House | $2,895,000 | | 01/27/2019 | 64 |

Change by: Candi Lee Carrier

Change at 10:50 AM Eastern on 01/27/2019: Open House was held from 2:00 PM until 4:00 PM on 02/03/2019

| | | | | | |
|---|---|---|---|---|---|
| - | Open House | $2,895,000 | | 01/27/2019 | 64 |

Change by: Candi Lee Carrier

Change at 10:50 AM Eastern on 01/27/2019: Open House was held from 2:00 PM until 4:00 PM on 02/03/2019

| | | | | | |
|---|---|---|---|---|---|
| - | Open House | $2,895,000 | | 01/27/2019 | 64 |

Change by: Candi Lee Carrier

Change at 10:49 AM Eastern on 01/27/2019: This Open House was Removed.

| | | | | | |
|---|---|---|---|---|---|
| - | Open House | $2,895,000 | | 01/27/2019 | 64 |

Change at 10:48 AM Eastern on 01/27/2019: This Open House was Added.

-       Open House                     $2,895,000                    01/25/2019        66
        Change by: Candi Lee Carrier

                Change at 2:41 PM Eastern on 01/25/2019: This Open House was Added.

-       Virtual Tour, etc.             $2,895,000                    01/15/2019        75
        Change by: Mark S. Bradley

                Change at 7:34 PM Eastern: Changed Virtual Tour
                Change at 7:34 PM Eastern: Changed Virtual Tour Unbranded

-       Open House                     $2,895,000                    01/14/2019        77
        Change by: Candi Lee Carrier

                Change at 11:28 AM Eastern on 01/14/2019: Open House was held from 1:00 PM until 4:00
                PM on 01/26/2019

-       Open House                     $2,895,000                    01/14/2019        77
        Change by: Candi Lee Carrier

                Change at 11:17 AM Eastern on 01/14/2019: Open House was held from 1:00 PM until 4:00
                PM on 01/18/2019

-       Open House                     $2,895,000                    01/14/2019        77
        Change by: Candi Lee Carrier

                Change at 11:01 AM Eastern on 01/14/2019: Open House was held from 10:00 AM until 4:00
                PM on 01/17/2019

-       Open House                     $2,895,000                    01/14/2019        77
        Change by: Candi Lee Carrier

                Change at 10:56 AM Eastern on 01/14/2019: Open House was held from 12:00 PM until 3:00
                PM on 01/20/2019

-       Open House                     $2,895,000                    01/14/2019        77
        Change by: Candi Lee Carrier

                Change at 10:55 AM Eastern on 01/14/2019: Open House was held from 1:00 AM until 3:00
                PM on 01/19/2019

-       Open House                     $2,895,000                    01/11/2019        80
        Change by: Candi Lee Carrier

                Change at 11:04 AM Eastern on 01/11/2019: Open House was held from 11:00 AM until 3:00
                PM on 01/12/2019

-       Open House                     $2,895,000                    12/23/2018        99
        Change by: Candi Lee Carrier

                Change at 10:33 AM Eastern on 12/23/2018: This Open House was Removed.

-       Photos                         $2,895,000                    12/22/2018        100
        Change by: Candi Lee Carrier

Change at 4:05 PM Eastern: Added photo "tubsink"
Change at 4:04 PM Eastern: Added photo "tub"
Change at 3:59 PM Eastern: Removed photo
Change at 3:59 PM Eastern: Removed photo
Change at 3:59 PM Eastern: Removed photo
Change at 3:59 PM Eastern: Added photo "master"
Change at 3:59 PM Eastern: Added photo "master2"
Change at 3:59 PM Eastern: Added photo "026FCandi-Carrie"
Change at 3:58 PM Eastern: Added photo "master4"
Change at 3:47 PM Eastern: Added photo "master2"
Change at 3:37 PM Eastern: Added photo "master"
Change at 3:37 PM Eastern: Added photo "master1"
Change at 2:45 PM Eastern: Removed photo
Change at 2:45 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:43 PM Eastern: Removed photo
Change at 2:42 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:38 PM Eastern: Removed photo
Change at 2:38 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:36 PM Eastern: Removed photo
Change at 2:35 PM Eastern: Removed photo
Change at 2:34 PM Eastern: Removed photo
Change at 2:33 PM Eastern: Removed photo
Change at 2:33 PM Eastern: Removed photo
Change at 2:33 PM Eastern: Removed photo
Change at 2:32 PM Eastern: Removed photo
Change at 2:32 PM Eastern: Removed photo
Change at 2:32 PM Eastern: Removed photo
Change at 2:31 PM Eastern: Removed photo
Change at 2:29 PM Eastern: Removed photo
Change at 2:29 PM Eastern: Removed photo
Change at 2:29 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:24 PM Eastern: Added photo "048Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "048Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "047Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "047Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "046Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "045Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "044Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "043Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "042Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "041Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "040Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "039Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "038Candi-Carrier"
Change at 2:23 PM Eastern: Added photo "034Candi-Carrier"

Change at 2:23 PM Eastern: Added photo "033Candi-Carrier"
Change at 2:23 PM Eastern: Added photo "032Candi-Carrier"
Change at 2:23 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:23 PM Eastern: Removed photo
Change at 2:22 PM Eastern: Added photo "26854813_1015680"
Change at 2:17 PM Eastern: Removed photo
Change at 2:16 PM Eastern: Removed photo
Change at 2:16 PM Eastern: Removed photo
Change at 2:15 PM Eastern: Added photo "053BCandi-Carrie"
Change at 2:15 PM Eastern: Added photo "053ACandi-Carrie"
Change at 2:15 PM Eastern: Added photo "053ACandi-Carrie"
Change at 2:15 PM Eastern: Added photo "052Candi-Carrier"
Change at 2:15 PM Eastern: Added photo "051Candi-Carrier"
Change at 2:15 PM Eastern: Added photo "050Candi-Carrier"
Change at 2:15 PM Eastern: Added photo "048Candi-Carrier"
Change at 2:01 PM Eastern: Removed photo
Change at 2:00 PM Eastern: Removed photo
Change at 2:00 PM Eastern: Removed photo
Change at 1:59 PM Eastern: Removed photo
Change at 1:59 PM Eastern: Removed photo
Change at 1:54 PM Eastern: Removed photo
Change at 1:54 PM Eastern: Removed photo
Change at 1:54 PM Eastern: Removed photo
Change at 1:51 PM Eastern: Removed photo
Change at 1:51 PM Eastern: Removed photo
Change at 1:45 PM Eastern: Added photo "029Candi-Carrier"
Change at 1:45 PM Eastern: Added photo "028Candi-Carrier"
Change at 1:45 PM Eastern: Added photo "027Candi-Carrier"
Change at 1:45 PM Eastern: Removed photo
Change at 1:45 PM Eastern: Added photo "026FCandi-Carrie"
Change at 1:45 PM Eastern: Removed photo
Change at 1:45 PM Eastern: Added photo "026DCandi-Carrie"
Change at 1:45 PM Eastern: Added photo "026CCandi-Carrie"
Change at 1:44 PM Eastern: Added photo "026Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "025Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "024Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "023Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "023Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "022Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "021Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "020Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "019Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "018Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "017Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "017BCandi-Carrie"
Change at 1:43 PM Eastern: Added photo "017ACandi-Carrie"
Change at 1:43 PM Eastern: Added photo "016Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "013Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "010Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "008Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "007Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "005Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "003Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "062Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "061Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "060Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "053Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "053BCandi-Carrie"
Change at 1:20 PM Eastern: Added photo "053ACandi-Carrie"
Change at 1:20 PM Eastern: Added photo "053ACandi-Carrie"
Change at 1:20 PM Eastern: Added photo "052Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "051Candi-Carrier"

Change at 1:20 PM Eastern: Added photo "050Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "048Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "048Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "048Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "048Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "047Candi-Carrier"

| - | Open House | $2,895,000 | 12/22/2018 | 100 |

Change by: Candi Lee Carrier

Change at 11:05 AM Eastern on 12/22/2018: This Open House was Added.

| - | Photos | $2,895,000 | 12/19/2018 | 103 |

Change by: Candi Lee Carrier

Change at 1:24 AM Eastern: Removed photo
Change at 1:24 AM Eastern: Added photo "Guest Bedroom 3"
Change at 1:20 AM Eastern: Removed photo
Change at 1:08 AM Eastern: Added photo "1 sew"
Change at 1:07 AM Eastern: Removed photo

| - | Open House | $2,895,000 | 12/11/2018 | 111 |

Change by: Candi Lee Carrier

Change at 12:59 PM Eastern on 12/11/2018: Open House was held from 12:00 PM until 3:00 PM on 12/16/2018

| - | Open House | $2,895,000 | 12/06/2018 | 116 |

Change by: Candi Lee Carrier

Change at 4:16 PM Eastern on 12/06/2018: Open House was held from 11:00 AM until 2:00 PM on 12/09/2018

| - | Open House | $2,895,000 | 11/27/2018 | 125 |

Change by: Candi Lee Carrier

Change at 11:31 AM Eastern on 11/27/2018: Open House was held from 12:00 PM until 3:00 PM on 12/02/2018

| - | Virtual Tour, etc. | $2,895,000 | 11/22/2018 | 129 |

Change by: Candi Lee Carrier

Change at 10:28 PM Eastern: changed *video_unbranded*
    Old Value: list_media
    New Value: add
Change at 10:19 PM Eastern: changed *video*
    Old Value: list_media
    New Value: remove
Change at 10:19 PM Eastern: changed *video_unbranded*
    Old Value: list_media
    New Value: add
Change at 10:13 PM Eastern: Added Virtual Tour
Change at 10:13 PM Eastern: Added Virtual Tour Unbranded

| - | Open House | $2,895,000 | 11/04/2018 | 148 |

Change by: Candi Lee Carrier

Change at 11:41 AM Eastern on 11/04/2018: Open House was held from 12:30 PM until 3:00 PM on 11/04/2018

Change by: Candi Lee Carrier

Change at 9:27 AM Eastern on 11/04/2018: Open House was held from 12:30 PM until 3:00 PM on 11/04/2018

| - | Tour | $2,895,000 | | 10/29/2018 | 154 |
|---|------|------------|---|------------|-----|

Change by: Candi Lee Carrier

Change at 9:37 AM Eastern on 10/29/2018: This Tour was Removed.

| - | Tour | $2,895,000 | | 10/29/2018 | 154 |
|---|------|------------|---|------------|-----|

Change by: Candi Lee Carrier

Change at 9:37 AM Eastern on 10/29/2018: This Tour was Removed.

| - | Text, etc. | $2,895,000 | | 10/27/2018 | 156 |
|---|-----------|------------|---|------------|-----|

Change by: Candi Lee Carrier

Change at 12:05 PM Eastern: changed *Public Remarks*
Old Value: Award-winning architecture. Mediterranean style and the finest of materials fashion this home,creating a true Old World feel. Enter into the Coquina coral entryway and foyer to the elegant living room featuring a hand cut Coquina and marble fireplace, Pecky Cypress beamed ceilings and cast stone columns. Truly stunning! The gourmet granite kitchen provides for the ultimate in entertaining including two butler pantries, wet bar, Viking range enclosed by a brick alcove, all opening to the spacious family room.Magnificent iron railed staircase, cherrywood office, perfectly polished Mexican tile floors and more. The Master suite offers a sitting room,luxurious bath, walk-in closets and riverfront balcony. Deep water dockage with easy access to the inlet and so much more.
New Value: ircase, cherry wood office, pe

| - | Tour | $2,895,000 | | 10/26/2018 | 157 |
|---|------|------------|---|------------|-----|

Change by: Candi Lee Carrier

Change at 5:26 PM Eastern on 10/26/2018: This Tour was Added.

| - | Tour | $2,895,000 | | 10/26/2018 | 157 |
|---|------|------------|---|------------|-----|

Change by: Candi Lee Carrier

Change at 5:24 PM Eastern on 10/26/2018: This Tour was Added.

| - | Text, etc. | $2,895,000 | | 10/26/2018 | 157 |
|---|-----------|------------|---|------------|-----|

Change by: Candi Lee Carrier

Change at 5:44 PM Eastern: changed *Broker Only Remarks*
Old Value: Call or Text Mark Bradley at 772-323-6865 to request a showing of this magnificent waterfront luxurious home!
New Value: 72-323-6865 or Candi Carrier
Change at 5:26 PM Eastern: Added Tour
Change at 5:24 PM Eastern: Added Tour

Change by: Mark S. Bradley

Change at 2:06 PM Eastern: changed *Co-listing Agent*
Old Value: null
New Value: Candi Lee Carrier

| - | Price Change | $2,895,000 | -3.5% | 08/08/2018 | 235 |
|---|--------------|------------|-------|------------|-----|

Change by: Mark S. Bradley

Change at 10:16 PM Eastern: changed *List Price*
Old Value: 3000000.00
New Value: 2895000.00

| - | Open House | $3,000,000 | 06/22/2018 | 282 |

Change by: Mark S. Bradley

> Change at 9:56 PM Eastern on 06/22/2018: Open House was held from 1:00 PM until 4:00 PM on 06/23/2018

| - | Open House | $3,000,000 | 06/09/2018 | 296 |

Change by: Mark S. Bradley

> Change at 1:52 PM Eastern on 06/09/2018: Open House was held from 1:00 PM until 4:00 PM on 06/10/2018

| - | Photos | $3,000,000 | 06/06/2018 | 298 |

Change by: Mark S. Bradley

> Change at 10:50 PM Eastern: Added photo "055_preview"
> Change at 10:49 PM Eastern: Removed photo
> Change at 10:48 PM Eastern: Removed photo
> Change at 10:45 PM Eastern: Added photo "006_preview"
> Change at 10:43 PM Eastern: Added photo "54_preview"
> Change at 10:42 PM Eastern: Removed photo
> Change at 10:41 PM Eastern: Removed photo
> Change at 10:41 PM Eastern: Added photo "download (2)"
> Change at 10:33 PM Eastern: Added photo "Sewells Point ae"
> Change at 10:33 PM Eastern: Removed photo
> Change at 10:33 PM Eastern: Added photo "dock1web_preview"
> Change at 10:33 PM Eastern: Removed photo
> Change at 10:32 PM Eastern: Added photo "064_preview"
> Change at 10:32 PM Eastern: Removed photo
> Change at 10:31 PM Eastern: Removed photo
> Change at 10:30 PM Eastern: Removed photo
> Change at 10:25 PM Eastern: Removed photo
> Change at 10:25 PM Eastern: Removed photo
> Change at 10:25 PM Eastern: Removed photo
> Change at 10:25 PM Eastern: Removed photo
> Change at 10:24 PM Eastern: Added photo "download (2)"
> Change at 10:24 PM Eastern: Added photo "download (1)"
> Change at 10:21 PM Eastern: Removed photo
> Change at 10:20 PM Eastern: Added photo "download"
> Change at 10:20 PM Eastern: Removed photo
> Change at 10:20 PM Eastern: Added photo "75_preview"
> Change at 10:20 PM Eastern: Removed photo
> Change at 10:20 PM Eastern: Added photo "009_preview"
> Change at 10:15 PM Eastern: Removed photo
> Change at 10:14 PM Eastern: Added photo "010_preview"
> Change at 10:14 PM Eastern: Added photo "009_preview"
> Change at 10:13 PM Eastern: Removed photo
> Change at 10:13 PM Eastern: Removed photo
> Change at 10:12 PM Eastern: Removed photo
> Change at 10:12 PM Eastern: Added photo "front3web_previe"
> Change at 10:12 PM Eastern: Added photo "frontnewsky1_pre"
> Change at 10:11 PM Eastern: Added photo "010_preview"
> Change at 10:11 PM Eastern: Added photo "front3web_previe"
> Change at 10:05 PM Eastern: Added photo "053b_preview"
> Change at 10:05 PM Eastern: Added photo "5_preview"
> Change at 10:04 PM Eastern: Added photo "003_preview"
> Change at 10:04 PM Eastern: Added photo "75_preview"

Change at 10:04 PM Eastern: Added photo "66_preview"
Change at 10:04 PM Eastern: Added photo "064_preview"
Change at 10:04 PM Eastern: Added photo "058_preview"
Change at 10:04 PM Eastern: Added photo "56_preview"
Change at 10:03 PM Eastern: Added photo "1 Front_preview"

| - | Photos, etc. | $3,000,000 | | 06/02/2018 | 303 | |

Change by: Mark S. Bradley

Change at 7:41 AM Eastern: Removed photo
Change at 7:13 AM Eastern: changed *Comm/Non-Rep*
    Old Value: 3%
    New Value: 2.5%
Change at 7:13 AM Eastern: changed *Comm/Single Agent*
    Old Value: 3%
    New Value: 2.5%
Change at 7:13 AM Eastern: changed *Comm/Trans Brk*
    Old Value: 3%
    New Value: 2.5%

| - | New | $3,000,000 | | 06/01/2018 | 303 | |

Change by: Mark S. Bradley

Change at 11:53 PM Eastern: Added new listing

| - | RX-10346820 | Expired | $2,795,000 | 3.7% | 06/23/2018 | 16 | 16 | 71 N River Road |

| | - | Status | $2,795,000 | | 06/24/2018 | | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
    Old Value: Temp Off Market
    New Value: Expired

| | - | Status | $2,795,000 | | 07/18/2017 | | | |

Change by: Mark S. Bradley

Change at 12:51 PM Eastern: changed *Status*
    Old Value: Active
    New Value: Temp Off Market

| | - | New | $2,795,000 | | 06/30/2017 | 14 | | |

Change by: Mark S. Bradley

Change at 12:49 AM Eastern: Added new listing

| - | RX-10088519 | Expired | $2,695,000 | -7.1% | 10/28/2015 | 350 | 350 | 71 N River Road |

| | - | Status | $2,695,000 | | 10/29/2015 | | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
    Old Value: Active
    New Value: Expired

| | - | Price Change | $2,695,000 | -6.9% | 08/10/2015 | 79 | | |

Change by: Vivian Swasey

Change at 2:54 PM Eastern: changed *List Price*
Old Value: 2895000.00
New Value: 2695000.00

| - | Photos | $2,895,000 | 07/09/2015 | 111 |

Change by: Debra Duvall

Change at 2:39 PM Eastern: Removed photo

| - | Photos | $2,895,000 | 11/24/2014 | 338 |

Change by: Debra Duvall

Change at 11:03 AM Eastern: Replaced photo "MLS 23"
Change at 10:38 AM Eastern: Added photo "Aerial with boat"

| - | Photos, etc. | $2,895,000 | 11/17/2014 | 345 |

Change by: Debra Duvall

Change at 11:14 AM Eastern: Added photo "027"
Change at 10:50 AM Eastern: Added photo "073"
Change at 10:49 AM Eastern: Added photo "067"
Change at 10:48 AM Eastern: Added photo "062"
Change at 10:48 AM Eastern: Added photo "061"
Change at 10:47 AM Eastern: Added photo "059"
Change at 10:47 AM Eastern: Added photo "056"
Change at 10:46 AM Eastern: Added photo "049"
Change at 10:46 AM Eastern: Added photo "040a"
Change at 10:45 AM Eastern: Added photo "025b"

| - | New | $2,895,000 | 11/13/2014 | 349 |

Change by: Debra Duvall

Change at 10:22 AM Eastern: Added Virtual Tour
Change at 10:22 AM Eastern: Added Virtual Tour Unbranded
Change at 10:19 AM Eastern: Added photo "MLS 25"
Change at 10:19 AM Eastern: Added photo "MLS 24"
Change at 10:19 AM Eastern: Added photo "MLS 23"
Change at 10:19 AM Eastern: Added photo "MLS 22"
Change at 10:19 AM Eastern: Added photo "MLS 21"
Change at 10:19 AM Eastern: Added photo "MLS 20"
Change at 10:19 AM Eastern: Added photo "MLS 19"
Change at 10:19 AM Eastern: Added photo "MLS 18"
Change at 10:19 AM Eastern: Added photo "MLS 17"
Change at 10:19 AM Eastern: Added photo "MLS 16"
Change at 10:19 AM Eastern: Added photo "MLS 15"
Change at 10:19 AM Eastern: Added photo "MLS 14"
Change at 10:19 AM Eastern: Added photo "MLS 13"
Change at 10:19 AM Eastern: Added photo "MLS 12"
Change at 10:19 AM Eastern: Added photo "MLS 11"
Change at 10:19 AM Eastern: Added photo "MLS 10"
Change at 10:19 AM Eastern: Added photo "MLS 9"
Change at 10:19 AM Eastern: Added photo "MLS 8"
Change at 10:19 AM Eastern: Added photo "MLS 7"
Change at 10:19 AM Eastern: Added photo "MLS 6"
Change at 10:19 AM Eastern: Added photo "MLS 5"
Change at 10:18 AM Eastern: Added photo "MLS 4"
Change at 10:18 AM Eastern: Added photo "MLS 3"
Change at 10:18 AM Eastern: Added photo "MLS 2"
Change at 10:18 AM Eastern: Added new listing

| - | RX-3286720 | Expired | $2,900,000 | | 01/01/2013 | 209 | 209 | 71 N River Road |

| | - | Status | $2,900,000 | | 01/01/2013 | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| | - | Status | $2,900,000 | | 12/31/2012 | 0 | |

Change by: Stephen M. Dutcher

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| | - | Status | $2,900,000 | | 12/28/2012 | 3 | |

Change by: Stephen M. Dutcher

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Temp Off Market

| | - | New | $2,900,000 | | 06/05/2012 | 209 | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: Added new listing

Photos for MLS # RX-10436425    71 N River Road, Sewalls Point, FL 34996    $2,525,000

**POOL**



**FRONT**



**THREE CAR GARAGE**



**FRONT**



**DRIVEWAY**



**AERIAL VIEW**



**REAR POOL AREA**



**POOL VIEW**



**WATER VIEW**



**REAR POOL VIEW**



**BALCONY VIEW**



**048Candi-Carrier-508_preview**





ELEGANT VIEW          BOAT DOCK

WATER VIEW          AERIAL VIEW



REAR          REAR

 

**REAR OF HOUSE**



**PATIO WATER VIEW**



**017Candi-Carrier-Kitchen(7)**



**018Candi-Carrier-Kitchen**



**BREAKFAST AREA**



**021Candi-Carrier-Kitchen(5)**



**022Candi-Carrier-Kitchen(2)**



**023Candi-Carrier-Kitchen(6)**



**024Candi-Carrier-Family-Room(1)**



**025Candi-Carrier-Family-Room(2)**



**026Candi-Carrier-Family-Room**



**019Candi-Carrier-Kitchen(1)**



**FAMILY ROOM**



**KITCHEN**



**BULTER PANTRY**



**017ACandi-Carrier-Butler-2-Pantry**



**WET BAR**



**FORMAL DINING ROOM**



**LIVING ROOM**



**LIVING ROOM**



**026CCandi-Carrier-Office(2)**



**OFFICE**



**OFFICE**



**026DCandi-Carrier-Office**



**008Candi-Carrier-Foyer**



**026FCandi-Carrier-Bathroom-2**



**007Candi-Carrier-Foyer01**



**062Candi-Carrier-Hallway(1)_preview**



**010Candi-Carrier-Living-Room(2)**



**013Candi-Carrier-Dining-Room(1)**



**016Candi-Carrier-Dining-Room014(2)**



**LIVING ROOM**



**027Candi-Carrier-Grand-Staircase(1)**



**STAIRWAY**



**029Candi-Carrier-Grand-Staircase**



**048Candi-Carrier-Master-Bedroom-Foyer(1)**



**048Candi-Carrier-Master-Bedroom-Foyer_pr**



**master**



**master1**



**master2**



**master bath**



**master bath1**

**master4**



**MASTER BATH**



**MASTER CLOSET**



**MASTER CLOSET**



**048Candi-Carrier-Bedroom-2(1)_preview**



**053ACandi-Carrier-Bathroom-4(1)_preview**



**2ND MASTER BATH**



**051Candi-Carrier-Bedroom-3(1)_preview**



**3RD BATHROOM**



**053BCandi-Carrier-Bathroom-5_preview**



**053ACandi-Carrier-Bathroom-4_preview**

**EXERCISE ROOM ROOM**



**EXERCISE ROOM**



**LAUNDRY ROOM**



**Residential Full Report**

**71 N River Road, Sewalls Point, FL 34996**

List Price: $2,525,000
MLS#: RX-10436425
St: Closed
Type: Single Family Detached
Orig LP: $3,000,000
Range Price:
List Price/SqFt: 472.75
Area: 5 - Sewalls Point
Geo Area: MA05
County: Martin

Legal Desc: QUAIL RUN LOT 6
Subdivision: QUAIL RUN
Development Name:

| | | |
|---|---|---|
| Model Name: | Parcel ID: 353741005000000604 | Front Exp: E |
| Waterfront: Yes | Waterfrontage: 150' | Garage Spaces: 3 |
| Lot Dimensions: 125.0 ft x 125.0 ft | Multiple Ofrs Acptd: | Carport Spaces: |
| | Taxes: 26,619 | Private Pool: Yes |
| Lot SqFt: 27,399 | Tax Year: 2017 | REO: No |
| HOPA: No Hopa | Special Assessment: No | Short Sale |
| Zoning: RESIDENTIAL | Dock: | Addendum: No |
| | Membership Fee Required: No | Short Sale: No |
| | | Owner/Agent: No |

Elementary School: J. D. Parker Elementary
Middle School: Stuart Middle School
High School: Martin County High School

Virtual Tour: Click to View

| | | | |
|---|---|---|---|
| Dining Room 13.00 X16.00 | Family Room 18.00 X16.00 | Bedroom 2 14.00 X 12.00 | LivSqFt: 5,341 | Bedrooms: 4 |
| Kitchen 18.00 X15.00 | | Bedroom 3 14.00 X 12.00 | SqFt - Total: 7,174 | Baths - Full: 4 |
| Living Room 22.00 X15.00 | | Bedroom 4 16.00 X 14.00 | SqFt Source: Floor Plan | Baths - Half: 1 |
| | | Master Bedroom 20.00 X 16.00 | Guest Hse: | Baths - Total: 4.1 |
| | | | Yr Built: 2001 | Pets Allowed: Yes |
| | | | Builder Name: | |
| | | | Property Condition: Resale | |

HOA/POA/COA (Monthly):
Governing Bodies: None
Homeowners Assoc: None
Lease Times n/Year:
Application Fee:

Bldg #:
Total Floors/Stories: 2
Total Units in Bldg:
Ttl Units in Complex:
Unit Floor #:
Membership Fee Amount:

Land Lease:
Recreation Lease:
Min Days to Lease:

Mobile Home Size:
Decal #:
Serial #:
Brand Name:
Total Assessed Value:

**Auction:** No
Directions: East Ocean Blvd to North Sewall's Point Rd. Left onto Perriwinkle . Right on River Rd.House on Left

Showing Instructions: Call Listing Agent; Text Listing Agent; Vacant

LO: 802428
LM: 244522838
Com/BuyerAgt: 4%
Var/Dual Rate: Yes
Owner Name: WITHELD

Keller Williams Realty of PSL
Mark S. Bradley
Comm/Non-Rep: 4%
List Type: Ex Rt

772-236-5700
772-323-6865
Trans Brk: 4%
List Off Agency: Transaction Broker

markbradley@kw.com

Bonus:
LD: 06/01/2018

Broker Only Remarks: Call or Text Mark Bradley at 772-323-6865 to request a showing of this magnificent waterfront luxurious home!
Any Broker Advertise: No

Design: Mediterranean; Spanish
Construction: Block
Unit Desc:
Flooring: Carpet; Ceramic Tile; Marble; Wood Floor
Furnished: Partially Furnished
Dining Area: Breakfast Area; Dining Family; Dining-Living; Dining/Kitchen; Eat-In Kitchen; Formal; Snack Bar
Master Bedroom/Bath: 2 Master Baths; Bidet; Dual Sinks; Mstr Bdrm - Upstairs; Separate Shower; Spa Tub & Shower
Window Treatments: Impact Glass
Lot Description: East of US-1; 1/2 to < 1 Acre
Private Pool: Concrete; Inground
Storm Protection:
Restrict: Lease OK w/Restrict
Pet Restrictions:
Rooms: Storage
Equip/Appl: Auto Garage Open; Central Vacuum; Dishwasher; Disposal; Dryer; Freezer; Ice Maker; Intercom; Microwave; Range - Electric; Refrigerator; Smoke Detector; Wall Oven; Washer; Water Heater - Elec
SubdivInfo: Bike - Jog; Boating; Exercise Room; Sidewalks
Interior: Bar; Built-In Shelves; Closet Cabinets; Ctdrl/Vault Ceilings; Decorative Fireplace; Fireplace(s); French Door; Split Bedroom; Volume Ceiling; Walk-In Closet; Wet Bar
Exterior: Auto Sprinkler; Built-In Grill; Covered Balcony; Covered Patio; Custom Lighting; Open Balcony; Open Porch; Outdoor Shower; Summer Kitchen; Zoned Sprinkler
Maintenance Fee Incl:
Original List Price: $3,000,000

View: Intracoastal; Pool; River
Waterfront Details: Intracoastal; Navigable; Ocean Access; River
Cooling: Central; Electric; Zoned
Heating: Central; Electric; Zoned
Security: Security Sys-Owned
Utilities: Public Water
Boat Services: Dock Available: 2; Up to 100 Ft Boat; Boathouse
Special Info:
Terms Considered: Cash; Conventional
Parking: 2+ Spaces; Garage - Attached
Roof: Barrel
Taxes: Homestead
Equestrian Features:

Days On Market: 304
Sold Price: 2,200,000
Buyer Office: Keller Williams Realty 800659
Buyer Agent: Candi Lee Carrier 276541569

Cumulative DOM: 304
Sold Price Sqft: 411.91
Terms of Sale: Cash

Under Contract Date: 04/01/2019
Sold Date: 04/23/2019

Public Remarks:Award-winning architecture. Mediterranean style and the finest of materials fashion this home,creating a true Old World feel. Enter into the Coquina coral entryway and foyer to the elegant living room featuring a hand cut Coquina and marble fireplace, Pecky Cypress beamed ceilings and cast stone columns. Truly

stunning! The gourmet granite kitchen provides for the ultimate in entertaining including two butler pantries, wet bar, Viking range enclosed by a brick alcove, all opening to the spacious family room.Magnificent iron railed staircase, cherry wood office, perfectly polished Mexican tile floors and more. The Master suite offers a sitting room,luxurious bath, walk-in closets and riverfront balcony. Deep water dockage with easy access to the inlet and so much more.

Information is deemed to be reliable, but is not guaranteed. © 2019 MLS and FBS. Prepared by Mateusz Rymarski on Friday, May 10, 2019 10:20 AM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

| + | MLS # | Status | Price | % Change | Date | DOM | CDOM | Address |
|---|-------|--------|-------|----------|------|-----|------|---------|
| - | RX-10436425 | Closed | $2,200,000 | -21.3% | 04/23/2019 | 304 | 304 | 71 N River Road |

| | - | Text, etc. | $2,525,000 | | 04/26/2019 | | | |

Change by: Susie S Nimrouzi

Change at 9:59 AM Eastern: changed *Sold Price*
Old Value: 22000.00
New Value: 2200000.00

| | - | Status | $2,525,000 | | 04/23/2019 | | | |

Change by: Mark S. Bradley

Change at 10:12 PM Eastern: changed *Status*
Old Value: Pending
New Value: Closed

| | - | Terms of Sale | $2,525,000 | | 04/23/2019 | | | |

Change by: Mark S. Bradley

Change at 10:12 PM Eastern: changed *Buyer Agent*
Old Value:
New Value: Candi Lee Carrier
Change at 10:12 PM Eastern: changed *Sold Date*
Old Value:
New Value: 4/23/2019
Change at 10:12 PM Eastern: changed *Sold Price*
Old Value:
New Value: 22000.00
Change at 10:12 PM Eastern: changed *Terms of Sale*
Old Value:
New Value: Cash

| | - | Status | $2,525,000 | | 04/01/2019 | | | |

Change by: Mark S. Bradley

Change at 9:11 PM Eastern: changed *Status*
Old Value: Active
New Value: Pending

| | - | Under Contract Date | $2,525,000 | | 04/01/2019 | | | |

Change by: Mark S. Bradley

Change at 9:11 PM Eastern: changed *Contingency*
Old Value:
New Value: N
Change at 9:11 PM Eastern: changed *Under Contract Date*
Old Value:
New Value: 4/1/2019

| | - | Open House | $2,525,000 | | 03/17/2019 | 15 | | |

Change by: Mark S. Bradley

Change at 10:14 AM Eastern on 03/17/2019: Open House was held from 1:00 PM until 3:00 PM on 03/17/2019

Change by: Mark S. Bradley

    Change at 9:58 AM Eastern on 03/09/2019: Open House was held from 12:00 PM until 3:00 PM on 03/10/2019

| - | Open House | $2,525,000 | 02/24/2019 | 35 |
|---|---|---|---|---|

Change by: Mark S. Bradley

    Change at 8:34 PM Eastern on 02/24/2019: Open House was held from 1:00 PM until 3:00 PM on 03/03/2019

| - | Open House | $2,525,000 | 02/24/2019 | 35 |
|---|---|---|---|---|

Change by: Mark S. Bradley

    Change at 8:32 PM Eastern on 02/24/2019: Open House was held from 11:00 AM until 1:00 PM on 03/03/2019

| - | Text, etc. | $2,525,000 | 02/24/2019 | 35 |
|---|---|---|---|---|

Change by: Mark S. Bradley

    Change at 8:34 PM Eastern: changed *Open House*
        Old Value: x'20190225013442459290000000'
        New Value: Added
    Change at 8:32 PM Eastern: changed *Open House*
        Old Value: x'20190225013221019866000000'
        New Value: Added
    Change at 8:28 PM Eastern: changed *Comm/Non-Rep*
        Old Value: 3.5%
        New Value: 4%
    Change at 8:28 PM Eastern: changed *Comm/Single Agent*
        Old Value: 3.5%
        New Value: 4%
    Change at 8:28 PM Eastern: changed *Comm/Trans Brk*
        Old Value: 3.5%
        New Value: 4%

| - | Text, etc. | $2,525,000 | 02/23/2019 | 36 |
|---|---|---|---|---|

Change by: Mark S. Bradley

    Change at 9:05 PM Eastern: changed *Comm/Non-Rep*
        Old Value: 2.5%
        New Value: 3.5%
    Change at 9:05 PM Eastern: changed *Comm/Single Agent*
        Old Value: 2.5%
        New Value: 3.5%
    Change at 9:05 PM Eastern: changed *Comm/Trans Brk*
        Old Value: 2.5%
        New Value: 3.5%

| - | Text, etc. | $2,525,000 | 02/20/2019 | 40 |
|---|---|---|---|---|

Change by: Mark S. Bradley

    Change at 2:02 PM Eastern: changed *Co-listing Agent*
        Old Value: Candi Lee Carrier
        New Value: null
    Change at 1:58 PM Eastern: changed *Broker Only Remarks*
        Old Value: Call or Text Mark Bradley at 772-323-6865 or Candi Carrier at
        772-203-7815 to request a showing of this magnificent waterfront luxurious home!
        New Value: 72-323-6865 to request a sho

Change by: Candi Lee Carrier

Change at 1:00 PM Eastern on 02/07/2019: This Open House was Removed.

| - | Open House | $2,525,000 | | 02/07/2019 | 53 |

Change by: Candi Lee Carrier

Change at 1:00 PM Eastern on 02/07/2019: This Open House was Removed.

| - | Tour | $2,525,000 | | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 7:51 PM Eastern on 02/04/2019: This Tour was Removed.

| - | Open House | $2,525,000 | | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 7:30 PM Eastern on 02/04/2019: This Open House was Added.

| - | Tour | $2,525,000 | | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 7:28 PM Eastern on 02/04/2019: This Tour was Edited.

| - | Tour | $2,525,000 | | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 7:28 PM Eastern on 02/04/2019: This Tour was Edited.

| - | Tour | $2,525,000 | | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 6:33 PM Eastern on 02/04/2019: This Tour was Added.

| - | Open House | $2,525,000 | | 02/04/2019 | 56 |

Change by: Candi Lee Carrier

Change at 5:26 PM Eastern on 02/04/2019: This Open House was Edited.

| - | Open House | $2,525,000 | | 02/04/2019 | 56 |

Change by: Candi Lee Carrier

Change at 5:25 PM Eastern on 02/04/2019: This Open House was Edited.

| - | Open House | $2,525,000 | | 02/04/2019 | 56 |

Change by: Candi Lee Carrier

Change at 5:25 PM Eastern on 02/04/2019: This Open House was Added.

| - | Open House | $2,525,000 | | 02/02/2019 | 58 |

Change by: Candi Lee Carrier

Change at 8:37 AM Eastern on 02/02/2019: This Open House was Removed.

| - | Price Change | $2,525,000 | -12.8% | 02/01/2019 | 59 |

Change by: Mark S. Bradley

Change at 9:35 AM Eastern: changed *List Price*
Old Value: 2895000.00
New Value: 2525000.00

| - | Open House | $2,895,000 | 01/30/2019 | 61 |

Change by: Candi Lee Carrier

Change at 9:33 AM Eastern on 01/30/2019: Open House was held from 2:00 PM until 4:00 PM on 02/03/2019

| - | Open House | $2,895,000 | 01/27/2019 | 64 |

Change by: Candi Lee Carrier

Change at 10:50 AM Eastern on 01/27/2019: Open House was held from 2:00 PM until 4:00 PM on 02/03/2019

| - | Open House | $2,895,000 | 01/27/2019 | 64 |

Change by: Candi Lee Carrier

Change at 10:50 AM Eastern on 01/27/2019: Open House was held from 2:00 PM until 4:00 PM on 02/03/2019

| - | Open House | $2,895,000 | 01/27/2019 | 64 |

Change by: Candi Lee Carrier

Change at 10:49 AM Eastern on 01/27/2019: This Open House was Removed.

| - | Open House | $2,895,000 | 01/27/2019 | 64 |

Change by: Candi Lee Carrier

Change at 10:48 AM Eastern on 01/27/2019: This Open House was Added.

| - | Open House | $2,895,000 | 01/25/2019 | 66 |

Change by: Candi Lee Carrier

Change at 2:41 PM Eastern on 01/25/2019: This Open House was Added.

| - | Virtual Tour, etc. | $2,895,000 | 01/15/2019 | 75 |

Change by: Mark S. Bradley

Change at 7:34 PM Eastern: Changed Virtual Tour
Change at 7:34 PM Eastern: Changed Virtual Tour Unbranded

| - | Open House | $2,895,000 | 01/14/2019 | 77 |

Change by: Candi Lee Carrier

Change at 11:28 AM Eastern on 01/14/2019: Open House was held from 1:00 PM until 4:00 PM on 01/26/2019

| - | Open House | $2,895,000 | 01/14/2019 | 77 |

Change by: Candi Lee Carrier

Change at 11:17 AM Eastern on 01/14/2019: Open House was held from 1:00 PM until 4:00 PM on 01/18/2019

| - | Open House | $2,895,000 | 01/14/2019 | 77 |

Change by: Candi Lee Carrier

Change at 11:01 AM Eastern on 01/17/2019: Open House was held from 10:00 AM until 4:00 PM on 01/17/2019

| - | Open House | $2,895,000 | 01/14/2019 | 77 |

Change by: Candi Lee Carrier

Change at 10:56 AM Eastern on 01/14/2019: Open House was held from 12:00 PM until 3:00 PM on 01/20/2019

| - | Open House | $2,895,000 | 01/14/2019 | 77 |

Change by: Candi Lee Carrier

Change at 10:55 AM Eastern on 01/14/2019: Open House was held from 1:00 AM until 3:00 PM on 01/19/2019

| - | Open House | $2,895,000 | 01/11/2019 | 80 |

Change by: Candi Lee Carrier

Change at 11:04 AM Eastern on 01/11/2019: Open House was held from 11:00 AM until 3:00 PM on 01/12/2019

| - | Open House | $2,895,000 | 12/23/2018 | 99 |

Change by: Candi Lee Carrier

Change at 10:33 AM Eastern on 12/23/2018: This Open House was Removed.

| - | Photos | $2,895,000 | 12/22/2018 | 100 |

Change by: Candi Lee Carrier

Change at 4:05 PM Eastern: Added photo "tubsink"
Change at 4:04 PM Eastern: Added photo "tub"
Change at 3:59 PM Eastern: Removed photo
Change at 3:59 PM Eastern: Removed photo
Change at 3:59 PM Eastern: Removed photo
Change at 3:59 PM Eastern: Added photo "master"
Change at 3:59 PM Eastern: Added photo "master2"
Change at 3:59 PM Eastern: Added photo "026FCandi-Carrie"
Change at 3:58 PM Eastern: Added photo "master4"
Change at 3:47 PM Eastern: Added photo "master2"
Change at 3:37 PM Eastern: Added photo "master"
Change at 3:37 PM Eastern: Added photo "master1"
Change at 2:45 PM Eastern: Removed photo
Change at 2:45 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:43 PM Eastern: Removed photo
Change at 2:42 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:38 PM Eastern: Removed photo
Change at 2:38 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:36 PM Eastern: Removed photo
Change at 2:35 PM Eastern: Removed photo
Change at 2:34 PM Eastern: Removed photo
Change at 2:33 PM Eastern: Removed photo
Change at 2:33 PM Eastern: Removed photo
Change at 2:33 PM Eastern: Removed photo
Change at 2:32 PM Eastern: Removed photo
Change at 2:32 PM Eastern: Removed photo
Change at 2:32 PM Eastern: Removed photo
Change at 2:31 PM Eastern: Removed photo
Change at 2:29 PM Eastern: Removed photo
Change at 2:29 PM Eastern: Removed photo
Change at 2:29 PM Eastern: Added photo "031Candi-Carrier"

Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:24 PM Eastern: Added photo "048Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "048Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "047Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "047Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "046Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "045Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "044Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "043Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "042Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "041Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "040Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "039Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "038Candi-Carrier"
Change at 2:23 PM Eastern: Added photo "034Candi-Carrier"
Change at 2:23 PM Eastern: Added photo "033Candi-Carrier"
Change at 2:23 PM Eastern: Added photo "032Candi-Carrier"
Change at 2:23 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:23 PM Eastern: Removed photo
Change at 2:22 PM Eastern: Added photo "26854813_1015680"
Change at 2:17 PM Eastern: Removed photo
Change at 2:16 PM Eastern: Removed photo
Change at 2:16 PM Eastern: Removed photo
Change at 2:15 PM Eastern: Added photo "053BCandi-Carrie"
Change at 2:15 PM Eastern: Added photo "053ACandi-Carrier"
Change at 2:15 PM Eastern: Added photo "053ACandi-Carrier"
Change at 2:15 PM Eastern: Added photo "052Candi-Carrier"
Change at 2:15 PM Eastern: Added photo "051Candi-Carrier"
Change at 2:15 PM Eastern: Added photo "050Candi-Carrier"
Change at 2:15 PM Eastern: Added photo "048Candi-Carrier"
Change at 2:01 PM Eastern: Removed photo
Change at 2:00 PM Eastern: Removed photo
Change at 2:00 PM Eastern: Removed photo
Change at 1:59 PM Eastern: Removed photo
Change at 1:59 PM Eastern: Removed photo
Change at 1:54 PM Eastern: Removed photo
Change at 1:54 PM Eastern: Removed photo
Change at 1:54 PM Eastern: Removed photo
Change at 1:51 PM Eastern: Removed photo
Change at 1:51 PM Eastern: Removed photo
Change at 1:45 PM Eastern: Added photo "029Candi-Carrier"
Change at 1:45 PM Eastern: Added photo "028Candi-Carrier"
Change at 1:45 PM Eastern: Added photo "027Candi-Carrier"
Change at 1:45 PM Eastern: Removed photo
Change at 1:45 PM Eastern: Added photo "026FCandi-Carrie"
Change at 1:45 PM Eastern: Removed photo

Change at 1:45 PM Eastern: Added photo "026DCandi-Carrie"
Change at 1:45 PM Eastern: Added photo "026CCandi-Carrie"
Change at 1:44 PM Eastern: Added photo "026Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "025Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "024Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "023Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "023Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "022Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "021Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "020Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "019Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "018Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "017Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "017BCandi-Carrie"
Change at 1:43 PM Eastern: Added photo "017ACandi-Carrie"
Change at 1:43 PM Eastern: Added photo "016Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "013Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "010Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "008Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "007Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "005Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "003Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "062Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "061Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "060Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "053Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "053BCandi-Carrie"
Change at 1:20 PM Eastern: Added photo "053ACandi-Carrie"
Change at 1:20 PM Eastern: Added photo "053ACandi-Carrier"
Change at 1:20 PM Eastern: Added photo "052Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "051Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "050Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "048Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "048Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "048Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "048Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "047Candi-Carrier"

| - | Open House | $2,895,000 | 12/22/2018 | 100 |

Change by: Candi Lee Carrier

Change at 11:05 AM Eastern on 12/22/2018: This Open House was Added.

| - | Photos | $2,895,000 | 12/19/2018 | 103 |

Change by: Candi Lee Carrier

Change at 1:24 AM Eastern: Removed photo
Change at 1:24 AM Eastern: Added photo "Guest Bedroom 3"
Change at 1:20 AM Eastern: Removed photo
Change at 1:08 AM Eastern: Added photo "1 sew"
Change at 1:07 AM Eastern: Removed photo

| - | Open House | $2,895,000 | 12/11/2018 | 111 |

Change by: Candi Lee Carrier

Change at 12:59 PM Eastern on 12/11/2018: Open House was held from 12:00 PM until 3:00 PM on 12/16/2018

| - | Open House | $2,895,000 | 12/06/2018 | 116 |

Change by: Candi Lee Carrier

Change at 4:16 PM Eastern on 12/06/2018: Open House was held from 11:00 AM until 2:00 PM on 12/09/2018

| - | Open House | $2,895,000 | 11/27/2018 | 125 |

Change by: Candi Lee Carrier

Change at 11:31 AM Eastern on 11/27/2018: Open House was held from 12:00 PM until 3:00 PM on 12/02/2018

| - | Virtual Tour, etc. | $2,895,000 | 11/22/2018 | 129 |

Change by: Candi Lee Carrier

Change at 10:28 PM Eastern: changed *video_unbranded*
    Old Value: list_media
    New Value: add
Change at 10:19 PM Eastern: changed *video*
    Old Value: list_media
    New Value: remove
Change at 10:19 PM Eastern: changed *video_unbranded*
    Old Value: list_media
    New Value: add
Change at 10:13 PM Eastern: Added Virtual Tour
Change at 10:13 PM Eastern: Added Virtual Tour Unbranded

| - | Open House | $2,895,000 | 11/04/2018 | 148 |

Change by: Candi Lee Carrier

Change at 11:41 AM Eastern on 11/04/2018: Open House was held from 12:30 PM until 3:00 PM on 11/04/2018

| - | Open House | $2,895,000 | 11/04/2018 | 148 |

Change by: Candi Lee Carrier

Change at 9:27 AM Eastern on 11/04/2018: Open House was held from 12:30 PM until 3:00 PM on 11/04/2018

| - | Tour | $2,895,000 | 10/29/2018 | 154 |

Change by: Candi Lee Carrier

Change at 9:37 AM Eastern on 10/29/2018: This Tour was Removed.

| - | Tour | $2,895,000 | 10/29/2018 | 154 |

Change by: Candi Lee Carrier

Change at 9:37 AM Eastern on 10/29/2018: This Tour was Removed.

| - | Text, etc. | $2,895,000 | 10/27/2018 | 156 |

Change by: Candi Lee Carrier

Change at 12:05 PM Eastern: changed *Public Remarks*
Old Value: Award-winning architecture. Mediterranean style and the finest of materials fashion this home,creating a true Old World feel. Enter into the Coquina coral entryway and foyer to the elegant living room featuring a hand cut Coquina and marble fireplace, Pecky Cypress beamed ceilings and cast stone columns. Truly stunning! The gourmet granite kitchen provides for the ultimate in entertaining including two butler pantries, wet bar, Viking range enclosed by a brick alcove, all opening to the spacious family room.Magnificent iron railed staircase, cherrywood office, perfectly polished Mexican tile floors and more. The Master suite offers a

sitting room,luxurious bath, walk-in closets and riverfront balcony. Deep water
dockage with easy access to the inlet and so much more.
New Value: ircase, cherry wood office, pe

| - | Tour | $2,895,000 | | 10/26/2018 | 157 |
|---|---|---|---|---|---|

Change by: Candi Lee Carrier

    Change at 5:26 PM Eastern on 10/26/2018: This Tour was Added.

| - | Tour | $2,895,000 | | 10/26/2018 | 157 |
|---|---|---|---|---|---|

Change by: Candi Lee Carrier

    Change at 5:24 PM Eastern on 10/26/2018: This Tour was Added.

| - | Text, etc. | $2,895,000 | | 10/26/2018 | 157 |
|---|---|---|---|---|---|

Change by: Candi Lee Carrier

    Change at 5:44 PM Eastern: changed *Broker Only Remarks*
    Old Value: Call or Text Mark Bradley at 772-323-6865 to request a showing of this
    magnificent waterfront luxurious home!
    New Value: 72-323-6865 or Candi Carrier
    Change at 5:26 PM Eastern: Added Tour
    Change at 5:24 PM Eastern: Added Tour

Change by: Mark S. Bradley

    Change at 2:06 PM Eastern: changed *Co-listing Agent*
    Old Value: null
    New Value: Candi Lee Carrier

| - | Price Change | $2,895,000 | -3.5% | 08/08/2018 | 235 |
|---|---|---|---|---|---|

Change by: Mark S. Bradley

    Change at 10:16 PM Eastern: changed *List Price*
    Old Value: 3000000.00
    New Value: 2895000.00

| - | Open House | $3,000,000 | | 06/22/2018 | 282 |
|---|---|---|---|---|---|

Change by: Mark S. Bradley

    Change at 9:56 PM Eastern on 06/22/2018: Open House was held from 1:00 PM until 4:00
    PM on 06/23/2018

| - | Open House | $3,000,000 | | 06/09/2018 | 296 |
|---|---|---|---|---|---|

Change by: Mark S. Bradley

    Change at 1:52 PM Eastern on 06/09/2018: Open House was held from 1:00 PM until 4:00
    PM on 06/10/2018

| - | Photos | $3,000,000 | | 06/06/2018 | 298 |
|---|---|---|---|---|---|

Change by: Mark S. Bradley

    Change at 10:50 PM Eastern: Added photo "055_preview"
    Change at 10:49 PM Eastern: Removed photo
    Change at 10:48 PM Eastern: Removed photo
    Change at 10:45 PM Eastern: Added photo "006_preview"
    Change at 10:43 PM Eastern: Added photo "54_preview"
    Change at 10:42 PM Eastern: Removed photo
    Change at 10:41 PM Eastern: Removed photo
    Change at 10:41 PM Eastern: Added photo "download (2)"

Change at 10:33 PM Eastern: Added photo "Sewells Point ae"
Change at 10:33 PM Eastern: Removed photo
Change at 10:33 PM Eastern: Added photo "dock1web_preview"
Change at 10:33 PM Eastern: Removed photo
Change at 10:32 PM Eastern: Added photo "064_preview"
Change at 10:32 PM Eastern: Removed photo
Change at 10:31 PM Eastern: Removed photo
Change at 10:30 PM Eastern: Removed photo
Change at 10:25 PM Eastern: Removed photo
Change at 10:25 PM Eastern: Removed photo
Change at 10:25 PM Eastern: Removed photo
Change at 10:25 PM Eastern: Removed photo
Change at 10:24 PM Eastern: Added photo "download (2)"
Change at 10:24 PM Eastern: Added photo "download (1)"
Change at 10:21 PM Eastern: Removed photo
Change at 10:20 PM Eastern: Added photo "download"
Change at 10:20 PM Eastern: Removed photo
Change at 10:20 PM Eastern: Added photo "75_preview"
Change at 10:20 PM Eastern: Removed photo
Change at 10:20 PM Eastern: Added photo "009_preview"
Change at 10:15 PM Eastern: Removed photo
Change at 10:14 PM Eastern: Added photo "010_preview"
Change at 10:14 PM Eastern: Added photo "009_preview"
Change at 10:13 PM Eastern: Removed photo
Change at 10:13 PM Eastern: Removed photo
Change at 10:12 PM Eastern: Removed photo
Change at 10:12 PM Eastern: Added photo "front3web_previe"
Change at 10:12 PM Eastern: Added photo "frontnewsky1_pre"
Change at 10:11 PM Eastern: Added photo "010_preview"
Change at 10:11 PM Eastern: Added photo "front3web_previe"
Change at 10:05 PM Eastern: Added photo "053b_preview"
Change at 10:05 PM Eastern: Added photo "5_preview"
Change at 10:04 PM Eastern: Added photo "003_preview"
Change at 10:04 PM Eastern: Added photo "75_preview"
Change at 10:04 PM Eastern: Added photo "66_preview"
Change at 10:04 PM Eastern: Added photo "064_preview"
Change at 10:04 PM Eastern: Added photo "058_preview"
Change at 10:04 PM Eastern: Added photo "56_preview"
Change at 10:03 PM Eastern: Added photo "1 Front_preview"

| - | Photos, etc. | $3,000,000 | | 06/02/2018 | 303 | |

Change by: Mark S. Bradley

Change at 7:41 AM Eastern: Removed photo
Change at 7:13 AM Eastern: changed *Comm/Non-Rep*
    Old Value: 3%
    New Value: 2.5%
Change at 7:13 AM Eastern: changed *Comm/Single Agent*
    Old Value: 3%
    New Value: 2.5%
Change at 7:13 AM Eastern: changed *Comm/Trans Brk*
    Old Value: 3%
    New Value: 2.5%

| - | New | $3,000,000 | | 06/01/2018 | 303 | |

Change by: Mark S. Bradley

Change at 11:53 PM Eastern: Added new listing

| - | RX-10346820 | Expired | $2,795,000 | 3.7% | 06/23/2018 | 16 | 16 | 71 N River Road |

Change by: BeachesMLS, Inc.

> Change at 1:00 AM Eastern: changed *Status*
> Old Value: Temp Off Market
> New Value: Expired

| - | Status | $2,795,000 | | 07/18/2017 | | | |

Change by: Mark S. Bradley

> Change at 12:51 PM Eastern: changed *Status*
> Old Value: Active
> New Value: Temp Off Market

| - | New | $2,795,000 | | 06/30/2017 | 14 | | |

Change by: Mark S. Bradley

> Change at 12:49 AM Eastern: Added new listing

| - | RX-10088519 | Expired | $2,695,000 | -7.1% | 10/28/2015 | 350 | 350 | 71 N River Road |

| - | Status | $2,695,000 | | 10/29/2015 | | | |

Change by: BeachesMLS, Inc.

> Change at 1:00 AM Eastern: changed *Status*
> Old Value: Active
> New Value: Expired

| - | Price Change | $2,695,000 | -6.9% | 08/10/2015 | 79 | | |

Change by: Vivian Swasey

> Change at 2:54 PM Eastern: changed *List Price*
> Old Value: 2895000.00
> New Value: 2695000.00

| - | Photos | $2,895,000 | | 07/09/2015 | 111 | | |

Change by: Debra Duvall

> Change at 2:39 PM Eastern: Removed photo

| - | Photos | $2,895,000 | | 11/24/2014 | 338 | | |

Change by: Debra Duvall

> Change at 11:03 AM Eastern: Replaced photo "MLS 23"
> Change at 10:38 AM Eastern: Added photo "Aerial with boat"

| - | Photos, etc. | $2,895,000 | | 11/17/2014 | 345 | | |

Change by: Debra Duvall

> Change at 11:14 AM Eastern: Added photo "027"
> Change at 10:50 AM Eastern: Added photo "073"
> Change at 10:49 AM Eastern: Added photo "067"
> Change at 10:48 AM Eastern: Added photo "062"
> Change at 10:48 AM Eastern: Added photo "061"
> Change at 10:47 AM Eastern: Added photo "059"
> Change at 10:47 AM Eastern: Added photo "056"
> Change at 10:46 AM Eastern: Added photo "049"
> Change at 10:46 AM Eastern: Added photo "040a"

Change at 10:45 AM Eastern: Added photo "025b"

| - | | New | $2,895,000 | | 11/13/2014 | 349 | | |

Change by: Debra Duvall

Change at 10:22 AM Eastern: Added Virtual Tour
Change at 10:22 AM Eastern: Added Virtual Tour Unbranded
Change at 10:19 AM Eastern: Added photo "MLS 25"
Change at 10:19 AM Eastern: Added photo "MLS 24"
Change at 10:19 AM Eastern: Added photo "MLS 23"
Change at 10:19 AM Eastern: Added photo "MLS 22"
Change at 10:19 AM Eastern: Added photo "MLS 21"
Change at 10:19 AM Eastern: Added photo "MLS 20"
Change at 10:19 AM Eastern: Added photo "MLS 19"
Change at 10:19 AM Eastern: Added photo "MLS 18"
Change at 10:19 AM Eastern: Added photo "MLS 17"
Change at 10:19 AM Eastern: Added photo "MLS 16"
Change at 10:19 AM Eastern: Added photo "MLS 15"
Change at 10:19 AM Eastern: Added photo "MLS 14"
Change at 10:19 AM Eastern: Added photo "MLS 13"
Change at 10:19 AM Eastern: Added photo "MLS 12"
Change at 10:19 AM Eastern: Added photo "MLS 11"
Change at 10:19 AM Eastern: Added photo "MLS 10"
Change at 10:19 AM Eastern: Added photo "MLS 9"
Change at 10:19 AM Eastern: Added photo "MLS 8"
Change at 10:19 AM Eastern: Added photo "MLS 7"
Change at 10:19 AM Eastern: Added photo "MLS 6"
Change at 10:19 AM Eastern: Added photo "MLS 5"
Change at 10:18 AM Eastern: Added photo "MLS 4"
Change at 10:18 AM Eastern: Added photo "MLS 3"
Change at 10:18 AM Eastern: Added photo "MLS 2"
Change at 10:18 AM Eastern: Added new listing

| - | RX-3286720 | Expired | $2,900,000 | | 01/01/2013 | 209 | 209 | 71 N River Road |

| - | | Status | $2,900,000 | | 01/01/2013 | | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| - | | Status | $2,900,000 | | 12/31/2012 | 0 | | |

Change by: Stephen M. Dutcher

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| - | | Status | $2,900,000 | | 12/28/2012 | 3 | | |

Change by: Stephen M. Dutcher

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Temp Off Market

| - | | New | $2,900,000 | | 06/05/2012 | 209 | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: Added new listing

Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 327 of 537

**POOL**



**FRONT**



**THREE CAR GARAGE**



**FRONT**



**DRIVEWAY**



**AERIAL VIEW**



**REAR POOL AREA**



**POOL VIEW**



**WATER VIEW**



**REAR POOL VIEW**



**BALCONY VIEW**



048Candi-Carrier-508_preview



**ELEGANT VIEW**



**BOAT DOCK**



**WATER VIEW**



**AERIAL VIEW**



**REAR**



**REAR**



**REAR OF HOUSE**



**PATIO WATER VIEW**




**017Candi-Carrier-Kitchen(7)**



**018Candi-Carrier-Kitchen**



**BREAKFAST AREA**



**021Candi-Carrier-Kitchen(5)**



**022Candi-Carrier-Kitchen(2)**



**023Candi-Carrier-Kitchen(6)**



**024Candi-Carrier-Family-Room(1)**



**025Candi-Carrier-Family-Room(2)**



**026Candi-Carrier-Family-Room**



**019Candi-Carrier-Kitchen(1)**



Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 332 of 537

**FAMILY ROOM**



**KITCHEN**



**BULTER PANTRY**



**017ACandi-Carrier-Butler-2-Pantry**



**WET BAR**



**FORMAL DINING ROOM**



**LIVING ROOM**



**LIVING ROOM**



**026CCandi-Carrier-Office(2)**



**OFFICE**



**OFFICE**



**026DCandi-Carrier-Office**



**008Candi-Carrier-Foyer**



**026FCandi-Carrier-Bathroom-2**



**007Candi-Carrier-Foyer01**



**062Candi-Carrier-Hallway(1)_preview**



**010Candi-Carrier-Living-Room(2)**



**013Candi-Carrier-Dining-Room(1)**



**016Candi-Carrier-Dining-Room014(2)**



**LIVING ROOM**



**027Candi-Carrier-Grand-Staircase(1)**



**STAIRWAY**



**029Candi-Carrier-Grand-Staircase**



**048Candi-Carrier-Master-Bedroom-Foyer(1)**



**048Candi-Carrier-Master-Bedroom-Foyer_pr**



**master**



**master1**



**master2**



**master bath**          **master bath1**



**master4**



**MASTER BATH**



**MASTER CLOSET**



**MASTER CLOSET**



**048Candi-Carrier-Bedroom-2(1)_preview**



**053ACandi-Carrier-Bathroom-4(1)_preview**



**2ND MASTER BATH**



**051Candi-Carrier-Bedroom-3(1)_preview**



**3RD BATHROOM**



**053BCandi-Carrier-Bathroom-5_preview**



**053ACandi-Carrier-Bathroom-4_preview**



**EXERCISE ROOM ROOM**



**EXERCISE ROOM**

**LAUNDRY ROOM**





Exhibit

15



©AAP 2017 all rights reserved

**EXHIBIT**

15-A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tugle*

Acting United States Register of Copyrights and Director

**Registration Number**

# VA 2-100-942

**Effective Date of Registration:**
October 17, 2017

---

## Title

**Title of Work:** Group Registration Photos, Selected 2017 Photographs Including 2880 Le Bateau, 103 Bears Club, Mizner Grande published Jan. 11, 2017 to Oct. 10, 2017; 150 photos

**Content Title:** 2880 Le Bateau Dr  night b 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  night c 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  night a 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  night d 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  stairs c 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr living c 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  stairs d 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  stairs b 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  office 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  living b 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  living a 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  front door c 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  family b 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr family c 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  family a 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr kitchen b 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  kitchen a 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr front door a 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr coach lights 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr mirror lamps 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  front door b 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr stairs e 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  bath room f 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr master br c 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  master br b 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr master br a 2017 AAP, Oct. 10, 2017;

2880 Le Bateau Dr  master closet  2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr master bath c 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  master bath d 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr master bath b 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  master bath a 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr hall 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  powder room 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr bath room e 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  BR f 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  bath

**EXHIBIT**

**15-B**

room d 2017 AAP, Oct. 10. 2017;
2880 Le Bateau Dr  BR e 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  bath room c 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  BR d 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  upstairs laundry 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  movie room 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  BR c 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  bath room b 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  BR b 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  stairs f 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  wet bar 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  bath room a 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  BR a 2017 AAP, Oct. 10, 2017;

2880 Le Bateau Dr  dinning b 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  dinning a 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  mud room 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  main laundry 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  loggia 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  pool a 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  dock b 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  pool c 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  pool b 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  dock a 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  stairs a 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  aerial e 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  aerial c 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  aerial h 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  aerial d 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  aerial b 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  aerial i 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  aerial j 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  aerial k 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  aerial L 2017 AAP, Oct. 10, 2017;
Hilton Miami n, Jul. 12, 2017; Hilton Miami m, Jul. 12, 2017;

Hilton Miami l, Jul. 12, 2017; Hilton Miami b, Jul. 12, 2017;
Hilton Miami a, Jul. 12, 2017; Hilton Miami f, Jul. 12, 2017;
Hilton Miami e, Jul. 12, 2017; Hilton Miami d, Jul. 12, 2017;
Hilton Miami g, Jul. 12, 2017; Hilton Miami c, Jul. 12, 2017;
Hilton Miami k, Jul. 12, 2017; Hilton Miami h, Jul. 12, 2017;
Hilton Miami j, Jul. 12, 2017; Hilton Miami i, Jul. 12, 2017;
Hilton Miami o, Jul. 12, 2017;
Ocean Edge AAP 2017 b, Jul. 9, 2017; Ocean Edge AAP 2017 c, Jul. 9, 2017;
Ocean Edge AAP 2017 a, Jul. 9, 2017;
El Cid sign 2017 AAP, Jun. 3, 2017;

Resort at Singer Island AAP 2017 b, May 30, 2017; Resort at Singer Island AAP 2017 a, May 30, 2017;
Resort at Singer Island AAP 2017 c, May 30, 2017;
Long Lake Estates Tennis AAP 2017, Feb. 27, 2017; Long Lake Estate AAP 2017, Feb. 27, 2017;
Long Lake Estate Playground AAP 2017, Feb. 27, 2017; Long Lake Estates Sign, Feb. 27, 2017;
Luxuria of Boca movie 2017 AAP, Feb. 24, 2017; Luxuria of Boca gym 2017 AAP, Feb. 24, 2017;
Luxuria of Boca reading 2017 AAP, Feb. 24, 2017; Luxuria of Boca lobby 2017 AAP, Feb. 24, 2017;



Luxuria of Boca aerial 2017 AAP, Feb. 24, 2017; Luxuria of Boca beach chairs 2017 AAP, Feb. 24, 2017;
Ballatrae sign b  AAP 2017, Feb. 14, 2017; Ballatrae sign a  AAP 2017, Feb. 14, 2017;
Ballatrae pool AAP 2017, Feb. 14, 2017; Ballatrae aerial c AAP 2017, Feb. 14, 2017;
Ballatrae aerial d AAP 2017, Feb. 14, 2017; Ballatrae aerial a AAP 2017, Feb. 14, 2017;
Ballatrae aerial b AAP 2017, Feb. 14, 2017;
3140 S Ocean Blvd Lobby AAP 2017 a, Feb. 9 , 2017; Carlton Place Pool AAP 2017, Feb. 9, 2017;
The Ridge Tennis AAP 2017, Feb. 9, 2017; The Ridge basketball AAP 2017, Feb. 9, 2017;
The Ridge Pool AAP 2017, Feb. 9, 2017; The Ridge sign AAP 2017, Feb. 9, 2017;
Carlton Place Tennis AAP 2017, Feb. 8, 2017; 3140 S Ocean Blvd Lobby AAP 2017 b, Feb. 8 ,2017;
3140 S Ocean Blvd Gym 2017 AAP, Feb. 8, 2017; Ocean Ridge sign AAP 2017, Jan. 31, 2017;



Pelican Cove aerial a 2017 AAP, Jan. 31, 2017; Pelican Cove aerial b 2017 AAP, Jan. 31, 2017;
Frenchmans Harbor sign 2017 AAP, Jan. 25, 2017; 71 N River Dr night b AAP, Jan. 17, 2017;
71 N River Dr night c AAP, Jan. 17, 2017; 71 N River Dr front door AAP, Jan. 17, 2017;
71 N River Dr living dinning AAP, Jan. 17, 2017; 71 N River Dr living room AAP, Jan. 17, 2017;

71 N River Dr sunset AAP, Jan. 17, 2017; 71 N River Dr hall AAP, Jan. 17, 2017;
Mizner Grande Gym AAP 2017 a, Jan. 13, 2017; Mizner Grande Lobby b AAP 2017, Jan. 13, 2017;
Mizner Grande Pool b AAP 2017, Jan. 13, 2017; Mizner Grande Pool c AAP 2017, Jan. 13, 2017;
Mizner Grande Pool a AAP 2017, Jan. 13, 2017; Mizner Grande Lobby c AAP 2017, Jan. 13, 2017;
Mizner Grande Lobby a AAP 2017, Jan. 13, 2017; Mizner Grande aerial a 2017 AAP AAP, Jan. 13, 2017;
Mizner Grande aerial b 2017 AAP AAP, Jan. 13, 2017; Mizner Grande aerial c 2017 AAP AAP, Jan. 13, 2017;
103 Bears Club 2017 AAP b, Jan. 11, 2017; 103 Bears Club 2017 AAP h, Jan 11. 2017;
103 Bears Club 2017 AAP i, Jan 11. 2017; 103 Bears Club 2017 AAP d, Jan 11. 2017;
103 Bears Club 2017 AAP g, Jan. 11, 2017; 103 Bears Club 2017 AAP c, Jan. 11, 2017;
103 Bears Club 2017 AAP e, Jan. 11, 2017; 103 Bears Club 2017 AAP f, Jan. 11, 2017;
103 Bears Club 2017 AAP a, Jan. 11, 2017; 2880 Le Bateau Dr  aerial a 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  aerial f 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  aerial g 2017 AAP, Oct. 10, 2017;
71 N River Dr night a AAP, Apr. 17, 2017;

Hilton Miami n, Jul. 12, 2017; Hilton Miami m, Jul. 12, 2017;

**Completion/Publication**

Luxuria of Boca aerial 2017 AAP, Feb. 24, 2017; Luxuria of Boca beach chairs 2017 AAP, Feb. 24, 2017;

Ballatrae sign b  AAP 2017, Feb. 14, 2017; Ballatrae sign a  AAP 2017, Feb. 14, 2017;

Ballatrae pool AAP 2017, Feb. 14, 2017; Ballatrae aerial c AAP 2017, Feb. 14, 2017;

Ballatrae aerial d AAP 2017, Feb. 14, 2017; Ballatrae aerial a AAP 2017, Feb. 14, 2017;

Ballatrae aerial b AAP 2017, Feb. 14, 2017;

3140 S Ocean Blvd Lobby AAP 2017 a, Feb. 9 , 2017; Carlton Place Pool AAP 2017, Feb. 9, 2017;

The Ridge Tennis AAP 2017, Feb. 9, 2017; The Ridge basketball AAP 2017, Feb. 9, 2017;

The Ridge Pool AAP 2017, Feb. 9, 2017; The Ridge sign AAP 2017, Feb. 9, 2017;

Carlton Place Tennis AAP 2017, Feb. 8, 2017; 3140 S Ocean Blvd Lobby AAP 2017 b, Feb. 8 ,2017;

3140 S Ocean Blvd Gym 2017 AAP, Feb. 8, 2017; Ocean Ridge sign AAP 2017, Jan. 31, 2017;

Pelican Cove aerial a 2017 AAP, Jan. 31, 2017; Pelican Cove aerial b 2017 AAP, Jan. 31, 2017;

Frenchmans Harbor sign 2017 AAP, Jan. 25, 2017; 71 N River Dr night b AAP, Jan. 17, 2017;

71 N River Dr night c AAP, Jan. 17, 2017; 71 N River Dr front door AAP, Jan. 17, 2017;

71 N River Dr living dinning AAP, Jan. 17, 2017; 71 N River Dr living room AAP, Jan. 17, 2017;

71 N River Dr sunset AAP, Jan. 17, 2017; 71 N River Dr hall AAP, Jan. 17, 2017;

Mizner Grande Gym AAP 2017 a, Jan. 13, 2017; Mizner Grande Lobby b AAP 2017, Jan. 13, 2017;

Mizner Grande Pool b AAP 2017, Jan. 13, 2017; Mizner Grande Pool c AAP 2017, Jan. 13, 2017;

Mizner Grande Pool a AAP 2017, Jan. 13, 2017; Mizner Grande Lobby c AAP 2017, Jan. 13, 2017;

Mizner Grande Lobby a AAP 2017, Jan. 13, 2017; Mizner Grande aerial a 2017 AAP AAP, Jan. 13, 2017;

Mizner Grande aerial b 2017 AAP AAP, Jan. 13, 2017; Mizner Grande aerial c 2017 AAP AAP, Jan. 13, 2017;

103 Bears Club 2017 AAP b, Jan. 11, 2017; 103 Bears Club 2017 AAP h, Jan 11. 2017;

103 Bears Club 2017 AAP i, Jan 11. 2017; 103 Bears Club 2017 AAP d, Jan 11. 2017;

103 Bears Club 2017 AAP g, Jan. 11, 2017; 103 Bears Club 2017 AAP c, Jan. 11, 2017;

103 Bears Club 2017 AAP e, Jan. 11, 2017; 103 Bears Club 2017 AAP f, Jan. 11, 2017;

103 Bears Club 2017 AAP a, Jan. 11, 2017; 2880 Le Bateau Dr  aerial a 2017 AAP, Oct. 10, 2017;

2880 Le Bateau Dr  aerial f 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  aerial g 2017 AAP, Oct. 10, 2017;

71 N River Dr night a AAP, Apr. 17, 2017;

Hilton Miami n, Jul. 12, 2017; Hilton Miami m, Jul. 12, 2017;

**Completion/Publication**

**Year of Completion:** 2017
**Date of 1st Publication:** January 11, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
**Author Created:** photograph
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:** Robert Stevens
**Date:** October 17, 2017

**Copyright Office notes:** Basis for Registration: Registered as a Group of Published Photographs.

71 N River Rd, Sewalls Point • $2,525,000
4 beds • 4 full, 1 half baths • 5,341 sq ft • 0.63 acres lot


































**EXHIBIT**

15-C

Case 9:20-cv-82262-WPD Document 109-4 Entered on FLSD Docket 12/11/2020 Page 348 of 537

**Residential Full Report**

**711 N River Road, Sewalls Point, FL 34996**

List Price: $2,525,000

MLS#: RX-10436425 — St: Pending — Type: Single Family Detached

Orig LP: $3,000,000 — Range Price: — List Price/SqFt: 472.75

Area: 5 - Sewalls Point — Geo Area: MA05 — County: Martin

Legal Desc: QUAIL RUN LOT 6

Subdivision: QUAIL RUN

Development Name:

| | | |
|---|---|---|
| Model Name: | Parcel ID: 353741005000000604 | Front Exp: E |
| Waterfront: Yes | Waterfrontage: 150' | Garage Spaces: 3 |
| Lot Dimensions: 125.0 ft x 125.0 ft | Multiple Ofrs Acptd: | Carport Spaces: |
| | Taxes: 26,619 | Private Pool: Yes |
| Lot SqFt: 27,399 | Tax Year: 2017 | REO: No |
| HOPA: No Hopa | Special Assessment: No | Short Sale Addendum: No |
| Zoning: RESIDENTIAL | Dock: | Short Sale: No |
| | Membership Fee Required: No | Owner/Agent: No |

Elementary School: J. D. Parker Elementary
Middle School: Stuart Middle School
High School: Martin County High School

Virtual Tour: Click to View

| | | | |
|---|---|---|---|
| Dining Room 13.00 X16.00 | Family Room 18.00 X16.00 | Bedroom 2 14.00 X12.00 | LivSqFt: 5,341 |
| Kitchen 18.00 X15.00 | | Bedroom 3 14.00 X12.00 | SqFt - Total: 7,174 |
| Living Room 22.00 X15.00 | | Bedroom 4 16.00 X14.00 | SqFt Source: Floor Plan |
| | | Master Bedroom 20.00 X16.00 | Guest Hse: |

Bedrooms: 4
Baths - Full: 4
Baths - Half: 1
Baths - Total: 4.1
Pets Allowed: Yes

Yr Built: 2001
Builder Name:
Property Condition: Resale

| | | | |
|---|---|---|---|
| HOA/POA/COA (Monthly): | Bldg #: | Land Lease: | Mobile Home Size: |
| Governing Bodies: None | Total Floors/Stories: 2 | Recreation Lease: | Decal #: |
| Homeowners Assoc: None | Total Units in Bldg: | Min Days to Lease: | Serial #: |
| Lease Times p/Year: | Ttl Units in Complex: | | Brand Name: |
| Application Fee: | Unit Floor #: | | Total Assessed Value: |
| | Membership Fee Amount: | | |

Auction: No

Directions: East Ocean Blvd to North Sewall's Point Rd. Left onto Perriwinkle . Right on River Rd.House on Left

Showing Instructions: Call Listing Agent; Text Listing Agent; Vacant

LO: 802428 — 772-236-5700
LM: 244522838 — Keller Williams Realty of PSL — 772-236-5700
Mark S. Bradley — 772-323-6865 — markbradley@kw.com — LD: 06/01/2018
Com/BuyerAgt: 4% — Comm/Non-Rep: 4% — Trans Brk: 4% — Bonus:
Var/Dual Rate: Yes — List Type: Ex Rt — List Off Agency: Transaction Broker
Owner Name: WITHELD

Broker Only Remarks: Call or Text Mark Bradley at 772-323-6865 to request a showing of this magnificent waterfront luxurious home!
Any Broker Advertise: No

Design: Mediterranean; Spanish
Construction: Block
Unit Desc:
Flooring: Carpet; Ceramic Tile; Marble; Wood Floor
Furnished: Partially Furnished
Dining Area: Breakfast Area; Dining Family; Dining-Living; Dining/Kitchen; Eat-In Kitchen; Formal; Snack Bar
Master Bedroom/Bath: 2 Master Baths; Bidet; Dual Sinks; Mstr Bdrm - Upstairs; Separate Shower; Spa Tub & Shower
Window Treatments: Impact Glass
Lot Description: East of US-1; 1/2 to < 1 Acre
Private Pool: Concrete; Inground
Storm Protection:
Restrict: Lease OK w/Restrict
Pet Restrictions:
Rooms: Storage

View: Intracoastal; Pool; River
Waterfront Details: Intracoastal; Navigable; Ocean Access; River
Cooling: Central; Electric; Zoned
Heating: Central; Electric; Zoned
Security: Security Sys-Owned
Utilities: Public Water
Boat Services: Dock Available: 2; Up to 100 Ft Boat; Boathouse
Special Info:
Terms Considered: Cash; Conventional
Parking: 2+ Spaces; Garage - Attached
Roof: Barrel
Taxes: Homestead
Equestrian Features:

Equip/Appl: Auto Garage Open; Central Vacuum; Dishwasher; Disposal; Dryer; Freezer; Ice Maker; Intercom; Microwave; Range - Electric; Refrigerator; Smoke Detector; Wall Oven; Washer; Water Heater - Elec
SubdivInfo: Bike - Jog; Boating; Exercise Room; Sidewalks
Interior: Bar; Built-in Shelves; Closet Cabinets; Ctdrl/Vault Ceilings; Decorative Fireplace; Fireplace(s); French Door; Split Bedroom; Volume Ceiling; Walk-in Closet; Wet Bar
Exterior: Auto Sprinkler; Built-in Grill; Covered Balcony; Covered Patio; Custom Lighting; Open Balcony; Open Porch; Outdoor Shower; Summer Kitchen; Zoned Sprinkler
Maintenance Fee Incl:
Original List Price: $3,000,000
Days On Market: 304 — Cumulative DOM: 304
Sold Price: — Sold Price Sqft: — Under Contract Date: 04/01/2019
Selling Office: — Terms of Sale: — Sold Date:
Selling Agent:
Public Remarks: Award-winning architecture. Mediterranean style and the finest of materials fashion this home,creating a true Old World feel. Enter into the Coquina coral entryway and foyer to the elegant living room featuring a hand cut Coquina and marble fireplace, Pecky Cypress beamed ceilings and cast stone columns. Truly

stunning! The gourmet granite kitchen provides for the ultimate in entertaining including two butler pantries, wet bar, Viking range, anchored by a brick alcove, all opening to the spacious family room.Magnificent iron railed staircase, cherry wood office, perfectly polished Mexican tile floors and more. The Master suite offers a sitting room,luxurious bath, walk-in closets and riverfront balcony. Deep water dockage with easy access to the inlet and so much more.

Information is deemed to be reliable, but is not guaranteed. © 2019 MLS and FBS. Prepared by Mateusz Rymarski on Wednesday, April 03, 2019 11:21 AM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 350 of 537

| + | MLS # | Status | Price | % Change | Date | DOM | CDOM | Address |
|---|-------|--------|-------|----------|------|-----|------|---------|
| - | RX-10436425 | Pending | $2,525,000 | -9.7% | 04/01/2019 | 304 | 304 | 71 N River Road |

|   | - | Status | $2,525,000 |  | 04/01/2019 |  |  |  |
|---|---|--------|------------|--|------------|--|--|--|

Change by: Mark S. Bradley

Change at 9:11 PM Eastern: changed *Status*
Old Value: Active
New Value: Pending

|   | - | Under Contract Date | $2,525,000 |  | 04/01/2019 |
|---|---|---------------------|------------|--|------------|

Change by: Mark S. Bradley

Change at 9:11 PM Eastern: changed *Contingency*
Old Value:
New Value: N
Change at 9:11 PM Eastern: changed *Under Contract Date*
Old Value:
New Value: 4/1/2019

|   | - | Open House | $2,525,000 |  | 03/17/2019 | 15 |
|---|---|------------|------------|--|------------|----|

Change by: Mark S. Bradley

Change at 10:14 AM Eastern on 03/17/2019: Open House was held from 1:00 PM until 3:00 PM on 03/17/2019

|   | - | Open House | $2,525,000 |  | 03/09/2019 | 23 |
|---|---|------------|------------|--|------------|----|

Change by: Mark S. Bradley

Change at 9:58 AM Eastern on 03/09/2019: Open House was held from 12:00 PM until 3:00 PM on 03/10/2019

|   | - | Open House | $2,525,000 |  | 02/24/2019 | 35 |
|---|---|------------|------------|--|------------|----|

Change by: Mark S. Bradley

Change at 8:34 PM Eastern on 02/24/2019: Open House was held from 1:00 PM until 3:00 PM on 03/03/2019

|   | - | Open House | $2,525,000 |  | 02/24/2019 | 35 |
|---|---|------------|------------|--|------------|----|

Change by: Mark S. Bradley

Change at 8:32 PM Eastern on 02/24/2019: Open House was held from 11:00 AM until 1:00 PM on 03/03/2019

|   | - | Text, etc. | $2,525,000 |  | 02/24/2019 | 35 |
|---|---|------------|------------|--|------------|----|

Change by: Mark S. Bradley

Change at 8:34 PM Eastern: changed *Open House*
Old Value: x'20190225013442459290000000'
New Value: Added
Change at 8:32 PM Eastern: changed *Open House*
Old Value: x'20190225013221019866000000'
New Value: Added
Change at 8:28 PM Eastern: changed *Comm/Non-Rep*
Old Value: 3.5%

New Value: 4%
Change at 8:28 Eastern: changed *Comm/Single Agent*
Old Value: 3.5%
New Value: 4%
Change at 8:28 Eastern: changed *Comm/Trans Brk*
Old Value: 3.5%
New Value: 4%

| - | Text, etc. | $2,525,000 | 02/23/2019 | 36 |

Change by: Mark S. Bradley

Change at 9:05 PM Eastern: changed *Comm/Non-Rep*
Old Value: 2.5%
New Value: 3.5%
Change at 9:05 PM Eastern: changed *Comm/Single Agent*
Old Value: 2.5%
New Value: 3.5%
Change at 9:05 PM Eastern: changed *Comm/Trans Brk*
Old Value: 2.5%
New Value: 3.5%

| - | Text, etc. | $2,525,000 | 02/20/2019 | 40 |

Change by: Mark S. Bradley

Change at 2:02 PM Eastern: changed *Co-listing Agent*
Old Value: Candi Lee Carrier
New Value: null
Change at 1:58 PM Eastern: changed *Broker Only Remarks*
Old Value: Call or Text Mark Bradley at 772-323-6865 or Candi Carrier at
772-203-7815 to request a showing of this magnificent waterfront luxurious home!
New Value: 72-323-6865 to request a sho

| - | Open House | $2,525,000 | 02/07/2019 | 53 |

Change by: Candi Lee Carrier

Change at 1:00 PM Eastern on 02/07/2019: This Open House was Removed.

| - | Open House | $2,525,000 | 02/07/2019 | 53 |

Change by: Candi Lee Carrier

Change at 1:00 PM Eastern on 02/07/2019: This Open House was Removed.

| - | Tour | $2,525,000 | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 7:51 PM Eastern on 02/04/2019: This Tour was Removed.

| - | Open House | $2,525,000 | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 7:30 PM Eastern on 02/04/2019: This Open House was Added.

| - | Tour | $2,525,000 | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 7:28 PM Eastern on 02/04/2019: This Tour was Edited.

| - | Tour | $2,525,000 | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 7:28 PM Eastern on 02/04/2019: This Tour was Edited.

| - | Tour | $2,525,000 | | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 6:33 PM Eastern on 02/04/2019: This Tour was Added.

| - | Open House | $2,525,000 | | 02/04/2019 | 56 |

Change by: Candi Lee Carrier

Change at 5:26 PM Eastern on 02/04/2019: This Open House was Edited.

| - | Open House | $2,525,000 | | 02/04/2019 | 56 |

Change by: Candi Lee Carrier

Change at 5:25 PM Eastern on 02/04/2019: This Open House was Edited.

| - | Open House | $2,525,000 | | 02/04/2019 | 56 |

Change by: Candi Lee Carrier

Change at 5:25 PM Eastern on 02/04/2019: This Open House was Added.

| - | Open House | $2,525,000 | | 02/02/2019 | 58 |

Change by: Candi Lee Carrier

Change at 8:37 AM Eastern on 02/02/2019: This Open House was Removed.

| - | Price Change | $2,525,000 | -12.8% | 02/01/2019 | 59 |

Change by: Mark S. Bradley

Change at 9:35 AM Eastern: changed *List Price*
Old Value: 2895000.00
New Value: 2525000.00

| - | Open House | $2,895,000 | | 01/30/2019 | 61 |

Change by: Candi Lee Carrier

Change at 9:33 AM Eastern on 01/30/2019: Open House was held from 2:00 PM until 4:00 PM on 02/03/2019

| - | Open House | $2,895,000 | | 01/27/2019 | 64 |

Change by: Candi Lee Carrier

Change at 10:50 AM Eastern on 01/27/2019: Open House was held from 2:00 PM until 4:00 PM on 02/03/2019

| - | Open House | $2,895,000 | | 01/27/2019 | 64 |

Change by: Candi Lee Carrier

Change at 10:50 AM Eastern on 01/27/2019: Open House was held from 2:00 PM until 4:00 PM on 02/03/2019

| - | Open House | $2,895,000 | | 01/27/2019 | 64 |

Change by: Candi Lee Carrier

Change at 10:49 AM Eastern on 01/27/2019: This Open House was Removed.

| - | Open House | $2,895,000 | | 01/27/2019 | 64 |

Change at 10:48 AM Eastern on 01/27/2019: This Open House was Added.

-     Open House      $2,895,000      01/25/2019      66

Change by: Candi Lee Carrier

    Change at 2:41 PM Eastern on 01/25/2019: This Open House was Added.

-     Virtual Tour, etc.      $2,895,000      01/15/2019      75

Change by: Mark S. Bradley

    Change at 7:34 PM Eastern: Changed Virtual Tour
    Change at 7:34 PM Eastern: Changed Virtual Tour Unbranded

-     Open House      $2,895,000      01/14/2019      77

Change by: Candi Lee Carrier

    Change at 11:28 AM Eastern on 01/14/2019: Open House was held from 1:00 PM until 4:00 PM on 01/26/2019

-     Open House      $2,895,000      01/14/2019      77

Change by: Candi Lee Carrier

    Change at 11:17 AM Eastern on 01/14/2019: Open House was held from 1:00 PM until 4:00 PM on 01/18/2019

-     Open House      $2,895,000      01/14/2019      77

Change by: Candi Lee Carrier

    Change at 11:01 AM Eastern on 01/14/2019: Open House was held from 10:00 AM until 4:00 PM on 01/17/2019

-     Open House      $2,895,000      01/14/2019      77

Change by: Candi Lee Carrier

    Change at 10:56 AM Eastern on 01/14/2019: Open House was held from 12:00 PM until 3:00 PM on 01/20/2019

-     Open House      $2,895,000      01/14/2019      77

Change by: Candi Lee Carrier

    Change at 10:55 AM Eastern on 01/14/2019: Open House was held from 1:00 AM until 3:00 PM on 01/19/2019

-     Open House      $2,895,000      01/11/2019      80

Change by: Candi Lee Carrier

    Change at 11:04 AM Eastern on 01/11/2019: Open House was held from 11:00 AM until 3:00 PM on 01/12/2019

-     Open House      $2,895,000      12/23/2018      99

Change by: Candi Lee Carrier

    Change at 10:33 AM Eastern on 12/23/2018: This Open House was Removed.

-     Photos      $2,895,000      12/22/2018      100

Change by: Candi Lee Carrier

Change at 4:05 PM Eastern: Added photo "tubsink"
Change at 4:04 PM Eastern: Added photo "tub"
Change at 3:59 PM Eastern: Removed photo
Change at 3:59 PM Eastern: Removed photo
Change at 3:59 PM Eastern: Removed photo
Change at 3:59 PM Eastern: Added photo "master"
Change at 3:59 PM Eastern: Added photo "master2"
Change at 3:59 PM Eastern: Added photo "026FCandi-Carrie"
Change at 3:58 PM Eastern: Added photo "master4"
Change at 3:47 PM Eastern: Added photo "master2"
Change at 3:37 PM Eastern: Added photo "master"
Change at 3:37 PM Eastern: Added photo "master1"
Change at 2:45 PM Eastern: Removed photo
Change at 2:45 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:43 PM Eastern: Removed photo
Change at 2:42 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:38 PM Eastern: Removed photo
Change at 2:38 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:36 PM Eastern: Removed photo
Change at 2:35 PM Eastern: Removed photo
Change at 2:34 PM Eastern: Removed photo
Change at 2:33 PM Eastern: Removed photo
Change at 2:33 PM Eastern: Removed photo
Change at 2:33 PM Eastern: Removed photo
Change at 2:32 PM Eastern: Removed photo
Change at 2:32 PM Eastern: Removed photo
Change at 2:32 PM Eastern: Removed photo
Change at 2:31 PM Eastern: Removed photo
Change at 2:29 PM Eastern: Removed photo
Change at 2:29 PM Eastern: Removed photo
Change at 2:29 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:24 PM Eastern: Added photo "048Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "048Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "047Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "047Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "046Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "045Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "044Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "043Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "042Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "041Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "040Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "039Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "038Candi-Carrier"
Change at 2:23 PM Eastern: Added photo "034Candi-Carrier"

Change at 2:23 PM Eastern: Added photo "033Candi-Carrier"
Change at 2:23 PM Eastern: Added photo "032Candi-Carrier"
Change at 2:23 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:23 PM Eastern: Removed photo
Change at 2:22 PM Eastern: Added photo "26854813_1015680"
Change at 2:17 PM Eastern: Removed photo
Change at 2:16 PM Eastern: Removed photo
Change at 2:16 PM Eastern: Removed photo
Change at 2:15 PM Eastern: Added photo "053BCandi-Carrie"
Change at 2:15 PM Eastern: Added photo "053ACandi-Carrie"
Change at 2:15 PM Eastern: Added photo "053ACandi-Carrie"
Change at 2:15 PM Eastern: Added photo "052Candi-Carrier"
Change at 2:15 PM Eastern: Added photo "051Candi-Carrier"
Change at 2:15 PM Eastern: Added photo "050Candi-Carrier"
Change at 2:15 PM Eastern: Added photo "048Candi-Carrier"
Change at 2:01 PM Eastern: Removed photo
Change at 2:00 PM Eastern: Removed photo
Change at 2:00 PM Eastern: Removed photo
Change at 1:59 PM Eastern: Removed photo
Change at 1:59 PM Eastern: Removed photo
Change at 1:54 PM Eastern: Removed photo
Change at 1:54 PM Eastern: Removed photo
Change at 1:54 PM Eastern: Removed photo
Change at 1:51 PM Eastern: Removed photo
Change at 1:51 PM Eastern: Removed photo
Change at 1:45 PM Eastern: Added photo "029Candi-Carrier"
Change at 1:45 PM Eastern: Added photo "028Candi-Carrier"
Change at 1:45 PM Eastern: Added photo "027Candi-Carrier"
Change at 1:45 PM Eastern: Removed photo
Change at 1:45 PM Eastern: Added photo "026FCandi-Carrie"
Change at 1:45 PM Eastern: Removed photo
Change at 1:45 PM Eastern: Added photo "026DCandi-Carrie"
Change at 1:45 PM Eastern: Added photo "026CCandi-Carrie"
Change at 1:44 PM Eastern: Added photo "026Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "025Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "024Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "023Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "023Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "022Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "021Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "020Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "019Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "018Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "017Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "017BCandi-Carrie"
Change at 1:43 PM Eastern: Added photo "017ACandi-Carrie"
Change at 1:43 PM Eastern: Added photo "016Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "013Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "010Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "008Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "007Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "005Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "003Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "062Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "061Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "060Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "053Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "053BCandi-Carrie"
Change at 1:20 PM Eastern: Added photo "053ACandi-Carrie"
Change at 1:20 PM Eastern: Added photo "053ACandi-Carrie"
Change at 1:20 PM Eastern: Added photo "052Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "051Candi-Carrier"

Change at 1:20 PM Eastern: Added photo "050Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "048Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "048Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "048Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "048Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "047Candi-Carrier"

| - | Open House | $2,895,000 | 12/22/2018 | 100 |

Change by: Candi Lee Carrier

Change at 11:05 AM Eastern on 12/22/2018: This Open House was Added.

| - | Photos | $2,895,000 | 12/19/2018 | 103 |

Change by: Candi Lee Carrier

Change at 1:24 AM Eastern: Removed photo
Change at 1:24 AM Eastern: Added photo "Guest Bedroom 3"
Change at 1:20 AM Eastern: Removed photo
Change at 1:08 AM Eastern: Added photo "1 sew"
Change at 1:07 AM Eastern: Removed photo

| - | Open House | $2,895,000 | 12/11/2018 | 111 |

Change by: Candi Lee Carrier

Change at 12:59 PM Eastern on 12/11/2018: Open House was held from 12:00 PM until 3:00
PM on 12/16/2018

| - | Open House | $2,895,000 | 12/06/2018 | 116 |

Change by: Candi Lee Carrier

Change at 4:16 PM Eastern on 12/06/2018: Open House was held from 11:00 AM until 2:00
PM on 12/09/2018

| - | Open House | $2,895,000 | 11/27/2018 | 125 |

Change by: Candi Lee Carrier

Change at 11:31 AM Eastern on 11/27/2018: Open House was held from 12:00 PM until 3:00
PM on 12/02/2018

| - | Virtual Tour, etc. | $2,895,000 | 11/22/2018 | 129 |

Change by: Candi Lee Carrier

Change at 10:28 PM Eastern: changed *video_unbranded*
    Old Value: list_media
    New Value: add
Change at 10:19 PM Eastern: changed *video*
    Old Value: list_media
    New Value: remove
Change at 10:19 PM Eastern: changed *video_unbranded*
    Old Value: list_media
    New Value: add
Change at 10:13 PM Eastern: Added Virtual Tour
Change at 10:13 PM Eastern: Added Virtual Tour Unbranded

| - | Open House | $2,895,000 | 11/04/2018 | 148 |

Change by: Candi Lee Carrier

Change at 11:41 AM Eastern on 11/04/2018: Open House was held from 12:30 PM until 3:00
PM on 11/04/2018

Change by: Candi Lee Carrier

       Change at 9:27 AM Eastern on 11/04/2018: Open House was held from 12:30 PM until 3:00 PM on 11/04/2018

| - | Tour | $2,895,000 | | 10/29/2018 | 154 |
|---|---|---|---|---|---|

Change by: Candi Lee Carrier

       Change at 9:37 AM Eastern on 10/29/2018: This Tour was Removed.

| - | Tour | $2,895,000 | | 10/29/2018 | 154 |
|---|---|---|---|---|---|

Change by: Candi Lee Carrier

       Change at 9:37 AM Eastern on 10/29/2018: This Tour was Removed.

| - | Text, etc. | $2,895,000 | | 10/27/2018 | 156 |
|---|---|---|---|---|---|

Change by: Candi Lee Carrier

       Change at 12:05 PM Eastern: changed *Public Remarks*
       Old Value: Award-winning architecture. Mediterranean style and the finest of materials fashion this home,creating a true Old World feel. Enter into the Coquina coral entryway and foyer to the elegant living room featuring a hand cut Coquina and marble fireplace, Pecky Cypress beamed ceilings and cast stone columns. Truly stunning! The gourmet granite kitchen provides for the ultimate in entertaining including two butler pantries, wet bar, Viking range enclosed by a brick alcove, all opening to the spacious family room.Magnificent iron railed staircase, cherrywood office, perfectly polished Mexican tile floors and more. The Master suite offers a sitting room,luxurious bath, walk-in closets and riverfront balcony. Deep water dockage with easy access to the inlet and so much more.
       New Value: ircase, cherry wood office, pe

| - | Tour | $2,895,000 | | 10/26/2018 | 157 |
|---|---|---|---|---|---|

Change by: Candi Lee Carrier

       Change at 5:26 PM Eastern on 10/26/2018: This Tour was Added.

| - | Tour | $2,895,000 | | 10/26/2018 | 157 |
|---|---|---|---|---|---|

Change by: Candi Lee Carrier

       Change at 5:24 PM Eastern on 10/26/2018: This Tour was Added.

| - | Text, etc. | $2,895,000 | | 10/26/2018 | 157 |
|---|---|---|---|---|---|

Change by: Candi Lee Carrier

       Change at 5:44 PM Eastern: changed *Broker Only Remarks*
       Old Value: Call or Text Mark Bradley at 772-323-6865 to request a showing of this magnificent waterfront luxurious home!
       New Value: 72-323-6865 or Candi Carrier
       Change at 5:26 PM Eastern: Added Tour
       Change at 5:24 PM Eastern: Added Tour

Change by: Mark S. Bradley

       Change at 2:06 PM Eastern: changed *Co-listing Agent*
       Old Value: null
       New Value: Candi Lee Carrier

| - | Price Change | $2,895,000 | -3.5% | 08/08/2018 | 235 |
|---|---|---|---|---|---|

Change by: Mark S. Bradley

Change at 10:16 PM Eastern: changed *List Price*
Old Value: 3000000.00
New Value: 2895000.00

| - | Open House | $3,000,000 | 06/22/2018 | 282 |

Change by: Mark S. Bradley

Change at 9:56 PM Eastern on 06/22/2018: Open House was held from 1:00 PM until 4:00 PM on 06/23/2018

| - | Open House | $3,000,000 | 06/09/2018 | 296 |

Change by: Mark S. Bradley

Change at 1:52 PM Eastern on 06/09/2018: Open House was held from 1:00 PM until 4:00 PM on 06/10/2018

| - | Photos | $3,000,000 | 06/06/2018 | 298 |

Change by: Mark S. Bradley

Change at 10:50 PM Eastern: Added photo "055_preview"
Change at 10:49 PM Eastern: Removed photo
Change at 10:48 PM Eastern: Removed photo
Change at 10:45 PM Eastern: Added photo "006_preview"
Change at 10:43 PM Eastern: Added photo "54_preview"
Change at 10:42 PM Eastern: Removed photo
Change at 10:41 PM Eastern: Removed photo
Change at 10:41 PM Eastern: Added photo "download (2)"
Change at 10:33 PM Eastern: Added photo "Sewells Point ae"
Change at 10:33 PM Eastern: Removed photo
Change at 10:33 PM Eastern: Added photo "dock1web_preview"
Change at 10:33 PM Eastern: Removed photo
Change at 10:32 PM Eastern: Added photo "064_preview"
Change at 10:32 PM Eastern: Removed photo
Change at 10:31 PM Eastern: Removed photo
Change at 10:30 PM Eastern: Removed photo
Change at 10:25 PM Eastern: Removed photo
Change at 10:25 PM Eastern: Removed photo
Change at 10:25 PM Eastern: Removed photo
Change at 10:25 PM Eastern: Removed photo
Change at 10:24 PM Eastern: Added photo "download (2)"
Change at 10:24 PM Eastern: Added photo "download (1)"
Change at 10:21 PM Eastern: Removed photo
Change at 10:20 PM Eastern: Added photo "download"
Change at 10:20 PM Eastern: Removed photo
Change at 10:20 PM Eastern: Added photo "75_preview"
Change at 10:20 PM Eastern: Removed photo
Change at 10:20 PM Eastern: Added photo "009_preview"
Change at 10:15 PM Eastern: Removed photo
Change at 10:14 PM Eastern: Added photo "010_preview"
Change at 10:14 PM Eastern: Added photo "009_preview"
Change at 10:13 PM Eastern: Removed photo
Change at 10:13 PM Eastern: Removed photo
Change at 10:12 PM Eastern: Removed photo
Change at 10:12 PM Eastern: Added photo "front3web_previe"
Change at 10:12 PM Eastern: Added photo "frontnewsky1_pre"
Change at 10:11 PM Eastern: Added photo "010_preview"
Change at 10:11 PM Eastern: Added photo "front3web_previe"
Change at 10:05 PM Eastern: Added photo "053b_preview"
Change at 10:05 PM Eastern: Added photo "5_preview"
Change at 10:04 PM Eastern: Added photo "003_preview"
Change at 10:04 PM Eastern: Added photo "75_preview"

Change at 10:04 PM Eastern: Added photo "66_preview"
Change at 10:04 PM Eastern: Added photo "064_preview"
Change at 10:04 PM Eastern: Added photo "058_preview"
Change at 10:04 PM Eastern: Added photo "56_preview"
Change at 10:03 PM Eastern: Added photo "1 Front_preview"

| - | Photos, etc. | $3,000,000 | | 06/02/2018 | 303 | |

Change by: Mark S. Bradley

Change at 7:41 AM Eastern: Removed photo
Change at 7:13 AM Eastern: changed *Comm/Non-Rep*
  Old Value: 3%
  New Value: 2.5%
Change at 7:13 AM Eastern: changed *Comm/Single Agent*
  Old Value: 3%
  New Value: 2.5%
Change at 7:13 AM Eastern: changed *Comm/Trans Brk*
  Old Value: 3%
  New Value: 2.5%

| - | New | $3,000,000 | | 06/01/2018 | 303 | |

Change by: Mark S. Bradley

Change at 11:53 PM Eastern: Added new listing

| - | RX-10346820 | Expired | $2,795,000 | 3.7% | 06/23/2018 | 16 | 16 | 71 N River Road |

| - | Status | $2,795,000 | | 06/24/2018 | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
  Old Value: Temp Off Market
  New Value: Expired

| - | Status | $2,795,000 | | 07/18/2017 | | |

Change by: Mark S. Bradley

Change at 12:51 PM Eastern: changed *Status*
  Old Value: Active
  New Value: Temp Off Market

| - | New | $2,795,000 | | 06/30/2017 | 14 | |

Change by: Mark S. Bradley

Change at 12:49 AM Eastern: Added new listing

| - | RX-10088519 | Expired | $2,695,000 | -7.1% | 10/28/2015 | 350 | 350 | 71 N River Road |

| - | Status | $2,695,000 | | 10/29/2015 | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
  Old Value: Active
  New Value: Expired

| - | Price Change | $2,695,000 | -6.9% | 08/10/2015 | 79 | |

Change by: Vivian Swasey

Change at 2:54 PM Eastern: changed *List Price*
Old Value: 2895000.00
New Value: 2695000.00

| - | Photos | $2,895,000 | 07/09/2015 | 111 |

Change by: Debra Duvall

Change at 2:39 PM Eastern: Removed photo

| - | Photos | $2,895,000 | 11/24/2014 | 338 |

Change by: Debra Duvall

Change at 11:03 AM Eastern: Replaced photo "MLS 23"
Change at 10:38 AM Eastern: Added photo "Aerial with boat"

| - | Photos, etc. | $2,895,000 | 11/17/2014 | 345 |

Change by: Debra Duvall

Change at 11:14 AM Eastern: Added photo "027"
Change at 10:50 AM Eastern: Added photo "073"
Change at 10:49 AM Eastern: Added photo "067"
Change at 10:48 AM Eastern: Added photo "062"
Change at 10:48 AM Eastern: Added photo "061"
Change at 10:47 AM Eastern: Added photo "059"
Change at 10:47 AM Eastern: Added photo "056"
Change at 10:46 AM Eastern: Added photo "049"
Change at 10:46 AM Eastern: Added photo "040a"
Change at 10:45 AM Eastern: Added photo "025b"

| - | New | $2,895,000 | 11/13/2014 | 349 |

Change by: Debra Duvall

Change at 10:22 AM Eastern: Added Virtual Tour
Change at 10:22 AM Eastern: Added Virtual Tour Unbranded
Change at 10:19 AM Eastern: Added photo "MLS 25"
Change at 10:19 AM Eastern: Added photo "MLS 24"
Change at 10:19 AM Eastern: Added photo "MLS 23"
Change at 10:19 AM Eastern: Added photo "MLS 22"
Change at 10:19 AM Eastern: Added photo "MLS 21"
Change at 10:19 AM Eastern: Added photo "MLS 20"
Change at 10:19 AM Eastern: Added photo "MLS 19"
Change at 10:19 AM Eastern: Added photo "MLS 18"
Change at 10:19 AM Eastern: Added photo "MLS 17"
Change at 10:19 AM Eastern: Added photo "MLS 16"
Change at 10:19 AM Eastern: Added photo "MLS 15"
Change at 10:19 AM Eastern: Added photo "MLS 14"
Change at 10:19 AM Eastern: Added photo "MLS 13"
Change at 10:19 AM Eastern: Added photo "MLS 12"
Change at 10:19 AM Eastern: Added photo "MLS 11"
Change at 10:19 AM Eastern: Added photo "MLS 10"
Change at 10:19 AM Eastern: Added photo "MLS 9"
Change at 10:19 AM Eastern: Added photo "MLS 8"
Change at 10:19 AM Eastern: Added photo "MLS 7"
Change at 10:19 AM Eastern: Added photo "MLS 6"
Change at 10:19 AM Eastern: Added photo "MLS 5"
Change at 10:18 AM Eastern: Added photo "MLS 4"
Change at 10:18 AM Eastern: Added photo "MLS 3"
Change at 10:18 AM Eastern: Added photo "MLS 2"
Change at 10:18 AM Eastern: Added new listing

| - | RX-3286720 | Expired | $2,900,000 | | 01/01/2013 | 209 | 209 | 1 N River Road |

| - | Status | $2,900,000 | 01/01/2013 |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| - | Status | $2,900,000 | 12/31/2012 | 0 |

Change by: Stephen M. Dutcher

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| - | Status | $2,900,000 | 12/28/2012 | 3 |

Change by: Stephen M. Dutcher

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Temp Off Market

| - | New | $2,900,000 | 06/05/2012 | 209 |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: Added new listing

**Photos for MLS # RX-10436425**   71 N River Road, Sewalls Point, FL 34996   **$2,525,000**

**POOL**



**FRONT**



**THREE CAR GARAGE**



**FRONT**



**DRIVEWAY**



**AERIAL VIEW**



**REAR POOL AREA**



**POOL VIEW**



**WATER VIEW**



**REAR POOL VIEW**



**BALCONY VIEW**



**048Candi-Carrier-508_preview**











**REAR OF HOUSE**

**PATIO WATER VIEW**





**017Candi-Carrier-Kitchen(7)**

**018Candi-Carrier-Kitchen**





**BREAKFAST AREA**

**021Candi-Carrier-Kitchen(5)**





**022Candi-Carrier-Kitchen(2)**



**023Candi-Carrier-Kitchen(6)**



**024Candi-Carrier-Family-Room(1)**



**025Candi-Carrier-Family-Room(2)**



**026Candi-Carrier-Family-Room**



**019Candi-Carrier-Kitchen(1)**



**FAMILY ROOM**



**KITCHEN**



**BULTER PANTRY**



**017ACandi-Carrier-Butler-2-Pantry**



**WET BAR**



**FORMAL DINING ROOM**



**LIVING ROOM**



**LIVING ROOM**



**026CCandi-Carrier-Office(2)**



**OFFICE**



**OFFICE**



**026DCandi-Carrier-Office**



**008Candi-Carrier-Foyer**



**026FCandi-Carrier-Bathroom-2**



**007Candi-Carrier-Foyer01**



**062Candi-Carrier-Hallway(1)_preview**



**010Candi-Carrier-Living-Room(2)**



**013Candi-Carrier-Dining-Room(1)**



**016Candi-Carrier-Dining-Room014(2)**



**LIVING ROOM**



**027Candi-Carrier-Grand-Staircase(1)**



**STAIRWAY**



**029Candi-Carrier-Grand-Staircase**



**048Candi-Carrier-Master-Bedroom-Foyer(1)**



**048Candi-Carrier-Master-Bedroom-Foyer_pr**



**master**



**master1**



**master2**



**master bath**



**master bath1**



**master4**



**MASTER BATH**



**MASTER CLOSET**



**MASTER CLOSET**



**048Candi-Carrier-Bedroom-2(1)_preview**



**053ACandi-Carrier-Bathroom-4(1)_preview**



**2ND MASTER BATH**



**051Candi-Carrier-Bedroom-3(1)_preview**



**3RD BATHROOM**



**053BCandi-Carrier-Bathroom-5_preview**



**053ACandi-Carrier-Bathroom-4_preview**



**EXERCISE ROOM ROOM**



**EXERCISE ROOM**



**LAUNDRY ROOM**



Case 9:20-cv-82262-WPD Document 1-3 Entered on FLSD Docket 12/11/2020 Page 375 of 537

**Residential Full Report**

**71 N River Road, Sewalls Point, FL 34996**

| | |
|---|---|
| MLS#: RX-10436425 | List Price: $2,525,000 |
| Orig LP: $3,000,000 | St: Closed | Type: Single Family Detached |
| Area: 5 - Sewalls Point | Range Price: | List Price/SqFt: 472.75 |
| | Geo Area: MA05 | County: Martin |

Legal Desc: QUAIL RUN LOT 6
Subdivision: QUAIL RUN
Development Name:

| | | |
|---|---|---|
| Model Name: | Parcel ID: 353741005000000604 | Front Exp: E |
| Waterfront: Yes | Waterfrontage: 150' | Garage Spaces: 3 |
| Lot Dimensions: 125.0 ft x 125.0 ft | Multiple Ofrs Acptd: | Carport Spaces: |
| | Taxes: 26,619 | Private Pool: Yes |
| Lot SqFt: 27,399 | Tax Year: 2017 | REO: No |
| HOPA: No Hopa | Special Assessment: No | Short Sale Addendum: No |
| Zoning: RESIDENTIAL | Dock: | Short Sale: No |
| | Membership Fee Required: No | Owner/Agent: No |
| | Elementary School: J. D. Parker Elementary | |
| | Middle School: Stuart Middle School | |
| | High School: Martin County High School | |

Virtual Tour: Click to View

| | | | |
|---|---|---|---|
| Dining Room 13.00 X16.00 | Family Room 18.00 X16.00 | Bedroom 2 14.00 X12.00 | LivSqFt: 5,341 | Bedrooms: 4 |
| Kitchen 18.00 X15.00 | | Bedroom 3 14.00 X12.00 | SqFt - Total: 7,174 | Baths - Full: 4 |
| Living Room 22.00 X15.00 | | Bedroom 4 16.00 X14.00 | SqFt Source: Floor Plan | Baths - Half: 1 |
| | | Master Bedroom 20.00 X16.00 | Guest Hse: | Baths - Total: 4.1 |
| | | | Yr Built: 2001 | Pets Allowed: Yes |
| | | | Builder Name: | |
| | | | Property Condition: Resale | |

| | | | |
|---|---|---|---|
| HOA/POA/COA (Monthly): | Bldg #: | Land Lease: | Mobile Home Size: |
| Governing Bodies: None | Total Floors/Stories: 2 | Recreation Lease: | Decal #: |
| Homeowners Assoc: None | Total Units in Bldg: | Min Days to Lease: | Serial #: |
| Lease Times n/Year: | Ttl Units in Complex: | | Brand Name: |
| Application Fee: | Unit Floor #: | | Total Assessed Value: |
| | Membership Fee Amount: | | |

Auction: No
Directions: East Ocean Blvd to North Sewall's Point Rd. Left onto Perriwinkle . Right on River Rd.House on Left
Showing Instructions: Call Listing Agent; Text Listing Agent; Vacant

| | | | |
|---|---|---|---|
| LO: 802428 | Keller Williams Realty of PSL | 772-236-5700 | |
| LM: 244522838 | Mark S. Bradley | 772-323-6865 | markbradley@kw.com |
| Com/BuyerAgt: 4% | Comm/Non-Rep: 4% | Trans Brk: 4% | Bonus: | LD: 06/01/2018 |
| Var/Dual Rate: Yes | List Type: Ex Rt | List Off Agency: Transaction Broker | |
| Owner Name: WITHELD | | | |

Broker Only Remarks: Call or Text Mark Bradley at 772-323-6865 to request a showing of this magnificent waterfront luxurious home!
Any Broker Advertise: No

Design: Mediterranean; Spanish
Construction: Block
Unit Desc:
Flooring: Carpet; Ceramic Tile; Marble; Wood Floor
Furnished: Partially Furnished
Dining Area: Breakfast Area; Dining Family; Dining-Living; Dining/Kitchen; Eat-In Kitchen; Formal; Snack Bar
Master Bedroom/Bath: 2 Master Baths; Bidet; Dual Sinks; Mstr Bdrm - Upstairs; Separate Shower; Spa Tub & Shower
Window Treatments: Impact Glass
Lot Description: East of US-1; 1/2 to < 1 Acre
Private Pool: Concrete; Inground
Storm Protection:
Restrict: Lease OK w/Restrict
Pet Restrictions:
Rooms: Storage
Equip/Appl: Auto Garage Open; Central Vacuum; Dishwasher; Disposal; Dryer; Freezer; Ice Maker; Intercom; Microwave; Range - Electric; Refrigerator; Smoke Detector; Wall Oven; Washer; Water Heater - Elec
SubdivInfo: Bike - Jog; Boating; Exercise Room; Sidewalks
Interior: Bar; Built-in Shelves; Closet Cabinets; Ctdrl/Vault Ceilings; Decorative Fireplace; Fireplace(s); French Door; Split Bedroom; Volume Ceiling; Walk-in Closet; Wet Bar
Exterior: Auto Sprinkler; Built-in Grill; Covered Balcony; Covered Patio; Custom Lighting; Open Balcony; Open Porch; Outdoor Shower; Summer Kitchen; Zoned Sprinkler
Maintenance Fee Incl:

View: Intracoastal; Pool; River
Waterfront Details: Intracoastal; Navigable; Ocean Access; River
Cooling: Central; Electric; Zoned
Heating: Central; Electric; Zoned
Security: Security Sys-Owned
Utilities: Public Water
Boat Services: Dock Available: 2; Up to 100 Ft Boat; Boathouse
Special Info:
Terms Considered: Cash; Conventional
Parking: 2+ Spaces; Garage - Attached
Roof: Barrel
Taxes: Homestead
Equestrian Features:

Original List Price: $3,000,000

| | | |
|---|---|---|
| Days On Market: 304 | Cumulative DOM: 304 | |
| Sold Price: 2,200,000 | Sold Price Sqft: 411.91 | Under Contract Date: 04/01/2019 |
| Buyer Office: Keller Williams Realty 800659 | Terms of Sale: Cash | Sold Date: 04/23/2019 |
| Buyer Agent: Candi Lee Carrier 276541569 | | |

Public Remarks: Award-winning architecture. Mediterranean style and the finest of materials fashion this home,creating a true Old World feel. Enter into the Coquina coral entryway and foyer to the elegant living room featuring a hand cut Coquina and marble fireplace, Pecky Cypress beamed ceilings and cast stone columns. Truly

stunning! The gourmet granite kitchen provides for the ultimate in entertaining including two butler pantries, wet bar, Viking range enclosed by a brick alcove, all opening to the spacious family room.Magnificent iron railed staircase, cherry wood office, perfectly polished Mexican tile floors and more. The Master suite offers a sitting room,luxurious bath, walk-in closets and riverfront balcony. Deep water dockage with easy access to the inlet and so much more.

Information is deemed to be reliable, but is not guaranteed. © 2019 MLS and FBS. Prepared by Mateusz Rymarski on Friday, May 10, 2019 10:20 AM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

| + | MLS # | Status | Price | % Change | Date | DOM | CDOM | Address |
|---|-------|--------|-------|----------|------|-----|------|---------|
| - | RX-10436425 | Closed | $2,200,000 | -21.3% | 04/23/2019 | 304 | 304 | 71 N River Road |

| | - | Text, etc. | $2,525,000 | | 04/26/2019 | | | |

Change by: Susie S Nimrouzi

Change at 9:59 AM Eastern: changed *Sold Price*
Old Value: 22000.00
New Value: 2200000.00

| | - | Status | $2,525,000 | | 04/23/2019 | | | |

Change by: Mark S. Bradley

Change at 10:12 PM Eastern: changed *Status*
Old Value: Pending
New Value: Closed

| | - | Terms of Sale | $2,525,000 | | 04/23/2019 | | | |

Change by: Mark S. Bradley

Change at 10:12 PM Eastern: changed *Buyer Agent*
Old Value:
New Value: Candi Lee Carrier
Change at 10:12 PM Eastern: changed *Sold Date*
Old Value:
New Value: 4/23/2019
Change at 10:12 PM Eastern: changed *Sold Price*
Old Value:
New Value: 22000.00
Change at 10:12 PM Eastern: changed *Terms of Sale*
Old Value:
New Value: Cash

| | - | Status | $2,525,000 | | 04/01/2019 | | | |

Change by: Mark S. Bradley

Change at 9:11 PM Eastern: changed *Status*
Old Value: Active
New Value: Pending

| | - | Under Contract Date | $2,525,000 | | 04/01/2019 | | | |

Change by: Mark S. Bradley

Change at 9:11 PM Eastern: changed *Contingency*
Old Value:
New Value: N
Change at 9:11 PM Eastern: changed *Under Contract Date*
Old Value:
New Value: 4/1/2019

| | - | Open House | $2,525,000 | | 03/17/2019 | 15 | | |

Change by: Mark S. Bradley

Change at 10:14 AM Eastern on 03/17/2019: Open House was held from 1:00 PM until 3:00 PM on 03/17/2019

Change by: Mark S. Bradley

Change at 9:58 AM Eastern on 03/09/2019: Open House was held from 12:00 PM until 3:00 PM on 03/10/2019

| - | Open House | $2,525,000 | 02/24/2019 | 35 |

Change by: Mark S. Bradley

Change at 8:34 PM Eastern on 02/24/2019: Open House was held from 1:00 PM until 3:00 PM on 03/03/2019

| - | Open House | $2,525,000 | 02/24/2019 | 35 |

Change by: Mark S. Bradley

Change at 8:32 PM Eastern on 02/24/2019: Open House was held from 11:00 AM until 1:00 PM on 03/03/2019

| - | Text, etc. | $2,525,000 | 02/24/2019 | 35 |

Change by: Mark S. Bradley

Change at 8:34 PM Eastern: changed *Open House*
Old Value: x'2019022501344245929000000'
New Value: Added
Change at 8:32 PM Eastern: changed *Open House*
Old Value: x'2019022501322101986600000'
New Value: Added
Change at 8:28 PM Eastern: changed *Comm/Non-Rep*
Old Value: 3.5%
New Value: 4%
Change at 8:28 PM Eastern: changed *Comm/Single Agent*
Old Value: 3.5%
New Value: 4%
Change at 8:28 PM Eastern: changed *Comm/Trans Brk*
Old Value: 3.5%
New Value: 4%

| - | Text, etc. | $2,525,000 | 02/23/2019 | 36 |

Change by: Mark S. Bradley

Change at 9:05 PM Eastern: changed *Comm/Non-Rep*
Old Value: 2.5%
New Value: 3.5%
Change at 9:05 PM Eastern: changed *Comm/Single Agent*
Old Value: 2.5%
New Value: 3.5%
Change at 9:05 PM Eastern: changed *Comm/Trans Brk*
Old Value: 2.5%
New Value: 3.5%

| - | Text, etc. | $2,525,000 | 02/20/2019 | 40 |

Change by: Mark S. Bradley

Change at 2:02 PM Eastern: changed *Co-listing Agent*
Old Value: Candi Lee Carrier
New Value: null
Change at 1:58 PM Eastern: changed *Broker Only Remarks*
Old Value: Call or Text Mark Bradley at 772-323-6865 or Candi Carrier at 772-203-7815 to request a showing of this magnificent waterfront luxurious home!
New Value: 72-323-6865 to request a sho

Change by: Candi Lee Carrier

Change at 1:00 PM Eastern on 02/07/2019: This Open House was Removed.

| - | Open House | $2,525,000 | | 02/07/2019 | 53 |

Change by: Candi Lee Carrier

Change at 1:00 PM Eastern on 02/07/2019: This Open House was Removed.

| - | Tour | $2,525,000 | | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 7:51 PM Eastern on 02/04/2019: This Tour was Removed.

| - | Open House | $2,525,000 | | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 7:30 PM Eastern on 02/04/2019: This Open House was Added.

| - | Tour | $2,525,000 | | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 7:28 PM Eastern on 02/04/2019: This Tour was Edited.

| - | Tour | $2,525,000 | | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 7:28 PM Eastern on 02/04/2019: This Tour was Edited.

| - | Tour | $2,525,000 | | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 6:33 PM Eastern on 02/04/2019: This Tour was Added.

| - | Open House | $2,525,000 | | 02/04/2019 | 56 |

Change by: Candi Lee Carrier

Change at 5:26 PM Eastern on 02/04/2019: This Open House was Edited.

| - | Open House | $2,525,000 | | 02/04/2019 | 56 |

Change by: Candi Lee Carrier

Change at 5:25 PM Eastern on 02/04/2019: This Open House was Edited.

| - | Open House | $2,525,000 | | 02/04/2019 | 56 |

Change by: Candi Lee Carrier

Change at 5:25 PM Eastern on 02/04/2019: This Open House was Added.

| - | Open House | $2,525,000 | | 02/02/2019 | 58 |

Change by: Candi Lee Carrier

Change at 8:37 AM Eastern on 02/02/2019: This Open House was Removed.

| - | Price Change | $2,525,000 | -12.8% | 02/01/2019 | 59 |

Change by: Mark S. Bradley

Change at 9:35 AM Eastern: changed *List Price*
Old Value: 2895000.00
New Value: 2525000.00

| - | Open House | $2,895,000 | 01/30/2019 | 61 |

Change by: Candi Lee Carrier

> Change at 9:33 AM Eastern on 01/30/2019: Open House was held from 2:00 PM until 4:00 PM on 02/03/2019

| - | Open House | $2,895,000 | 01/27/2019 | 64 |

Change by: Candi Lee Carrier

> Change at 10:50 AM Eastern on 01/27/2019: Open House was held from 2:00 PM until 4:00 PM on 02/03/2019

| - | Open House | $2,895,000 | 01/27/2019 | 64 |

Change by: Candi Lee Carrier

> Change at 10:50 AM Eastern on 01/27/2019: Open House was held from 2:00 PM until 4:00 PM on 02/03/2019

| - | Open House | $2,895,000 | 01/27/2019 | 64 |

Change by: Candi Lee Carrier

> Change at 10:49 AM Eastern on 01/27/2019: This Open House was Removed.

| - | Open House | $2,895,000 | 01/27/2019 | 64 |

Change by: Candi Lee Carrier

> Change at 10:48 AM Eastern on 01/27/2019: This Open House was Added.

| - | Open House | $2,895,000 | 01/25/2019 | 66 |

Change by: Candi Lee Carrier

> Change at 2:41 PM Eastern on 01/25/2019: This Open House was Added.

| - | Virtual Tour, etc. | $2,895,000 | 01/15/2019 | 75 |

Change by: Mark S. Bradley

> Change at 7:34 PM Eastern: Changed Virtual Tour
> Change at 7:34 PM Eastern: Changed Virtual Tour Unbranded

| - | Open House | $2,895,000 | 01/14/2019 | 77 |

Change by: Candi Lee Carrier

> Change at 11:28 AM Eastern on 01/14/2019: Open House was held from 1:00 PM until 4:00 PM on 01/26/2019

| - | Open House | $2,895,000 | 01/14/2019 | 77 |

Change by: Candi Lee Carrier

> Change at 11:17 AM Eastern on 01/14/2019: Open House was held from 1:00 PM until 4:00 PM on 01/18/2019

| - | Open House | $2,895,000 | 01/14/2019 | 77 |

Change by: Candi Lee Carrier

Change at 11:01 AM Eastern on 01/17/2019: Open House was held from 10:00 AM until 4:00 PM on 01/17/2019

| - | Open House | $2,895,000 | 01/14/2019 | 77 |

Change by: Candi Lee Carrier

Change at 10:56 AM Eastern on 01/14/2019: Open House was held from 12:00 PM until 3:00 PM on 01/20/2019

| - | Open House | $2,895,000 | 01/14/2019 | 77 |

Change by: Candi Lee Carrier

Change at 10:55 AM Eastern on 01/14/2019: Open House was held from 1:00 AM until 3:00 PM on 01/19/2019

| - | Open House | $2,895,000 | 01/11/2019 | 80 |

Change by: Candi Lee Carrier

Change at 11:04 AM Eastern on 01/11/2019: Open House was held from 11:00 AM until 3:00 PM on 01/12/2019

| - | Open House | $2,895,000 | 12/23/2018 | 99 |

Change by: Candi Lee Carrier

Change at 10:33 AM Eastern on 12/23/2018: This Open House was Removed.

| - | Photos | $2,895,000 | 12/22/2018 | 100 |

Change by: Candi Lee Carrier

Change at 4:05 PM Eastern: Added photo "tubsink"
Change at 4:04 PM Eastern: Added photo "tub"
Change at 3:59 PM Eastern: Removed photo
Change at 3:59 PM Eastern: Removed photo
Change at 3:59 PM Eastern: Removed photo
Change at 3:59 PM Eastern: Added photo "master"
Change at 3:59 PM Eastern: Added photo "master2"
Change at 3:59 PM Eastern: Added photo "026FCandi-Carrie"
Change at 3:58 PM Eastern: Added photo "master4"
Change at 3:47 PM Eastern: Added photo "master2"
Change at 3:37 PM Eastern: Added photo "master"
Change at 3:37 PM Eastern: Added photo "master1"
Change at 2:45 PM Eastern: Removed photo
Change at 2:45 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:43 PM Eastern: Removed photo
Change at 2:42 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:38 PM Eastern: Removed photo
Change at 2:38 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:36 PM Eastern: Removed photo
Change at 2:35 PM Eastern: Removed photo
Change at 2:34 PM Eastern: Removed photo
Change at 2:33 PM Eastern: Removed photo
Change at 2:33 PM Eastern: Removed photo
Change at 2:33 PM Eastern: Removed photo
Change at 2:32 PM Eastern: Removed photo
Change at 2:32 PM Eastern: Removed photo
Change at 2:32 PM Eastern: Removed photo
Change at 2:31 PM Eastern: Removed photo
Change at 2:29 PM Eastern: Removed photo
Change at 2:29 PM Eastern: Removed photo
Change at 2:29 PM Eastern: Added photo "031Candi-Carrier"

Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:24 PM Eastern: Added photo "048Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "048Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "047Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "047Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "046Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "045Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "044Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "043Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "042Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "041Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "040Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "039Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "038Candi-Carrier"
Change at 2:23 PM Eastern: Added photo "034Candi-Carrier"
Change at 2:23 PM Eastern: Added photo "033Candi-Carrier"
Change at 2:23 PM Eastern: Added photo "032Candi-Carrier"
Change at 2:23 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:23 PM Eastern: Removed photo
Change at 2:22 PM Eastern: Added photo "26854813_1015680"
Change at 2:17 PM Eastern: Removed photo
Change at 2:16 PM Eastern: Removed photo
Change at 2:16 PM Eastern: Removed photo
Change at 2:15 PM Eastern: Added photo "053BCandi-Carrie"
Change at 2:15 PM Eastern: Added photo "053ACandi-Carrier"
Change at 2:15 PM Eastern: Added photo "053ACandi-Carrier"
Change at 2:15 PM Eastern: Added photo "052Candi-Carrier"
Change at 2:15 PM Eastern: Added photo "051Candi-Carrier"
Change at 2:15 PM Eastern: Added photo "050Candi-Carrier"
Change at 2:15 PM Eastern: Added photo "048Candi-Carrier"
Change at 2:01 PM Eastern: Removed photo
Change at 2:00 PM Eastern: Removed photo
Change at 2:00 PM Eastern: Removed photo
Change at 1:59 PM Eastern: Removed photo
Change at 1:59 PM Eastern: Removed photo
Change at 1:54 PM Eastern: Removed photo
Change at 1:54 PM Eastern: Removed photo
Change at 1:54 PM Eastern: Removed photo
Change at 1:51 PM Eastern: Removed photo
Change at 1:51 PM Eastern: Removed photo
Change at 1:45 PM Eastern: Added photo "029Candi-Carrier"
Change at 1:45 PM Eastern: Added photo "028Candi-Carrier"
Change at 1:45 PM Eastern: Added photo "027Candi-Carrier"
Change at 1:45 PM Eastern: Removed photo
Change at 1:45 PM Eastern: Added photo "026FCandi-Carrie"
Change at 1:45 PM Eastern: Removed photo

Change at 1:45 PM Eastern: Added photo "026DCandi-Carrie"
Change at 1:45 PM Eastern: Added photo "026CCandi-Carrie"
Change at 1:44 PM Eastern: Added photo "026Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "025Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "024Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "023Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "023Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "022Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "021Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "020Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "019Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "018Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "017Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "017BCandi-Carrie"
Change at 1:43 PM Eastern: Added photo "017ACandi-Carrie"
Change at 1:43 PM Eastern: Added photo "016Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "013Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "010Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "008Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "007Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "005Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "003Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "062Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "061Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "060Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "053Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "053BCandi-Carrie"
Change at 1:20 PM Eastern: Added photo "053ACandi-Carrie"
Change at 1:20 PM Eastern: Added photo "053ACandi-Carrier"
Change at 1:20 PM Eastern: Added photo "052Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "051Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "050Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "048Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "048Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "048Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "048Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "047Candi-Carrier"

| - | Open House | $2,895,000 | 12/22/2018 | 100 |

Change by: Candi Lee Carrier

Change at 11:05 AM Eastern on 12/22/2018: This Open House was Added.

| - | Photos | $2,895,000 | 12/19/2018 | 103 |

Change by: Candi Lee Carrier

Change at 1:24 AM Eastern: Removed photo
Change at 1:24 AM Eastern: Added photo "Guest Bedroom 3"
Change at 1:20 AM Eastern: Removed photo
Change at 1:08 AM Eastern: Added photo "1 sew"
Change at 1:07 AM Eastern: Removed photo

| - | Open House | $2,895,000 | 12/11/2018 | 111 |

Change by: Candi Lee Carrier

Change at 12:59 PM Eastern on 12/11/2018: Open House was held from 12:00 PM until 3:00 PM on 12/16/2018

| - | Open House | $2,895,000 | 12/06/2018 | 116 |

Change by: Candi Lee Carrier

Change at 4:16 PM Eastern on 12/06/2018: Open House was held from 11:00 AM until 2:00 PM on 12/09/2018

| - | Open House | $2,895,000 | 11/27/2018 | 125 |

Change by: Candi Lee Carrier

Change at 11:31 AM Eastern on 11/27/2018: Open House was held from 12:00 PM until 3:00 PM on 12/02/2018

| - | Virtual Tour, etc. | $2,895,000 | 11/22/2018 | 129 |

Change by: Candi Lee Carrier

Change at 10:28 PM Eastern: changed *video_unbranded*
    Old Value: list_media
    New Value: add
Change at 10:19 PM Eastern: changed *video*
    Old Value: list_media
    New Value: remove
Change at 10:19 PM Eastern: changed *video_unbranded*
    Old Value: list_media
    New Value: add
Change at 10:13 PM Eastern: Added Virtual Tour
Change at 10:13 PM Eastern: Added Virtual Tour Unbranded

| - | Open House | $2,895,000 | 11/04/2018 | 148 |

Change by: Candi Lee Carrier

Change at 11:41 AM Eastern on 11/04/2018: Open House was held from 12:30 PM until 3:00 PM on 11/04/2018

| - | Open House | $2,895,000 | 11/04/2018 | 148 |

Change by: Candi Lee Carrier

Change at 9:27 AM Eastern on 11/04/2018: Open House was held from 12:30 PM until 3:00 PM on 11/04/2018

| - | Tour | $2,895,000 | 10/29/2018 | 154 |

Change by: Candi Lee Carrier

Change at 9:37 AM Eastern on 10/29/2018: This Tour was Removed.

| - | Tour | $2,895,000 | 10/29/2018 | 154 |

Change by: Candi Lee Carrier

Change at 9:37 AM Eastern on 10/29/2018: This Tour was Removed.

| - | Text, etc. | $2,895,000 | 10/27/2018 | 156 |

Change by: Candi Lee Carrier

Change at 12:05 PM Eastern: changed *Public Remarks*
    Old Value: Award-winning architecture. Mediterranean style and the finest of materials fashion this home,creating a true Old World feel. Enter into the Coquina coral entryway and foyer to the elegant living room featuring a hand cut Coquina and marble fireplace, Pecky Cypress beamed ceilings and cast stone columns. Truly stunning! The gourmet granite kitchen provides for the ultimate in entertaining including two butler pantries, wet bar, Viking range enclosed by a brick alcove, all opening to the spacious family room.Magnificent iron railed staircase, cherrywood office, perfectly polished Mexican tile floors and more. The Master suite offers a

sitting room, luxurious bath, walk-in closets and riverfront balcony. Deep water dockage with easy access to the inlet and so much more.
New Value: ircase, cherry wood office, pe

| - | Tour | $2,895,000 | | 10/26/2018 | 157 |

Change by: Candi Lee Carrier

Change at 5:26 PM Eastern on 10/26/2018: This Tour was Added.

| - | Tour | $2,895,000 | | 10/26/2018 | 157 |

Change by: Candi Lee Carrier

Change at 5:24 PM Eastern on 10/26/2018: This Tour was Added.

| - | Text, etc. | $2,895,000 | | 10/26/2018 | 157 |

Change by: Candi Lee Carrier

Change at 5:44 PM Eastern: changed *Broker Only Remarks*
Old Value: Call or Text Mark Bradley at 772-323-6865 to request a showing of this magnificent waterfront luxurious home!
New Value: 72-323-6865 or Candi Carrier
Change at 5:26 PM Eastern: Added Tour
Change at 5:24 PM Eastern: Added Tour

Change by: Mark S. Bradley

Change at 2:06 PM Eastern: changed *Co-listing Agent*
Old Value: null
New Value: Candi Lee Carrier

| - | Price Change | $2,895,000 | -3.5% | 08/08/2018 | 235 |

Change by: Mark S. Bradley

Change at 10:16 PM Eastern: changed *List Price*
Old Value: 3000000.00
New Value: 2895000.00

| - | Open House | $3,000,000 | | 06/22/2018 | 282 |

Change by: Mark S. Bradley

Change at 9:56 PM Eastern on 06/22/2018: Open House was held from 1:00 PM until 4:00 PM on 06/23/2018

| - | Open House | $3,000,000 | | 06/09/2018 | 296 |

Change by: Mark S. Bradley

Change at 1:52 PM Eastern on 06/09/2018: Open House was held from 1:00 PM until 4:00 PM on 06/10/2018

| - | Photos | $3,000,000 | | 06/06/2018 | 298 |

Change by: Mark S. Bradley

Change at 10:50 PM Eastern: Added photo "055_preview"
Change at 10:49 PM Eastern: Removed photo
Change at 10:48 PM Eastern: Removed photo
Change at 10:45 PM Eastern: Added photo "006_preview"
Change at 10:43 PM Eastern: Added photo "54_preview"
Change at 10:42 PM Eastern: Removed photo
Change at 10:41 PM Eastern: Removed photo
Change at 10:41 PM Eastern: Added photo "download (2)"

Change at 10:33 PM Eastern: Added photo "Sewells Point ae"
Change at 10:33 PM Eastern: Removed photo
Change at 10:33 PM Eastern: Added photo "dock1web_preview"
Change at 10:33 PM Eastern: Removed photo
Change at 10:32 PM Eastern: Added photo "064_preview"
Change at 10:32 PM Eastern: Removed photo
Change at 10:31 PM Eastern: Removed photo
Change at 10:30 PM Eastern: Removed photo
Change at 10:25 PM Eastern: Removed photo
Change at 10:25 PM Eastern: Removed photo
Change at 10:25 PM Eastern: Removed photo
Change at 10:25 PM Eastern: Removed photo
Change at 10:24 PM Eastern: Added photo "download (2)"
Change at 10:24 PM Eastern: Added photo "download (1)"
Change at 10:21 PM Eastern: Removed photo
Change at 10:20 PM Eastern: Added photo "download"
Change at 10:20 PM Eastern: Removed photo
Change at 10:20 PM Eastern: Added photo "75_preview"
Change at 10:20 PM Eastern: Removed photo
Change at 10:20 PM Eastern: Added photo "009_preview"
Change at 10:15 PM Eastern: Removed photo
Change at 10:14 PM Eastern: Added photo "010_preview"
Change at 10:14 PM Eastern: Added photo "009_preview"
Change at 10:13 PM Eastern: Removed photo
Change at 10:13 PM Eastern: Removed photo
Change at 10:12 PM Eastern: Removed photo
Change at 10:12 PM Eastern: Added photo "front3web_previe"
Change at 10:12 PM Eastern: Added photo "frontnewsky1_pre"
Change at 10:11 PM Eastern: Added photo "010_preview"
Change at 10:11 PM Eastern: Added photo "front3web_previe"
Change at 10:05 PM Eastern: Added photo "053b_preview"
Change at 10:05 PM Eastern: Added photo "5_preview"
Change at 10:04 PM Eastern: Added photo "003_preview"
Change at 10:04 PM Eastern: Added photo "75_preview"
Change at 10:04 PM Eastern: Added photo "66_preview"
Change at 10:04 PM Eastern: Added photo "064_preview"
Change at 10:04 PM Eastern: Added photo "058_preview"
Change at 10:04 PM Eastern: Added photo "56_preview"
Change at 10:03 PM Eastern: Added photo "1 Front_preview"

| - | Photos, etc. | $3,000,000 | | 06/02/2018 | 303 | |

Change by: Mark S. Bradley

Change at 7:41 AM Eastern: Removed photo
Change at 7:13 AM Eastern: changed *Comm/Non-Rep*
    Old Value: 3%
    New Value: 2.5%
Change at 7:13 AM Eastern: changed *Comm/Single Agent*
    Old Value: 3%
    New Value: 2.5%
Change at 7:13 AM Eastern: changed *Comm/Trans Brk*
    Old Value: 3%
    New Value: 2.5%

| - | New | $3,000,000 | | 06/01/2018 | 303 | |

Change by: Mark S. Bradley

Change at 11:53 PM Eastern: Added new listing

| - | RX-10346820 | Expired | $2,795,000 | 3.7% | 06/23/2018 | 16 | 16 | 71 N River Road |

Status                          $2,795,000

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value: Temp Off Market
New Value: Expired

| - | Status | $2,795,000 | 07/18/2017 | |

Change by: Mark S. Bradley

Change at 12:51 PM Eastern: changed *Status*
Old Value: Active
New Value: Temp Off Market

| - | New | $2,795,000 | 06/30/2017 | 14 |

Change by: Mark S. Bradley

Change at 12:49 AM Eastern: Added new listing

| - | RX-10088519 | Expired | $2,695,000 | -7.1% | 10/28/2015 | 350 | 350 | 71 N River Road |

| - | Status | $2,695,000 | | 10/29/2015 | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value: Active
New Value: Expired

| - | Price Change | $2,695,000 | -6.9% | 08/10/2015 | 79 |

Change by: Vivian Swasey

Change at 2:54 PM Eastern: changed *List Price*
Old Value: 2895000.00
New Value: 2695000.00

| - | Photos | $2,895,000 | 07/09/2015 | 111 |

Change by: Debra Duvall

Change at 2:39 PM Eastern: Removed photo

| - | Photos | $2,895,000 | 11/24/2014 | 338 |

Change by: Debra Duvall

Change at 11:03 AM Eastern: Replaced photo "MLS 23"
Change at 10:38 AM Eastern: Added photo "Aerial with boat"

| - | Photos, etc. | $2,895,000 | 11/17/2014 | 345 |

Change by: Debra Duvall

Change at 11:14 AM Eastern: Added photo "027"
Change at 10:50 AM Eastern: Added photo "073"
Change at 10:49 AM Eastern: Added photo "067"
Change at 10:48 AM Eastern: Added photo "062"
Change at 10:48 AM Eastern: Added photo "061"
Change at 10:47 AM Eastern: Added photo "059"
Change at 10:47 AM Eastern: Added photo "056"
Change at 10:46 AM Eastern: Added photo "049"
Change at 10:46 AM Eastern: Added photo "040a"

Change at 10:45 AM Eastern: Added photo "025b"

| - | New | | $2,895,000 | | 11/13/2014 | 349 | |
|---|-----|---|-----------|---|-----------|-----|---|

Change by: Debra Duvall

Change at 10:22 AM Eastern: Added Virtual Tour
Change at 10:22 AM Eastern: Added Virtual Tour Unbranded
Change at 10:19 AM Eastern: Added photo "MLS 25"
Change at 10:19 AM Eastern: Added photo "MLS 24"
Change at 10:19 AM Eastern: Added photo "MLS 23"
Change at 10:19 AM Eastern: Added photo "MLS 22"
Change at 10:19 AM Eastern: Added photo "MLS 21"
Change at 10:19 AM Eastern: Added photo "MLS 20"
Change at 10:19 AM Eastern: Added photo "MLS 19"
Change at 10:19 AM Eastern: Added photo "MLS 18"
Change at 10:19 AM Eastern: Added photo "MLS 17"
Change at 10:19 AM Eastern: Added photo "MLS 16"
Change at 10:19 AM Eastern: Added photo "MLS 15"
Change at 10:19 AM Eastern: Added photo "MLS 14"
Change at 10:19 AM Eastern: Added photo "MLS 13"
Change at 10:19 AM Eastern: Added photo "MLS 12"
Change at 10:19 AM Eastern: Added photo "MLS 11"
Change at 10:19 AM Eastern: Added photo "MLS 10"
Change at 10:19 AM Eastern: Added photo "MLS 9"
Change at 10:19 AM Eastern: Added photo "MLS 8"
Change at 10:19 AM Eastern: Added photo "MLS 7"
Change at 10:19 AM Eastern: Added photo "MLS 6"
Change at 10:19 AM Eastern: Added photo "MLS 5"
Change at 10:18 AM Eastern: Added photo "MLS 4"
Change at 10:18 AM Eastern: Added photo "MLS 3"
Change at 10:18 AM Eastern: Added photo "MLS 2"
Change at 10:18 AM Eastern: Added new listing

| - | RX-3286720 | Expired | $2,900,000 | | 01/01/2013 | 209 | 209 | 71 N River Road |
|---|-----------|---------|-----------|---|-----------|-----|-----|-----------------|

| - | Status | | $2,900,000 | | 01/01/2013 | | |
|---|--------|---|-----------|---|-----------|---|---|

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| - | Status | | $2,900,000 | | 12/31/2012 | 0 | |
|---|--------|---|-----------|---|-----------|---|---|

Change by: Stephen M. Dutcher

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| - | Status | | $2,900,000 | | 12/28/2012 | 3 | |
|---|--------|---|-----------|---|-----------|---|---|

Change by: Stephen M. Dutcher

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Temp Off Market

| - | New | | $2,900,000 | | 06/05/2012 | 209 | |
|---|-----|---|-----------|---|-----------|-----|---|

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: Added new listing

**Photos for MLS # RX-10436425      71 N River Road, Sewalls Point, FL 34996                                                          $2,200,000**

**POOL**



**FRONT**



**THREE CAR GARAGE**



**FRONT**



**DRIVEWAY**



**AERIAL VIEW**



**REAR POOL AREA**



**POOL VIEW**



**WATER VIEW**



**REAR POOL VIEW**



**BALCONY VIEW**



**048Candi-Carrier-508_preview**



**ELEGANT VIEW**

**BOAT DOCK**







**WATER VIEW**

**AERIAL VIEW**





**REAR**

**REAR**





**REAR OF HOUSE**



**PATIO WATER VIEW**





**017Candi-Carrier-Kitchen(7)**



**018Candi-Carrier-Kitchen**



**BREAKFAST AREA**



**021Candi-Carrier-Kitchen(5)**



**022Candi-Carrier-Kitchen(2)**



**023Candi-Carrier-Kitchen(6)**



**024Candi-Carrier-Family-Room(1)**



**025Candi-Carrier-Family-Room(2)**



**026Candi-Carrier-Family-Room**



**019Candi-Carrier-Kitchen(1)**



**FAMILY ROOM**



**KITCHEN**



**BULTER PANTRY**



**017ACandi-Carrier-Butler-2-Pantry**



**WET BAR**



**FORMAL DINING ROOM**



**LIVING ROOM**



**LIVING ROOM**



**026CCandi-Carrier-Office(2)**



**OFFICE**



**OFFICE**



**026DCandi-Carrier-Office**





**008Candi-Carrier-Foyer**



**026FCandi-Carrier-Bathroom-2**



**007Candi-Carrier-Foyer01**



**062Candi-Carrier-Hallway(1)_preview**



**010Candi-Carrier-Living-Room(2)**



**013Candi-Carrier-Dining-Room(1)**



**016Candi-Carrier-Dining-Room014(2)**



**LIVING ROOM**



**027Candi-Carrier-Grand-Staircase(1)**



**STAIRWAY**



**029Candi-Carrier-Grand-Staircase**



**048Candi-Carrier-Master-Bedroom-Foyer(1)**



**048Candi-Carrier-Master-Bedroom-Foyer_pr**



**master**



**master1**



**master2**



**master bath**



**master bath1**



**master4**



**MASTER BATH**



**MASTER CLOSET**



**MASTER CLOSET**



**048Candi-Carrier-Bedroom-2(1)_preview**



**053ACandi-Carrier-Bathroom-4(1)_preview**



**2ND MASTER BATH**



**051Candi-Carrier-Bedroom-3(1)_preview**



**3RD BATHROOM**



**053BCandi-Carrier-Bathroom-5_preview**



**053ACandi-Carrier-Bathroom-4_preview**



**EXERCISE ROOM ROOM**



**EXERCISE ROOM**



**LAUNDRY ROOM**



# Exhibit 16



©AAP all rights reserved



EXHIBIT

16-A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

# VA 2-100-942

**Effective Date of Registration:**
October 17, 2017

## Title

**Title of Work:** Group Registration Photos, Selected 2017 Photographs Including 2880 Le Bateau, 103 Bears Club, Mizner Grande published Jan. 11, 2017 to Oct. 10, 2017; 150 photos

**Content Title:** 2880 Le Bateau Dr night b 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr night c 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr night a 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr night d 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr stairs c 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr living c 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr stairs d 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr stairs b 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr office 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr living b 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr living a 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr front door c 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr family b 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr family c 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr family a 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr kitchen b 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr kitchen a 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr front door a 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr coach lights 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr mirror lamps 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr front door b 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr stairs e 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr bath room f 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr master br c 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr master br b 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr master br a 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr master closet 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr master bath c 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr master bath d 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr master bath b 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr master bath a 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr hall 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr powder room 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr bath room e 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr BR f 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr bath

room d 2017 AAP, Oct 10. 2017;
2880 Le Bateau Dr  BR e 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  bath room c 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  BR d 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr upstairs laundry 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  movie room 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr BR c 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  bath room b 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr BR b 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  stairs f 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  wet bar 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  bath room a 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr BR a 2017 AAP, Oct. 10, 2017;

2880 Le Bateau Dr  dinning b 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr dinning a 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  mud room 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr main laundry 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  loggia 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  pool a 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  dock b 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  pool c 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  pool b 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  dock a 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  stairs a 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  aerial e 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  aerial c 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr aerial h 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  aerial d 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr aerial b 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  aerial i 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  aerial j 2017 AAP, Oct. 10, 2017;
2880 Le Bateau Dr  aerial k 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr aerial L 2017 AAP, Oct. 10, 2017;
Hilton Miami n, Jul. 12, 2017; Hilton Miami m, Jul. 12, 2017;

Hilton Miami l, Jul. 12, 2017; Hilton Miami b, Jul. 12, 2017;
Hilton Miami a, Jul. 12, 2017; Hilton Miami f, Jul. 12, 2017;
Hilton Miami e, Jul. 12, 2017; Hilton Miami d, Jul. 12, 2017;
Hilton Miami g, Jul. 12, 2017; Hilton Miami c, Jul. 12, 2017;
Hilton Miami k, Jul. 12, 2017; Hilton Miami h, Jul. 12, 2017;
Hilton Miami j, Jul. 12, 2017; Hilton Miami i, Jul. 12, 2017;
Hilton Miami o, Jul. 12, 2017;
Ocean Edge AAP 2017 b, Jul. 9, 2017; Ocean Edge AAP 2017 c, Jul. 9, 2017;
Ocean Edge AAP 2017 a, Jul. 9, 2017;
El Cid sign 2017 AAP, Jun. 3, 2017;

Resort at Singer Island AAP 2017 b, May 30, 2017; Resort at Singer Island AAP 2017 a, May 30, 2017;
Resort at Singer Island AAP 2017 c, May 30, 2017;
Long Lake Estates Tennis AAP 2017, Feb. 27, 2017; Long Lake Estate AAP 2017, Feb. 27, 2017;
Long Lake Estate Playground AAP 2017, Feb. 27, 2017; Long Lake Estates Sign, Feb. 27, 2017;
Luxuria of Boca movie 2017 AAP, Feb. 24, 2017; Luxuria of Boca gym 2017 AAP, Feb. 24, 2017;
Luxuria of Boca reading 2017 AAP, Feb. 24, 2017; Luxuria of Boca lobby 2017 AAP, Feb. 24, 2017;



Luxuria of Boca aerial 2017 AAP, Feb. 24, 2017; Luxuria of Boca beach chairs 2017 AAP, Feb. 24, 2017;

Ballatrae sign b  AAP 2017, Feb. 14, 2017; Ballatrae sign a  AAP 2017, Feb. 14, 2017;

Ballatrae pool AAP 2017, Feb. 14, 2017; Ballatrae aerial c AAP 2017, Feb. 14, 2017;

Ballatrae aerial d AAP 2017, Feb. 14, 2017; Ballatrae aerial a AAP 2017, Feb. 14, 2017;

Ballatrae aerial b AAP 2017, Feb. 14, 2017;

3140 S Ocean Blvd Lobby AAP 2017 a, Feb. 9 , 2017; Carlton Place Pool AAP 2017, Feb. 9, 2017;

The Ridge Tennis AAP 2017, Feb. 9, 2017; The Ridge basketball AAP 2017, Feb. 9, 2017;

The Ridge Pool AAP 2017, Feb. 9, 2017; The Ridge sign AAP 2017, Feb. 9, 2017;

Carlton Place Tennis AAP 2017, Feb. 8, 2017; 3140 S Ocean Blvd Lobby AAP 2017 b, Feb. 8 ,2017;

3140 S Ocean Blvd Gym 2017 AAP, Feb. 8, 2017; Ocean Ridge sign AAP 2017, Jan. 31, 2017;

Pelican Cove aerial a 2017 AAP, Jan. 31, 2017; Pelican Cove aerial b 2017 AAP, Jan. 31, 2017;

Frenchmans Harbor sign 2017 AAP, Jan. 25, 2017; 71 N River Dr night b AAP, Jan. 17, 2017;

71 N River Dr night c AAP, Jan. 17, 2017; 71 N River Dr front door AAP, Jan. 17, 2017;

71 N River Dr living dinning AAP, Jan. 17, 2017; 71 N River Dr living room AAP, Jan. 17, 2017;

71 N River Dr sunset AAP, Jan. 17, 2017; 71 N River Dr hall AAP, Jan. 17, 2017;

Mizner Grande Gym AAP 2017 a, Jan. 13, 2017; Mizner Grande Lobby b AAP 2017, Jan. 13, 2017;

Mizner Grande Pool b AAP 2017, Jan. 13, 2017; Mizner Grande Pool c AAP 2017, Jan. 13, 2017;

Mizner Grande Pool a AAP 2017, Jan. 13, 2017; Mizner Grande Lobby c AAP 2017, Jan. 13, 2017;

Mizner Grande Lobby a AAP 2017, Jan. 13, 2017; Mizner Grande aerial a 2017 AAP AAP, Jan. 13, 2017;

Mizner Grande aerial b 2017 AAP AAP, Jan. 13, 2017; Mizner Grande aerial c 2017 AAP AAP, Jan. 13, 2017;

103 Bears Club 2017 AAP b, Jan. 11, 2017; 103 Bears Club 2017 AAP h, Jan 11. 2017;

103 Bears Club 2017 AAP i, Jan 11. 2017; 103 Bears Club 2017 AAP d, Jan 11. 2017;



103 Bears Club 2017 AAP g, Jan. 11, 2017; 103 Bears Club 2017 AAP c, Jan. 11, 2017;

103 Bears Club 2017 AAP e, Jan. 11, 2017; 103 Bears Club 2017 AAP f, Jan. 11, 2017;

103 Bears Club 2017 AAP a, Jan. 11, 2017; 2880 Le Bateau Dr  aerial a 2017 AAP, Oct. 10, 2017;

2880 Le Bateau Dr  aerial f 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  aerial g 2017 AAP, Oct. 10, 2017;

71 N River Dr night a AAP, Apr. 17, 2017;

Hilton Miami n, Jul. 12, 2017; Hilton Miami m, Jul. 12, 2017;

**Completion/Publication** _____

Luxuria of Boca aerial 2017 AAP, Feb. 24, 2017; Luxuria of Boca beach chairs 2017 AAP, Feb. 24, 2017;

Ballatrae sign b  AAP 2017, Feb. 14, 2017; Ballatrae sign a  AAP 2017, Feb. 14, 2017;

Ballatrae pool AAP 2017, Feb. 14, 2017; Ballatrae aerial c AAP 2017, Feb. 14, 2017;

Ballatrae aerial d AAP 2017, Feb. 14, 2017; Ballatrae aerial a AAP 2017, Feb. 14, 2017;

Ballatrae aerial b AAP 2017, Feb. 14, 2017;

3140 S Ocean Blvd Lobby AAP 2017 a, Feb. 9 , 2017; Carlton Place Pool AAP 2017, Feb. 9, 2017;

The Ridge Tennis AAP 2017, Feb. 9, 2017; The Ridge basketball AAP 2017, Feb. 9, 2017;

The Ridge Pool AAP 2017, Feb. 9, 2017; The Ridge sign AAP 2017, Feb. 9, 2017;

Carlton Place Tennis AAP 2017, Feb. 8, 2017; 3140 S Ocean Blvd Lobby AAP 2017 b, Feb. 8 ,2017;

3140 S Ocean Blvd Gym 2017 AAP, Feb. 8, 2017; Ocean Ridge sign AAP 2017, Jan. 31, 2017;

Pelican Cove aerial a 2017 AAP, Jan. 31, 2017; Pelican Cove aerial b 2017 AAP, Jan. 31, 2017;

Frenchmans Harbor sign 2017 AAP, Jan. 25, 2017; 71 N River Dr night b AAP, Jan. 17, 2017;

71 N River Dr night c AAP, Jan. 17, 2017; 71 N River Dr front door AAP, Jan. 17, 2017;

71 N River Dr living dinning AAP, Jan. 17, 2017; 71 N River Dr living room AAP, Jan. 17, 2017;

71 N River Dr sunset AAP, Jan. 17, 2017; 71 N River Dr hall AAP, Jan. 17, 2017;

Mizner Grande Gym AAP 2017 a, Jan. 13, 2017; Mizner Grande Lobby b AAP 2017, Jan. 13, 2017;

Mizner Grande Pool b AAP 2017, Jan. 13, 2017; Mizner Grande Pool c AAP 2017, Jan. 13, 2017;

Mizner Grande Pool a AAP 2017, Jan. 13, 2017; Mizner Grande Lobby c AAP 2017, Jan. 13, 2017;

Mizner Grande Lobby a AAP 2017, Jan. 13, 2017; Mizner Grande aerial a 2017 AAP AAP, Jan. 13, 2017;

Mizner Grande aerial b 2017 AAP AAP, Jan. 13, 2017; Mizner Grande aerial c 2017 AAP AAP, Jan. 13, 2017;

103 Bears Club 2017 AAP b, Jan. 11, 2017; 103 Bears Club 2017 AAP h, Jan 11. 2017;

103 Bears Club 2017 AAP i, Jan 11. 2017; 103 Bears Club 2017 AAP d, Jan 11. 2017;

103 Bears Club 2017 AAP g, Jan. 11, 2017; 103 Bears Club 2017 AAP c, Jan. 11, 2017;

103 Bears Club 2017 AAP e, Jan. 11, 2017; 103 Bears Club 2017 AAP f, Jan. 11, 2017;

103 Bears Club 2017 AAP a, Jan. 11, 2017; 2880 Le Bateau Dr  aerial a 2017 AAP, Oct. 10, 2017;

2880 Le Bateau Dr  aerial f 2017 AAP, Oct. 10, 2017; 2880 Le Bateau Dr  aerial g 2017 AAP, Oct. 10, 2017;

71 N River Dr night a AAP, Apr. 17, 2017;

Hilton Miami n, Jul. 12, 2017; Hilton Miami m, Jul. 12, 2017;

**Completion/Publication**

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | January 11, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| | 1123 Melinda Ln, Haverhill, FL, 33417, United States |

## Certification

| | |
|---|---|
| **Name:** | Robert Stevens |
| **Date:** | October 17, 2017 |

| | |
|---|---|
| **Copyright Office notes:** | Basis for Registration: Registered as a Group of Published Photographs. |

71 N River Rd, Sewalls Point · $2,525,000
4 beds · 4 full, 1 half baths · 5,341 sq ft · 0.63 acres lot

♡ Save this Home   Contact Agent









EXHIBIT

16-C

**71 N River Road, Sewalls Point, FL 34996**

Case 9:20-cv-82262-WPD   Document 41-1 of Entered on FLSD Docket 12/11/537

| | | |
|---|---|---|
| MLS#: RX-10436425 | St: Pending | List Price: $2,525,000 |
| Orig LP: $3,000,000 | Range Price: | Type: Single Family Detached |
| Area: 5 - Sewalls Point | Geo Area: MA05 | List Price/SqFt: 472.75 |
| | | County: Martin |

Legal Desc: QUAIL RUN LOT 6

Subdivision: QUAIL RUN
Development Name:



| | | | | |
|---|---|---|---|---|
| Model Name: | | Parcel ID: | 353741005000000604 | Front Exp: E |
| Waterfront: | Yes | Waterfrontage: | 150' | Garage Spaces: 3 |
| Lot Dimensions: | 125.0 ft x 125.0 ft | Multiple Ofrs Acptd: | | Carport Spaces: |
| | | Taxes: | 26,619 | Private Pool: Yes |
| Lot SqFt: | 27,399 | Tax Year: | 2017 | |
| HOPA: | No Hopa | Special Assessment: | No | REO: No |
| Zoning: | RESIDENTIAL | Dock: | | Short Sale Addendum: No |
| | | Membership Fee Required: | No | Short Sale: No |
| | | | | Owner/Agent: No |

Elementary School: J. D. Parker Elementary
Middle School: Stuart Middle School
High School: Martin County High School

Virtual Tour: Click to View

| | | | | | |
|---|---|---|---|---|---|
| Dining Room | 13.00 X16.00 | Family Room | 18.00 X16.00 | Bedroom 2 | 14.00 X12.00 | LivSqFt: 5,341 | Bedrooms: 4 |
| Kitchen | 18.00 X15.00 | | | Bedroom 3 | 14.00 X12.00 | SqFt - Total: 7,174 | Baths - Full: 4 |
| Living Room | 22.00 X15.00 | | | Bedroom 4 | 16.00 X14.00 | SqFt Source: Floor Plan | Baths - Half: 1 |
| | | | | Master Bedroom | 20.00 X16.00 | Guest Hse: | Baths - Total: 4.1 |
| | | | | | | Yr Built: 2001 | Pets Allowed: Yes |

Dining Room 13.00 X16.00 | Family Room 18.00 X16.00 | Bedroom 2 14.00 X12.00 | LivSqFt: 5,341 | Bedrooms: 4
Kitchen 18.00 X15.00 | Bedroom 3 14.00 X12.00 | SqFt - Total: 7,174 | Baths - Full: 4
Living Room 22.00 X15.00 | Bedroom 4 16.00 X14.00 | SqFt Source: Floor Plan | Baths - Half: 1
Master Bedroom 20.00 X16.00 | Guest Hse: | Baths - Total: 4.1
Yr Built: 2001 | Pets Allowed: Yes
Builder Name:
Property Condition: Resale

| | | | |
|---|---|---|---|
| HOA/POA/COA (Monthly): | Bldg #: | Land Lease: | Mobile Home Size: |
| Governing Bodies: None | Total Floors/Stories: 2 | Recreation Lease: | Decal #: |
| Homeowners Assoc: None | Total Units in Bldg: | Min Days to Lease: | Serial #: |
| Lease Times p/Year: | Ttl Units in Complex: | | Brand Name: |
| Application Fee: | Unit Floor #: | | Total Assessed Value: |
| | Membership Fee Amount: | | |

Auction: No
Directions: East Ocean Blvd to North Sewall's Point Rd. Left onto Perriwinkle . Right on River Rd.House on Left

Showing Instructions: Call Listing Agent; Text Listing Agent; Vacant

| | | |
|---|---|---|
| LO: 802428 | Keller Williams Realty of PSL | 772-236-5700 | |
| LM: 244522838 | Mark S. Bradley | 772-323-6865 | |
| Com/BuyerAgt: 4% | Comm/Non-Rep: 4% | Trans Brk: 4% | markbradley@kw.com | Bonus: | LD: 06/01/2018 |
| Var/Dual Rate: Yes | List Type: Ex Rt | | |
| Owner Name: WITHELD | List Off Agency: Transaction Broker | | |

Broker Only Remarks: Call or Text Mark Bradley at 772-323-6865 to request a showing of this magnificent waterfront luxurious home!
Any Broker Advertise: No

Design: Mediterranean; Spanish
Construction: Block
Unit Desc:
Flooring: Carpet; Ceramic Tile; Marble; Wood Floor
Furnished: Partially Furnished
Dining Area: Breakfast Area; Dining Family; Dining-Living; Dining/Kitchen; Eat-In Kitchen; Formal; Snack Bar
Master Bedroom/Bath: 2 Master Baths; Bidet; Dual Sinks; Mstr Bdrm - Upstairs; Separate Shower; Spa Tub & Shower
Window Treatments: Impact Glass
Lot Description: East of US-1; 1/2 to < 1 Acre
Private Pool: Concrete; Inground
Storm Protection:
Restrict: Lease OK w/Restrict
Pet Restrictions:
Rooms: Storage

View: Intracoastal; Pool; River
Waterfront Details: Intracoastal; Navigable; Ocean Access; River
Cooling: Central; Electric; Zoned
Heating: Central; Electric; Zoned
Security: Security Sys-Owned
Utilities: Public Water
Boat Services: Dock Available: 2; Up to 100 Ft Boat; Boathouse
Special Info:
Terms Considered: Cash; Conventional
Parking: 2+ Spaces; Garage - Attached
Roof: Barrel
Taxes: Homestead
Equestrian Features:

Equip/Appl: Auto Garage Open; Central Vacuum; Dishwasher; Disposal; Dryer; Freezer; Ice Maker; Intercom; Microwave; Range - Electric; Refrigerator; Smoke Detector; Wall Oven; Washer; Water Heater - Elec
SubdivInfo: Bike - Jog; Boating; Exercise Room; Sidewalks
Interior: Bar; Built-in Shelves; Closet Cabinets; Ctdrl/Vault Ceilings; Decorative Fireplace; Fireplace(s); French Door; Split Bedroom; Volume Ceiling; Walk-in Closet; Wet Bar
Exterior: Auto Sprinkler; Built-in Grill; Covered Balcony; Covered Patio; Custom Lighting; Open Balcony; Open Porch; Outdoor Shower; Summer Kitchen; Zoned Sprinkler
Maintenance Fee Incl:
Original List Price: $3,000,000

| | | |
|---|---|---|
| Days On Market: 304 | | Cumulative DOM: 304 |
| Sold Price: | Sold Price Sqft: | Under Contract Date: 04/01/2019 |
| Selling Office: | Terms of Sale: | Sold Date: |
| Selling Agent: | | |

Public Remarks: Award-winning architecture. Mediterranean style and the finest of materials fashion this home,creating a true Old World feel. Enter into the Coquina coral entryway and foyer to the elegant living room featuring a hand cut Coquina and marble fireplace, Pecky Cypress beamed ceilings and cast stone columns. Truly

stunning! The gourmet granite kitchen provides for the ultimate in entertaining including two butler pantries, wet bar, Viking range enclosed by a brick alcove, all opening to the spacious family room.Magnificent iron railed staircase, cherry wood office, perfectly polished Mexican tile floors and more. The Master suite offers a sitting room,luxurious bath, walk-in closets and riverfront balcony. Deep water dockage with easy access to the inlet and so much more.

Information is deemed to be reliable, but is not guaranteed. © 2019 MLS and FBS. Prepared by Mateusz Rymarski on Wednesday, April 03, 2019 11:21 AM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 413 of 537

| + | MLS # | Status | Price | % Change | Date | DOM | CDOM | Address |
|---|-------|--------|-------|----------|------|-----|------|---------|
| - | RX-10436425 | Pending | $2,525,000 | -9.7% | 04/01/2019 | 304 | 304 | 71 N River Road |

| | - | Status | $2,525,000 | | 04/01/2019 | | | |

Change by: Mark S. Bradley

Change at 9:11 PM Eastern: changed *Status*
Old Value: Active
New Value: Pending

| | - | Under Contract Date | $2,525,000 | | 04/01/2019 | | | |

Change by: Mark S. Bradley

Change at 9:11 PM Eastern: changed *Contingency*
Old Value:
New Value: N
Change at 9:11 PM Eastern: changed *Under Contract Date*
Old Value:
New Value: 4/1/2019

| | - | Open House | $2,525,000 | | 03/17/2019 | 15 | | |

Change by: Mark S. Bradley

Change at 10:14 AM Eastern on 03/17/2019: Open House was held from 1:00 PM until 3:00 PM on 03/17/2019

| | - | Open House | $2,525,000 | | 03/09/2019 | 23 | | |

Change by: Mark S. Bradley

Change at 9:58 AM Eastern on 03/09/2019: Open House was held from 12:00 PM until 3:00 PM on 03/10/2019

| | - | Open House | $2,525,000 | | 02/24/2019 | 35 | | |

Change by: Mark S. Bradley

Change at 8:34 PM Eastern on 02/24/2019: Open House was held from 1:00 PM until 3:00 PM on 03/03/2019

| | - | Open House | $2,525,000 | | 02/24/2019 | 35 | | |

Change by: Mark S. Bradley

Change at 8:32 PM Eastern on 02/24/2019: Open House was held from 11:00 AM until 1:00 PM on 03/03/2019

| | - | Text, etc. | $2,525,000 | | 02/24/2019 | 35 | | |

Change by: Mark S. Bradley

Change at 8:34 PM Eastern: changed *Open House*
Old Value: x'20190225013442459290000000'
New Value: Added
Change at 8:32 PM Eastern: changed *Open House*
Old Value: x'20190225013221019866000000'
New Value: Added
Change at 8:28 PM Eastern: changed *Comm/Non-Rep*
Old Value: 3.5%

New Value: 4%
Change at 8:28 Eastern: changed *Comm/Single Agent*
    Old Value: 3.5%
    New Value: 4%
Change at 8:28 Eastern: changed *Comm/Trans Brk*
    Old Value: 3.5%
    New Value: 4%

| - | Text, etc. | $2,525,000 | 02/23/2019 | 36 |

Change by: Mark S. Bradley

Change at 9:05 PM Eastern: changed *Comm/Non-Rep*
    Old Value: 2.5%
    New Value: 3.5%
Change at 9:05 PM Eastern: changed *Comm/Single Agent*
    Old Value: 2.5%
    New Value: 3.5%
Change at 9:05 PM Eastern: changed *Comm/Trans Brk*
    Old Value: 2.5%
    New Value: 3.5%

| - | Text, etc. | $2,525,000 | 02/20/2019 | 40 |

Change by: Mark S. Bradley

Change at 2:02 PM Eastern: changed *Co-listing Agent*
    Old Value: Candi Lee Carrier
    New Value: null
Change at 1:58 PM Eastern: changed *Broker Only Remarks*
    Old Value: Call or Text Mark Bradley at 772-323-6865 or Candi Carrier at
    772-203-7815 to request a showing of this magnificent waterfront luxurious home!
    New Value: 72-323-6865 to request a sho

| - | Open House | $2,525,000 | 02/07/2019 | 53 |

Change by: Candi Lee Carrier

Change at 1:00 PM Eastern on 02/07/2019: This Open House was Removed.

| - | Open House | $2,525,000 | 02/07/2019 | 53 |

Change by: Candi Lee Carrier

Change at 1:00 PM Eastern on 02/07/2019: This Open House was Removed.

| - | Tour | $2,525,000 | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 7:51 PM Eastern on 02/04/2019: This Tour was Removed.

| - | Open House | $2,525,000 | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 7:30 PM Eastern on 02/04/2019: This Open House was Added.

| - | Tour | $2,525,000 | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 7:28 PM Eastern on 02/04/2019: This Tour was Edited.

| - | Tour | $2,525,000 | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 7:28 PM Eastern on 02/04/2019: This Tour was Edited.

| - | Tour | $2,525,000 | | 02/04/2019 | 55 |
|---|------|------------|---|------------|----|

Change by: Candi Lee Carrier

Change at 6:33 PM Eastern on 02/04/2019: This Tour was Added.

| - | Open House | $2,525,000 | | 02/04/2019 | 56 |
|---|------------|------------|---|------------|----|

Change by: Candi Lee Carrier

Change at 5:26 PM Eastern on 02/04/2019: This Open House was Edited.

| - | Open House | $2,525,000 | | 02/04/2019 | 56 |
|---|------------|------------|---|------------|----|

Change by: Candi Lee Carrier

Change at 5:25 PM Eastern on 02/04/2019: This Open House was Edited.

| - | Open House | $2,525,000 | | 02/04/2019 | 56 |
|---|------------|------------|---|------------|----|

Change by: Candi Lee Carrier

Change at 5:25 PM Eastern on 02/04/2019: This Open House was Added.

| - | Open House | $2,525,000 | | 02/02/2019 | 58 |
|---|------------|------------|---|------------|----|

Change by: Candi Lee Carrier

Change at 8:37 AM Eastern on 02/02/2019: This Open House was Removed.

| - | Price Change | $2,525,000 | -12.8% | 02/01/2019 | 59 |
|---|--------------|------------|--------|------------|----|

Change by: Mark S. Bradley

Change at 9:35 AM Eastern: changed *List Price*
Old Value: 2895000.00
New Value: 2525000.00

| - | Open House | $2,895,000 | | 01/30/2019 | 61 |
|---|------------|------------|---|------------|----|

Change by: Candi Lee Carrier

Change at 9:33 AM Eastern on 01/30/2019: Open House was held from 2:00 PM until 4:00 PM on 02/03/2019

| - | Open House | $2,895,000 | | 01/27/2019 | 64 |
|---|------------|------------|---|------------|----|

Change by: Candi Lee Carrier

Change at 10:50 AM Eastern on 01/27/2019: Open House was held from 2:00 PM until 4:00 PM on 02/03/2019

| - | Open House | $2,895,000 | | 01/27/2019 | 64 |
|---|------------|------------|---|------------|----|

Change by: Candi Lee Carrier

Change at 10:50 AM Eastern on 01/27/2019: Open House was held from 2:00 PM until 4:00 PM on 02/03/2019

| - | Open House | $2,895,000 | | 01/27/2019 | 64 |
|---|------------|------------|---|------------|----|

Change by: Candi Lee Carrier

Change at 10:49 AM Eastern on 01/27/2019: This Open House was Removed.

| - | Open House | $2,895,000 | | 01/27/2019 | 64 |
|---|------------|------------|---|------------|----|

Change at 10:48 AM Eastern on 01/27/2019: This Open House was Added.

| - | Open House | $2,895,000 | 01/25/2019 | 66 |

Change by: Candi Lee Carrier

Change at 2:41 PM Eastern on 01/25/2019: This Open House was Added.

| - | Virtual Tour, etc. | $2,895,000 | 01/15/2019 | 75 |

Change by: Mark S. Bradley

Change at 7:34 PM Eastern: Changed Virtual Tour
Change at 7:34 PM Eastern: Changed Virtual Tour Unbranded

| - | Open House | $2,895,000 | 01/14/2019 | 77 |

Change by: Candi Lee Carrier

Change at 11:28 AM Eastern on 01/14/2019: Open House was held from 1:00 PM until 4:00 PM on 01/26/2019

| - | Open House | $2,895,000 | 01/14/2019 | 77 |

Change by: Candi Lee Carrier

Change at 11:17 AM Eastern on 01/14/2019: Open House was held from 1:00 PM until 4:00 PM on 01/18/2019

| - | Open House | $2,895,000 | 01/14/2019 | 77 |

Change by: Candi Lee Carrier

Change at 11:01 AM Eastern on 01/14/2019: Open House was held from 10:00 AM until 4:00 PM on 01/17/2019

| - | Open House | $2,895,000 | 01/14/2019 | 77 |

Change by: Candi Lee Carrier

Change at 10:56 AM Eastern on 01/14/2019: Open House was held from 12:00 PM until 3:00 PM on 01/20/2019

| - | Open House | $2,895,000 | 01/14/2019 | 77 |

Change by: Candi Lee Carrier

Change at 10:55 AM Eastern on 01/14/2019: Open House was held from 1:00 AM until 3:00 PM on 01/19/2019

| - | Open House | $2,895,000 | 01/11/2019 | 80 |

Change by: Candi Lee Carrier

Change at 11:04 AM Eastern on 01/11/2019: Open House was held from 11:00 AM until 3:00 PM on 01/12/2019

| - | Open House | $2,895,000 | 12/23/2018 | 99 |

Change by: Candi Lee Carrier

Change at 10:33 AM Eastern on 12/23/2018: This Open House was Removed.

| - | Photos | $2,895,000 | 12/22/2018 | 100 |

Change by: Candi Lee Carrier

Change at 4:05 PM Eastern: Added photo "tubsink"
Change at 4:04 PM Eastern: Added photo "tub"
Change at 3:59 PM Eastern: Removed photo
Change at 3:59 PM Eastern: Removed photo
Change at 3:59 PM Eastern: Removed photo
Change at 3:59 PM Eastern: Added photo "master"
Change at 3:59 PM Eastern: Added photo "master2"
Change at 3:59 PM Eastern: Added photo "026FCandi-Carrie"
Change at 3:58 PM Eastern: Added photo "master4"
Change at 3:47 PM Eastern: Added photo "master2"
Change at 3:37 PM Eastern: Added photo "master"
Change at 3:37 PM Eastern: Added photo "master1"
Change at 2:45 PM Eastern: Removed photo
Change at 2:45 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:43 PM Eastern: Removed photo
Change at 2:42 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:38 PM Eastern: Removed photo
Change at 2:38 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:36 PM Eastern: Removed photo
Change at 2:35 PM Eastern: Removed photo
Change at 2:34 PM Eastern: Removed photo
Change at 2:33 PM Eastern: Removed photo
Change at 2:33 PM Eastern: Removed photo
Change at 2:33 PM Eastern: Removed photo
Change at 2:32 PM Eastern: Removed photo
Change at 2:32 PM Eastern: Removed photo
Change at 2:32 PM Eastern: Removed photo
Change at 2:31 PM Eastern: Removed photo
Change at 2:29 PM Eastern: Removed photo
Change at 2:29 PM Eastern: Removed photo
Change at 2:29 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:24 PM Eastern: Added photo "048Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "048Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "047Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "047Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "046Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "045Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "044Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "043Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "042Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "041Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "040Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "039Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "038Candi-Carrier"
Change at 2:23 PM Eastern: Added photo "034Candi-Carrier"

Change at 2:23 PM Eastern: Added photo "033Candi-Carrier"
Change at 2:23 PM Eastern: Added photo "032Candi-Carrier"
Change at 2:23 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:23 PM Eastern: Removed photo
Change at 2:22 PM Eastern: Added photo "26854813_1015680"
Change at 2:17 PM Eastern: Removed photo
Change at 2:16 PM Eastern: Removed photo
Change at 2:16 PM Eastern: Removed photo
Change at 2:15 PM Eastern: Added photo "053BCandi-Carrie"
Change at 2:15 PM Eastern: Added photo "053ACandi-Carrie"
Change at 2:15 PM Eastern: Added photo "053ACandi-Carrie"
Change at 2:15 PM Eastern: Added photo "052Candi-Carrier"
Change at 2:15 PM Eastern: Added photo "051Candi-Carrier"
Change at 2:15 PM Eastern: Added photo "050Candi-Carrier"
Change at 2:15 PM Eastern: Added photo "048Candi-Carrier"
Change at 2:01 PM Eastern: Removed photo
Change at 2:00 PM Eastern: Removed photo
Change at 2:00 PM Eastern: Removed photo
Change at 1:59 PM Eastern: Removed photo
Change at 1:59 PM Eastern: Removed photo
Change at 1:54 PM Eastern: Removed photo
Change at 1:54 PM Eastern: Removed photo
Change at 1:54 PM Eastern: Removed photo
Change at 1:51 PM Eastern: Removed photo
Change at 1:51 PM Eastern: Removed photo
Change at 1:45 PM Eastern: Added photo "029Candi-Carrier"
Change at 1:45 PM Eastern: Added photo "028Candi-Carrier"
Change at 1:45 PM Eastern: Added photo "027Candi-Carrier"
Change at 1:45 PM Eastern: Removed photo
Change at 1:45 PM Eastern: Added photo "026FCandi-Carrie"
Change at 1:45 PM Eastern: Removed photo
Change at 1:45 PM Eastern: Added photo "026DCandi-Carrie"
Change at 1:45 PM Eastern: Added photo "026CCandi-Carrie"
Change at 1:44 PM Eastern: Added photo "026Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "025Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "024Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "023Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "023Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "022Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "021Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "020Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "019Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "018Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "017Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "017BCandi-Carrie"
Change at 1:43 PM Eastern: Added photo "017ACandi-Carrie"
Change at 1:43 PM Eastern: Added photo "016Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "013Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "010Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "008Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "007Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "005Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "003Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "062Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "061Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "060Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "053Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "053BCandi-Carrie"
Change at 1:20 PM Eastern: Added photo "053ACandi-Carrie"
Change at 1:20 PM Eastern: Added photo "053ACandi-Carrie"
Change at 1:20 PM Eastern: Added photo "052Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "051Candi-Carrier"

Change at 1:20 PM Eastern: Added photo "050Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "048Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "048Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "048Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "048Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "047Candi-Carrier"

| - | Open House | $2,895,000 | 12/22/2018 | 100 |

Change by: Candi Lee Carrier

Change at 11:05 AM Eastern on 12/22/2018: This Open House was Added.

| - | Photos | $2,895,000 | 12/19/2018 | 103 |

Change by: Candi Lee Carrier

Change at 1:24 AM Eastern: Removed photo
Change at 1:24 AM Eastern: Added photo "Guest Bedroom 3"
Change at 1:20 AM Eastern: Removed photo
Change at 1:08 AM Eastern: Added photo "1 sew"
Change at 1:07 AM Eastern: Removed photo

| - | Open House | $2,895,000 | 12/11/2018 | 111 |

Change by: Candi Lee Carrier

Change at 12:59 PM Eastern on 12/11/2018: Open House was held from 12:00 PM until 3:00 PM on 12/16/2018

| - | Open House | $2,895,000 | 12/06/2018 | 116 |

Change by: Candi Lee Carrier

Change at 4:16 PM Eastern on 12/06/2018: Open House was held from 11:00 AM until 2:00 PM on 12/09/2018

| - | Open House | $2,895,000 | 11/27/2018 | 125 |

Change by: Candi Lee Carrier

Change at 11:31 AM Eastern on 11/27/2018: Open House was held from 12:00 PM until 3:00 PM on 12/02/2018

| - | Virtual Tour, etc. | $2,895,000 | 11/22/2018 | 129 |

Change by: Candi Lee Carrier

Change at 10:28 PM Eastern: changed *video_unbranded*
    Old Value: list_media
    New Value: add
Change at 10:19 PM Eastern: changed *video*
    Old Value: list_media
    New Value: remove
Change at 10:19 PM Eastern: changed *video_unbranded*
    Old Value: list_media
    New Value: add
Change at 10:13 PM Eastern: Added Virtual Tour
Change at 10:13 PM Eastern: Added Virtual Tour Unbranded

| - | Open House | $2,895,000 | 11/04/2018 | 148 |

Change by: Candi Lee Carrier

Change at 11:41 AM Eastern on 11/04/2018: Open House was held from 12:30 PM until 3:00 PM on 11/04/2018

Change by: Candi Lee Carrier

> Change at 9:27 AM Eastern on 11/04/2018: Open House was held from 12:30 PM until 3:00 PM on 11/04/2018

| - | Tour | $2,895,000 | 10/29/2018 | 154 |

Change by: Candi Lee Carrier

> Change at 9:37 AM Eastern on 10/29/2018: This Tour was Removed.

| - | Tour | $2,895,000 | 10/29/2018 | 154 |

Change by: Candi Lee Carrier

> Change at 9:37 AM Eastern on 10/29/2018: This Tour was Removed.

| - | Text, etc. | $2,895,000 | 10/27/2018 | 156 |

Change by: Candi Lee Carrier

> Change at 12:05 PM Eastern: changed *Public Remarks*
> Old Value: Award-winning architecture. Mediterranean style and the finest of materials fashion this home,creating a true Old World feel. Enter into the Coquina coral entryway and foyer to the elegant living room featuring a hand cut Coquina and marble fireplace, Pecky Cypress beamed ceilings and cast stone columns. Truly stunning! The gourmet granite kitchen provides for the ultimate in entertaining including two butler pantries, wet bar, Viking range enclosed by a brick alcove, all opening to the spacious family room.Magnificent iron railed staircase, cherrywood office, perfectly polished Mexican tile floors and more. The Master suite offers a sitting room,luxurious bath, walk-in closets and riverfront balcony. Deep water dockage with easy access to the inlet and so much more.
> New Value: ircase, cherry wood office, pe

| - | Tour | $2,895,000 | 10/26/2018 | 157 |

Change by: Candi Lee Carrier

> Change at 5:26 PM Eastern on 10/26/2018: This Tour was Added.

| - | Tour | $2,895,000 | 10/26/2018 | 157 |

Change by: Candi Lee Carrier

> Change at 5:24 PM Eastern on 10/26/2018: This Tour was Added.

| - | Text, etc. | $2,895,000 | 10/26/2018 | 157 |

Change by: Candi Lee Carrier

> Change at 5:44 PM Eastern: changed *Broker Only Remarks*
> Old Value: Call or Text Mark Bradley at 772-323-6865 to request a showing of this magnificent waterfront luxurious home!
> New Value: 72-323-6865 or Candi Carrier
> Change at 5:26 PM Eastern: Added Tour
> Change at 5:24 PM Eastern: Added Tour

Change by: Mark S. Bradley

> Change at 2:06 PM Eastern: changed *Co-listing Agent*
> Old Value: null
> New Value: Candi Lee Carrier

| - | Price Change | $2,895,000 | -3.5% | 08/08/2018 | 235 |

Change by: Mark S. Bradley

Change at 10:16 PM Eastern: changed *List Price*
Old Value: 3000000.00
New Value: 2895000.00

| - | Open House | $3,000,000 | 06/22/2018 | 282 |

Change by: Mark S. Bradley

Change at 9:56 PM Eastern on 06/22/2018: Open House was held from 1:00 PM until 4:00 PM on 06/23/2018

| - | Open House | $3,000,000 | 06/09/2018 | 296 |

Change by: Mark S. Bradley

Change at 1:52 PM Eastern on 06/09/2018: Open House was held from 1:00 PM until 4:00 PM on 06/10/2018

| - | Photos | $3,000,000 | 06/06/2018 | 298 |

Change by: Mark S. Bradley

Change at 10:50 PM Eastern: Added photo "055_preview"
Change at 10:49 PM Eastern: Removed photo
Change at 10:48 PM Eastern: Removed photo
Change at 10:45 PM Eastern: Added photo "006_preview"
Change at 10:43 PM Eastern: Added photo "54_preview"
Change at 10:42 PM Eastern: Removed photo
Change at 10:41 PM Eastern: Removed photo
Change at 10:41 PM Eastern: Added photo "download (2)"
Change at 10:33 PM Eastern: Added photo "Sewells Point ae"
Change at 10:33 PM Eastern: Removed photo
Change at 10:33 PM Eastern: Added photo "dock1web_preview"
Change at 10:33 PM Eastern: Removed photo
Change at 10:32 PM Eastern: Added photo "064_preview"
Change at 10:32 PM Eastern: Removed photo
Change at 10:31 PM Eastern: Removed photo
Change at 10:30 PM Eastern: Removed photo
Change at 10:25 PM Eastern: Removed photo
Change at 10:25 PM Eastern: Removed photo
Change at 10:25 PM Eastern: Removed photo
Change at 10:25 PM Eastern: Removed photo
Change at 10:24 PM Eastern: Added photo "download (2)"
Change at 10:24 PM Eastern: Added photo "download (1)"
Change at 10:21 PM Eastern: Removed photo
Change at 10:20 PM Eastern: Added photo "download"
Change at 10:20 PM Eastern: Removed photo
Change at 10:20 PM Eastern: Added photo "75_preview"
Change at 10:20 PM Eastern: Removed photo
Change at 10:20 PM Eastern: Added photo "009_preview"
Change at 10:15 PM Eastern: Removed photo
Change at 10:14 PM Eastern: Added photo "010_preview"
Change at 10:14 PM Eastern: Added photo "009_preview"
Change at 10:13 PM Eastern: Removed photo
Change at 10:13 PM Eastern: Removed photo
Change at 10:12 PM Eastern: Removed photo
Change at 10:12 PM Eastern: Added photo "front3web_previe"
Change at 10:12 PM Eastern: Added photo "frontnewsky1_pre"
Change at 10:11 PM Eastern: Added photo "010_preview"
Change at 10:11 PM Eastern: Added photo "front3web_previe"
Change at 10:05 PM Eastern: Added photo "053b_preview"
Change at 10:05 PM Eastern: Added photo "5_preview"
Change at 10:04 PM Eastern: Added photo "003_preview"
Change at 10:04 PM Eastern: Added photo "75_preview"

Change at 10:04 PM Eastern: Added photo "66_preview"
Change at 10:04 PM Eastern: Added photo "064_preview"
Change at 10:04 PM Eastern: Added photo "058_preview"
Change at 10:04 PM Eastern: Added photo "56_preview"
Change at 10:03 PM Eastern: Added photo "1 Front_preview"

| - | | Photos, etc. | $3,000,000 | | 06/02/2018 | 303 | |

Change by: Mark S. Bradley

Change at 7:41 AM Eastern: Removed photo
Change at 7:13 AM Eastern: changed *Comm/Non-Rep*
  Old Value: 3%
  New Value: 2.5%
Change at 7:13 AM Eastern: changed *Comm/Single Agent*
  Old Value: 3%
  New Value: 2.5%
Change at 7:13 AM Eastern: changed *Comm/Trans Brk*
  Old Value: 3%
  New Value: 2.5%

| - | | New | $3,000,000 | | 06/01/2018 | 303 | |

Change by: Mark S. Bradley

Change at 11:53 PM Eastern: Added new listing

| - | RX-10346820 | Expired | $2,795,000 | 3.7% | 06/23/2018 | 16 | 16 | 71 N River Road |

| | - | Status | $2,795,000 | | 06/24/2018 | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
  Old Value: Temp Off Market
  New Value: Expired

| | - | Status | $2,795,000 | | 07/18/2017 | | |

Change by: Mark S. Bradley

Change at 12:51 PM Eastern: changed *Status*
  Old Value: Active
  New Value: Temp Off Market

| | - | New | $2,795,000 | | 06/30/2017 | 14 | |

Change by: Mark S. Bradley

Change at 12:49 AM Eastern: Added new listing

| - | RX-10088519 | Expired | $2,695,000 | -7.1% | 10/28/2015 | 350 | 350 | 71 N River Road |

| | - | Status | $2,695,000 | | 10/29/2015 | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
  Old Value: Active
  New Value: Expired

| | - | Price Change | $2,695,000 | -6.9% | 08/10/2015 | 79 | |

Change by: Vivian Swasey

Change at 2:54 PM Eastern: changed *List Price*
Old Value: 2895000.00
New Value: 2695000.00

| - | Photos | $2,895,000 | 07/09/2015 | 111 |

Change by: Debra Duvall

Change at 2:39 PM Eastern: Removed photo

| - | Photos | $2,895,000 | 11/24/2014 | 338 |

Change by: Debra Duvall

Change at 11:03 AM Eastern: Replaced photo "MLS 23"
Change at 10:38 AM Eastern: Added photo "Aerial with boat"

| - | Photos, etc. | $2,895,000 | 11/17/2014 | 345 |

Change by: Debra Duvall

Change at 11:14 AM Eastern: Added photo "027"
Change at 10:50 AM Eastern: Added photo "073"
Change at 10:49 AM Eastern: Added photo "067"
Change at 10:48 AM Eastern: Added photo "062"
Change at 10:48 AM Eastern: Added photo "061"
Change at 10:47 AM Eastern: Added photo "059"
Change at 10:47 AM Eastern: Added photo "056"
Change at 10:46 AM Eastern: Added photo "049"
Change at 10:46 AM Eastern: Added photo "040a"
Change at 10:45 AM Eastern: Added photo "025b"

| - | New | $2,895,000 | 11/13/2014 | 349 |

Change by: Debra Duvall

Change at 10:22 AM Eastern: Added Virtual Tour
Change at 10:22 AM Eastern: Added Virtual Tour Unbranded
Change at 10:19 AM Eastern: Added photo "MLS 25"
Change at 10:19 AM Eastern: Added photo "MLS 24"
Change at 10:19 AM Eastern: Added photo "MLS 23"
Change at 10:19 AM Eastern: Added photo "MLS 22"
Change at 10:19 AM Eastern: Added photo "MLS 21"
Change at 10:19 AM Eastern: Added photo "MLS 20"
Change at 10:19 AM Eastern: Added photo "MLS 19"
Change at 10:19 AM Eastern: Added photo "MLS 18"
Change at 10:19 AM Eastern: Added photo "MLS 17"
Change at 10:19 AM Eastern: Added photo "MLS 16"
Change at 10:19 AM Eastern: Added photo "MLS 15"
Change at 10:19 AM Eastern: Added photo "MLS 14"
Change at 10:19 AM Eastern: Added photo "MLS 13"
Change at 10:19 AM Eastern: Added photo "MLS 12"
Change at 10:19 AM Eastern: Added photo "MLS 11"
Change at 10:19 AM Eastern: Added photo "MLS 10"
Change at 10:19 AM Eastern: Added photo "MLS 9"
Change at 10:19 AM Eastern: Added photo "MLS 8"
Change at 10:19 AM Eastern: Added photo "MLS 7"
Change at 10:19 AM Eastern: Added photo "MLS 6"
Change at 10:19 AM Eastern: Added photo "MLS 5"
Change at 10:18 AM Eastern: Added photo "MLS 4"
Change at 10:18 AM Eastern: Added photo "MLS 3"
Change at 10:18 AM Eastern: Added photo "MLS 2"
Change at 10:18 AM Eastern: Added new listing

| - | RX-3286720 | Expired | $2,900,000 | | 01/01/2013 | 209 | 209 | 71 N River Road |

| - | Status | $2,900,000 | 01/01/2013 | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| - | Status | $2,900,000 | 12/31/2012 | 0 |

Change by: Stephen M. Dutcher

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| - | Status | $2,900,000 | 12/28/2012 | 3 |

Change by: Stephen M. Dutcher

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Temp Off Market

| - | New | $2,900,000 | 06/05/2012 | 209 |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: Added new listing

Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 425 of 537

**POOL**

**FRONT**



**THREE CAR GARAGE**



**FRONT**



**DRIVEWAY**



**AERIAL VIEW**



**REAR POOL AREA**



**POOL VIEW**



**WATER VIEW**



**REAR POOL VIEW**



**BALCONY VIEW**



**048Candi-Carrier-508_preview**








**REAR OF HOUSE**



**PATIO WATER VIEW**



**017Candi-Carrier-Kitchen(7)**



**018Candi-Carrier-Kitchen**



**BREAKFAST AREA**



**021Candi-Carrier-Kitchen(5)**



**022Candi-Carrier-Kitchen(2)**



**023Candi-Carrier-Kitchen(6)**



**024Candi-Carrier-Family-Room(1)**



**025Candi-Carrier-Family-Room(2)**



**026Candi-Carrier-Family-Room**



**019Candi-Carrier-Kitchen(1)**



**FAMILY ROOM**



**KITCHEN**



**BULTER PANTRY**



**017ACandi-Carrier-Butler-2-Pantry**



**WET BAR**



**FORMAL DINING ROOM**



**LIVING ROOM**



**LIVING ROOM**



**026CCandi-Carrier-Office(2)**



**OFFICE**



**OFFICE**



**026DCandi-Carrier-Office**



**008Candi-Carrier-Foyer**



**026FCandi-Carrier-Bathroom-2**



**007Candi-Carrier-Foyer01**



**062Candi-Carrier-Hallway(1)_preview**



**010Candi-Carrier-Living-Room(2)**



**013Candi-Carrier-Dining-Room(1)**



**016Candi-Carrier-Dining-Room014(2)**



**LIVING ROOM**



**027Candi-Carrier-Grand-Staircase(1)**



**STAIRWAY**



**029Candi-Carrier-Grand-Staircase**



**048Candi-Carrier-Master-Bedroom-Foyer(1)**



**048Candi-Carrier-Master-Bedroom-Foyer_pr**



**master**



**master1**



**master2**



**master bath**

**master bath1**



**master4**



**MASTER BATH**



**MASTER CLOSET**



**MASTER CLOSET**



**048Candi-Carrier-Bedroom-2(1)_preview**



**053ACandi-Carrier-Bathroom-4(1)_preview**



**2ND MASTER BATH**



**051Candi-Carrier-Bedroom-3(1)_preview**



**3RD BATHROOM**



**053BCandi-Carrier-Bathroom-5_preview**



**053ACandi-Carrier-Bathroom-4_preview**



**EXERCISE ROOM ROOM**



**EXERCISE ROOM**



**LAUNDRY ROOM**



Case 9:20-cv-82262-WPD Document 119-7 Entered on FLSD Docket 12/11/2023 Page 438 of 537

**Residential Full Report**

71 N River Road, Sewalls Point, FL 34996

List Price: $2,525,000

MLS#: RX-10436425
St: Closed
Type: Single Family Detached

Orig LP: $3,000,000
Range Price:
List Price/SqFt: 472.75

Area: 5 - Sewalls Point
Geo Area: MA05
County: Martin

Legal Desc: QUAIL RUN LOT 6

Subdivision: QUAIL RUN

Development Name:



| | | |
|---|---|---|
| Model Name: | Parcel ID: 353741005000000604 | Front Exp: E |
| Waterfront: Yes | Waterfrontage: 150' | Garage Spaces: 3 |
| Lot Dimensions: 125.0 ft x 125.0 ft | Multiple Ofrs Acptd: | Carport Spaces: |
| | Taxes: 26,619 | Private Pool: Yes |
| Lot SqFt: 27,399 | Tax Year: 2017 | REO: No |
| HOPA: No Hopa | Special Assessment: No | Short Sale |
| Zoning: RESIDENTIAL | Dock: | Addendum: No |
| | Membership Fee Required: No | Short Sale: No |
| | | Owner/Agent: No |

Elementary School: J. D. Parker Elementary
Middle School: Stuart Middle School
High School: Martin County High School

Virtual Tour: Click to View

| | | | |
|---|---|---|---|
| Dining Room 13.00 X16.00 | Family Room 18.00 X16.00 | Bedroom 2 14.00 X12.00 | LivSqFt: 5,341 |
| Kitchen 18.00 X15.00 | | Bedroom 3 14.00 X12.00 | SqFt - Total: 7,174 |
| Living Room 22.00 X15.00 | | Bedroom 4 16.00 X14.00 | SqFt Source: Floor Plan |
| | | Master Bedroom 20.00 X16.00 | Guest Hse: |
| | | | Yr Built: 2001 |
| | | | Builder Name: |
| | | | Property Condition: Resale |

Bedrooms: 4
Baths - Full: 4
Baths - Half: 1
Baths - Total: 4.1
Pets Allowed: Yes

| | | | |
|---|---|---|---|
| HOA/POA/COA (Monthly): | Bldg #: | Land Lease: | Mobile Home Size: |
| Governing Bodies: None | Total Floors/Stories: 2 | Recreation Lease: | Decal #: |
| Homeowners Assoc: None | Total Units in Bldg: | Min Days to Lease: | Serial #: |
| Lease Times n/Year: | Ttl Units in Complex: | | Brand Name: |
| Application Fee: | Unit Floor #: | | Total Assessed Value: |
| | Membership Fee Amount: | | |

Auction: No

Directions: East Ocean Blvd to North Sewall's Point Rd. Left onto Perriwinkle . Right on River Rd.House on Left

Showing Instructions: Call Listing Agent; Text Listing Agent; Vacant

| | | | |
|---|---|---|---|
| LO: 802428 | Keller Williams Realty of PSL | 772-236-5700 | |
| LM: 244522838 | Mark S. Bradley | 772-323-6865 | markbradley@kw.com |
| Com/BuyerAgt: 4% | Comm/Non-Rep: 4% | Trans Brk: 4% | Bonus: LD: 06/01/2018 |
| Var/Dual Rate: Yes | List Type: Ex Rt | List Off Agency: Transaction Broker | |
| Owner Name: WITHELD | | | |

Broker Only Remarks: Call or Text Mark Bradley at 772-323-6865 to request a showing of this magnificent waterfront luxurious home!

Any Broker Advertise: No

Design: Mediterranean; Spanish
View: Intracoastal; Pool; River
Construction: Block
Waterfront Details: Intracoastal; Navigable; Ocean Access; River
Unit Desc:
Flooring: Carpet; Ceramic Tile; Marble; Wood Floor
Cooling: Central; Electric; Zoned
Furnished: Partially Furnished
Heating: Central; Electric; Zoned
Dining Area: Breakfast Area; Dining Family; Dining-Living; Dining/Kitchen; Eat-In Kitchen; Formal; Snack Bar
Security: Security Sys-Owned
Utilities: Public Water
Master Bedroom/Bath: 2 Master Baths; Bidet; Dual Sinks; Mstr Bdrm - Upstairs; Separate Shower; Spa Tub & Shower
Boat Services: Dock Available: 2; Up to 100 Ft Boat; Boathouse
Window Treatments: Impact Glass
Special Info:
Lot Description: East of US-1; 1/2 to < 1 Acre
Terms Considered: Cash; Conventional
Private Pool: Concrete; Inground
Parking: 2+ Spaces; Garage - Attached
Storm Protection:
Roof: Barrel
Restrict: Lease OK w/Restrict
Taxes: Homestead
Pet Restrictions:
Equestrian Features:
Rooms: Storage
Equip/Appl: Auto Garage Open; Central Vacuum; Dishwasher; Disposal; Dryer; Freezer; Ice Maker; Intercom; Microwave; Range - Electric; Refrigerator; Smoke Detector; Wall Oven; Washer; Water Heater - Elec
SubdivInfo: Bike - Jog; Boating; Exercise Room; Sidewalks
Interior: Bar; Built-in Shelves; Closet Cabinets; Ctdrl/Vault Ceilings; Decorative Fireplace; Fireplace(s); French Door; Split Bedroom; Volume Ceiling; Walk-in Closet; Wet Bar
Exterior: Auto Sprinkler; Built-in Grill; Covered Balcony; Covered Patio; Custom Lighting; Open Balcony; Open Porch; Outdoor Shower; Summer Kitchen; Zoned Sprinkler
Maintenance Fee Incl:
Original List Price: $3,000,000

| | | |
|---|---|---|
| Days On Market: 304 | Cumulative DOM: 304 | |
| Sold Price: 2,200,000 | Sold Price Sqft: 411.91 | Under Contract Date: 04/01/2019 |
| Buyer Office: Keller Williams Realty 800659 | Terms of Sale: Cash | Sold Date: 04/23/2019 |
| Buyer Agent: Candi Lee Carrier 276541569 | | |

Public Remarks: Award-winning architecture. Mediterranean style and the finest of materials fashion this home,creating a true Old World feel. Enter into the Coquina coral entryway and foyer to the elegant living room featuring a hand cut Coquina and marble fireplace, Pecky Cypress beamed ceilings and cast stone columns. Truly

stunning! The gourmet granite kitchen provides for the ultimate in entertaining including two butler pantries, wet bar, Viking range and close by a brick alcove, all opening to the spacious family room.Magnificent iron railed staircase, cherry wood office, perfectly polished Mexican tile floors and more. The Master suite offers a sitting room,luxurious bath, walk-in closets and riverfront balcony. Deep water dockage with easy access to the inlet and so much more.

Information is deemed to be reliable, but is not guaranteed. © 2019 MLS and FBS. Prepared by Mateusz Rymarski on Friday, May 10, 2019 10:20 AM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

| + | MLS # | Status | Price | % Change | Date | DOM | CDOM | Address |
|---|---|---|---|---|---|---|---|---|
| - | RX-10436425 | Closed | $2,200,000 | -21.3% | 04/23/2019 | 304 | 304 | 71 N River Road |

| | - | Text, etc. | $2,525,000 | | 04/26/2019 | | | |

Change by: Susie S Nimrouzi

Change at 9:59 AM Eastern: changed *Sold Price*
Old Value: 22000.00
New Value: 2200000.00

| | - | Status | $2,525,000 | | 04/23/2019 | | | |

Change by: Mark S. Bradley

Change at 10:12 PM Eastern: changed *Status*
Old Value: Pending
New Value: Closed

| | - | Terms of Sale | $2,525,000 | | 04/23/2019 | | | |

Change by: Mark S. Bradley

Change at 10:12 PM Eastern: changed *Buyer Agent*
Old Value:
New Value: Candi Lee Carrier
Change at 10:12 PM Eastern: changed *Sold Date*
Old Value:
New Value: 4/23/2019
Change at 10:12 PM Eastern: changed *Sold Price*
Old Value:
New Value: 22000.00
Change at 10:12 PM Eastern: changed *Terms of Sale*
Old Value:
New Value: Cash

| | - | Status | $2,525,000 | | 04/01/2019 | | | |

Change by: Mark S. Bradley

Change at 9:11 PM Eastern: changed *Status*
Old Value: Active
New Value: Pending

| | - | Under Contract Date | $2,525,000 | | 04/01/2019 | | | |

Change by: Mark S. Bradley

Change at 9:11 PM Eastern: changed *Contingency*
Old Value:
New Value: N
Change at 9:11 PM Eastern: changed *Under Contract Date*
Old Value:
New Value: 4/1/2019

| | - | Open House | $2,525,000 | | 03/17/2019 | 15 | | |

Change by: Mark S. Bradley

Change at 10:14 AM Eastern on 03/17/2019: Open House was held from 1:00 PM until 3:00 PM on 03/17/2019

Change by: Mark S. Bradley

Change at 9:58 AM Eastern on 03/09/2019: Open House was held from 12:00 PM until 3:00 PM on 03/10/2019

| - | Open House | $2,525,000 | 02/24/2019 | 35 |

Change by: Mark S. Bradley

Change at 8:34 PM Eastern on 02/24/2019: Open House was held from 1:00 PM until 3:00 PM on 03/03/2019

| - | Open House | $2,525,000 | 02/24/2019 | 35 |

Change by: Mark S. Bradley

Change at 8:32 PM Eastern on 02/24/2019: Open House was held from 11:00 AM until 1:00 PM on 03/03/2019

| - | Text, etc. | $2,525,000 | 02/24/2019 | 35 |

Change by: Mark S. Bradley

Change at 8:34 PM Eastern: changed *Open House*
Old Value: x'20190225013442459290000000'
New Value: Added
Change at 8:32 PM Eastern: changed *Open House*
Old Value: x'20190225013221019866000000'
New Value: Added
Change at 8:28 PM Eastern: changed *Comm/Non-Rep*
Old Value: 3.5%
New Value: 4%
Change at 8:28 PM Eastern: changed *Comm/Single Agent*
Old Value: 3.5%
New Value: 4%
Change at 8:28 PM Eastern: changed *Comm/Trans Brk*
Old Value: 3.5%
New Value: 4%

| - | Text, etc. | $2,525,000 | 02/23/2019 | 36 |

Change by: Mark S. Bradley

Change at 9:05 PM Eastern: changed *Comm/Non-Rep*
Old Value: 2.5%
New Value: 3.5%
Change at 9:05 PM Eastern: changed *Comm/Single Agent*
Old Value: 2.5%
New Value: 3.5%
Change at 9:05 PM Eastern: changed *Comm/Trans Brk*
Old Value: 2.5%
New Value: 3.5%

| - | Text, etc. | $2,525,000 | 02/20/2019 | 40 |

Change by: Mark S. Bradley

Change at 2:02 PM Eastern: changed *Co-listing Agent*
Old Value: Candi Lee Carrier
New Value: null
Change at 1:58 PM Eastern: changed *Broker Only Remarks*
Old Value: Call or Text Mark Bradley at 772-323-6865 or Candi Carrier at 772-203-7815 to request a showing of this magnificent waterfront luxurious home!
New Value: 72-323-6865 to request a sho

Change by: Candi Lee Carrier

Change at 1:00 PM Eastern on 02/07/2019: This Open House was Removed.

| - | Open House | $2,525,000 | | 02/07/2019 | 53 |
|---|---|---|---|---|---|

Change by: Candi Lee Carrier

Change at 1:00 PM Eastern on 02/07/2019: This Open House was Removed.

| - | Tour | $2,525,000 | | 02/04/2019 | 55 |
|---|---|---|---|---|---|

Change by: Candi Lee Carrier

Change at 7:51 PM Eastern on 02/04/2019: This Tour was Removed.

| - | Open House | $2,525,000 | | 02/04/2019 | 55 |
|---|---|---|---|---|---|

Change by: Candi Lee Carrier

Change at 7:30 PM Eastern on 02/04/2019: This Open House was Added.

| - | Tour | $2,525,000 | | 02/04/2019 | 55 |
|---|---|---|---|---|---|

Change by: Candi Lee Carrier

Change at 7:28 PM Eastern on 02/04/2019: This Tour was Edited.

| - | Tour | $2,525,000 | | 02/04/2019 | 55 |
|---|---|---|---|---|---|

Change by: Candi Lee Carrier

Change at 7:28 PM Eastern on 02/04/2019: This Tour was Edited.

| - | Tour | $2,525,000 | | 02/04/2019 | 55 |
|---|---|---|---|---|---|

Change by: Candi Lee Carrier

Change at 6:33 PM Eastern on 02/04/2019: This Tour was Added.

| - | Open House | $2,525,000 | | 02/04/2019 | 56 |
|---|---|---|---|---|---|

Change by: Candi Lee Carrier

Change at 5:26 PM Eastern on 02/04/2019: This Open House was Edited.

| - | Open House | $2,525,000 | | 02/04/2019 | 56 |
|---|---|---|---|---|---|

Change by: Candi Lee Carrier

Change at 5:25 PM Eastern on 02/04/2019: This Open House was Edited.

| - | Open House | $2,525,000 | | 02/04/2019 | 56 |
|---|---|---|---|---|---|

Change by: Candi Lee Carrier

Change at 5:25 PM Eastern on 02/04/2019: This Open House was Added.

| - | Open House | $2,525,000 | | 02/02/2019 | 58 |
|---|---|---|---|---|---|

Change by: Candi Lee Carrier

Change at 8:37 AM Eastern on 02/02/2019: This Open House was Removed.

| - | Price Change | $2,525,000 | -12.8% | 02/01/2019 | 59 |
|---|---|---|---|---|---|

Change by: Mark S. Bradley

Change at 9:35 AM Eastern: changed *List Price*
Old Value: 2895000.00
New Value: 2525000.00

| - | Open House | $2,895,000 | 01/30/2019 | 61 |

Change by: Candi Lee Carrier

Change at 9:33 AM Eastern on 01/30/2019: Open House was held from 2:00 PM until 4:00 PM on 02/03/2019

| - | Open House | $2,895,000 | 01/27/2019 | 64 |

Change by: Candi Lee Carrier

Change at 10:50 AM Eastern on 01/27/2019: Open House was held from 2:00 PM until 4:00 PM on 02/03/2019

| - | Open House | $2,895,000 | 01/27/2019 | 64 |

Change by: Candi Lee Carrier

Change at 10:50 AM Eastern on 01/27/2019: Open House was held from 2:00 PM until 4:00 PM on 02/03/2019

| - | Open House | $2,895,000 | 01/27/2019 | 64 |

Change by: Candi Lee Carrier

Change at 10:49 AM Eastern on 01/27/2019: This Open House was Removed.

| - | Open House | $2,895,000 | 01/27/2019 | 64 |

Change by: Candi Lee Carrier

Change at 10:48 AM Eastern on 01/27/2019: This Open House was Added.

| - | Open House | $2,895,000 | 01/25/2019 | 66 |

Change by: Candi Lee Carrier

Change at 2:41 PM Eastern on 01/25/2019: This Open House was Added.

| - | Virtual Tour, etc. | $2,895,000 | 01/15/2019 | 75 |

Change by: Mark S. Bradley

Change at 7:34 PM Eastern: Changed Virtual Tour
Change at 7:34 PM Eastern: Changed Virtual Tour Unbranded

| - | Open House | $2,895,000 | 01/14/2019 | 77 |

Change by: Candi Lee Carrier

Change at 11:28 AM Eastern on 01/14/2019: Open House was held from 1:00 PM until 4:00 PM on 01/26/2019

| - | Open House | $2,895,000 | 01/14/2019 | 77 |

Change by: Candi Lee Carrier

Change at 11:17 AM Eastern on 01/14/2019: Open House was held from 1:00 PM until 4:00 PM on 01/18/2019

| - | Open House | $2,895,000 | 01/14/2019 | 77 |

Change by: Candi Lee Carrier

Change at 11:01 AM Eastern on 01/14/2019: Open House was held from 10:00 AM until 4:00 PM on 01/17/2019

| - | Open House | $2,895,000 | 01/14/2019 | 77 |

Change by: Candi Lee Carrier

Change at 10:56 AM Eastern on 01/14/2019: Open House was held from 12:00 PM until 3:00 PM on 01/20/2019

| - | Open House | $2,895,000 | 01/14/2019 | 77 |

Change by: Candi Lee Carrier

Change at 10:55 AM Eastern on 01/14/2019: Open House was held from 1:00 AM until 3:00 PM on 01/19/2019

| - | Open House | $2,895,000 | 01/11/2019 | 80 |

Change by: Candi Lee Carrier

Change at 11:04 AM Eastern on 01/11/2019: Open House was held from 11:00 AM until 3:00 PM on 01/12/2019

| - | Open House | $2,895,000 | 12/23/2018 | 99 |

Change by: Candi Lee Carrier

Change at 10:33 AM Eastern on 12/23/2018: This Open House was Removed.

| - | Photos | $2,895,000 | 12/22/2018 | 100 |

Change by: Candi Lee Carrier

Change at 4:05 PM Eastern: Added photo "tubsink"
Change at 4:04 PM Eastern: Added photo "tub"
Change at 3:59 PM Eastern: Removed photo
Change at 3:59 PM Eastern: Removed photo
Change at 3:59 PM Eastern: Removed photo
Change at 3:59 PM Eastern: Added photo "master"
Change at 3:59 PM Eastern: Added photo "master2"
Change at 3:59 PM Eastern: Added photo "026FCandi-Carrie"
Change at 3:58 PM Eastern: Added photo "master4"
Change at 3:47 PM Eastern: Added photo "master2"
Change at 3:37 PM Eastern: Added photo "master"
Change at 3:37 PM Eastern: Added photo "master1"
Change at 2:45 PM Eastern: Removed photo
Change at 2:45 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:43 PM Eastern: Removed photo
Change at 2:42 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:38 PM Eastern: Removed photo
Change at 2:38 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:36 PM Eastern: Removed photo
Change at 2:35 PM Eastern: Removed photo
Change at 2:34 PM Eastern: Removed photo
Change at 2:33 PM Eastern: Removed photo
Change at 2:33 PM Eastern: Removed photo
Change at 2:33 PM Eastern: Removed photo
Change at 2:32 PM Eastern: Removed photo
Change at 2:32 PM Eastern: Removed photo
Change at 2:32 PM Eastern: Removed photo
Change at 2:31 PM Eastern: Removed photo
Change at 2:29 PM Eastern: Removed photo
Change at 2:29 PM Eastern: Removed photo
Change at 2:29 PM Eastern: Added photo "031Candi-Carrier"

Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:24 PM Eastern: Added photo "048Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "048Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "047Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "047Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "046Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "045Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "044Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "043Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "042Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "041Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "040Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "039Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "038Candi-Carrier"
Change at 2:23 PM Eastern: Added photo "034Candi-Carrier"
Change at 2:23 PM Eastern: Added photo "033Candi-Carrier"
Change at 2:23 PM Eastern: Added photo "032Candi-Carrier"
Change at 2:23 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:23 PM Eastern: Removed photo
Change at 2:22 PM Eastern: Added photo "26854813_1015680"
Change at 2:17 PM Eastern: Removed photo
Change at 2:16 PM Eastern: Removed photo
Change at 2:16 PM Eastern: Removed photo
Change at 2:15 PM Eastern: Added photo "053BCandi-Carrie"
Change at 2:15 PM Eastern: Added photo "053ACandi-Carrier"
Change at 2:15 PM Eastern: Added photo "053ACandi-Carrier"
Change at 2:15 PM Eastern: Added photo "052Candi-Carrier"
Change at 2:15 PM Eastern: Added photo "051Candi-Carrier"
Change at 2:15 PM Eastern: Added photo "050Candi-Carrier"
Change at 2:15 PM Eastern: Added photo "048Candi-Carrier"
Change at 2:01 PM Eastern: Removed photo
Change at 2:00 PM Eastern: Removed photo
Change at 2:00 PM Eastern: Removed photo
Change at 1:59 PM Eastern: Removed photo
Change at 1:59 PM Eastern: Removed photo
Change at 1:54 PM Eastern: Removed photo
Change at 1:54 PM Eastern: Removed photo
Change at 1:54 PM Eastern: Removed photo
Change at 1:51 PM Eastern: Removed photo
Change at 1:51 PM Eastern: Removed photo
Change at 1:45 PM Eastern: Added photo "029Candi-Carrier"
Change at 1:45 PM Eastern: Added photo "028Candi-Carrier"
Change at 1:45 PM Eastern: Added photo "027Candi-Carrier"
Change at 1:45 PM Eastern: Removed photo
Change at 1:45 PM Eastern: Added photo "026FCandi-Carrie"
Change at 1:45 PM Eastern: Removed photo

Change at 1:45 PM Eastern: Added photo "026DCandi-Carrie"
Change at 1:45 PM Eastern: Added photo "026CCandi-Carrie"
Change at 1:44 PM Eastern: Added photo "026Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "025Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "024Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "023Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "023Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "022Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "021Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "020Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "019Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "018Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "017Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "017BCandi-Carrie"
Change at 1:43 PM Eastern: Added photo "017ACandi-Carrie"
Change at 1:43 PM Eastern: Added photo "016Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "013Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "010Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "008Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "007Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "005Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "003Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "062Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "061Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "060Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "053Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "053BCandi-Carrie"
Change at 1:20 PM Eastern: Added photo "053ACandi-Carrie"
Change at 1:20 PM Eastern: Added photo "053ACandi-Carrier"
Change at 1:20 PM Eastern: Added photo "052Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "051Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "050Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "048Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "048Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "048Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "048Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "047Candi-Carrier"

| - | Open House | $2,895,000 | 12/22/2018 | 100 |

Change by: Candi Lee Carrier

Change at 11:05 AM Eastern on 12/22/2018: This Open House was Added.

| - | Photos | $2,895,000 | 12/19/2018 | 103 |

Change by: Candi Lee Carrier

Change at 1:24 AM Eastern: Removed photo
Change at 1:24 AM Eastern: Added photo "Guest Bedroom 3"
Change at 1:20 AM Eastern: Removed photo
Change at 1:08 AM Eastern: Added photo "1 sew"
Change at 1:07 AM Eastern: Removed photo

| - | Open House | $2,895,000 | 12/11/2018 | 111 |

Change by: Candi Lee Carrier

Change at 12:59 PM Eastern on 12/11/2018: Open House was held from 12:00 PM until 3:00
PM on 12/16/2018

| - | Open House | $2,895,000 | 12/06/2018 | 116 |

Change by: Candi Lee Carrier

Change at 4:16 PM Eastern on 12/06/2018: Open House was held from 11:00 AM until 2:00 PM on 12/09/2018

-    Open House        $2,895,000        11/27/2018     125

Change by: Candi Lee Carrier

Change at 11:31 AM Eastern on 11/27/2018: Open House was held from 12:00 PM until 3:00 PM on 12/02/2018

-    Virtual Tour, etc.        $2,895,000        11/22/2018     129

Change by: Candi Lee Carrier

Change at 10:28 PM Eastern: changed *video_unbranded*
     Old Value: list_media
     New Value: add
Change at 10:19 PM Eastern: changed *video*
     Old Value: list_media
     New Value: remove
Change at 10:19 PM Eastern: changed *video_unbranded*
     Old Value: list_media
     New Value: add
Change at 10:13 PM Eastern: Added Virtual Tour
Change at 10:13 PM Eastern: Added Virtual Tour Unbranded

-    Open House        $2,895,000        11/04/2018     148

Change by: Candi Lee Carrier

Change at 11:41 AM Eastern on 11/04/2018: Open House was held from 12:30 PM until 3:00 PM on 11/04/2018

-    Open House        $2,895,000        11/04/2018     148

Change by: Candi Lee Carrier

Change at 9:27 AM Eastern on 11/04/2018: Open House was held from 12:30 PM until 3:00 PM on 11/04/2018

-    Tour        $2,895,000        10/29/2018     154

Change by: Candi Lee Carrier

Change at 9:37 AM Eastern on 10/29/2018: This Tour was Removed.

-    Tour        $2,895,000        10/29/2018     154

Change by: Candi Lee Carrier

Change at 9:37 AM Eastern on 10/29/2018: This Tour was Removed.

-    Text, etc.        $2,895,000        10/27/2018     156

Change by: Candi Lee Carrier

Change at 12:05 PM Eastern: changed *Public Remarks*
     Old Value: Award-winning architecture. Mediterranean style and the finest of materials fashion this home,creating a true Old World feel. Enter into the Coquina coral entryway and foyer to the elegant living room featuring a hand cut Coquina and marble fireplace, Pecky Cypress beamed ceilings and cast stone columns. Truly stunning! The gourmet granite kitchen provides for the ultimate in entertaining including two butler pantries, wet bar, Viking range enclosed by a brick alcove, all opening to the spacious family room.Magnificent iron railed staircase, cherrywood office, perfectly polished Mexican tile floors and more. The Master suite offers a

sitting room, luxurious bath, walk-in closets and riverfront balcony. Deep water
dockage with easy access to the inlet and so much more.
New Value: ircase, cherry wood office, pe

| | | | | | |
|---|---|---|---|---|---|
| - | Tour | $2,895,000 | | 10/26/2018 | 157 |

Change by: Candi Lee Carrier

Change at 5:26 PM Eastern on 10/26/2018: This Tour was Added.

| | | | | | |
|---|---|---|---|---|---|
| - | Tour | $2,895,000 | | 10/26/2018 | 157 |

Change by: Candi Lee Carrier

Change at 5:24 PM Eastern on 10/26/2018: This Tour was Added.

| | | | | | |
|---|---|---|---|---|---|
| - | Text, etc. | $2,895,000 | | 10/26/2018 | 157 |

Change by: Candi Lee Carrier

Change at 5:44 PM Eastern: changed *Broker Only Remarks*
Old Value: Call or Text Mark Bradley at 772-323-6865 to request a showing of this
magnificent waterfront luxurious home!
New Value: 72-323-6865 or Candi Carrier
Change at 5:26 PM Eastern: Added Tour
Change at 5:24 PM Eastern: Added Tour

Change by: Mark S. Bradley

Change at 2:06 PM Eastern: changed *Co-listing Agent*
Old Value: null
New Value: Candi Lee Carrier

| | | | | | |
|---|---|---|---|---|---|
| - | Price Change | $2,895,000 | -3.5% | 08/08/2018 | 235 |

Change by: Mark S. Bradley

Change at 10:16 PM Eastern: changed *List Price*
Old Value: 3000000.00
New Value: 2895000.00

| | | | | | |
|---|---|---|---|---|---|
| - | Open House | $3,000,000 | | 06/22/2018 | 282 |

Change by: Mark S. Bradley

Change at 9:56 PM Eastern on 06/22/2018: Open House was held from 1:00 PM until 4:00
PM on 06/23/2018

| | | | | | |
|---|---|---|---|---|---|
| - | Open House | $3,000,000 | | 06/09/2018 | 296 |

Change by: Mark S. Bradley

Change at 1:52 PM Eastern on 06/09/2018: Open House was held from 1:00 PM until 4:00
PM on 06/10/2018

| | | | | | |
|---|---|---|---|---|---|
| - | Photos | $3,000,000 | | 06/06/2018 | 298 |

Change by: Mark S. Bradley

Change at 10:50 PM Eastern: Added photo "055_preview"
Change at 10:49 PM Eastern: Removed photo
Change at 10:48 PM Eastern: Removed photo
Change at 10:45 PM Eastern: Added photo "006_preview"
Change at 10:43 PM Eastern: Added photo "54_preview"
Change at 10:42 PM Eastern: Removed photo
Change at 10:41 PM Eastern: Removed photo
Change at 10:41 PM Eastern: Added photo "download (2)"

Change at 10:33 PM Eastern: Added photo "Sewells Point ae"
Change at 10:33 PM Eastern: Removed photo
Change at 10:33 PM Eastern: Added photo "dock1web_preview"
Change at 10:33 PM Eastern: Removed photo
Change at 10:32 PM Eastern: Added photo "064_preview"
Change at 10:32 PM Eastern: Removed photo
Change at 10:31 PM Eastern: Removed photo
Change at 10:30 PM Eastern: Removed photo
Change at 10:25 PM Eastern: Removed photo
Change at 10:25 PM Eastern: Removed photo
Change at 10:25 PM Eastern: Removed photo
Change at 10:25 PM Eastern: Removed photo
Change at 10:24 PM Eastern: Added photo "download (2)"
Change at 10:24 PM Eastern: Added photo "download (1)"
Change at 10:21 PM Eastern: Removed photo
Change at 10:20 PM Eastern: Added photo "download"
Change at 10:20 PM Eastern: Removed photo
Change at 10:20 PM Eastern: Added photo "75_preview"
Change at 10:20 PM Eastern: Removed photo
Change at 10:20 PM Eastern: Added photo "009_preview"
Change at 10:15 PM Eastern: Removed photo
Change at 10:14 PM Eastern: Added photo "010_preview"
Change at 10:14 PM Eastern: Added photo "009_preview"
Change at 10:13 PM Eastern: Removed photo
Change at 10:13 PM Eastern: Removed photo
Change at 10:12 PM Eastern: Removed photo
Change at 10:12 PM Eastern: Added photo "front3web_previe"
Change at 10:12 PM Eastern: Added photo "frontnewsky1_pre"
Change at 10:11 PM Eastern: Added photo "010_preview"
Change at 10:11 PM Eastern: Added photo "front3web_previe"
Change at 10:05 PM Eastern: Added photo "053b_preview"
Change at 10:05 PM Eastern: Added photo "5_preview"
Change at 10:04 PM Eastern: Added photo "003_preview"
Change at 10:04 PM Eastern: Added photo "75_preview"
Change at 10:04 PM Eastern: Added photo "66_preview"
Change at 10:04 PM Eastern: Added photo "064_preview"
Change at 10:04 PM Eastern: Added photo "058_preview"
Change at 10:04 PM Eastern: Added photo "56_preview"
Change at 10:03 PM Eastern: Added photo "1 Front_preview"

| - | Photos, etc. | $3,000,000 | | 06/02/2018 | 303 | |

Change by: Mark S. Bradley

Change at 7:41 AM Eastern: Removed photo
Change at 7:13 AM Eastern: changed *Comm/Non-Rep*
    Old Value: 3%
    New Value: 2.5%
Change at 7:13 AM Eastern: changed *Comm/Single Agent*
    Old Value: 3%
    New Value: 2.5%
Change at 7:13 AM Eastern: changed *Comm/Trans Brk*
    Old Value: 3%
    New Value: 2.5%

| - | New | $3,000,000 | | 06/01/2018 | 303 | |

Change by: Mark S. Bradley

Change at 11:53 PM Eastern: Added new listing

| - | RX-10346820 | Expired | $2,795,000 | 3.7% | 06/23/2018 | 16 | 16 | 71 N River Road |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value: Temp Off Market
New Value: Expired

| - | Status | $2,795,000 | | 07/18/2017 | | |

Change by: Mark S. Bradley

Change at 12:51 PM Eastern: changed *Status*
Old Value: Active
New Value: Temp Off Market

| - | New | $2,795,000 | | 06/30/2017 | 14 | |

Change by: Mark S. Bradley

Change at 12:49 AM Eastern: Added new listing

| - | RX-10088519 | Expired | $2,695,000 | -7.1% | 10/28/2015 | 350 | 350 | 71 N River Road |
|---|---|---|---|---|---|---|---|---|
| | - | Status | $2,695,000 | | 10/29/2015 | | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value: Active
New Value: Expired

| | - | Price Change | $2,695,000 | -6.9% | 08/10/2015 | 79 | | |

Change by: Vivian Swasey

Change at 2:54 PM Eastern: changed *List Price*
Old Value: 2895000.00
New Value: 2695000.00

| | - | Photos | $2,895,000 | | 07/09/2015 | 111 | | |

Change by: Debra Duvall

Change at 2:39 PM Eastern: Removed photo

| | - | Photos | $2,895,000 | | 11/24/2014 | 338 | | |

Change by: Debra Duvall

Change at 11:03 AM Eastern: Replaced photo "MLS 23"
Change at 10:38 AM Eastern: Added photo "Aerial with boat"

| | - | Photos, etc. | $2,895,000 | | 11/17/2014 | 345 | | |

Change by: Debra Duvall

Change at 11:14 AM Eastern: Added photo "027"
Change at 10:50 AM Eastern: Added photo "073"
Change at 10:49 AM Eastern: Added photo "067"
Change at 10:48 AM Eastern: Added photo "062"
Change at 10:48 AM Eastern: Added photo "061"
Change at 10:47 AM Eastern: Added photo "059"
Change at 10:47 AM Eastern: Added photo "056"
Change at 10:46 AM Eastern: Added photo "049"
Change at 10:46 AM Eastern: Added photo "040a"

Change at 10:45 AM Eastern: Added photo "025b"

| - | New | $2,895,000 | | 11/13/2014 | 349 | |

Change by: Debra Duvall

Change at 10:22 AM Eastern: Added Virtual Tour
Change at 10:22 AM Eastern: Added Virtual Tour Unbranded
Change at 10:19 AM Eastern: Added photo "MLS 25"
Change at 10:19 AM Eastern: Added photo "MLS 24"
Change at 10:19 AM Eastern: Added photo "MLS 23"
Change at 10:19 AM Eastern: Added photo "MLS 22"
Change at 10:19 AM Eastern: Added photo "MLS 21"
Change at 10:19 AM Eastern: Added photo "MLS 20"
Change at 10:19 AM Eastern: Added photo "MLS 19"
Change at 10:19 AM Eastern: Added photo "MLS 18"
Change at 10:19 AM Eastern: Added photo "MLS 17"
Change at 10:19 AM Eastern: Added photo "MLS 16"
Change at 10:19 AM Eastern: Added photo "MLS 15"
Change at 10:19 AM Eastern: Added photo "MLS 14"
Change at 10:19 AM Eastern: Added photo "MLS 13"
Change at 10:19 AM Eastern: Added photo "MLS 12"
Change at 10:19 AM Eastern: Added photo "MLS 11"
Change at 10:19 AM Eastern: Added photo "MLS 10"
Change at 10:19 AM Eastern: Added photo "MLS 9"
Change at 10:19 AM Eastern: Added photo "MLS 8"
Change at 10:19 AM Eastern: Added photo "MLS 7"
Change at 10:19 AM Eastern: Added photo "MLS 6"
Change at 10:19 AM Eastern: Added photo "MLS 5"
Change at 10:18 AM Eastern: Added photo "MLS 4"
Change at 10:18 AM Eastern: Added photo "MLS 3"
Change at 10:18 AM Eastern: Added photo "MLS 2"
Change at 10:18 AM Eastern: Added new listing

| - | RX-3286720 | Expired | $2,900,000 | | 01/01/2013 | 209 | 209 | 71 N River Road |

| - | Status | $2,900,000 | | 01/01/2013 | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| - | Status | $2,900,000 | | 12/31/2012 | 0 | |

Change by: Stephen M. Dutcher

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| - | Status | $2,900,000 | | 12/28/2012 | 3 | |

Change by: Stephen M. Dutcher

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Temp Off Market

| - | New | $2,900,000 | | 06/05/2012 | 209 | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: Added new listing

Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 453 of 537

**POOL**



**FRONT**



**THREE CAR GARAGE**



**FRONT**



**DRIVEWAY**



**AERIAL VIEW**



**REAR POOL AREA**



**POOL VIEW**



**WATER VIEW**



**REAR POOL VIEW**



**BALCONY VIEW**



048Candi-Carrier-508_preview



**ELEGANT VIEW**



**BOAT DOCK**



**WATER VIEW**



**AERIAL VIEW**



**REAR**



**REAR**



Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 456 of 537



**REAR OF HOUSE**



**PATIO WATER VIEW**





**017Candi-Carrier-Kitchen(7)**



**018Candi-Carrier-Kitchen**



**BREAKFAST AREA**



**021Candi-Carrier-Kitchen(5)**



**022Candi-Carrier-Kitchen(2)**



**023Candi-Carrier-Kitchen(6)**



**024Candi-Carrier-Family-Room(1)**



**025Candi-Carrier-Family-Room(2)**



**026Candi-Carrier-Family-Room**



**019Candi-Carrier-Kitchen(1)**



**FAMILY ROOM**



**KITCHEN**



**BULTER PANTRY**



**017ACandi-Carrier-Butler-2-Pantry**



**WET BAR**



**FORMAL DINING ROOM**



**LIVING ROOM**



**LIVING ROOM**



**026CCandi-Carrier-Office(2)**



**OFFICE**



**OFFICE**



**026DCandi-Carrier-Office**



**008Candi-Carrier-Foyer**



**026FCandi-Carrier-Bathroom-2**



**007Candi-Carrier-Foyer01**



**062Candi-Carrier-Hallway(1)_preview**



**010Candi-Carrier-Living-Room(2)**



**013Candi-Carrier-Dining-Room(1)**



**016Candi-Carrier-Dining-Room014(2)**



**LIVING ROOM**



**027Candi-Carrier-Grand-Staircase(1)**



**STAIRWAY**



**029Candi-Carrier-Grand-Staircase**



**048Candi-Carrier-Master-Bedroom-Foyer(1)**



**048Candi-Carrier-Master-Bedroom-Foyer_pr**



**master**



**master1**



**master2**



**master bath**



**master bath1**



**master4**



**MASTER BATH**



**MASTER CLOSET**



**MASTER CLOSET**



**048Candi-Carrier-Bedroom-2(1)_preview**



**053ACandi-Carrier-Bathroom-4(1)_preview**



**2ND MASTER BATH**



**051Candi-Carrier-Bedroom-3(1)_preview**



**3RD BATHROOM**




**053BCandi-Carrier-Bathroom-5_preview**



**053ACandi-Carrier-Bathroom-4_preview**

**EXERCISE ROOM ROOM**



**EXERCISE ROOM**



**LAUNDRY ROOM**



# Exhibit 17



©AAP 2015 All Rights Reserved



EXHIBIT

17-A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-075-526

**Effective Date of Registration:**
November 10, 2017

---

## Title

**Title of Work:** Group Registration Photos, Selected 2015 Photographs H1 Including 2000 Building, Eastpointe, Harbour House, Sutton Place and Others published Jan. 3, 2015 to Dec. 11, 2015; 107 photos

**Content Title:** Palm Beach Polo Club AAP 2015 a, Jan.3, 2015; Harbour House pool 1 AAP 2010, Jan. 3, 2015;
St Andrews at the Polo Club aerial 2012 AAP, Jan. 3, 2015; Sunrise with Palms AAP 2015, Jan. 3, 2015;
The Landings aerial 2015 AAP, Jan. 3, 2015; 410 N Lake Way night 2015 AAP, Mar. 2, 2015;
87 S River Dr Stuart nite front 2015, Apr. 1, 2015; 190 Bears Club Dr aerial b AAP 2015, Apr. 20, 2015;
The Club At Admiral's Cove, AAP 2015 d, May. 11, 2015; The Landings gym 2015 AAP, May 18, 2015;
The Landings pool 2015 AAP, May 18, 2015; The Landings sign b 2015 AAP, May 18, 2015;
The Landings sign a 2015 AAP, May 18, 2015; 11770 St Andrews Pl aerial 1 2015 AAP, May 26, 2015;
11770 St Andrews Pl aerial 2 2015 AAP, May 26, 2015; Harbour House tennis A 2015 AAP, Jul. 8, 2015;

Harbour House tennis B 2015 AAP, Jul. 8, 2015; Harbour House beach steps 2015 AAP, Jul. 8, 2015;
Harbour House lobby A 2015 AAP, Jul. 8, 2015; Harbour House lobby B 2015 AAP, Jul. 8, 2015;
Harbour House billiard room A 2015 AAP, Jul. 8, 2015; Harbour House tennis C 2015 AAP, Jul. 8, 2015;
Harbour House aerial 1 AAP 2015, Jul. 8, 2015; Harbour House aerial 2 AAP 2015, Jul. 8, 2015;
Harbour House aerial 4 AAP 2015, Jul. 8, 2015; Harbour House aerial 3 AAP 2015, Jul. 8, 2015;
Harbour House aerial 5 AAP 2015, Jul. 8, 2015; Harbour House pool 3 AAP 2015, Jul. 9, 2015;
Harbour House pool 5 AAP 2015, Jul. 9, 2015; Harbour House pool 4 AAP 2015, Jul. 9, 2015;
Harbour House pool 2 AAP 2015, Jul. 9, 2015; Harbour House aerial 6 AAP 2015, Jul. 10, 2015;

Par 3 Golf S Palm Beach 2015 AAP, Jul. 10, 2015; Par 3 Golf putters 2015 AAP, Jul. 10, 2015;
2000 Building Palm Beach gym AAP 2015, Jul. 17, 2015; 2000 Building lobby 1 2015 AAP, Jul. 17, 2015;
2000 Building Palm Beach lobby 2 AAP 2015, Jul. 17, 2015; 2000 Building

Palm Beach lobby 3 AAP 2015, Jul. 17, 2015;
2000 Building Palm Beach pool 2 AAP 2015, Jul. 17, 2015; 2000 Building
Palm Beach pool 3 AAP 2015, Jul. 17, 2015;
2000 Building Palm Beach pool 1 AAP 2015, Jul. 17, 2015; 2000 Building
Palm Beach aerial d 2015 AAP, Jul. 17, 2015;
2000 Building Palm Beach tennis a 2015 AAP, Jul. 17, 2015; 2000 Building
Palm Beach aerial 1 AAP 2015, Jul. 20, 2015;
2000 Building Palm Beach aerial a AAP 2015, Jul. 20, 2015; 5932 Morning
Dove Way aerial d 2015 AAP, Jul. 31, 2015;
5932 Morning Dove Way aerial b 2015 AAP, Jul. 31, 2015;

Loblolly Marina aerial b 2015 AAP, Jul. 31, 2015; Loblolly Marina aerial a
2015 AAP, Jul. 31, 2015;
5932 Morning Dove Way aerial c 2015 AAP, Jul. 31, 2015; 5932 Morning
Dove Way aerial e 2015 AAP, Jul. 31, 2015;



5932 Morning Dove Way aerial a 2015 AAP, Jul. 31, 2015; Loblolly Hobe
Sound aerial a 2015 AAP, Jul. 31, 2015;
11770 St Andrews Pl aerial 3 2015 AAP, Aug. 3, 2015; Palm Beach Polo Club
AAP 2015 b, Aug. 11, 2015;
The Club At Admiral's Cove, AAP 2015 e, Aug. 17, 2015; Sewells Point aerial
a 2015 AAP, Sept. 2, 2015;
Juno Beach Pier k 2015 AAP, Sept. 17, 2015; 870 S Ocean Blvd sunrise a 2015
AAP, Sept. 20, 2015;
870 S Ocean Blvd sunrise b 2015 AAP, Sept. 20, 2015; 870 S Ocean Blvd
sunrise c 2015 AAP, Sept. 20, 2015;
Eastpointe II aerial c 2015 AAP, Sept. 25, 2015; Eastpointe II aerial b 2015
AAP, Sept. 25, 2015;
Sutton Place sign 2015 AAP, Oct. 1, 2015; Sutton Place gym 2015 AAP, Oct. 1,
2015;
Sutton Place lobby a 2015 AAP, Oct. 1, 2015; Sutton Place aerial a 2015 AAP,
Oct. 1, 2015;
Sutton Place aerial b 2015 AAP, Oct. 1, 2015; Sutton Place pool 2015 AAP,
Oct. 1, 2015;

S Palm Beach aerial h 2015 AAP, Oct. 1, 2015; Sutton Place aerial c 2015 AAP,
Oct. 1, 2015;
750 S County Rd front 2015 AAP, Oct. 2, 2015; 2778 S Ocean Blvd Lobby
AAP 2015, Oct. 5, 2015;
Eastpointe II Gym 2015 AAP, Oct. 6, 2015; Eastpointe II Game Room 2015
AAP, Oct. 6, 2015;
Eastpointe II Lobby 2015 AAP, Oct. 6, 2015; Eastpointe II Pool a 2015 AAP,
Oct. 6, 2015;
Eastpointe II Beach Access 2015 AAP, Oct. 6, 2015; Eastpointe II Pool b 2015
AAP, Oct. 6, 2015;
Eastpointe II Tennis 2015 AAP, Oct. 6, 2015; Eastpointe II Gate 2015 AAP,
Oct. 6, 2015;
Two City Plaza aerial g 2015 AAP, Oct. 8, 2015; Two City Plaza pool aerial p
2015 AAP, Oct. 8, 2015;
Two City Plaza aerial k 2015 AAP, Oct. 8, 2015; Hidden Bridge Estates gate
2015 AAP, Oct. 9, 2015;
Old Port Cove aerial m 2015 AAP, Oct. 9, 2015; One Royal Palm Way aerial j
2015 AAP, Oct. 9, 2015;
One Royal Palm Way aerial k 2015 AAP, Oct. 9, 2015; Old Port Cove 100
Lakeshore Dr 2015 AAP, Oct. 9, 2015;
Old Port Cove pool  115 and 123 Lakeshore Dr 2015 AAP, Oct. 9, 2015; 055
Breakers West Clubhouse 2015 AAP, Oct. 14, 2015;
Breakers West sunset a AAP 2015, Oct. 14, 2015; Kravis Center 2015 AAP,
Oct. 20, 2015;



Palm Beach lobby 3 AAP 2015, Jul. 17, 2015;
2000 Building Palm Beach pool 2 AAP 2015, Jul. 17, 2015; 2000 Building
Palm Beach pool 3 AAP 2015, Jul. 17, 2015;
2000 Building Palm Beach pool 1 AAP 2015, Jul. 17, 2015; 2000 Building
Palm Beach aerial d 2015 AAP, Jul. 17, 2015;
2000 Building Palm Beach tennis a 2015 AAP, Jul. 17, 2015; 2000 Building
Palm Beach aerial 1 AAP 2015, Jul. 20, 2015;
2000 Building Palm Beach aerial a AAP 2015, Jul. 20, 2015; 5932 Morning
Dove Way aerial d 2015 AAP, Jul. 31, 2015;
5932 Morning Dove Way aerial b 2015 AAP, Jul. 31, 2015;

Loblolly Marina aerial b 2015 AAP, Jul. 31, 2015; Loblolly Marina aerial a
2015 AAP, Jul. 31, 2015;
5932 Morning Dove Way aerial c 2015 AAP, Jul. 31, 2015; 5932 Morning
Dove Way aerial e 2015 AAP, Jul. 31, 2015;
5932 Morning Dove Way aerial a 2015 AAP, Jul. 31, 2015; Loblolly Hobe
Sound aerial a 2015 AAP, Jul. 31, 2015;
11770 St Andrews Pl aerial 3 2015 AAP, Aug. 3, 2015; Palm Beach Polo Club
AAP 2015 b, Aug. 11, 2015;
The Club At Admiral's Cove, AAP 2015 e, Aug. 17, 2015; Sewells Point aerial
a 2015 AAP, Sept. 2, 2015;
Juno Beach Pier k 2015 AAP, Sept. 17, 2015; 870 S Ocean Blvd sunrise a 2015
AAP, Sept. 20, 2015;
870 S Ocean Blvd sunrise b 2015 AAP, Sept. 20, 2015; 870 S Ocean Blvd
sunrise c 2015 AAP, Sept. 20, 2015;
Eastpointe II aerial c 2015 AAP, Sept. 25, 2015; Eastpointe II aerial b 2015
AAP, Sept. 25, 2015;
Sutton Place sign 2015 AAP, Oct. 1, 2015; Sutton Place gym 2015 AAP, Oct. 1,
2015;
Sutton Place lobby a 2015 AAP, Oct. 1, 2015; Sutton Place aerial a 2015 AAP,
Oct. 1, 2015;
Sutton Place aerial b 2015 AAP, Oct. 1, 2015; Sutton Place pool 2015 AAP,
Oct. 1, 2015;



S Palm Beach aerial h 2015 AAP, Oct. 1, 2015; Sutton Place aerial c 2015 AAP,
Oct. 1, 2015;
750 S County Rd front 2015 AAP, Oct. 2, 2015; 2778 S Ocean Blvd Lobby
AAP 2015, Oct. 5, 2015;
Eastpointe II Gym 2015 AAP, Oct. 6, 2015; Eastpointe II Game Room 2015
AAP, Oct. 6, 2015;
Eastpointe II Lobby 2015 AAP, Oct. 6, 2015; Eastpointe II Pool a 2015 AAP,
Oct. 6, 2015;
Eastpointe II Beach Access 2015 AAP, Oct. 6, 2015; Eastpointe II Pool b 2015
AAP, Oct. 6, 2015;
Eastpointe II Tennis 2015 AAP, Oct. 6, 2015; Eastpointe II Gate 2015 AAP,
Oct. 6, 2015;
Two City Plaza aerial g 2015 AAP, Oct. 8, 2015; Two City Plaza pool aerial p
2015 AAP, Oct. 8, 2015;
Two City Plaza aerial k 2015 AAP, Oct. 8, 2015; Hidden Bridge Estates gate
2015 AAP, Oct. 9, 2015;
Old Port Cove aerial m 2015 AAP, Oct. 9, 2015; One Royal Palm Way aerial j
2015 AAP, Oct. 9, 2015;
One Royal Palm Way aerial k 2015 AAP, Oct. 9, 2015; Old Port Cove 100
Lakeshore Dr 2015 AAP, Oct. 9, 2015;
Old Port Cove pool  115 and 123 Lakeshore Dr 2015 AAP, Oct. 9, 2015; 055
Breakers West Clubhouse 2015 AAP, Oct. 14, 2015;
Breakers West sunset a AAP 2015, Oct. 14, 2015; Kravis Center 2015 AAP,
Oct. 20, 2015;

501 S Atlantic Dr loggia b AAP 2015, Oct. 29, 2015; 501 S Atlantic Dr pool c AAP 2015, Nov. 1, 2015;
Old Palm Clubhouse 2015 AAP, Nov. 25, 2015; Dorchester sign 2015 AAP, Nov. 30, 2015;
2100 S Ocean, AAP 2015 b, Dec. 6, 2015; Evergrene Gym a 2015, Dec. 7, 2015;
Evergrene Gym b 2015, Dec. 7, 2015; Evergrene aerial f 2015, Dec. 10, 2015; Evergrene aerial g 2015, Dec. 10, 2015; Evergrene aerial h 2015, Dec. 10, 2015; Evergrene aerial i 2015, Dec. 10, 2015; The Club ofat Admira's Cove AAP 2015 c, Dec. 11, 2015;
The Club ofat Admira's Cove AAP 2015 a, Dec. 11, 2015; The Club ofat Admira's Cove AAP 2015 b, Dec. 11, 2015;

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | January 03, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

| | |
|---|---|
| **Name:** | Robert Stevens |
| **Date:** | November 10, 2017 |



71 N River Rd, Sewalls Point • $2,525,000
4 beds • 4 full, 1 half baths





16 / 74



EXHIBIT

17-C

**Residential Full Report**    **711 River Road, Sewalls Point, FL 34996**    List Price: $2,525,000

MLS#: RX-10436425    St: Pending    Type: Single Family Detached
Orig LP: $3,000,000    Range Price:    List Price/SqFt: 472.75
Area: 5 - Sewalls Point    Geo Area: MA05    County: Martin
Legal Desc: QUAIL RUN LOT 6

Subdivision: QUAIL RUN
Development Name:



| | | | |
|---|---|---|---|
| Model Name: | | Parcel ID: 353741005000000604 | Front Exp: E |
| Waterfront: Yes | | Waterfrontage: 150' | Garage Spaces: 3 |
| Lot Dimensions: | 125.0 ft x 125.0 ft | Multiple Ofrs Acptd: | Carport Spaces: |
| | | Taxes: 26,619 | Private Pool: Yes |
| Lot SqFt: | 27,399 | Tax Year: 2017 | REO: No |
| HOPA: | No Hopa | Special Assessment: No | Short Sale |
| Zoning: | RESIDENTIAL | Dock: | Addendum: No |
| | | Membership Fee Required: No | Short Sale: No |
| | | | Owner/Agent: No |

Elementary School: J. D. Parker Elementary
Middle School: Stuart Middle School
High School: Martin County High School

Virtual Tour: Click to View

| | | | | |
|---|---|---|---|---|
| Dining Room | 13.00 X16.00 | Family Room | 18.00 X16.00 | LivSqFt: 5,341 |
| Kitchen | 18.00 X15.00 | Bedroom 2 | 14.00 X12.00 | SqFt - Total: 7,174 |
| Living Room | 22.00 X15.00 | Bedroom 3 | 14.00 X12.00 | SqFt Source: Floor Plan |
| | | Bedroom 4 | 16.00 X14.00 | Guest Hse: |
| | | Master Bedroom | 20.00 X16.00 | Yr Built: 2001 |

Bedrooms: 4
Baths - Full: 4
Baths - Half: 1
Baths - Total: 4.1
Pets Allowed: Yes

Builder Name:
Property Condition: Resale

| | | | |
|---|---|---|---|
| HOA/POA/COA (Monthly): | Bldg #: | Land Lease: | Mobile Home Size: |
| Governing Bodies: None | Total Floors/Stories: 2 | Recreation Lease: | Decal #: |
| Homeowners Assoc: None | Total Units in Bldg: | Min Days to Lease: | Serial #: |
| Lease Times p/Year: | Ttl Units in Complex: | | Brand Name: |
| Application Fee: | Unit Floor #: | | Total Assessed Value: |
| | Membership Fee Amount: | | |

Auction: No
Directions: East Ocean Blvd to North Sewall's Point Rd. Left onto Perriwinkle . Right on River Rd.House on Left

Showing Instructions: Call Listing Agent; Text Listing Agent; Vacant

LO: 802428
LM: 244522838    Keller Williams Realty of PSL    772-236-5700
                 Mark S. Bradley    772-323-6865    markbradley@kw.com
Com/BuyerAgt: 4%    Comm/Non-Rep: 4%    Trans Brk: 4%    Bonus:    LD: 06/01/2018
Var/Dual Rate: Yes    List Type: Ex Rt
Owner Name: WITHELD    List Off Agency: Transaction Broker
Broker Only Remarks: Call or Text Mark Bradley at 772-323-6865 to request a showing of this magnificent waterfront luxurious home!
Any Broker Advertise: No
Design: Mediterranean; Spanish    View: Intracoastal; Pool; River
Construction: Block    Waterfront Details: Intracoastal; Navigable; Ocean
Unit Desc:    Access; River
Flooring: Carpet; Ceramic Tile; Marble; Wood Floor    Cooling: Central; Electric; Zoned
Furnished: Partially Furnished    Heating: Central; Electric; Zoned
Dining Area: Breakfast Area; Dining Family; Dining-Living; Dining/Kitchen; Eat-In Kitchen; Formal; Snack    Security: Security Sys-Owned
Bar    Utilities: Public Water
Master Bedroom/Bath: 2 Master Baths; Bidet; Dual Sinks; Mstr Bdrm - Upstairs; Separate Shower; Spa    Boat Services: Dock Available: 2; Up to 100 Ft Boat;
Tub & Shower    Boathouse
Window Treatments: Impact Glass    Special Info:
Lot Description: East of US-1; 1/2 to < 1 Acre    Terms Considered: Cash; Conventional
Private Pool: Concrete; Inground    Parking: 2+ Spaces; Garage - Attached
Storm Protection:    Roof: Barrel
Restrict: Lease OK w/Restrict    Taxes: Homestead
Pet Restrictions:    Equestrian Features:
Rooms: Storage
Equip/Appl: Auto Garage Open; Central Vacuum; Dishwasher; Disposal; Dryer; Freezer; Ice Maker; Intercom; Microwave; Range - Electric; Refrigerator; Smoke
Detector; Wall Oven; Washer; Water Heater - Elec
SubdivInfo: Bike - Jog; Boating; Exercise Room; Sidewalks
Interior: Bar; Built-in Shelves; Closet Cabinets; Ctdrl/Vault Ceilings; Decorative Fireplace; Fireplace(s); French Door; Split Bedroom; Volume Ceiling; Walk-in Closet;
Wet Bar
Exterior: Auto Sprinkler; Built-in Grill; Covered Balcony; Covered Patio; Custom Lighting; Open Balcony; Open Porch; Outdoor Shower; Summer Kitchen; Zoned
Sprinkler
Maintenance Fee Incl:
Original List Price: $3,000,000
Days On Market: 304    Cumulative DOM: 304
Sold Price:    Sold Price Sqft:    Under Contract Date: 04/01/2019
Selling Office:    Terms of Sale:    Sold Date:
Selling Agent:
Public Remarks: Award-winning architecture. Mediterranean style and the finest of materials fashion this home,creating a true Old World feel. Enter into the Coquina
coral entryway and foyer to the elegant living room featuring a hand cut Coquina and marble fireplace, Pecky Cypress beamed ceilings and cast stone columns. Truly

stunning! The gourmet granite kitchen provides for the ultimate in entertaining including two butler pantries, wet bar, Viking range and topped by a brick alcove, all opening to the spacious family room.Magnificent iron railed staircase, cherry wood office, perfectly polished Mexican tile floors and more. The Master suite offers a sitting room,luxurious bath, walk-in closets and riverfront balcony. Deep water dockage with easy access to the inlet and so much more.

Information is deemed to be reliable, but is not guaranteed. © 2019 MLS and FBS. Prepared by Mateusz Rymarski on Wednesday, April 03, 2019 11:21 AM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 476 of 537

| + | MLS # | Status | Price | % Change | Date | DOM | CDOM | Address |
|---|-------|--------|-------|----------|------|-----|------|---------|
| - | RX-10436425 | Pending | $2,525,000 | -9.7% | 04/01/2019 | 304 | 304 | 71 N River Road |

| | - | Status | $2,525,000 | | 04/01/2019 | | | |

Change by: Mark S. Bradley

> Change at 9:11 PM Eastern: changed *Status*
> Old Value: Active
> New Value: Pending

| | - | Under Contract Date | $2,525,000 | | 04/01/2019 | | | |

Change by: Mark S. Bradley

> Change at 9:11 PM Eastern: changed *Contingency*
> Old Value:
> New Value: N
> Change at 9:11 PM Eastern: changed *Under Contract Date*
> Old Value:
> New Value: 4/1/2019

| | - | Open House | $2,525,000 | | 03/17/2019 | 15 | | |

Change by: Mark S. Bradley

> Change at 10:14 AM Eastern on 03/17/2019: Open House was held from 1:00 PM until 3:00 PM on 03/17/2019

| | - | Open House | $2,525,000 | | 03/09/2019 | 23 | | |

Change by: Mark S. Bradley

> Change at 9:58 AM Eastern on 03/09/2019: Open House was held from 12:00 PM until 3:00 PM on 03/10/2019

| | - | Open House | $2,525,000 | | 02/24/2019 | 35 | | |

Change by: Mark S. Bradley

> Change at 8:34 PM Eastern on 02/24/2019: Open House was held from 1:00 PM until 3:00 PM on 03/03/2019

| | - | Open House | $2,525,000 | | 02/24/2019 | 35 | | |

Change by: Mark S. Bradley

> Change at 8:32 PM Eastern on 02/24/2019: Open House was held from 11:00 AM until 1:00 PM on 03/03/2019

| | - | Text, etc. | $2,525,000 | | 02/24/2019 | 35 | | |

Change by: Mark S. Bradley

> Change at 8:34 PM Eastern: changed *Open House*
> Old Value: x'20190225013442459290000000'
> New Value: Added
> Change at 8:32 PM Eastern: changed *Open House*
> Old Value: x'20190225013221019866000000'
> New Value: Added
> Change at 8:28 PM Eastern: changed *Comm/Non-Rep*
> Old Value: 3.5%

New Value: 4%
Change at 8:28 Eastern: changed *Comm/Single Agent*
Old Value: 3.5%
New Value: 4%
Change at 8:28 Eastern: changed *Comm/Trans Brk*
Old Value: 3.5%
New Value: 4%

| - | Text, etc. | $2,525,000 | 02/23/2019 | 36 |

Change by: Mark S. Bradley

Change at 9:05 PM Eastern: changed *Comm/Non-Rep*
Old Value: 2.5%
New Value: 3.5%
Change at 9:05 PM Eastern: changed *Comm/Single Agent*
Old Value: 2.5%
New Value: 3.5%
Change at 9:05 PM Eastern: changed *Comm/Trans Brk*
Old Value: 2.5%
New Value: 3.5%

| - | Text, etc. | $2,525,000 | 02/20/2019 | 40 |

Change by: Mark S. Bradley

Change at 2:02 PM Eastern: changed *Co-listing Agent*
Old Value: Candi Lee Carrier
New Value: null
Change at 1:58 PM Eastern: changed *Broker Only Remarks*
Old Value: Call or Text Mark Bradley at 772-323-6865 or Candi Carrier at 772-203-7815 to request a showing of this magnificent waterfront luxurious home!
New Value: 72-323-6865 to request a sho

| - | Open House | $2,525,000 | 02/07/2019 | 53 |

Change by: Candi Lee Carrier

Change at 1:00 PM Eastern on 02/07/2019: This Open House was Removed.

| - | Open House | $2,525,000 | 02/07/2019 | 53 |

Change by: Candi Lee Carrier

Change at 1:00 PM Eastern on 02/07/2019: This Open House was Removed.

| - | Tour | $2,525,000 | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 7:51 PM Eastern on 02/04/2019: This Tour was Removed.

| - | Open House | $2,525,000 | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 7:30 PM Eastern on 02/04/2019: This Open House was Added.

| - | Tour | $2,525,000 | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 7:28 PM Eastern on 02/04/2019: This Tour was Edited.

| - | Tour | $2,525,000 | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 7:28 PM Eastern on 02/04/2019: This Tour was Edited.

| - | Tour | $2,525,000 | | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 6:33 PM Eastern on 02/04/2019: This Tour was Added.

| - | Open House | $2,525,000 | | 02/04/2019 | 56 |

Change by: Candi Lee Carrier

Change at 5:26 PM Eastern on 02/04/2019: This Open House was Edited.

| - | Open House | $2,525,000 | | 02/04/2019 | 56 |

Change by: Candi Lee Carrier

Change at 5:25 PM Eastern on 02/04/2019: This Open House was Edited.

| - | Open House | $2,525,000 | | 02/04/2019 | 56 |

Change by: Candi Lee Carrier

Change at 5:25 PM Eastern on 02/04/2019: This Open House was Added.

| - | Open House | $2,525,000 | | 02/02/2019 | 58 |

Change by: Candi Lee Carrier

Change at 8:37 AM Eastern on 02/02/2019: This Open House was Removed.

| - | Price Change | $2,525,000 | -12.8% | 02/01/2019 | 59 |

Change by: Mark S. Bradley

Change at 9:35 AM Eastern: changed *List Price*
Old Value: 2895000.00
New Value: 2525000.00

| - | Open House | $2,895,000 | | 01/30/2019 | 61 |

Change by: Candi Lee Carrier

Change at 9:33 AM Eastern on 01/30/2019: Open House was held from 2:00 PM until 4:00 PM on 02/03/2019

| - | Open House | $2,895,000 | | 01/27/2019 | 64 |

Change by: Candi Lee Carrier

Change at 10:50 AM Eastern on 01/27/2019: Open House was held from 2:00 PM until 4:00 PM on 02/03/2019

| - | Open House | $2,895,000 | | 01/27/2019 | 64 |

Change by: Candi Lee Carrier

Change at 10:50 AM Eastern on 01/27/2019: Open House was held from 2:00 PM until 4:00 PM on 02/03/2019

| - | Open House | $2,895,000 | | 01/27/2019 | 64 |

Change by: Candi Lee Carrier

Change at 10:49 AM Eastern on 01/27/2019: This Open House was Removed.

| - | Open House | $2,895,000 | | 01/27/2019 | 64 |

Change at 10:48 AM Eastern on 01/27/2019: This Open House was Added.

\-      Open House      $2,895,000      01/25/2019      66

Change by: Candi Lee Carrier

Change at 2:41 PM Eastern on 01/25/2019: This Open House was Added.

\-      Virtual Tour, etc.      $2,895,000      01/15/2019      75

Change by: Mark S. Bradley

Change at 7:34 PM Eastern: Changed Virtual Tour
Change at 7:34 PM Eastern: Changed Virtual Tour Unbranded

\-      Open House      $2,895,000      01/14/2019      77

Change by: Candi Lee Carrier

Change at 11:28 AM Eastern on 01/14/2019: Open House was held from 1:00 PM until 4:00 PM on 01/26/2019

\-      Open House      $2,895,000      01/14/2019      77

Change by: Candi Lee Carrier

Change at 11:17 AM Eastern on 01/14/2019: Open House was held from 1:00 PM until 4:00 PM on 01/18/2019

\-      Open House      $2,895,000      01/14/2019      77

Change by: Candi Lee Carrier

Change at 11:01 AM Eastern on 01/14/2019: Open House was held from 10:00 AM until 4:00 PM on 01/17/2019

\-      Open House      $2,895,000      01/14/2019      77

Change by: Candi Lee Carrier

Change at 10:56 AM Eastern on 01/14/2019: Open House was held from 12:00 PM until 3:00 PM on 01/20/2019

\-      Open House      $2,895,000      01/14/2019      77

Change by: Candi Lee Carrier

Change at 10:55 AM Eastern on 01/14/2019: Open House was held from 1:00 AM until 3:00 PM on 01/19/2019

\-      Open House      $2,895,000      01/11/2019      80

Change by: Candi Lee Carrier

Change at 11:04 AM Eastern on 01/11/2019: Open House was held from 11:00 AM until 3:00 PM on 01/12/2019

\-      Open House      $2,895,000      12/23/2018      99

Change by: Candi Lee Carrier

Change at 10:33 AM Eastern on 12/23/2018: This Open House was Removed.

\-      Photos      $2,895,000      12/22/2018      100

Change by: Candi Lee Carrier

Change at 4:05 PM Eastern: Added photo "tubsink"
Change at 4:04 PM Eastern: Added photo "tub"
Change at 3:59 PM Eastern: Removed photo
Change at 3:59 PM Eastern: Removed photo
Change at 3:59 PM Eastern: Removed photo
Change at 3:59 PM Eastern: Added photo "master"
Change at 3:59 PM Eastern: Added photo "master2"
Change at 3:59 PM Eastern: Added photo "026FCandi-Carrie"
Change at 3:58 PM Eastern: Added photo "master4"
Change at 3:47 PM Eastern: Added photo "master2"
Change at 3:37 PM Eastern: Added photo "master"
Change at 3:37 PM Eastern: Added photo "master1"
Change at 2:45 PM Eastern: Removed photo
Change at 2:45 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:43 PM Eastern: Removed photo
Change at 2:42 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:38 PM Eastern: Removed photo
Change at 2:38 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:36 PM Eastern: Removed photo
Change at 2:35 PM Eastern: Removed photo
Change at 2:34 PM Eastern: Removed photo
Change at 2:33 PM Eastern: Removed photo
Change at 2:33 PM Eastern: Removed photo
Change at 2:33 PM Eastern: Removed photo
Change at 2:32 PM Eastern: Removed photo
Change at 2:32 PM Eastern: Removed photo
Change at 2:32 PM Eastern: Removed photo
Change at 2:31 PM Eastern: Removed photo
Change at 2:29 PM Eastern: Removed photo
Change at 2:29 PM Eastern: Removed photo
Change at 2:29 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:24 PM Eastern: Added photo "048Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "048Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "047Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "047Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "046Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "045Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "044Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "043Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "042Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "041Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "040Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "039Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "038Candi-Carrier"
Change at 2:23 PM Eastern: Added photo "034Candi-Carrier"

Change at 2:23 PM Eastern: Added photo "033Candi-Carrier"
Change at 2:23 PM Eastern: Added photo "032Candi-Carrier"
Change at 2:23 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:23 PM Eastern: Removed photo
Change at 2:22 PM Eastern: Added photo "26854813_1015680"
Change at 2:17 PM Eastern: Removed photo
Change at 2:16 PM Eastern: Removed photo
Change at 2:16 PM Eastern: Removed photo
Change at 2:15 PM Eastern: Added photo "053BCandi-Carrie"
Change at 2:15 PM Eastern: Added photo "053ACandi-Carrie"
Change at 2:15 PM Eastern: Added photo "053ACandi-Carrie"
Change at 2:15 PM Eastern: Added photo "052Candi-Carrier"
Change at 2:15 PM Eastern: Added photo "051Candi-Carrier"
Change at 2:15 PM Eastern: Added photo "050Candi-Carrier"
Change at 2:15 PM Eastern: Added photo "048Candi-Carrier"
Change at 2:01 PM Eastern: Removed photo
Change at 2:00 PM Eastern: Removed photo
Change at 2:00 PM Eastern: Removed photo
Change at 1:59 PM Eastern: Removed photo
Change at 1:59 PM Eastern: Removed photo
Change at 1:54 PM Eastern: Removed photo
Change at 1:54 PM Eastern: Removed photo
Change at 1:54 PM Eastern: Removed photo
Change at 1:51 PM Eastern: Removed photo
Change at 1:51 PM Eastern: Removed photo
Change at 1:45 PM Eastern: Added photo "029Candi-Carrier"
Change at 1:45 PM Eastern: Added photo "028Candi-Carrier"
Change at 1:45 PM Eastern: Added photo "027Candi-Carrier"
Change at 1:45 PM Eastern: Removed photo
Change at 1:45 PM Eastern: Added photo "026FCandi-Carrie"
Change at 1:45 PM Eastern: Removed photo
Change at 1:45 PM Eastern: Added photo "026DCandi-Carrie"
Change at 1:45 PM Eastern: Added photo "026CCandi-Carrie"
Change at 1:44 PM Eastern: Added photo "026Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "025Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "024Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "023Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "023Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "022Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "021Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "020Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "019Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "018Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "017Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "017BCandi-Carrie"
Change at 1:43 PM Eastern: Added photo "017ACandi-Carrie"
Change at 1:43 PM Eastern: Added photo "016Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "013Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "010Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "008Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "007Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "005Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "003Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "062Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "061Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "060Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "053Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "053BCandi-Carrie"
Change at 1:20 PM Eastern: Added photo "053ACandi-Carrie"
Change at 1:20 PM Eastern: Added photo "053ACandi-Carrie"
Change at 1:20 PM Eastern: Added photo "052Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "051Candi-Carrier"

Change at 1:20 PM Eastern: Added photo "050Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "048Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "048Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "048Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "048Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "047Candi-Carrier"

| - | Open House | $2,895,000 | 12/22/2018 | 100 |

Change by: Candi Lee Carrier

Change at 11:05 AM Eastern on 12/22/2018: This Open House was Added.

| - | Photos | $2,895,000 | 12/19/2018 | 103 |

Change by: Candi Lee Carrier

Change at 1:24 AM Eastern: Removed photo
Change at 1:24 AM Eastern: Added photo "Guest Bedroom 3"
Change at 1:20 AM Eastern: Removed photo
Change at 1:08 AM Eastern: Added photo "1 sew"
Change at 1:07 AM Eastern: Removed photo

| - | Open House | $2,895,000 | 12/11/2018 | 111 |

Change by: Candi Lee Carrier

Change at 12:59 PM Eastern on 12/11/2018: Open House was held from 12:00 PM until 3:00 PM on 12/16/2018

| - | Open House | $2,895,000 | 12/06/2018 | 116 |

Change by: Candi Lee Carrier

Change at 4:16 PM Eastern on 12/06/2018: Open House was held from 11:00 AM until 2:00 PM on 12/09/2018

| - | Open House | $2,895,000 | 11/27/2018 | 125 |

Change by: Candi Lee Carrier

Change at 11:31 AM Eastern on 11/27/2018: Open House was held from 12:00 PM until 3:00 PM on 12/02/2018

| - | Virtual Tour, etc. | $2,895,000 | 11/22/2018 | 129 |

Change by: Candi Lee Carrier

Change at 10:28 PM Eastern: changed *video_unbranded*
    Old Value: list_media
    New Value: add
Change at 10:19 PM Eastern: changed *video*
    Old Value: list_media
    New Value: remove
Change at 10:19 PM Eastern: changed *video_unbranded*
    Old Value: list_media
    New Value: add
Change at 10:13 PM Eastern: Added Virtual Tour
Change at 10:13 PM Eastern: Added Virtual Tour Unbranded

| - | Open House | $2,895,000 | 11/04/2018 | 148 |

Change by: Candi Lee Carrier

Change at 11:41 AM Eastern on 11/04/2018: Open House was held from 12:30 PM until 3:00 PM on 11/04/2018

Change by: Candi Lee Carrier

Change at 9:27 AM Eastern on 11/04/2018: Open House was held from 12:30 PM until 3:00 PM on 11/04/2018

| - | Tour | $2,895,000 | | 10/29/2018 | 154 |
|---|------|------------|---|------------|-----|

Change by: Candi Lee Carrier

Change at 9:37 AM Eastern on 10/29/2018: This Tour was Removed.

| - | Tour | $2,895,000 | | 10/29/2018 | 154 |
|---|------|------------|---|------------|-----|

Change by: Candi Lee Carrier

Change at 9:37 AM Eastern on 10/29/2018: This Tour was Removed.

| - | Text, etc. | $2,895,000 | | 10/27/2018 | 156 |
|---|------------|------------|---|------------|-----|

Change by: Candi Lee Carrier

Change at 12:05 PM Eastern: changed *Public Remarks*
Old Value: Award-winning architecture. Mediterranean style and the finest of materials fashion this home,creating a true Old World feel. Enter into the Coquina coral entryway and foyer to the elegant living room featuring a hand cut Coquina and marble fireplace, Pecky Cypress beamed ceilings and cast stone columns. Truly stunning! The gourmet granite kitchen provides for the ultimate in entertaining including two butler pantries, wet bar, Viking range enclosed by a brick alcove, all opening to the spacious family room.Magnificent iron railed staircase, cherrywood office, perfectly polished Mexican tile floors and more. The Master suite offers a sitting room,luxurious bath, walk-in closets and riverfront balcony. Deep water dockage with easy access to the inlet and so much more.
New Value: ircase, cherry wood office, pe

| - | Tour | $2,895,000 | | 10/26/2018 | 157 |
|---|------|------------|---|------------|-----|

Change by: Candi Lee Carrier

Change at 5:26 PM Eastern on 10/26/2018: This Tour was Added.

| - | Tour | $2,895,000 | | 10/26/2018 | 157 |
|---|------|------------|---|------------|-----|

Change by: Candi Lee Carrier

Change at 5:24 PM Eastern on 10/26/2018: This Tour was Added.

| - | Text, etc. | $2,895,000 | | 10/26/2018 | 157 |
|---|------------|------------|---|------------|-----|

Change by: Candi Lee Carrier

Change at 5:44 PM Eastern: changed *Broker Only Remarks*
Old Value: Call or Text Mark Bradley at 772-323-6865 to request a showing of this magnificent waterfront luxurious home!
New Value: 72-323-6865 or Candi Carrier
Change at 5:26 PM Eastern: Added Tour
Change at 5:24 PM Eastern: Added Tour

Change by: Mark S. Bradley

Change at 2:06 PM Eastern: changed *Co-listing Agent*
Old Value: null
New Value: Candi Lee Carrier

| - | Price Change | $2,895,000 | -3.5% | 08/08/2018 | 235 |
|---|--------------|------------|-------|------------|-----|

Change by: Mark S. Bradley

Change at 10:16 PM Eastern: changed *List Price*
Old Value: 3000000.00
New Value: 2895000.00

| - | Open House | $3,000,000 | 06/22/2018 | 282 |

Change by: Mark S. Bradley

> Change at 9:56 PM Eastern on 06/22/2018: Open House was held from 1:00 PM until 4:00
> PM on 06/23/2018

| - | Open House | $3,000,000 | 06/09/2018 | 296 |

Change by: Mark S. Bradley

> Change at 1:52 PM Eastern on 06/09/2018: Open House was held from 1:00 PM until 4:00
> PM on 06/10/2018

| - | Photos | $3,000,000 | 06/06/2018 | 298 |

Change by: Mark S. Bradley

> Change at 10:50 PM Eastern: Added photo "055_preview"
> Change at 10:49 PM Eastern: Removed photo
> Change at 10:48 PM Eastern: Removed photo
> Change at 10:45 PM Eastern: Added photo "006_preview"
> Change at 10:43 PM Eastern: Added photo "54_preview"
> Change at 10:42 PM Eastern: Removed photo
> Change at 10:41 PM Eastern: Removed photo
> Change at 10:41 PM Eastern: Added photo "download (2)"
> Change at 10:33 PM Eastern: Added photo "Sewells Point ae"
> Change at 10:33 PM Eastern: Removed photo
> Change at 10:33 PM Eastern: Added photo "dock1web_preview"
> Change at 10:33 PM Eastern: Removed photo
> Change at 10:32 PM Eastern: Added photo "064_preview"
> Change at 10:32 PM Eastern: Removed photo
> Change at 10:31 PM Eastern: Removed photo
> Change at 10:30 PM Eastern: Removed photo
> Change at 10:25 PM Eastern: Removed photo
> Change at 10:25 PM Eastern: Removed photo
> Change at 10:25 PM Eastern: Removed photo
> Change at 10:25 PM Eastern: Removed photo
> Change at 10:24 PM Eastern: Added photo "download (2)"
> Change at 10:24 PM Eastern: Added photo "download (1)"
> Change at 10:21 PM Eastern: Removed photo
> Change at 10:20 PM Eastern: Added photo "download"
> Change at 10:20 PM Eastern: Removed photo
> Change at 10:20 PM Eastern: Added photo "75_preview"
> Change at 10:20 PM Eastern: Removed photo
> Change at 10:20 PM Eastern: Added photo "009_preview"
> Change at 10:15 PM Eastern: Removed photo
> Change at 10:14 PM Eastern: Added photo "010_preview"
> Change at 10:14 PM Eastern: Added photo "009_preview"
> Change at 10:13 PM Eastern: Removed photo
> Change at 10:13 PM Eastern: Removed photo
> Change at 10:12 PM Eastern: Removed photo
> Change at 10:12 PM Eastern: Added photo "front3web_previe"
> Change at 10:12 PM Eastern: Added photo "frontnewsky1_pre"
> Change at 10:11 PM Eastern: Added photo "010_preview"
> Change at 10:11 PM Eastern: Added photo "front3web_previe"
> Change at 10:05 PM Eastern: Added photo "053b_preview"
> Change at 10:05 PM Eastern: Added photo "5_preview"
> Change at 10:04 PM Eastern: Added photo "003_preview"
> Change at 10:04 PM Eastern: Added photo "75_preview"

Change at 10:04 PM Eastern: Added photo "66_preview"
Change at 10:04 PM Eastern: Added photo "064_preview"
Change at 10:04 PM Eastern: Added photo "058_preview"
Change at 10:04 PM Eastern: Added photo "56_preview"
Change at 10:03 PM Eastern: Added photo "1 Front_preview"

| - | Photos, etc. | $3,000,000 | | 06/02/2018 | 303 | |

Change by: Mark S. Bradley

Change at 7:41 AM Eastern: Removed photo
Change at 7:13 AM Eastern: changed *Comm/Non-Rep*
    Old Value: 3%
    New Value: 2.5%
Change at 7:13 AM Eastern: changed *Comm/Single Agent*
    Old Value: 3%
    New Value: 2.5%
Change at 7:13 AM Eastern: changed *Comm/Trans Brk*
    Old Value: 3%
    New Value: 2.5%

| - | New | $3,000,000 | | 06/01/2018 | 303 | |

Change by: Mark S. Bradley

Change at 11:53 PM Eastern: Added new listing

| - | RX-10346820 | Expired | $2,795,000 | 3.7% | 06/23/2018 | 16 | 16 | 71 N River Road |

| - | Status | $2,795,000 | | 06/24/2018 | | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
    Old Value: Temp Off Market
    New Value: Expired

| - | Status | $2,795,000 | | 07/18/2017 | | | |

Change by: Mark S. Bradley

Change at 12:51 PM Eastern: changed *Status*
    Old Value: Active
    New Value: Temp Off Market

| - | New | $2,795,000 | | 06/30/2017 | 14 | | |

Change by: Mark S. Bradley

Change at 12:49 AM Eastern: Added new listing

| - | RX-10088519 | Expired | $2,695,000 | -7.1% | 10/28/2015 | 350 | 350 | 71 N River Road |

| - | Status | $2,695,000 | | 10/29/2015 | | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
    Old Value: Active
    New Value: Expired

| - | Price Change | $2,695,000 | -6.9% | 08/10/2015 | 79 | | |

Change by: Vivian Swasey

Change at 2:54 PM Eastern: changed List Price
Old Value: 2895000.00
New Value: 2695000.00

| - | Photos | $2,895,000 | 07/09/2015 | 111 |

Change by: Debra Duvall

Change at 2:39 PM Eastern: Removed photo

| - | Photos | $2,895,000 | 11/24/2014 | 338 |

Change by: Debra Duvall

Change at 11:03 AM Eastern: Replaced photo "MLS 23"
Change at 10:38 AM Eastern: Added photo "Aerial with boat"

| - | Photos, etc. | $2,895,000 | 11/17/2014 | 345 |

Change by: Debra Duvall

Change at 11:14 AM Eastern: Added photo "027"
Change at 10:50 AM Eastern: Added photo "073"
Change at 10:49 AM Eastern: Added photo "067"
Change at 10:48 AM Eastern: Added photo "062"
Change at 10:48 AM Eastern: Added photo "061"
Change at 10:47 AM Eastern: Added photo "059"
Change at 10:47 AM Eastern: Added photo "056"
Change at 10:46 AM Eastern: Added photo "049"
Change at 10:46 AM Eastern: Added photo "040a"
Change at 10:45 AM Eastern: Added photo "025b"

| - | New | $2,895,000 | 11/13/2014 | 349 |

Change by: Debra Duvall

Change at 10:22 AM Eastern: Added Virtual Tour
Change at 10:22 AM Eastern: Added Virtual Tour Unbranded
Change at 10:19 AM Eastern: Added photo "MLS 25"
Change at 10:19 AM Eastern: Added photo "MLS 24"
Change at 10:19 AM Eastern: Added photo "MLS 23"
Change at 10:19 AM Eastern: Added photo "MLS 22"
Change at 10:19 AM Eastern: Added photo "MLS 21"
Change at 10:19 AM Eastern: Added photo "MLS 20"
Change at 10:19 AM Eastern: Added photo "MLS 19"
Change at 10:19 AM Eastern: Added photo "MLS 18"
Change at 10:19 AM Eastern: Added photo "MLS 17"
Change at 10:19 AM Eastern: Added photo "MLS 16"
Change at 10:19 AM Eastern: Added photo "MLS 15"
Change at 10:19 AM Eastern: Added photo "MLS 14"
Change at 10:19 AM Eastern: Added photo "MLS 13"
Change at 10:19 AM Eastern: Added photo "MLS 12"
Change at 10:19 AM Eastern: Added photo "MLS 11"
Change at 10:19 AM Eastern: Added photo "MLS 10"
Change at 10:19 AM Eastern: Added photo "MLS 9"
Change at 10:19 AM Eastern: Added photo "MLS 8"
Change at 10:19 AM Eastern: Added photo "MLS 7"
Change at 10:19 AM Eastern: Added photo "MLS 6"
Change at 10:19 AM Eastern: Added photo "MLS 5"
Change at 10:18 AM Eastern: Added photo "MLS 4"
Change at 10:18 AM Eastern: Added photo "MLS 3"
Change at 10:18 AM Eastern: Added photo "MLS 2"
Change at 10:18 AM Eastern: Added new listing

| - | RX-3286720 | Expired | $2,900,000 | | 01/01/2013 | 209 | 209 | 71 N River Road |

| - | Status | $2,900,000 | 01/01/2013 | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| - | Status | $2,900,000 | 12/31/2012 | 0 |

Change by: Stephen M. Dutcher

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| - | Status | $2,900,000 | 12/28/2012 | 3 |

Change by: Stephen M. Dutcher

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Temp Off Market

| - | New | $2,900,000 | 06/05/2012 | 209 |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: Added new listing

**POOL**                                    **FRONT**



**THREE CAR GARAGE**                        **FRONT**




**DRIVEWAY**                                **AERIAL VIEW**




**REAR POOL AREA**



**POOL VIEW**



**WATER VIEW**



**REAR POOL VIEW**



**BALCONY VIEW**



**048Candi-Carrier-508_preview**










**REAR OF HOUSE**



**PATIO WATER VIEW**



**017Candi-Carrier-Kitchen(7)**



**018Candi-Carrier-Kitchen**



**BREAKFAST AREA**



**021Candi-Carrier-Kitchen(5)**



**022Candi-Carrier-Kitchen(2)**



**023Candi-Carrier-Kitchen(6)**



**024Candi-Carrier-Family-Room(1)**



**025Candi-Carrier-Family-Room(2)**



**026Candi-Carrier-Family-Room**



**019Candi-Carrier-Kitchen(1)**



**FAMILY ROOM**



**KITCHEN**



**BULTER PANTRY**



**017ACandi-Carrier-Butler-2-Pantry**



**WET BAR**



**FORMAL DINING ROOM**



**LIVING ROOM**



**LIVING ROOM**



**026CCandi-Carrier-Office(2)**



**OFFICE**



**OFFICE**



**026DCandi-Carrier-Office**



**008Candi-Carrier-Foyer**



**026FCandi-Carrier-Bathroom-2**



**007Candi-Carrier-Foyer01**



**062Candi-Carrier-Hallway(1)_preview**



**010Candi-Carrier-Living-Room(2)**



**013Candi-Carrier-Dining-Room(1)**



**016Candi-Carrier-Dining-Room014(2)**



**LIVING ROOM**



**027Candi-Carrier-Grand-Staircase(1)**



**STAIRWAY**



**029Candi-Carrier-Grand-Staircase**



**048Candi-Carrier-Master-Bedroom-Foyer(1)**



**048Candi-Carrier-Master-Bedroom-Foyer_pr**



**master**



**master1**



**master2**



**master bath**

**master bath1**



**master4**



**MASTER BATH**



**MASTER CLOSET**



**MASTER CLOSET**



**048Candi-Carrier-Bedroom-2(1)_preview**



**053ACandi-Carrier-Bathroom-4(1)_preview**



**2ND MASTER BATH**



**051Candi-Carrier-Bedroom-3(1)_preview**



**3RD BATHROOM**



**053BCandi-Carrier-Bathroom-5_preview**



**053ACandi-Carrier-Bathroom-4_preview**



**EXERCISE ROOM ROOM**



**EXERCISE ROOM**



**LAUNDRY ROOM**



**Residential Full Report**

**71 N River Road, Sewalls Point, FL 34996**

| | | |
|---|---|---|
| | **MLS#:** RX-10436425 | List Price: $2,525,000 |
| | **St:** Closed | **Type:** Single Family Detached |
| Orig LP: $3,000,000 | **Range Price:** | List Price/SqFt: 472.75 |
| Area: 5 - Sewalls Point | **Geo Area:** MA05 | **County:** Martin |

Legal Desc: QUAIL RUN LOT 6
**Subdivision:** QUAIL RUN
**Development Name:**



| | | |
|---|---|---|
| **Model Name:** | **Parcel ID:** 353741005000000604 | Front Exp: E |
| **Waterfront:** Yes | **Waterfrontage:** 150' | **Garage Spaces:** 3 |
| **Multiple Ofrs Acptd:** | **Carport Spaces:** |
| **Lot Dimensions:** 125.0 ft x 125.0 ft | **Taxes:** 26,619 | **Private Pool:** Yes |
| **Tax Year:** 2017 | **REO:** No |
| **Special Assessment:** No | **Short Sale** |
| **HOPA:** No Hopa | | **Addendum:** No |
| **Zoning:** RESIDENTIAL | **Dock:** | **Short Sale:** No |
| | **Membership Fee Required:** No | **Owner/Agent:** No |

**Elementary School:** J. D. Parker Elementary
**Middle School:** Stuart Middle School
**High School:** Martin County High School

Virtual Tour: Click to View

| | | | | |
|---|---|---|---|---|
| Dining Room 13.00 X16.00 | Family Room 18.00 X16.00 | Bedroom 2 14.00 X12.00 | **LivSqFt:** 5,341 | Bedrooms: 4 |
| Kitchen 18.00 X15.00 | | Bedroom 3 14.00 X12.00 | **SqFt - Total:** 7,174 | Baths - Full: 4 |
| Living Room 22.00 X15.00 | | Bedroom 4 16.00 X14.00 | **SqFt Source:** Floor Plan | Baths - Half: 1 |
| | | Master Bedroom 20.00 X16.00 | **Guest Hse:** | Baths - Total: 4.1 |
| | | | **Yr Built:** 2001 | Pets Allowed: Yes |
| | | | **Builder Name:** | |
| | | | **Property Condition:** Resale | |

| | | | |
|---|---|---|---|
| **HOA/POA/COA (Monthly):** | **Bldg #:** | **Land Lease:** | **Mobile Home Size:** |
| **Governing Bodies:** None | **Total Floors/Stories:** 2 | **Recreation Lease:** | **Decal #:** |
| **Homeowners Assoc:** None | **Total Units in Bldg:** | **Min Days to Lease:** | **Serial #:** |
| **Lease Times n/Year:** | **Ttl Units in Complex:** | | **Brand Name:** |
| **Application Fee:** | **Unit Floor #:** | | **Total Assessed Value:** |
| | **Membership Fee Amount:** | | |

**Auction:** No
Directions: East Ocean Blvd to North Sewall's Point Rd. Left onto Perriwinkle . Right on River Rd.House on Left

Showing Instructions: Call Listing Agent; Text Listing Agent; Vacant

| | | |
|---|---|---|
| LO: 802428 | Keller Williams Realty of PSL | 772-236-5700 |
| LM: 244522838 | Mark S. Bradley | 772-323-6865 |
| Com/BuyerAgt: 4% | Comm/Non-Rep: 4% | markbradley@kw.com |
| Var/Dual Rate: Yes | List Type: Ex Rt | Trans Brk: 4% |
| Owner Name: WITHELD | | List Off Agency: Transaction Broker |

Bonus:    LD: 06/01/2018

Broker Only Remarks: Call or Text Mark Bradley at 772-323-6865 to request a showing of this magnificent waterfront luxurious home!
Any Broker Advertise: No
**Design:** Mediterranean; Spanish
**Construction:** Block
**Unit Desc:**
**Flooring:** Carpet; Ceramic Tile; Marble; Wood Floor
**Furnished:** Partially Furnished
**Dining Area:** Breakfast Area; Dining Family; Dining-Living; Dining/Kitchen; Eat-In Kitchen; Formal; Snack Bar
**Master Bedroom/Bath:** 2 Master Baths; Bidet; Dual Sinks; Mstr Bdrm - Upstairs; Separate Shower; Spa Tub & Shower
**Window Treatments:** Impact Glass
**Lot Description:** East of US-1; 1/2 to < 1 Acre
**Private Pool:** Concrete; Inground
**Storm Protection:**
**Restrict:** Lease OK w/Restrict
**Pet Restrictions:**
**Rooms:** Storage
**View:** Intracoastal; Pool; River
**Waterfront Details:** Intracoastal; Navigable; Ocean Access; River
**Cooling:** Central; Electric; Zoned
**Heating:** Central; Electric; Zoned
**Security:** Security Sys-Owned
**Utilities:** Public Water
**Boat Services:** Dock Available: 2; Up to 100 Ft Boat; Boathouse
**Special Info:**
**Terms Considered:** Cash; Conventional
**Parking:** 2+ Spaces; Garage - Attached
**Roof:** Barrel
**Taxes:** Homestead
**Equestrian Features:**
**Equip/Appl:** Auto Garage Open; Central Vacuum; Dishwasher; Disposal; Dryer; Freezer; Ice Maker; Intercom; Microwave; Range - Electric; Refrigerator; Smoke Detector; Wall Oven; Washer; Water Heater - Elec
**SubdivInfo:** Bike - Jog; Boating; Exercise Room; Sidewalks
**Interior:** Bar; Built-in Shelves; Closet Cabinets; Ctdrl/Vault Ceilings; Decorative Fireplace; Fireplace(s); French Door; Split Bedroom; Volume Ceiling; Walk-in Closet; Wet Bar
**Exterior:** Auto Sprinkler; Built-in Grill; Covered Balcony; Covered Patio; Custom Lighting; Open Balcony; Open Porch; Outdoor Shower; Summer Kitchen; Zoned Sprinkler
**Maintenance Fee Incl:**
**Original List Price:** $3,000,000

| | | |
|---|---|---|
| **Days On Market:** 304 | **Cumulative DOM:** 304 | **Under Contract Date:** 04/01/2019 |
| **Sold Price:** 2,200,000 | **Sold Price Sqft:** 411.91 | **Sold Date:** 04/23/2019 |
| **Buyer Office:** Keller Williams Realty  800659 | **Terms of Sale:** Cash | |
| **Buyer Agent:** Candi Lee Carrier  276541569 | | |

**Public Remarks:** Award-winning architecture. Mediterranean style and the finest of materials fashion this home,creating a true Old World feel. Enter into the Coquina coral entryway and foyer to the elegant living room featuring a hand cut Coquina and marble fireplace, Pecky Cypress beamed ceilings and cast stone columns. Truly

stunning! The gourmet granite kitchen provides for the ultimate in entertaining including two butler pantries, wet bar, Viking range enclosed by a brick alcove, all opening to the spacious family room.Magnificent iron railed staircase, cherry wood office, perfectly polished Mexican tile floors and more. The Master suite offers a sitting room,luxurious bath, walk-in closets and riverfront balcony. Deep water dockage with easy access to the inlet and so much more.

Information is deemed to be reliable, but is not guaranteed. © 2019 MLS and FBS. Prepared by Mateusz Rymarski on Friday, May 10, 2019 10:20 AM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 503 of 537

| + | MLS # | Status | Price | % Change | Date | DOM | CDOM | Address |
|---|-------|--------|-------|----------|------|-----|------|---------|
| - | RX-10436425 | Closed | $2,200,000 | -21.3% | 04/23/2019 | 304 | 304 | 71 N River Road |

| | - | Text, etc. | $2,525,000 | | 04/26/2019 | | | |

Change by: Susie S Nimrouzi

Change at 9:59 AM Eastern: changed *Sold Price*
Old Value: 22000.00
New Value: 2200000.00

| | - | Status | $2,525,000 | | 04/23/2019 | | | |

Change by: Mark S. Bradley

Change at 10:12 PM Eastern: changed *Status*
Old Value: Pending
New Value: Closed

| | - | Terms of Sale | $2,525,000 | | 04/23/2019 | | | |

Change by: Mark S. Bradley

Change at 10:12 PM Eastern: changed *Buyer Agent*
Old Value:
New Value: Candi Lee Carrier
Change at 10:12 PM Eastern: changed *Sold Date*
Old Value:
New Value: 4/23/2019
Change at 10:12 PM Eastern: changed *Sold Price*
Old Value:
New Value: 22000.00
Change at 10:12 PM Eastern: changed *Terms of Sale*
Old Value:
New Value: Cash

| | - | Status | $2,525,000 | | 04/01/2019 | | | |

Change by: Mark S. Bradley

Change at 9:11 PM Eastern: changed *Status*
Old Value: Active
New Value: Pending

| | - | Under Contract Date | $2,525,000 | | 04/01/2019 | | | |

Change by: Mark S. Bradley

Change at 9:11 PM Eastern: changed *Contingency*
Old Value:
New Value: N
Change at 9:11 PM Eastern: changed *Under Contract Date*
Old Value:
New Value: 4/1/2019

| | - | Open House | $2,525,000 | | 03/17/2019 | 15 | | |

Change by: Mark S. Bradley

Change at 10:14 AM Eastern on 03/17/2019: Open House was held from 1:00 PM until 3:00 PM on 03/17/2019

Change by: Mark S. Bradley

Change at 9:58 AM Eastern on 03/09/2019: Open House was held from 12:00 PM until 3:00 PM on 03/10/2019

| - | Open House | $2,525,000 | 02/24/2019 | 35 |

Change by: Mark S. Bradley

Change at 8:34 PM Eastern on 02/24/2019: Open House was held from 1:00 PM until 3:00 PM on 03/03/2019

| - | Open House | $2,525,000 | 02/24/2019 | 35 |

Change by: Mark S. Bradley

Change at 8:32 PM Eastern on 02/24/2019: Open House was held from 11:00 AM until 1:00 PM on 03/03/2019

| - | Text, etc. | $2,525,000 | 02/24/2019 | 35 |

Change by: Mark S. Bradley

Change at 8:34 PM Eastern: changed *Open House*
Old Value: x'201902250134424459290000000'
New Value: Added
Change at 8:32 PM Eastern: changed *Open House*
Old Value: x'201902250132210198866000000'
New Value: Added
Change at 8:28 PM Eastern: changed *Comm/Non-Rep*
Old Value: 3.5%
New Value: 4%
Change at 8:28 PM Eastern: changed *Comm/Single Agent*
Old Value: 3.5%
New Value: 4%
Change at 8:28 PM Eastern: changed *Comm/Trans Brk*
Old Value: 3.5%
New Value: 4%

| - | Text, etc. | $2,525,000 | 02/23/2019 | 36 |

Change by: Mark S. Bradley

Change at 9:05 PM Eastern: changed *Comm/Non-Rep*
Old Value: 2.5%
New Value: 3.5%
Change at 9:05 PM Eastern: changed *Comm/Single Agent*
Old Value: 2.5%
New Value: 3.5%
Change at 9:05 PM Eastern: changed *Comm/Trans Brk*
Old Value: 2.5%
New Value: 3.5%

| - | Text, etc. | $2,525,000 | 02/20/2019 | 40 |

Change by: Mark S. Bradley

Change at 2:02 PM Eastern: changed *Co-listing Agent*
Old Value: Candi Lee Carrier
New Value: null
Change at 1:58 PM Eastern: changed *Broker Only Remarks*
Old Value: Call or Text Mark Bradley at 772-323-6865 or Candi Carrier at 772-203-7815 to request a showing of this magnificent waterfront luxurious home!
New Value: 72-323-6865 to request a sho

Change at 1:00 PM Eastern on 02/07/2019: This Open House was Removed.

| - | Open House | $2,525,000 | | 02/07/2019 | 53 |

Change by: Candi Lee Carrier

Change at 1:00 PM Eastern on 02/07/2019: This Open House was Removed.

| - | Tour | $2,525,000 | | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 7:51 PM Eastern on 02/04/2019: This Tour was Removed.

| - | Open House | $2,525,000 | | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 7:30 PM Eastern on 02/04/2019: This Open House was Added.

| - | Tour | $2,525,000 | | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 7:28 PM Eastern on 02/04/2019: This Tour was Edited.

| - | Tour | $2,525,000 | | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 7:28 PM Eastern on 02/04/2019: This Tour was Edited.

| - | Tour | $2,525,000 | | 02/04/2019 | 55 |

Change by: Candi Lee Carrier

Change at 6:33 PM Eastern on 02/04/2019: This Tour was Added.

| - | Open House | $2,525,000 | | 02/04/2019 | 56 |

Change by: Candi Lee Carrier

Change at 5:26 PM Eastern on 02/04/2019: This Open House was Edited.

| - | Open House | $2,525,000 | | 02/04/2019 | 56 |

Change by: Candi Lee Carrier

Change at 5:25 PM Eastern on 02/04/2019: This Open House was Edited.

| - | Open House | $2,525,000 | | 02/04/2019 | 56 |

Change by: Candi Lee Carrier

Change at 5:25 PM Eastern on 02/04/2019: This Open House was Added.

| - | Open House | $2,525,000 | | 02/02/2019 | 58 |

Change by: Candi Lee Carrier

Change at 8:37 AM Eastern on 02/02/2019: This Open House was Removed.

| - | Price Change | $2,525,000 | -12.8% | 02/01/2019 | 59 |

Change by: Mark S. Bradley

Change at 9:35 AM Eastern: changed *List Price*
Old Value: 2895000.00
New Value: 2525000.00

| - | Open House | $2,895,000 | 01/30/2019 | 61 |
|---|---|---|---|---|

Change by: Candi Lee Carrier

Change at 9:33 AM Eastern on 01/30/2019: Open House was held from 2:00 PM until 4:00 PM on 02/03/2019

| - | Open House | $2,895,000 | 01/27/2019 | 64 |
|---|---|---|---|---|

Change by: Candi Lee Carrier

Change at 10:50 AM Eastern on 01/27/2019: Open House was held from 2:00 PM until 4:00 PM on 02/03/2019

| - | Open House | $2,895,000 | 01/27/2019 | 64 |
|---|---|---|---|---|

Change by: Candi Lee Carrier

Change at 10:50 AM Eastern on 01/27/2019: Open House was held from 2:00 PM until 4:00 PM on 02/03/2019

| - | Open House | $2,895,000 | 01/27/2019 | 64 |
|---|---|---|---|---|

Change by: Candi Lee Carrier

Change at 10:49 AM Eastern on 01/27/2019: This Open House was Removed.

| - | Open House | $2,895,000 | 01/27/2019 | 64 |
|---|---|---|---|---|

Change by: Candi Lee Carrier

Change at 10:48 AM Eastern on 01/27/2019: This Open House was Added.

| - | Open House | $2,895,000 | 01/25/2019 | 66 |
|---|---|---|---|---|

Change by: Candi Lee Carrier

Change at 2:41 PM Eastern on 01/25/2019: This Open House was Added.

| - | Virtual Tour, etc. | $2,895,000 | 01/15/2019 | 75 |
|---|---|---|---|---|

Change by: Mark S. Bradley

Change at 7:34 PM Eastern: Changed Virtual Tour
Change at 7:34 PM Eastern: Changed Virtual Tour Unbranded

| - | Open House | $2,895,000 | 01/14/2019 | 77 |
|---|---|---|---|---|

Change by: Candi Lee Carrier

Change at 11:28 AM Eastern on 01/14/2019: Open House was held from 1:00 PM until 4:00 PM on 01/26/2019

| - | Open House | $2,895,000 | 01/14/2019 | 77 |
|---|---|---|---|---|

Change by: Candi Lee Carrier

Change at 11:17 AM Eastern on 01/14/2019: Open House was held from 1:00 PM until 4:00 PM on 01/18/2019

| - | Open House | $2,895,000 | 01/14/2019 | 77 |
|---|---|---|---|---|

Change by: Candi Lee Carrier

Change at 11:01 AM Eastern on 01/14/2019: Open House was held from 10:00 AM until 4:00 PM on 01/17/2019

| - | Open House | $2,895,000 | 01/14/2019 | 77 |

Change by: Candi Lee Carrier

Change at 10:56 AM Eastern on 01/14/2019: Open House was held from 12:00 PM until 3:00 PM on 01/20/2019

| - | Open House | $2,895,000 | 01/14/2019 | 77 |

Change by: Candi Lee Carrier

Change at 10:55 AM Eastern on 01/14/2019: Open House was held from 1:00 AM until 3:00 PM on 01/19/2019

| - | Open House | $2,895,000 | 01/11/2019 | 80 |

Change by: Candi Lee Carrier

Change at 11:04 AM Eastern on 01/11/2019: Open House was held from 11:00 AM until 3:00 PM on 01/12/2019

| - | Open House | $2,895,000 | 12/23/2018 | 99 |

Change by: Candi Lee Carrier

Change at 10:33 AM Eastern on 12/23/2018: This Open House was Removed.

| - | Photos | $2,895,000 | 12/22/2018 | 100 |

Change by: Candi Lee Carrier

Change at 4:05 PM Eastern: Added photo "tubsink"
Change at 4:04 PM Eastern: Added photo "tub"
Change at 3:59 PM Eastern: Removed photo
Change at 3:59 PM Eastern: Removed photo
Change at 3:59 PM Eastern: Removed photo
Change at 3:59 PM Eastern: Added photo "master"
Change at 3:59 PM Eastern: Added photo "master2"
Change at 3:59 PM Eastern: Added photo "026FCandi-Carrie"
Change at 3:58 PM Eastern: Added photo "master4"
Change at 3:47 PM Eastern: Added photo "master2"
Change at 3:37 PM Eastern: Added photo "master"
Change at 3:37 PM Eastern: Added photo "master1"
Change at 2:45 PM Eastern: Removed photo
Change at 2:45 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:43 PM Eastern: Removed photo
Change at 2:42 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:38 PM Eastern: Removed photo
Change at 2:38 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:36 PM Eastern: Removed photo
Change at 2:35 PM Eastern: Removed photo
Change at 2:34 PM Eastern: Removed photo
Change at 2:33 PM Eastern: Removed photo
Change at 2:33 PM Eastern: Removed photo
Change at 2:33 PM Eastern: Removed photo
Change at 2:32 PM Eastern: Removed photo
Change at 2:32 PM Eastern: Removed photo
Change at 2:32 PM Eastern: Removed photo
Change at 2:31 PM Eastern: Removed photo
Change at 2:29 PM Eastern: Removed photo
Change at 2:29 PM Eastern: Removed photo
Change at 2:29 PM Eastern: Added photo "031Candi-Carrier"

Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:28 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:27 PM Eastern: Removed photo
Change at 2:24 PM Eastern: Added photo "048Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "048Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "047Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "047Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "046Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "045Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "044Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "043Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "042Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "041Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "040Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "039Candi-Carrier"
Change at 2:24 PM Eastern: Added photo "038Candi-Carrier"
Change at 2:23 PM Eastern: Added photo "034Candi-Carrier"
Change at 2:23 PM Eastern: Added photo "033Candi-Carrier"
Change at 2:23 PM Eastern: Added photo "032Candi-Carrier"
Change at 2:23 PM Eastern: Added photo "031Candi-Carrier"
Change at 2:23 PM Eastern: Removed photo
Change at 2:22 PM Eastern: Added photo "26854813_1015680"
Change at 2:17 PM Eastern: Removed photo
Change at 2:16 PM Eastern: Removed photo
Change at 2:16 PM Eastern: Removed photo
Change at 2:15 PM Eastern: Added photo "053BCandi-Carrie"
Change at 2:15 PM Eastern: Added photo "053ACandi-Carrier"
Change at 2:15 PM Eastern: Added photo "053ACandi-Carrier"
Change at 2:15 PM Eastern: Added photo "052Candi-Carrier"
Change at 2:15 PM Eastern: Added photo "051Candi-Carrier"
Change at 2:15 PM Eastern: Added photo "050Candi-Carrier"
Change at 2:15 PM Eastern: Added photo "048Candi-Carrier"
Change at 2:01 PM Eastern: Removed photo
Change at 2:00 PM Eastern: Removed photo
Change at 2:00 PM Eastern: Removed photo
Change at 1:59 PM Eastern: Removed photo
Change at 1:59 PM Eastern: Removed photo
Change at 1:54 PM Eastern: Removed photo
Change at 1:54 PM Eastern: Removed photo
Change at 1:54 PM Eastern: Removed photo
Change at 1:51 PM Eastern: Removed photo
Change at 1:51 PM Eastern: Removed photo
Change at 1:45 PM Eastern: Added photo "029Candi-Carrier"
Change at 1:45 PM Eastern: Added photo "028Candi-Carrier"
Change at 1:45 PM Eastern: Added photo "027Candi-Carrier"
Change at 1:45 PM Eastern: Removed photo
Change at 1:45 PM Eastern: Added photo "026FCandi-Carrie"
Change at 1:45 PM Eastern: Removed photo

Change at 1:45 PM Eastern: Added photo "026DCandi-Carrie"
Change at 1:45 PM Eastern: Added photo "026CCandi-Carrie"
Change at 1:44 PM Eastern: Added photo "026Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "025Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "024Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "023Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "023Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "022Candi-Carrier"
Change at 1:44 PM Eastern: Added photo "021Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "020Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "019Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "018Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "017Candi-Carrier"
Change at 1:43 PM Eastern: Added photo "017BCandi-Carrie"
Change at 1:43 PM Eastern: Added photo "017ACandi-Carrie"
Change at 1:43 PM Eastern: Added photo "016Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "013Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "010Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "008Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "007Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "005Candi-Carrier"
Change at 1:42 PM Eastern: Added photo "003Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "062Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "061Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "060Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "053Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "053BCandi-Carrie"
Change at 1:20 PM Eastern: Added photo "053ACandi-Carrie"
Change at 1:20 PM Eastern: Added photo "053ACandi-Carrie"
Change at 1:20 PM Eastern: Added photo "052Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "051Candi-Carrier"
Change at 1:20 PM Eastern: Added photo "050Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "048Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "048Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "048Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "048Candi-Carrier"
Change at 1:19 PM Eastern: Added photo "047Candi-Carrier"

| - | Open House | $2,895,000 | 12/22/2018 | 100 |

Change by: Candi Lee Carrier

Change at 11:05 AM Eastern on 12/22/2018: This Open House was Added.

| - | Photos | $2,895,000 | 12/19/2018 | 103 |

Change by: Candi Lee Carrier

Change at 1:24 AM Eastern: Removed photo
Change at 1:24 AM Eastern: Added photo "Guest Bedroom 3"
Change at 1:20 AM Eastern: Removed photo
Change at 1:08 AM Eastern: Added photo "1 sew"
Change at 1:07 AM Eastern: Removed photo

| - | Open House | $2,895,000 | 12/11/2018 | 111 |

Change by: Candi Lee Carrier

Change at 12:59 PM Eastern on 12/11/2018: Open House was held from 12:00 PM until 3:00
PM on 12/16/2018

| - | Open House | $2,895,000 | 12/06/2018 | 116 |

Change by: Candi Lee Carrier

Change at 4:16 PM Eastern on 12/06/2018: Open House was held from 11:00 AM until 2:00
PM on 12/09/2018

-      Open House                  $2,895,000                    11/27/2018      125

Change by: Candi Lee Carrier

Change at 11:31 AM Eastern on 11/27/2018: Open House was held from 12:00 PM until 3:00
PM on 12/02/2018

-      Virtual Tour, etc.           $2,895,000                    11/22/2018      129

Change by: Candi Lee Carrier

Change at 10:28 PM Eastern: changed *video_unbranded*
                Old Value: list_media
                New Value: add
Change at 10:19 PM Eastern: changed *video*
                Old Value: list_media
                New Value: remove
Change at 10:19 PM Eastern: changed *video_unbranded*
                Old Value: list_media
                New Value: add
Change at 10:13 PM Eastern: Added Virtual Tour
Change at 10:13 PM Eastern: Added Virtual Tour Unbranded

-      Open House                  $2,895,000                    11/04/2018      148

Change by: Candi Lee Carrier

Change at 11:41 AM Eastern on 11/04/2018: Open House was held from 12:30 PM until 3:00
PM on 11/04/2018

-      Open House                  $2,895,000                    11/04/2018      148

Change by: Candi Lee Carrier

Change at 9:27 AM Eastern on 11/04/2018: Open House was held from 12:30 PM until 3:00
PM on 11/04/2018

-      Tour                        $2,895,000                    10/29/2018      154

Change by: Candi Lee Carrier

Change at 9:37 AM Eastern on 10/29/2018: This Tour was Removed.

-      Tour                        $2,895,000                    10/29/2018      154

Change by: Candi Lee Carrier

Change at 9:37 AM Eastern on 10/29/2018: This Tour was Removed.

-      Text, etc.                  $2,895,000                    10/27/2018      156

Change by: Candi Lee Carrier

Change at 12:05 PM Eastern: changed *Public Remarks*
                Old Value: Award-winning architecture. Mediterranean style and the finest of
                materials fashion this home,creating a true Old World feel. Enter into the Coquina
                coral entryway and foyer to the elegant living room featuring a hand cut Coquina and
                marble fireplace, Pecky Cypress beamed ceilings and cast stone columns. Truly
                stunning! The gourmet granite kitchen provides for the ultimate in entertaining
                including two butler pantries, wet bar, Viking range enclosed by a brick alcove, all
                opening to the spacious family room.Magnificent iron railed staircase, cherrywood
                office, perfectly polished Mexican tile floors and more. The Master suite offers a

sitting room, luxurious bath, walk-in closets and riverfront balcony. Deep water
dockage with easy access to the inlet and so much more.
New Value: ircase, cherry wood office, pe

| - | Tour | $2,895,000 | | 10/26/2018 | 157 |

Change by: Candi Lee Carrier

Change at 5:26 PM Eastern on 10/26/2018: This Tour was Added.

| - | Tour | $2,895,000 | | 10/26/2018 | 157 |

Change by: Candi Lee Carrier

Change at 5:24 PM Eastern on 10/26/2018: This Tour was Added.

| - | Text, etc. | $2,895,000 | | 10/26/2018 | 157 |

Change by: Candi Lee Carrier

Change at 5:44 PM Eastern: changed *Broker Only Remarks*
Old Value: Call or Text Mark Bradley at 772-323-6865 to request a showing of this
magnificent waterfront luxurious home!
New Value: 72-323-6865 or Candi Carrier
Change at 5:26 PM Eastern: Added Tour
Change at 5:24 PM Eastern: Added Tour

Change by: Mark S. Bradley

Change at 2:06 PM Eastern: changed *Co-listing Agent*
Old Value: null
New Value: Candi Lee Carrier

| - | Price Change | $2,895,000 | -3.5% | 08/08/2018 | 235 |

Change by: Mark S. Bradley

Change at 10:16 PM Eastern: changed *List Price*
Old Value: 3000000.00
New Value: 2895000.00

| - | Open House | $3,000,000 | | 06/22/2018 | 282 |

Change by: Mark S. Bradley

Change at 9:56 PM Eastern on 06/22/2018: Open House was held from 1:00 PM until 4:00
PM on 06/23/2018

| - | Open House | $3,000,000 | | 06/09/2018 | 296 |

Change by: Mark S. Bradley

Change at 1:52 PM Eastern on 06/09/2018: Open House was held from 1:00 PM until 4:00
PM on 06/10/2018

| - | Photos | $3,000,000 | | 06/06/2018 | 298 |

Change by: Mark S. Bradley

Change at 10:50 PM Eastern: Added photo "055_preview"
Change at 10:49 PM Eastern: Removed photo
Change at 10:48 PM Eastern: Removed photo
Change at 10:45 PM Eastern: Added photo "006_preview"
Change at 10:43 PM Eastern: Added photo "54_preview"
Change at 10:42 PM Eastern: Removed photo
Change at 10:41 PM Eastern: Removed photo
Change at 10:41 PM Eastern: Added photo "download (2)"

Change at 10:33 PM Eastern: Added photo "Sewells Point ae"
Change at 10:33 PM Eastern: Removed photo
Change at 10:33 PM Eastern: Added photo "dock1web_preview"
Change at 10:33 PM Eastern: Removed photo
Change at 10:32 PM Eastern: Added photo "064_preview"
Change at 10:32 PM Eastern: Removed photo
Change at 10:31 PM Eastern: Removed photo
Change at 10:30 PM Eastern: Removed photo
Change at 10:25 PM Eastern: Removed photo
Change at 10:25 PM Eastern: Removed photo
Change at 10:25 PM Eastern: Removed photo
Change at 10:25 PM Eastern: Removed photo
Change at 10:24 PM Eastern: Added photo "download (2)"
Change at 10:24 PM Eastern: Added photo "download (1)"
Change at 10:21 PM Eastern: Removed photo
Change at 10:20 PM Eastern: Added photo "download"
Change at 10:20 PM Eastern: Removed photo
Change at 10:20 PM Eastern: Added photo "75_preview"
Change at 10:20 PM Eastern: Removed photo
Change at 10:20 PM Eastern: Added photo "009_preview"
Change at 10:15 PM Eastern: Removed photo
Change at 10:14 PM Eastern: Added photo "010_preview"
Change at 10:14 PM Eastern: Added photo "009_preview"
Change at 10:13 PM Eastern: Removed photo
Change at 10:13 PM Eastern: Removed photo
Change at 10:12 PM Eastern: Removed photo
Change at 10:12 PM Eastern: Added photo "front3web_previe"
Change at 10:12 PM Eastern: Added photo "frontnewsky1_pre"
Change at 10:11 PM Eastern: Added photo "010_preview"
Change at 10:11 PM Eastern: Added photo "front3web_previe"
Change at 10:05 PM Eastern: Added photo "053b_preview"
Change at 10:05 PM Eastern: Added photo "5_preview"
Change at 10:04 PM Eastern: Added photo "003_preview"
Change at 10:04 PM Eastern: Added photo "75_preview"
Change at 10:04 PM Eastern: Added photo "66_preview"
Change at 10:04 PM Eastern: Added photo "064_preview"
Change at 10:04 PM Eastern: Added photo "058_preview"
Change at 10:04 PM Eastern: Added photo "56_preview"
Change at 10:03 PM Eastern: Added photo "1 Front_preview"

| - | Photos, etc. | $3,000,000 | | 06/02/2018 | 303 | |

Change by: Mark S. Bradley

Change at 7:41 AM Eastern: Removed photo
Change at 7:13 AM Eastern: changed *Comm/Non-Rep*
    Old Value: 3%
    New Value: 2.5%
Change at 7:13 AM Eastern: changed *Comm/Single Agent*
    Old Value: 3%
    New Value: 2.5%
Change at 7:13 AM Eastern: changed *Comm/Trans Brk*
    Old Value: 3%
    New Value: 2.5%

| - | New | $3,000,000 | | 06/01/2018 | 303 | |

Change by: Mark S. Bradley

Change at 11:53 PM Eastern: Added new listing

| - | RX-10346820 | Expired | $2,795,000 | 3.7% | 06/23/2018 | 16 | 16 | 71 N River Road |

Change by: BeachesMLS, Inc.

> Change at 1:00 AM Eastern: changed *Status*
> Old Value: Temp Off Market
> New Value: Expired

| - | Status | $2,795,000 | | 07/18/2017 | |

Change by: Mark S. Bradley

> Change at 12:51 PM Eastern: changed *Status*
> Old Value: Active
> New Value: Temp Off Market

| - | New | $2,795,000 | | 06/30/2017 | 14 |

Change by: Mark S. Bradley

> Change at 12:49 AM Eastern: Added new listing

| - | RX-10088519 | Expired | $2,695,000 | -7.1% | 10/28/2015 | 350 | 350 | 71 N River Road |

| - | Status | $2,695,000 | | 10/29/2015 | |

Change by: BeachesMLS, Inc.

> Change at 1:00 AM Eastern: changed *Status*
> Old Value: Active
> New Value: Expired

| - | Price Change | $2,695,000 | -6.9% | 08/10/2015 | 79 |

Change by: Vivian Swasey

> Change at 2:54 PM Eastern: changed *List Price*
> Old Value: 2895000.00
> New Value: 2695000.00

| - | Photos | $2,895,000 | | 07/09/2015 | 111 |

Change by: Debra Duvall

> Change at 2:39 PM Eastern: Removed photo

| - | Photos | $2,895,000 | | 11/24/2014 | 338 |

Change by: Debra Duvall

> Change at 11:03 AM Eastern: Replaced photo "MLS 23"
> Change at 10:38 AM Eastern: Added photo "Aerial with boat"

| - | Photos, etc. | $2,895,000 | | 11/17/2014 | 345 |

Change by: Debra Duvall

> Change at 11:14 AM Eastern: Added photo "027"
> Change at 10:50 AM Eastern: Added photo "073"
> Change at 10:49 AM Eastern: Added photo "067"
> Change at 10:48 AM Eastern: Added photo "062"
> Change at 10:48 AM Eastern: Added photo "061"
> Change at 10:47 AM Eastern: Added photo "059"
> Change at 10:47 AM Eastern: Added photo "056"
> Change at 10:46 AM Eastern: Added photo "049"
> Change at 10:46 AM Eastern: Added photo "040a"

Change at 10:45 AM Eastern: Added photo "025b"

| | | | | | |
|---|---|---|---|---|---|
| - | New | $2,895,000 | | 11/13/2014 | 349 |

Change by: Debra Duvall

Change at 10:22 AM Eastern: Added Virtual Tour
Change at 10:22 AM Eastern: Added Virtual Tour Unbranded
Change at 10:19 AM Eastern: Added photo "MLS 25"
Change at 10:19 AM Eastern: Added photo "MLS 24"
Change at 10:19 AM Eastern: Added photo "MLS 23"
Change at 10:19 AM Eastern: Added photo "MLS 22"
Change at 10:19 AM Eastern: Added photo "MLS 21"
Change at 10:19 AM Eastern: Added photo "MLS 20"
Change at 10:19 AM Eastern: Added photo "MLS 19"
Change at 10:19 AM Eastern: Added photo "MLS 18"
Change at 10:19 AM Eastern: Added photo "MLS 17"
Change at 10:19 AM Eastern: Added photo "MLS 16"
Change at 10:19 AM Eastern: Added photo "MLS 15"
Change at 10:19 AM Eastern: Added photo "MLS 14"
Change at 10:19 AM Eastern: Added photo "MLS 13"
Change at 10:19 AM Eastern: Added photo "MLS 12"
Change at 10:19 AM Eastern: Added photo "MLS 11"
Change at 10:19 AM Eastern: Added photo "MLS 10"
Change at 10:19 AM Eastern: Added photo "MLS 9"
Change at 10:19 AM Eastern: Added photo "MLS 8"
Change at 10:19 AM Eastern: Added photo "MLS 7"
Change at 10:19 AM Eastern: Added photo "MLS 6"
Change at 10:19 AM Eastern: Added photo "MLS 5"
Change at 10:18 AM Eastern: Added photo "MLS 4"
Change at 10:18 AM Eastern: Added photo "MLS 3"
Change at 10:18 AM Eastern: Added photo "MLS 2"
Change at 10:18 AM Eastern: Added new listing

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| - | RX-3286720 | Expired | $2,900,000 | | 01/01/2013 | 209 | 209 | 71 N River Road |

| | | | | | |
|---|---|---|---|---|---|
| - | Status | $2,900,000 | | 01/01/2013 | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| | | | | | |
|---|---|---|---|---|---|
| - | Status | $2,900,000 | | 12/31/2012 | 0 |

Change by: Stephen M. Dutcher

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| | | | | | |
|---|---|---|---|---|---|
| - | Status | $2,900,000 | | 12/28/2012 | 3 |

Change by: Stephen M. Dutcher

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Temp Off Market

| | | | | | |
|---|---|---|---|---|---|
| - | New | $2,900,000 | | 06/05/2012 | 209 |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: Added new listing

Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 516 of 537

**POOL**



**FRONT**



**THREE CAR GARAGE**



**FRONT**



**DRIVEWAY**



**AERIAL VIEW**



**REAR POOL AREA**



**POOL VIEW**



**WATER VIEW**



**REAR POOL VIEW**



**BALCONY VIEW**



048Candi-Carrier-508_preview



**ELEGANT VIEW**



**BOAT DOCK**





**WATER VIEW**



**AERIAL VIEW**



**REAR**



**REAR**



**REAR OF HOUSE**



**PATIO WATER VIEW**




**017Candi-Carrier-Kitchen(7)**



**018Candi-Carrier-Kitchen**



**BREAKFAST AREA**



**021Candi-Carrier-Kitchen(5)**



Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 520 of 537

**022Candi-Carrier-Kitchen(2)**



**023Candi-Carrier-Kitchen(6)**



**024Candi-Carrier-Family-Room(1)**



**025Candi-Carrier-Family-Room(2)**



**026Candi-Carrier-Family-Room**



**019Candi-Carrier-Kitchen(1)**



**FAMILY ROOM**



**KITCHEN**



**BULTER PANTRY**



**017ACandi-Carrier-Butler-2-Pantry**



**WET BAR**



**FORMAL DINING ROOM**



**LIVING ROOM**



**LIVING ROOM**



**026CCandi-Carrier-Office(2)**



**OFFICE**



**OFFICE**



**026DCandi-Carrier-Office**



**008Candi-Carrier-Foyer**



**026FCandi-Carrier-Bathroom-2**



**007Candi-Carrier-Foyer01**



**062Candi-Carrier-Hallway(1)_preview**



**010Candi-Carrier-Living-Room(2)**



**013Candi-Carrier-Dining-Room(1)**



**016Candi-Carrier-Dining-Room014(2)**



**LIVING ROOM**



**027Candi-Carrier-Grand-Staircase(1)**



**STAIRWAY**



**029Candi-Carrier-Grand-Staircase**



**048Candi-Carrier-Master-Bedroom-Foyer(1)**



**048Candi-Carrier-Master-Bedroom-Foyer_pr**



**master**



**master1**



**master2**



**master bath**



**master bath1**



**master4**



**MASTER BATH**



**MASTER CLOSET**



**MASTER CLOSET**



**048Candi-Carrier-Bedroom-2(1)_preview**



**053ACandi-Carrier-Bathroom-4(1)_preview**



**2ND MASTER BATH**



**051Candi-Carrier-Bedroom-3(1)_preview**



**3RD BATHROOM**



**053BCandi-Carrier-Bathroom-5_preview**



**053ACandi-Carrier-Bathroom-4_preview**



**EXERCISE ROOM ROOM**



Case 9:20-cv-82262-WPD   Document 1-2   Entered on FLSD Docket 12/11/2020   Page 528 of 537

**EXERCISE ROOM**



**LAUNDRY ROOM**



# Exhibit 18





# Certificate of Registration



EXHIBIT
18-B

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-059-014

**Effective Date of Registration:**
June 23, 2017

## Title

| | |
|---|---|
| **Title of Work:** | Group Registration Photos, Selected 2010 Photographs Including Waterview Towers, Old Palm Clubhouse and Singer_Island_9 published Feb. 26, 2010 to Dec. 14, 2010; 39 photos |



**Content Title:** Harbour House pool y 2010 AAP, Feb.26, 2010; Waterview Towers aerial z 2010 AAP, Feb. 26, 2010;
Waterview Towers full moon 2010 AAP, Mar. 2, 2010; Waterview Towers at sunrise 2010 AAP, Mar.2, 2010;
Palm Beach Yacht Club aerial 2010 AAP, Mar. 4, 2010; Clematis Street a 2010 AAP, Mar. 6, 2010;
Waterview Towers sunset 2010 AAP, Mar. 6, 2010; Singer Island Welcome aerial pano 2008 AAP, Mar. 13, 2010;
Singer_Island_9, Mar.13, 2010; Peanut Island and Port 2010 AAP, Mar. 13, 2010;
Singer Island aerial g 2010 AAP, Mar. 13, 2010; Waterview Towers docks 2010 AAP, Mar. 27, 2010;
City Place aerial 2010 AAP, May 20, 2010; One Royal Palm Way 2010 AAP, Jun. 6, 2010;
One Watermark Place and boats 2010 AAP, Jun. 6, 2010; Singer Island 4th of July 2010 AAP, Jun. 6, 2010;
Marina Grande aerial c 2010 AAP, Jun. 6, 2010; Lake Boca aerial b 2010 AAP, Jul.2, 2010;
Eastpointe Singer Island b 2010 AAP, Jul. 9, 2010; Eastpointe II aerial a 2010 AAP, Jul. 9, 2010;
One Royal Palm Way 2010 AAP a, Jul. 11, 2010; Palm Beach condos 2010 AAP, Jul. 11, 2010;
West Palm Beach pano a 2010 AAP, Jul. 13, 2010; Sandhill Cranes 2010 AAP, Aug. 18, 2010;
69 Curlew Rd loggia 2010 AAP, Sept. 30, 2010; Harbour House aerial c 2010 AAP, Oct. 29, 2010;
Colony Hotel Delray a 2010 AAP, Nov. 21, 2010; Colony Hotel Delray b 2010 AAP, Nov. 21, 2010;
Pineapple Grove Delray 2010 AAP, Nov. 21, 2010; Pineapple Grove Delray Sign 2010 AAP, Nov.21, 2010;
Palm Beach living wall 2010 AAP, Nov. 28, 2010; Palm Beach living wall b 2010 AAP, Nov.28, 2010;
Frenchmans R fountain 2010 AAP, Dec. 4, 2010; Old Palm Clubhouse aerial a 2010 AAP, Dec. 11;
Girls on the practice tee 2010 AAP, Dec. 11, 2010; Pro Golfer a 2010 AAP, Dec. 14, 2010;
Pro Golfer b 2010 AAP, Dec. 14, 2010; Old Palm Fountains d 2010 AAP, Dec. 14, 2010;

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-059-014

**Effective Date of Registration:**
June 23, 2017

---

## Title

**Title of Work:** Group Registration Photos, Selected 2010 Photographs Including Waterview Towers, Old Palm Clubhouse and Singer_Island_9 published Feb. 26, 2010 to Dec. 14, 2010; 39 photos

**Content Title:** Harbour House pool y 2010 AAP, Feb.26, 2010; Waterview Towers aerial z 2010 AAP, Feb. 26, 2010;
Waterview Towers full moon 2010 AAP, Mar. 2, 2010; Waterview Towers at sunrise 2010 AAP, Mar.2, 2010;
Palm Beach Yacht Club aerial 2010 AAP, Mar. 4, 2010; Clematis Street a 2010 AAP, Mar. 6, 2010;
Waterview Towers sunset 2010 AAP, Mar. 6, 2010; Singer Island Welcome aerial pano 2008 AAP, Mar. 13, 2010;
Singer_Island_9, Mar.13, 2010; Peanut Island and Port 2010 AAP, Mar. 13, 2010;
Singer Island aerial g 2010 AAP, Mar. 13, 2010; Waterview Towers docks 2010 AAP, Mar. 27, 2010;
City Place aerial 2010 AAP, May 20, 2010; One Royal Palm Way 2010 AAP, Jun. 6, 2010;
One Watermark Place and boats 2010 AAP, Jun. 6, 2010; Singer Island 4th of July 2010 AAP, Jun. 6, 2010;
Marina Grande aerial c 2010 AAP, Jun. 6, 2010; Lake Boca aerial b 2010 AAP, Jul.2, 2010;
Eastpointe Singer Island b 2010 AAP, Jul. 9, 2010; Eastpointe II aerial a 2010 AAP, Jul. 9, 2010;
One Royal Palm Way 2010 AAP a, Jul. 11, 2010; Palm Beach condos 2010 AAP, Jul. 11, 2010;
West Palm Beach pano a 2010 AAP, Jul. 13, 2010; Sandhill Cranes 2010 AAP, Aug. 18, 2010;
69 Curlew Rd loggia 2010 AAP, Sept. 30, 2010; Harbour House aerial c 2010 AAP, Oct. 29, 2010;
Colony Hotel Delray a 2010 AAP, Nov. 21, 2010; Colony Hotel Delray b 2010 AAP, Nov. 21, 2010;
Pineapple Grove Delray 2010 AAP, Nov. 21, 2010; Pineapple Grove Delray Sign 2010 AAP, Nov.21, 2010;
Palm Beach living wall 2010 AAP, Nov. 28, 2010; Palm Beach living wall b 2010 AAP, Nov.28, 2010;
Frenchmans R fountain 2010 AAP, Dec. 4, 2010; Old Palm Clubhouse aerial a 2010 AAP, Dec. 11;
Girls on the practice tee 2010 AAP, Dec. 11, 2010; Pro Golfer a 2010 AAP, Dec. 14, 2010;
Pro Golfer b 2010 AAP, Dec. 14, 2010; Old Palm Fountains d 2010 AAP, Dec. 14, 2010;

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | February 26, 2010 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC., employer for hire of Robert Stevens |
| **Author Created:** | photograph |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |

## Certification

| | |
|---|---|
| **Name:** | Robert Stevens |
| **Date:** | June 23, 2017 |

| | |
|---|---|
| **Correspondence:** | Yes |







you can still see a piece of the word Florida in....
Welcome to Singer Island Florida

copyright management information removed



## Singer Island

**Contact us online**, call 561-491-2381 or Email - Team@SimmondsTeam.com to learn more about available listings or to book a private showing. Contact us to learn about selling your home with the Simmonds Realty Team.

**NAVIGATION**

Search Listings
Buying
Selling
About Us
Contact Us
Career

**COMMUNITIES**

Jupiter
Jupiter Island
Juno Beach
North Palm Beach
Palm Beach Gardens
Tequesta
Singer Island
Condominiums
Country Club Communities
Waterfront
Acreage/Equestrian
School Zones

### Singer Island

| All Listings | Under $100,000 | $100,000 - $200,000 |
| $200,000 - $300,000 | $300,000 - $400,000 | $400,000 - $500,000 |
| $500,000 - $600,000 | $600,000 - $700,000 | $700,000 - $800,000 |
| $800,000 - $900,000 | $900,000 - $1,000,000 | Over $1,000,000 |

GRID · LIST · MAP · SORT · REFINE SEARCH — PAGE 1 OF 23





**$11,500,000**
2700 N Ocean Dr #hs1Gu, Singer Island
5 Beds, 5 Baths, 4,615 SqFt
View Listing >

**$7,869,000**
3730 N Ocean Dr #ph F, Singer Island
4 Beds, 5 Baths, 4,615 SqFt
View Listing >

**$7,646,000**
3730 N Ocean Dr #ph E, Singer Island
4 Beds, 5 Baths, 4,615 SqFt
View Listing >

**$5,399,000**
5000 N Ocean Dr #ph 1902, Singer Island
4 Beds, 5 Baths, 4,615 SqFt
View Listing >






**$4,899,000**
5000 N Ocean Dr #1202, Singer Island
4 Beds, 5 Baths, 4,480 SqFt
View Listing >

**$4,500,000**
5050 N Ocean Dr #1602, Singer Island
4 Beds, 4.25 baths, 4,211 SqFt
View Listing >

**$4,100,000**
3800 N Ocean Dr #2052, Singer Island
4 Beds, 5 Baths, 3,866 SqFt
View Listing >

**$4,095,000**
3730 N Ocean Dr #18 B, Singer Island
4 Beds, 5 Baths, 3,645 SqFt
View Listing >

**$3,999,000**
5310 N Ocean Dr #1101, Singer Island
3 Beds, 3 Baths, 3,110 SqFt
View Listing >

**$3,900,000**
2700 N Ocean Dr #2655a, Singer Island
3 Beds, 5 Baths, 3,465 SqFt
View Listing >

**$3,850,000**
5310 N Ocean Dr #901, Singer Island
3 Beds, 4 Baths, 3,110 SqFt
View Listing >

**$3,750,000**
5150 N Ocean Dr #2100, Singer Island
3 Beds, 5 Baths, 3,668 SqFt
View Listing >

**$3,559,000**
3730 N Ocean Dr #17 B, Singer Island
4 Beds, 5 Baths, 3,645 SqFt
View Listing >

**$3,500,000**
2700 N Ocean Dr #2003 A, Riviera Beach
3 Beds, 4 Baths, 3,060 SqFt
View Listing > — REDUCED

**$3,499,000**
5000 N Ocean Dr #1501, Singer Island
3 Beds, 3 Baths, 3,716 SqFt
View Listing >

**$3,499,000**
5000 N Ocean Dr #201, Singer Island
3 Beds, 4 Baths, 3,397 SqFt
View Listing >

PAGE 1 OF 23 >



All listings featuring the BMLS logo are provided by Beaches MLS, Inc. Copyright 2018 Beaches MLS. This information is not verified for authenticity or accuracy and is not guaranteed.
© 2018 Beaches Multiple Listing Service, Inc. All rights reserved.

Listing information last updated on March 10th, 2018 at 5:51pm EDT.



**CONTACT US**
SIMMONDS REALTY TEAM
4455 MILITARY TRAIL, SUITE 100
JUPITER, FL, UNITED STATES, 33458
PHONE 561-491-2381

**FOLLOW US**
FACEBOOK
PINTEREST
TWITTER
YOUTUBE

**POPULAR PAGES**
HOME SEARCH
SCHOOL ZONES
HOME BUYERS
HOME SELLERS
FREE HOME EVALUATION
SIMMONDS TEAM BLOG

**USEFUL LINKS**
ABOUT US
CAREERS
TERMS AND CONDITIONS
PRIVACY POLICY
SITE MAP
LISTINGS SITE MAP

© Copyright 2018, Real Estate Webmasters.  Listings Site Map
Keller Williams Realty, 4455 Military Trail, #100, Jupiter FL 33458


REAL ESTATE WEBMASTERS

**side by side photo comparisons**

